Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)
arozynski@eandblaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

---

SCOTT ALLEN TOMEI,

    Plaintiff,

    v.

PARKWEST MEDICAL CENTER and
COVENANT HEALTH,

    Defendants**.**

---

**Case No. 3:19-CV-00041**

**DECLARATION OF ANDREW ROZYNSKI**

    I, Andrew Rozynski, represent Plaintiff Scott Tomei in this matter. I declare the following under penalty of perjury:

1.    **Exhibit B** is a true and correct copy of Defendants Communication Assessment and Right to Interpreter for Hearing Impaired Form filled out by Plaintiff that was produced during Discovery by the Defendants.

2.    **Exhibit C** is a true and correct copy of the deposition transcript of Plaintiff, Scott Tomei, dated December 16, 2019.

3.    **Exhibit D** is a true and correct copy of the deposition transcript of Tala Tomei Vol I,

1

dated December 16, 2019.

4.  **Exhibit E** is a true and correct copy of the deposition transcript of Tala Tomei Vol II, dated December 17, 2019

5.  **Exhibit F** is a true and correct copy of the deposition transcript of Leigha Tomei, dated December 17, 2019.

6.  **Exhibit G** is a true and correct copy of the deposition transcript of Defendant's 30(b)(6) witness, Sharon Monday, dated December 17, 2019.

7.  **Exhibit H** is a true and correct copy of the deposition transcript of Michaela Whidby, dated December 17, 2019.

8.  **Exhibit I** is a true and correct copy of the deposition transcript of Janelle Bagneski, dated January 17, 2019.

9.  **Exhibit J** is a true and correct copy of the deposition transcript of Marie Wilson, dated December 18, 2019.

10. **Exhibit K** is a true and correct copy of Defendants relevant policies provided by the Defendant in Document Production.

11. **Exhibit L** is a true and correct copy of Defendants agreement with Stratus for Video Interpreting Services.

Dated: February 28, 2020                     Respectfully submitted,

                                             EISENBERG & BAUM, LLP

                                             _____
                                             Andrew Rozynski, Esq.
                                             24 Union Square East, Fourth Floor
                                             New York, NY 10003
                                             (212) 353-8700
                                             arozynski@eandblaw.com