# EXHIBIT  B

TOMEI,SCOTT ALLEN
MREC - 0000420002   AGE/S - 50Y / M
                                    DOB - 08/23/67
ADM - 10/26/17      DR - POLLOCK,CHRISTOPHE
ACCT - 1729902977


Check appropriate Facility:
☐FSRMC ☐MMC ☑PMC ☐LCMC ☐FLMC ☐ RMC ☐ MHHS

CH80850050  (7/13)

## Communication Assessment and Right to Interpreter for Hearing Impaired

The information provided below will assist hospital staff and/or medical providers in communicating effectively with you during your visit to this facility, whether you are a patient, companion, or designated representative. All communication aids and services listed below are provided to you at the facility's expense and at no cost to you.

Date: 10/27/17     Reason for Hospital Admission/Visit:_____

Name: _Scott Tomei_____

Nature of Impairment: __✓__ Deaf       _____ Hard of Hearing
         _____ Speech Impairment    _____ Other

Relationship to patient: __X__ I am the patient      _____ Family Member
      _____ Designated Patient Representative    _____ Power of Attorney
      _____ Companion
      _____ Other: _____

If you are **NOT** the Patient, what is the Patient's name:_____

Please check any of the following which you believe would be helpful to communicate:
      _____ TTY/TDD
      _____ Written Communication
      _____ Exchange of Notes
      __✓__ Qualified Interpreter
      _____ Other: _____

Would you like to request the use of a qualified sign language interpreter during certain portions of the Hospital admission of the Patient?

      _____ No, I would not like to request the use of a qualified sign language interpreter.

      __X__ Yes, I would like to request the use of a qualified interpreter using Deaf-Talk (where available), a video remote interpreting service that is available in the hospital 24-hours a day.

      __X__ Yes, I would like to request the use of an on-site qualified interpreter, if one is available, needed, and my request will not delay the Patient's medical treatment.

Please check what services you will need in your room if you are admitted (Patient only):

_____Telephone handset amplifier      _____Assistive Listening devices
_____Telephone compatible with hearing aid    _____Flasher for incoming calls
_____Closed caption decoders for television set    _____Paper and Pen for Writing
_____Other: _____

If your preferences change during your time at the facility, please notify a nurse and/or other hospital care giver.

X_____      10/27/17
   Patient/Companion/Designated Representative Signature       Date