# EXHIBIT  C

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TENNESSEE
 2                      AT KNOXVILLE

 3

 4   SCOTT ALLEN TOMEI,              )
                                     )
 5                                   )
                   Plaintiff,        )
 6                                   )
                                     )
 7                                   )
     v.                              )   No. 3:19-cv-00041
 8                                   )
                                     )
 9   PARKWEST MEDICAL CENTER         )
     and COVENANT HEALTH,            )
10                                   )
                                     )
11              Defendants.    )

12

13          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

                 DEPOSITION OF SCOTT TOMEI
15                (Interpreted Deposition)

16

17                   December 16, 2019

18

19   ==================================================
             JEFF RUSK COURT REPORTING & VIDEO
20           Registered Professional Reporters
             Certified Legal Video Specialist
21
             Jeffrey D. Rusk, RPR, LCR, CLVS
22              805 Eleanor Street, N.E.
             Knoxville, Tennessee  37917
23                  (865) 246-7656
                 Jeff@JeffRusk.com
24                                  CERTIFIED COPY

25
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:

 3    Andrew Rozynski, Esq.
      Eisenberg & Baum, LP
 4    24 Union Square
      Fourth Floor
 5    New Yor, New York  10003
      arozynski@EandBLaw.com
 6

 7    FOR THE DEFENDANTS:

 8    Broderick L. Young, Esq.
        and
 9    Devin Lyon, Esq.
      Arnett Draper & Hagood
10    2300 First Tennessee Plaza
      Knoxville, Tennessee  37929
11    byoung@adhknox.com

12

13    Interpreters:

14    Ruann L. Wood, CEO, B.S.
        -- and --
15    Robin Anderson
      111 Center Park Drive
16    Suite 1200
      Knoxville, Tennessee  37922
17

18

19

20

21

22

23

24

25
```

```
 1                           I N D E X

 2    EXAMINATION BY                                    PAGE

 3    Mr. Young                                            6

 4

 5    NO.           INDEX OF EXHIBITS                   PAGE

 6
```

```
 7    Exhibit 1     Emergency Sign-In Sheet,             69
                    10-24-2017
 8
      Exhibit 2     Admission Agreement                  83
 9
      Exhibit 3     Independent Contractor Status        88
10                  Document

11    Exhibit 4     Patient Rights Document              88

12    Exhibit 5     Communication Assessment and         95
                    Right to Interpreter for
13                  Hearing Impaired Document

14    Exhibit 6     Computed Tomography Worksheet        96

15    Exhibit 7     Handwritten Document                 99

16    Exhibit 8     External Transfer Form              101

17    Exhibit 9     Special Consent to Operation or     110
                    Other Procedure
18
      Exhibit 10    Photograph of VRI Machine           114
19
      Exhibit 11    Discharge Instructions, Pages       154
20                  218 through 223

21    Exhibit 12    Discharge Instructions, Pages       154
                    224 and 225
22
      Exhibit 13    Discharge Instructions, Page        154
23                  259

24    Exhibit 14    Discharge Instructions, Pages       154
                    261 and 262
25
```

1                     D E P O S I T I O N,

2              The deposition of SCOTT TOMEI, taken at the

3    request of the Defendants, pursuant to the Federal

4    Rules of Civil Procedure, through the use of

5    interpreters, on the 16th day of December, 2019, at

6    the offices of Arnett, Draper & Hagood, Suite 2300,

7    First Tennessee Plaza, Knoxville, Tennessee, before

8    Jeffrey D. Rusk, Registered Professional Reporter

9    and Notary Public at Large for the State of

10   Tennessee.

11             It is agreed that the deposition may be

12   taken in machine shorthand by Jeffrey D. Rusk,

13   Registered Professional Reporter and Notary Public,

14   and that he may swear the witness and thereafter

15   transcribe his notes to typewriting and sign the

16   name of the witness thereto, and that all

17   formalities touching caption, certificate, filing,

18   transmission, etc., are expressly waived.

19             It is further agreed that all objections

20   except as to the form of the questions are reserved

21   to on or before the hearing.

22                     SCOTT TOMEI,

23    called as a witness at the instance of the

24   Defendants, having been first duly sworn, was

25   examined and deposed as follows:

```
 1      (Proceedings began at 9:11 a.m.)

 2              MR. ROZYNSKI:  If I'm talking to my

 3   client directly, I just would like that to

 4   be privileged during the deposition.  If I'm

 5   just speaking out on the record, of course,

 6   you know, but any time I'm signing to my

 7   client, I would ask that that not be

 8   interpreted.

 9              I can step out, if you would rather

10   I step out.

11              MR. YOUNG:  There is a -- and I

12   don't have it with me.  But there is an

13   order, a standing order from Judge Varlan in

14   our district, about communications with

15   clients.

16              MR. ROZYNSKI:  While the deposition

17   starts?

18              MR. YOUNG:  Yes, and even during

19   breaks.

20              MR. ROZYNSKI:  I know.  I know.

21              MR. YOUNG:  But I think there's a

22   lunch break where you can talk to your

23   client or something like that, I think.  So

24   it's not complete, but he does have it

25   fairly well defined.
```

1                      MR. ROZYNSKI:  Right.  I was just

2           talking to him before the deposition

3           started.

4                      MR. YOUNG:  That's fine.  That's

5           totally fine.

6                             EXAMINATION

7     BY MR. YOUNG:

8           Q.      Good morning, Mr. Tomei.  We met

9     just a few minutes ago.  My name is Broderick Young.

10    I am the attorney for the defendants in this case,

11    Parkwest and Covenant Health, along with Devin Lyon

12    who is also with me here today.

13                    Have you ever given a deposition

14    before?

15          A.      No.

16          Q.      A deposition is very different from

17    a normal conversation.

18                    Number one, everything you're

19    saying is under oath.

20                    Do you know what that means?

21          A.      Yes.

22          Q.      And everything you're saying is

23    being transcribed by our court reporter here today.

24          A.      Okay.

25          Q.      And so it's important, so that we

1    have a clear transcript, that we follow a few

2    protocols to keep the record clear.

3                    Number one, it's important for you

4    to wait for me to finish my question before you

5    start to answer.

6                    Number two, it's important that you

7    let me know if I ask a question that doesn't make

8    sense to you or that you don't understand.

9                    If you answer a question I give

10   you, I'm going to assume that you understand the

11   question that I've asked unless you tell me

12   otherwise.

13                   Have you ever been in a lawsuit?

14   A.        No.  Never.

15   Q.        Okay.  Well, have you -- you have

16   been divorced; is that correct?

17   A.        Yes.

18   Q.        Okay.  Well, we count that as a

19   lawsuit even though you are not really suing

20   someone.

21   A.        I'm not sure I understand that.

22                   Could you say that again, please?

23   Q.        A divorce is technically a civil

24   action and it's technically a lawsuit.

25                   So is it your testimony today that

1    other than your divorce that you have never been in

2    a legal action?

3              A.         I'm trying to understand what you

4    are saying.

5                         So the divorce -- a divorce is a

6    legal action.  Can I have clarification, please?

7              Q.         Okay.  A divorce is a legal action.

8              A.         Yes, I have been divorced.

9              Q.         All right.  Have you ever been in

10   court before for any reason other than your divorce?

11             A.         Well, the divorce was signed and

12   then we went to court and they signed off on it, and

13   that's all.

14             Q.         Outside of your divorce, have you

15   ever been in court for any other reason?

16             A.         Just the divorce.  That's it.  The

17   divorce, that's all I can think of.

18             Q.         Okay.  Have you ever been arrested?

19             A.         Yes.

20             Q.         Okay.  Tell me about that.

21             A.         Well, what -- how is that connected

22   to Parkwest?  I'm not exactly sure what that has to

23   do with this.

24             Q.         This is your background information

25   and I'm allowed to go into that.  It may end up

1    having nothing to do with this, but I'm allowed to

2    inquire to determine whether or not it may have

3    something to do with it.

4              A.        Okay.  Well, that's new to me.  I

5    would think it would be unrelated to Parkwest and my

6    experience without having an interpreter, but okay.

7                        Yes, I was arrested.

8         Q.        Do you know why you were arrested?

9              A.        It was all -- I'm not sure how to

10   spell it.

11                       A-s-s-u-l-t-y, something like that.

12        Q.        When did this happen?

13             A.        Oh, gosh.  A long time ago.  A long

14   time ago.

15        Q.        Did it happen here in Tennessee?

16             A.        Yes.

17        Q.        Did you go to jail?

18             A.        Yes.

19        Q.        Were you convicted of assault?

20             A.        It was just waived.

21        Q.        Okay.  Do you know what county this

22   was?

23             A.        It was in Loudon County.

24        Q.        Do you have a driver's license?

25             A.        Yes.

```
 1          Q.        May I see it?

 2          A.        (Witness compiles).

 3          Q.        Thank you.

 4                    Do you still live at the

 5    128 Johnson Drive address?

 6          A.        Yes.

 7          Q.        Who do you live there with?

 8          A.        Mostly myself.

 9          Q.        Was there a period of time where

10    you were not living there within the last two years?

11          A.        Well, two years ago I stayed with a

12    girlfriend and she helped me because of my leg.

13          Q.        And what is her name?

14          A.        P-e-i.  Last name C-h-a-n-g.

15          Q.        Are you still dating Ms. Chang?

16          A.        Yes.

17          Q.        Are you originally from California?

18          A.        I was born in California, correct.

19          Q.        When did you come to Tennessee?

20          A.        May 2000.

21          Q.        What brought you to Tennessee?

22          A.        Because I lived in --

23                    INTERPRETER:  The interpreter is

24          asking for him to go back and begin his

25          answer again, because I missed the first
```

1              portion.  I'm sorry.

2                          The first part again?

3              A.          I moved from California to

4       Tennessee.

5                          Is that your question?

6              Q.          (BY MR. YOUNG) Why?

7              A.          Okay.  Born in California, moved

8       to -- moved to North Carolina, moved to Georgia and

9       now Tennessee.

10             Q.          What was your reason for moving to

11      North Carolina?

12             A.          My dad and mom moved.  So, of

13      course, I followed.

14             Q.          When -- how old were you when you

15      moved to North Carolina?

16             A.          I don't remember.  Gosh, I was a

17      kid.  I was just a little kid.  Maybe three or four.

18      I have no idea.

19             Q.          When did you move to Georgia?

20             A.          Maybe 13, 14, give or take.

21             Q.          And then were you around 33 when

22      you moved the Tennessee, or how old were you when

23      you moved to Tennessee?

24             A.          Oh, gosh.  I was in my 30's.

25             Q.          Okay.  Did you go to school in

```
 1    Georgia?

 2          A.       Yes, I went to school in Georgia.

 3          Q.       Did you go to -- did you graduate

 4    high school?

 5          A.       Yes.

 6          Q.       What was the name of your high

 7    school down there in Georgia?

 8          A.       Georgia School for the Deaf.

 9          Q.       Did you go to any school after GSD?

10          A.       Are you talking about college?

11                   There was a small college that I

12    went to.

13          Q.       Okay.  What college was it?

14          A.       Community.

15                   INTERPRETER:  The interpreter is

16          asking for clarification of what this C is.

17          What does this mean?

18          A.       Charlotte.  So this was in

19    North Carolina.  Community Charlotte.  Yes.

20    Community College with C -- I don't remember.  It

21    was a community college.  I'm not exactly sure of

22    the name of it.

23          Q.       (BY MR. YOUNG) Okay.  But it was in

24    Charlotte, North Carolina?

25          A.       Correct.
```

1          Q.          Was it a school tailored towards

2     hard of hearing?

3          A.          It was for the general population.

4     Of course, there were a few deaf students there with

5     interpreters.

6          Q.          Did you get a degree from there?

7          A.          No.

8          Q.          How long were you there for?

9          A.          Oh, gosh, it was just a year.

10         Q.          Did you ever go back to any type of

11    college?

12         A.          No.

13         Q.          What was your reason for leaving?

14         A.          Well, I moved back to Georgia.

15         Q.          Why did you move back to Georgia?

16         A.          I had a job there.

17         Q.          What kind of job was it?

18         A.          I was making glass tubes.

19         Q.          While you were at the community

20    college in Charlotte, did you have any trouble with

21    the coursework?

22         A.          I struggled a bit.

23         Q.          Were you able to pass your classes?

24         A.          Yeah, some.

25         Q.          Did you pass all of them or just

1    some of them?

2              A.         I passed some classes.

3              Q.         Okay.  Do you have any memory of

4    which ones you passed?

5              A.         What do you mean?  Pass or fail,

6    what is that?

7              Q.         Well, if you passed, you get credit

8    for the course.  If you fail, you don't get credit.

9              A.         Well, I passed some and failed

10   some.

11             Q.         Okay.  What I'm trying to find out

12   is which ones did you struggle with?

13             A.         English.

14             Q.         Why was English difficult?

15             A.         Because sign language is my primary

16   language.  English is my secondary language, so I

17   struggle with it.

18             Q.         Were you able to read the

19   textbooks?

20             A.         Some were easy for me to read and

21   understand.  Some were not easy for me to read and

22   understand, but I did understand some.  But anything

23   with big words or difficult sentences I struggled

24   with.  I needed it in American Sign Language to

25   understand.

1         Q.        What type of textbooks was he able
2    to read?

3         A.        You mean text -- in 2019 text -- is
4    it text as in text messaging or textbooks as in
5    schoolbooks?

6         Q.        Schoolbooks.

7         A.        For example, something with a lot
8    of pictures, with a lot of expression and directions
9    contained within, I would understand that easiest.

10        Q.        Have you ever read an English
11   language novel?

12        A.        Yes, I wrote --

13                  INTERPRETER:  For the interpreter's
14             clarification, you wrote?

15                  Please ask the question again.  I
16             don't think the interpretation was clear and
17             I apologize.

18        Q.        (BY MR. YOUNG) Have you ever read
19   an English language book?

20        A.        I read books with like comics, and
21   I can read those.  You know, action type things.  I
22   forget what they are called.  Not like a romance
23   novel or anything like that because I don't really
24   understand those.

25        Q.        Can you read a newspaper?

1          A.          I can read a newspaper and I watch

2    the news, and I look at the scores for -- mostly for

3    football, sports, things like that.

4          **Q.          Have you ever written -- let me**

5    **back up.**

6                        **When you were in community college,**

7    **did you ever answer a test in English?**

8          A.          Yes.

9          **Q.          Have you ever written an essay in**

10   **English?**

11         A.          Yes.

12         **Q.          Was that for the community college?**

13         A.          No, it was for school.  Like, you

14   know, what did I do after summer break.  You know,

15   when you go back to school and the teacher says to

16   write an essay about what happened during summer

17   break, what did we do on summer vacation.

18         **Q.          Was this at GSD?**

19         A.          It was GSD.

20         **Q.          At GSD is part of the curriculum to**

21   **teach you the English language?**

22         A.          I believe so.

23         **Q.          Was GSD a four-year high school?**

24         A.          Four years.

25         **Q.          Before GSD, did you also go to a**

1    school geared towards hard of hearing?

2           A.      No, I went to public school.

3           Q.      Okay.  Were you able to pass your

4    classes in public school?

5           A.      No.  No.  Some I passed.  Some I

6    failed.

7           Q.      And have you been to any vocational

8    schools?

9           A.      Are you talking about like some

10   kind of shop or wood shop or something to that

11   effect?

12          Q.      Some type of school after GSD

13   that's geared towards a particular trade.

14          A.      That's not clear.  I'm not sure

15   exactly what that is.

16          Q.      Okay.  Has he received any formal

17   training in any particular trade?

18          A.      So trade, that's -- I'm not

19   sure what that is.

20          Q.      Like a job, like a type of --

21          MR. ROZYNSKI:  I think if you can

22          give examples of what a trade is that he

23          might understand.  He's hung up on that

24          word.

25          Q.      (BY MR. YOUNG) By trade I mean a

1      job that requires special training.

2               A.       So you mean before I went to

3      school, like elementary or middle -- after I went to

4      elementary and middle school, I went to trade

5      school?

6               Q.       No.  After.

7               A.       I don't understand what any of that

8      is.

9               Q.       Okay.  My understanding is you

10     are -- you have been in the construction field.

11              A.       Yes.

12              Q.       Did you ever receive any special

13     training with regard to any type of construction you

14     performed?

15              A.       No.

16              Q.       Let me go back a little bit.

17                       You left community college to go to

18     a job making glass tables?

19                       INTERPRETER:  Did you say glass?

20                       MR. YOUNG:  Yes.

21                       INTERPRETER:  Glass what?

22                       MR. YOUNG:  Tables, I heard.

23                       INTERPRETER:  Glass tubes.

24                       MR. YOUNG:  Okay.  I'm sorry.  I

25               couldn't read my writing.

1       Q.          (BY MR. YOUNG) Was that in a

2   factory?

3       A.          Yes.  We made glass tubes in a

4   factory a line, yes.  They were tubes for AT&T and

5   then they were sent off somewhere.

6       Q.          How long did you work that job?

7       A.          I believe it was six or seven

8   years, give or take.

9       Q.          What was the name of that company?

10      A.          I'm going to spell it.  H-e-r --

11  oh, if I can remember the name.

12                  H-e-r-m-i-l, and then the last one

13  is A-m-e-r-i-c-a, I think.  They stopped

14  manufacturing.  They are out of business and they

15  have closed their doors.

16      Q.          Okay.

17      A.          And it was a German company and it

18  was -- it was in Georgia but a German company.

19      Q.          All right.  What was your reason

20  for leaving there?

21      A.          They fired me.

22      Q.          Okay.  Do you know why you got

23  fired?

24      A.          Because I messed up.

25      Q.          Okay.  How did you mess up?

1          A.          Well, I damaged something.

2          Q.          **Okay.  By accident?**

3          A.          Yeah, it was definitely a mistake.

4          Q.          **All right.  It wasn't on purpose.**

5          A.          No.

6          Q.          **Okay.  Did you stay in Georgia**

7    **after you were fired from Hermil America?**

8          A.          Yes, I was in Georgia.

9          Q.          **Did you go to work somewhere else**

10   **after that?**

11         A.          Well, after that job I worked for a

12   short time at -- it's spelled U-n-i-q-e.  We were

13   making phone -- cell phone parts.  We were making

14   cell phone parts that they put inside the cell

15   phone, and that was just temporary.  I quit there

16   and then worked with my father.

17         Q.          **What business was your father in?**

18         A.          He was construction.

19         Q.          **Was that in Georgia?**

20         A.          Correct.

21         Q.          **Was anyone else in your family hard**

22   **of hearing?**

23         A.          No.  I'm it.

24                     MR. ROZYNSKI:  I just want to make

25              sure that -- I know you are saying hard of

1   hearing, but it's being interpreted as deaf.

2           MR. YOUNG:  I don't want to say

3   anything improper.

4           MR. ROZYNSKI:  Deaf is the right

5   term.

6           MR. YOUNG:  Okay.  Deaf.

7           MR. ROZYNSKI:  You can say deaf.

8           MR. YOUNG:  I've heard this hard of

9   hearing term recently.  I didn't know if

10  that's what people wanted it referred to.

11          So deaf is the right word?

12          MR. ROZYNSKI:  Right.  I just want

13  the record to be clear because you are

14  saying hard of hearing and it's being

15  interpreted as deaf and he's saying yes.

16  Him saying yes to hard of hearing could be a

17  distinctive term from deaf.  I just wanted

18  to be sure.

19          MR. YOUNG:  I very much appreciate

20  that.

21          When is the term hard of hearing

22  used?

23          MR. ROZYNSKI:  I mean, there are

24  people that self identify as hard of

25  hearing, other people that are typically

1         maybe not using American Sign Language or

2         just have hearing loss, versus someone who

3         is deaf is typically someone who primarily

4         communicates in sign language who is

5         culturally deaf.  That's a wide overview of

6         it, but --

7                    MR. YOUNG:  All right.  I

8         appreciate that.  Thank you.

9                    MR. ROZYNSKI:  I believe that

10        Mr. Tomei self identifies as a deaf person.

11                   INTERPRETER:  The interpreter says

12        thank you for clarifying that.  I appreciate

13        it.

14        Q.      (BY MR. YOUNG) All right.  What

15   type of construction were you and your father

16   involved with?

17        A.      Framing houses.

18        Q.      How long did you work with your

19   father?

20        A.      Let me figure it out.

21                About eight years.

22        Q.      Eight years?

23        A.      Yes.

24        Q.      And where did you go after that?

25        A.      Moved to Tennessee.

1     Q.        What was your reason for moving to

2   Tennessee from Georgia?

3     A.        Because my ex-wife wanted to live

4   near her mother in Tennessee.

5     Q.        Was that your reason for leaving

6   employment with your father?

7     A.        Because my ex-wife wanted to live

8   near her mother.

9     Q.        Okay.  And what is your ex-wife's

10  name?

11    A.        Leigha, L-e-i-g-h-a.

12    Q.        When did you get married to Leigha?

13    A.        We married October the 2nd -- oh,

14  shame on me.  '93.  '94.  I'm not sure.  I don't

15  remember.  That's all in the past.

16    Q.        I understand.

17              Did you have any children with

18  Leigha?

19    A.        Yes.

20    Q.        How many?

21    A.        Two.

22    Q.        What are their names and ages?

23    A.        My oldest daughter, her name is

24  T-a-l-a and she's 25.  My son is Travis, and he's

25  23.

1    Q.       Leigha's parents, where do they

2    live?

3    A.       Tennessee.  Here.

4    Q.       Where in Tennessee?

5    A.       Lenoir City.

6    Q.       Do you remember when your divorce

7    was?

8    A.       Between 2005 and 2008.

9    Q.       Okay.  Do either of your

10   children -- are either of your children deaf?

11   A.       No.

12   Q.       Do they have any type of hearing

13   loss?

14   A.       Hearing loss, you said?

15   Q.       Yes.

16   A.       No.

17   Q.       Does -- is Leigha Tomei deaf?

18   A.       Yes.

19   Q.       Does she wear hearing aids?

20   A.       She has a cochlear implant.

21   Q.       Is she able to speak English?

22   A.       She can some.  It depends.  She can

23   speak English but understanding, sometimes things

24   have to be repeated multiple times.  She's better

25   than I am in speaking English.

1        Q.        Has she told you how much she can
2    understand in English with the cochlear implant?
3        A.        No, she hasn't told me.
4        Q.        How long has she had the implant?
5        A.        I don't remember.  I'm guessing
6    maybe seven years.  I don't know.
7        Q.        What does she --
8        A.        No.  Maybe ten years.
9        Q.        Do you know why she got the
10   implant?
11       A.        Because her mother begged her and
12   suggested that she get it.
13       Q.        What -- does she work?
14       A.        No.
15                 Do you mean now?
16       Q.        Now, yes.
17       A.        No.
18       Q.        Has she ever worked?
19       A.        Before she worked, but she's not
20   working anymore right now.
21       Q.        Where did she work before?
22       A.        Food City.
23       Q.        What did she do there?
24       A.        I believe she worked in the bakery
25   or the deli, one of those two.

1         Q.        Is there a reason why she's not

2    working now?

3         A.        I don't know.  She didn't tell me.

4    We are divorced.  It's not my business.  That's her

5    business.

6         Q.        Okay.  Did you meet your wife at

7    GSD?

8         A.        No.

9         Q.        Okay.  But you met her in Georgia?

10        A.        Yes.

11        Q.        What does -- is Tala currently

12   working?

13        A.        Yes.

14        Q.        What does she do?

15        A.        She's a waitress.

16        Q.        Is she also in school?

17        A.        Do you mean high school or college?

18        Q.        College.

19        A.        No.  Well, she does online school.

20        Q.        Okay.  Do you know what she's

21   studying online?

22        A.        I don't remember what she is

23   studying, no.  I don't know what she wants.

24        Q.        Is your son working now?

25        A.        Yes.

```
1          Q.        What does he do?

2          A.        Construction.

3          Q.        Does he work with you?

4          A.        No.

5          Q.        Are you currently employed

6    anywhere?

7          A.        You know, I do some side jobs.

8          Q.        What type of work do you do?

9          A.        Just to earn extra money.

10   Handyman.

11         Q.        When you came to Tennessee with

12   your ex-wife, did you come to work for a company?

13         A.        I worked for a company.

14         Q.        What company did you work for?

15         A.        United Group Realty for houses.

16         Q.        What type of work were you doing

17   for them?

18         A.        Like remodeling old houses, fixing

19   things to get them ready to sell.

20         Q.        How long did you do that?

21         A.        I believe two years.

22         Q.        Okay.  What did you do after that?

23         A.        Boiling's Construction.  I'm not

24   sure of the spelling.  B-o-i-l-i-n-g-s Construction.

25         Q.        Was that in Loudon County?
```

```
 1          A.      Yes.

 2          Q.      How long did you work there for?

 3          A.      Less than one year.

 4          Q.      Okay.  And where did you work after

 5     that?

 6          A.      No work until I moved to

 7     California.  I drove for Uber.

 8          Q.      In California?

 9          A.      Yes, just for a short time.  Just

10     short-term work.

11          Q.      How long did you live in

12     California?

13          A.      Three years.  Less than

14     three years.

15          Q.      Did your family go with you?

16          A.      No, just myself.

17          Q.      Was this after your divorce?

18          A.      After I was divorced a few

19     months -- maybe two years later, then I moved to

20     California.

21          Q.      Do you know what years you were in

22     California?

23          A.      2014 until 2017, and then I moved

24     back to Tennessee.

25          Q.      What brought you back to Tennessee
```

1    this time?

2          A.        My kids needed me.

3          Q.        **What type of -- did you have a job**

4    **when you came back in 2017?**

5          A.        Just side jobs.  Like a handyman,

6    you know, kind of self-employed.  I didn't work

7    every day, though.

8          Q.        **At some point did you work for a**

9    **pawn shop?**

10         A.        Yes.

11         Q.        **When did you start working for**

12   **them?**

13         A.        2017.  2017.  That was part-time.

14         Q.        **What were you doing for them?**

15         A.        Like mechanic and handyman, either.

16         Q.        **What type of things did the pawn**

17   **shop have that would require a mechanic or a**

18   **handyman?**

19         A.        The owner of the pawn shop -- oh,

20   what's it called?  They owned a storage building and

21   I would fix the door again and again, worked on lawn

22   mowers, cut the grass, paint.

23         Q.        **Do you know about --**

24         A.        Fix the water line.  You know,

25   handyman.  A few houses.

1          Q.          All right.  Do you know about how

2     many hours a week you would work then?

3          A.          In the summer, maybe 32.  Yes,

4     30 hours or less.

5                    MR. ROZYNSKI:  Would now be a nice

6          little bathroom break?

7                    MR. YOUNG:  Yes, that's fine.

8               (Off the record at 10:03 a.m.)

9               (On the record at 10:12 a.m.)

10    BY MR. YOUNG:

11         Q.          When you were making glass tubes in

12    Georgia, how were you able to communicate with your

13    co-workers and your boss?

14         A.          Body language and gesturing.

15         Q.          Were you able to communicate in

16    writing?

17         A.          Like for meetings they hired an

18    interpreter, but every day it was just body

19    language, pointing here, pointing there, gesturing.

20         Q.          Was there any communication in

21    writing?

22         A.          Some.  Like simple things.  It

23    wasn't just big explanations.  Just simple words.

24         Q.          When you worked for your father, is

25    he ASL fluent?

1          A.          My dad didn't sign ASL but we had

2      home sign.  It was home sign.  And I, of course,

3      have been around him all of my life and so I knew

4      his signs.

5          Q.          Would you communicate with him in

6      writing?

7          A.          Some, but mostly it was home sign.

8      A little bit of finger spelling.

9          Q.          Did your father employ more than

10     just you?

11         A.          Yes, there were other workers.

12         Q.          How would you communicate with

13     them?

14         A.          Body language.  Gesturing.  That's

15     it.

16         Q.          When you worked for Uber, how were

17     you able to communicate with customers?

18         A.          I would point to them on the -- I

19     would point to the address to make sure the address

20     was right and it was thumbs up, thumbs down.

21         Q.          Did you -- when you worked for

22     Uber, did you have to report to a supervisor or some

23     other type of Uber organizational person?

24         A.          What do you mean by that?

25         Q.          Was there someone he reported to at

1    Uber?

2            A.      No.

3                    Report?  You mean like if I got the

4    trouble?

5            Q.      No.

6                    How did you apply for the job?

7            A.      I did Uber Eats.  Uber Eats is like

8    people would order food and then I would verify the

9    address and take it to them.

10           Q.      How were you able to apply to get a

11   job at Uber Eats?

12           A.      My ex-girlfriend, she helped me to

13   apply.

14           Q.      When you worked for UG Realty, how

15   were you able to communicate with your co-workers

16   there?

17           A.      UG?  What?

18           Q.      The realtor who you did -- who you

19   helped prepare homes for sale for.

20           A.      Some of my friends helped me to

21   tell me what they said.  To hammer.  To paint.  To

22   fix.  The water pipes were broken.  They would

23   explain it to me so I could fix it.

24           Q.      Do you have friends who are fluent

25   in English?

1          A.          I'm sorry.  I don't understand that

2    question.

3          **Q.          Do you have friends who are capable**

4    **of hearing?**

5          A.          My friends?  Yes, I have hearing

6    friends.

7          **Q.          Okay.**

8          A.          I don't.

9          **Q.          You're saying you don't hear.**

10          A.          I could hear a horn if it's really

11   loud and really close, but I can't hear something

12   from really far away.  If my friends hear something

13   for me, they can tell me.

14          **Q.          Do you have friends who don't know**

15   **ASL?**

16          A.          Hearing or deaf?  Which are you

17   talking about?

18          **Q.          Okay.  Do you have hearing friends**

19   **who do not know ASL?**

20          A.          Some hearing know a little sign.

21   Some hearing don't know sign.  It's mostly body

22   language in that instance.  Like they write simple

23   words.

24          **Q.          Do you ever communicate via text**

25   **message with your hearing friends who don't know**

1    ASL?

2            A.      Yes, we text and communicate like,

3    "I'll see you tomorrow."  Not like a big long

4    sentence or anything like that.  It's very simple.

5            Q.      Do you currently own your own car?

6            A.      Yes.

7            Q.      How long have you had that car?

8            A.      Five years.

9            Q.      Okay.  Where did you get it?

10           A.      An auto dealership.

11           Q.      When you went to buy the car, were

12   you able to negotiate the sale yourself?

13           A.      My friend, my ex-girlfriend, not

14   Pei, my ex-girlfriend and I went.  And what they

15   told my ex-girlfriend, she would sign to me.

16           Q.      What is his ex-girlfriend's name?

17           A.      Robbie.

18           Q.      What is her last name?

19           A.      Vida, V-i-d-a.

20           Q.      Does she live here in

21   East Tennessee?

22           A.      No.

23           Q.      Where does she live?

24           A.      California.

25           Q.      When you have to sign a purchase

1    document or a legal agreement, do you have a friend

2    help you with it?

3          A.      Sign what?

4          Q.      **Any type of contract.**

5          A.      I still don't get -- like signing

6    for a car?

7          Q.      **Sure.**

8          A.      I can sign it.

9          Q.      **Okay.  Can you review the document**

10   **and know what it means?**

11         A.      No.  Some.  No.

12         Q.      **So how do you know what you are**

13   **signing?**

14         A.      They explain to me what this means.

15   You know, different things you need to sign and then

16   you just sign down through there.  Do I read it

17   completely?  No.  The salesman explains and then I

18   sign it.

19         Q.      **Does the salesman explain it to you**

20   **or to a friend or an interpreter?**

21         A.      My ex-girlfriend helped me.  There

22   was no interpreter.  My ex-girlfriend, she explained

23   to me the meaning.  She explained it.

24         Q.      **Could your ex-girlfriend hear?**

25         A.      She was hearing.

1       Q.      So you wouldn't have signed

2    something if you didn't know what it meant.

3                    MR. ROZYNSKI:  Object to the form.

4                    You can answer.

5                    THE WITNESS:  I'm lost.

6                    MR. ROZYNSKI:  Sometimes I'll lodge

7            objections.  It's just for the record.  You

8            can still answer unless I instruct you not

9            to, but I don't anticipate that happening.

10                    So if you hear my objection, just

11            go ahead and answer unless I tell you

12            otherwise.

13                    THE WITNESS:  Okay.

14                    MR. ROZYNSKI:  You can answer that

15            question.

16                    INTERPRETER:  Okay.  You're going

17            to have to give it to me again.

18       Q.      (BY MR. YOUNG) All right.  You know

19    not to sign something if you don't know what the

20    document means.

21                    MR. ROZYNSKI:  Object to the form.

22                    You can answer.

23       A.      It's hard to say.  If I don't

24    understand it but somebody explains it to me -- it

25    depends.  It's hard to explain.

1                        For example, a lease agreement, I

2    know the in's and out's of a lease agreement.  Some

3    of it I don't really understand, but it depends on

4    what the document is.

5           **Q.        (BY MR. YOUNG) Do you feel like**

6    **you're able to review a lease agreement on your own**

7    **and execute that?**

8                        MR. ROZYNSKI:  Objection to form.

9                        You can answer.

10          A.        Well, I'm not really comfortable

11    with all of it but, I mean, we need a place to live,

12    so yeah.

13          **Q.        (BY MR. YOUNG) My question is, do**

14    **you feel comfortable being able to review a lease**

15    **agreement and sign off on it without having the**

16    **assistance of someone else?**

17                       MR. ROZYNSKI:  Objection to form.

18                       You can answer.

19                       MR. YOUNG:  What is the form that's

20          problematic?

21                       MR. ROZYNSKI:  It's broad and

22          nonspecific as to what document you're

23          speaking of.

24                       MR. YOUNG:  A lease agreement.

25                       MR. ROZYNSKI:  Is there more than

1          one lease agreement?

2                    MR. YOUNG:  He's the one that

3          brought it up.

4          **Q.       (BY MR. YOUNG) Where you live now,**

5     **are you renting?**

6          A.       No, I own the house.

7          **Q.       Okay.  When did you buy the house?**

8          A.       2002.

9          **Q.       Okay.  When is the last time you**

10    **leased a home?**

11         A.       A lease, like for an apartment, for

12    example?

13         **Q.       Yes.**

14         A.       Well, if we sign an agreement --

15    okay.  Let me explain it to you.

16                   We signed the lease agreement, but

17    I'm not tracking you.

18         **Q.       Where you live now, the home, the**

19    **128 Johnson Drive address, are you leasing that home**

20    **or do you own it?**

21         A.       I own it.

22         **Q.       You brought up a lease agreement**

23    **earlier today.**

24         A.       Correct.

25         **Q.       When is the last time you signed a**

1    lease agreement?

2          A.        Oh, gosh, that was a long time ago.

3          Q.        Okay.  Did you have to sign a lease

4    agreement when you lived in California?

5          A.        Yeah, it was with my friend.  Yeah,

6    my friend explained it to me.

7          Q.        Did you want her to explain it to

8    you before you signed it?

9          A.        Yeah, I asked her to explain what

10   it meant, and she explained it to me.  And I asked,

11   "What does this mean," she explained it and then I

12   went ahead and signed it.

13         Q.        If you did not understand what it

14   meant, would you have signed it?

15                   MR. ROZYNSKI:  Objection to form.

16                   You can answer.

17         A.        If I don't understand, I'm not

18   signing it.

19         Q.        (BY MR. YOUNG) Okay.

20         A.        I mean, sometimes -- yes, I don't

21   know.

22                   I want to explain, but I'm not

23   exactly sure how this is related to Parkwest

24   exactly, because that's confusing me.  Why -- what

25   does my past and my current situation have to do

 1    with Parkwest?

 2            Q.        Well, one thing about today in a

 3    deposition is only lawyers get to ask questions.

 4            A.        Uh-huh.

 5            Q.        So my question was, you don't sign

 6    things you don't understand; is that correct?

 7                      MR. ROZYNSKI:  Objection to form.

 8            Q.        (BY MR. YOUNG) Go ahead.

 9            A.        That's a double-edge sword.  It

10    depends on what it is.

11            Q.        Okay.  What type of things would

12    you sign if you don't understand what it is you're

13    signing?

14            A.        It would depend on where, what

15    company.  It would depend on a number of different

16    things.

17            Q.        Well, can you think of an occasion

18    where you signed your name to something without

19    knowing what it was you were signing your name to?

20            A.        Yes, sometimes.

21            Q.        Okay.  Can you give me some

22    examples?

23            A.        Do you mean you want to know

24    exactly when?

25            Q.        Well, I'm trying to understand what

1     type of documents that you would be willing to sign

2     without knowing what they were.

3              A.        I don't know.

4              Q.        Do you use a video phone service

5     called InTouch?

6              A.        Yes.

7              Q.        In what settings would you use the

8     video phone service, InTouch?

9                        INTERPRETER:  For the interpreter,

10             for clarification, when you say settings,

11             you are not talking about the tech settings.

12             You are talking about situations.

13                       MR. YOUNG:  That's right, what

14             situations.

15             A.        Oh, make an appointment with a

16    doctor, if I needed to talk to a deaf person.

17             Q.        (BY MR. YOUNG) And InTouch, is that

18    like FaceTime?

19             A.        No, they are different.  FaceTime

20    is very different but InTouch has, you know, a dial

21    pad.  We use sign language.  I see their face.

22                       And FaceTime is -- you know, deaf

23    people just FaceTime just to chat mostly.

24             Q.        Are you able to communicate on your

25    phone just using FaceTime?

```
 1          A.         It depends.  It depends.  If it
 2   freezes, depending on what area I'm in -- like if
 3   I'm driving somewhere and I don't have cell
 4   coverage, then no, it doesn't work.  It's not clear.
 5          Q.         Okay.  Assuming you are not having
 6   a connection issue and it doesn't freeze, are you
 7   able to communicate via FaceTime with a deaf person?
 8          A.         Yes.
 9          Q.         Do you have an e-mail address?
10          A.         Yes.
11          Q.         What is your e-mail address?
12          A.         Stsilverdragon88@gmail.com.
13          Q.         Do you regularly check that e-mail?
14          A.         Mostly if I'm checking my bank
15   balance.  Junk mail I just ignore.
16          Q.         Is there any person you communicate
17   with using e-mail?
18          A.         Mostly I prefer sign language.
19          Q.         But is there anyone that he
20   communicates with -- that you communicate with using
21   e-mail?
22          A.         I'll read the e-mail and then I
23   will call to communicate with the person through the
24   video phone.
25          Q.         When you're using the InTouch video
```

1    phone service, are you signing into a camera and the

2    person on the other side is signing back to you?

3            A.        Okay.  InTouch or FaceTime, which

4    one are you asking about?

5            Q.        InTouch.

6            A.        Yeah.  We just communicate and then

7    there's an interpreter that has an ear piece and a

8    microphone and talks to the other person I'm talking

9    with.  It's like a three-way call.

10           Q.        So InTouch would be used with

11   communicating with a person who does not know ASL.

12           A.        Correct.

13           Q.        Okay.  And FaceTime could be used

14   with speaking with someone who does know ASL.

15           A.        Correct.

16           Q.        There wouldn't be a reason to

17   communicate with a person who knows ASL using the

18   InTouch.

19           A.        Like if FaceTime is not working

20   I'll use the InTouch.

21           Q.        Okay.

22           A.        Because we both know sign.  If the

23   FaceTime is not working, my FaceTime is not working,

24   their FaceTime is not working.

25           Q.        Okay.  For the --

1          A.          But, I mean, there are other ways.

2          Q.          Okay.  So I guess what I'm getting

3    at, provided there's no technical problems, would

4    you typically speak with an ASL-fluent person using

5    FaceTime?

6          A.          Yes.  Most of the time it's

7    FaceTime.

8          Q.          We are here today in relation to a

9    problem you had with your right leg.

10         A.          Yes, my right leg.

11         Q.          Prior to October of 2017, had you

12   had any circulation problems with your right leg

13   before?

14         A.          You mean before October?

15         Q.          Yes.

16         A.          No.  No.

17                     I fell -- when was that?  Gosh,

18   that was -- what was that?  October 20th I fell.

19         Q.          Prior to October the 20th, you

20   hadn't had any problems with your right leg,

21   October 20th, 2017.

22         A.          No, not until I fell on

23   October 20th.  Yes.

24         Q.          Have you had any -- prior to

25   October the 20th of 2017, had you had any

1    circulation problems involving any other part of

2    your body?

3          A.      You are talking about my leg?

4          Q.      I am talking about any other part

5    of your body.

6          A.      No, no problems that I know of.  I

7    had a heart problem but no blood problems.

8          Q.      Okay.  I would include the heart in

9    that.

10         A.      Well, I'm thinking, you know, blood

11   throughout my body, but okay.  All right.

12         Q.      What types of problems had you had

13   with your heart?

14         A.      I had a blockage.

15         Q.      When was that?

16         A.      2015.

17         Q.      What treatment did you receive for

18   your blockage?

19         A.      I had surgery.  They put a stent

20   in.

21         Q.      Did they tell you anything that

22   could have caused that blockage to form in your

23   heart?

24         A.      Just the blood -- the artery --

25   yeah, the artery was blocked.

1        Q.        Did they warn you about how smoking

2    might contribute to a blockage in your artery?

3        A.        Yes, with an interpreter.

4        Q.        Was this in California?

5        A.        Yes.

6        Q.        So you understood that smoking was

7    not good for your circulation.

8                  MR. ROZYNSKI:  Objection to form.

9                  You can answer.

10       A.        Yes.

11       Q.        (BY MR. YOUNG) And that's going all

12   the way back -- did you know that before 2015?

13       A.        So you're asking me when I learned

14   it was bad -- that smoking was bad?

15       Q.        Well, that smoking could harm your

16   circulatory system.

17       A.        Yes, smoking is bad for your heart.

18       Q.        How long have you known that?

19       A.        A lot of people tell me that

20   smoking is bad.  I don't know exactly what year that

21   was.  I mean, a lot of people tell me that.

22       Q.        That's right.  You've known that

23   for a long time, well before 2015.

24       A.        Yes.

25       Q.        Okay.  And you had known before

1    2015 that smoking could affect circulation in other

2    parts of your body.

3                    MR. ROZYNSKI:  Objection to form.

4                    You can answer.

5         A.       No, my doctor didn't tell me all

6    that.  No deep details about that.

7         Q.       (BY MR. YOUNG) You have been

8    smoking for 30 years.

9         A.       Correct.

10        Q.       A pack per day.

11        A.       Correct.

12        Q.       Have you noticed the warning labels

13   on cigarette packages?

14        A.       Yes, there's some language on the

15   box.  There's something that says like cancer or

16   lung, yeah.

17        Q.       As we sit here today, you know that

18   smoking can affect the circulation in your legs.

19                    MR. ROZYNSKI:  Objection to form.

20                    You can answer.

21        A.       I have no idea.

22        Q.       (BY MR. YOUNG) No doctor has ever

23   told you that?

24        A.       I don't know.

25                    INTERPRETER:  I don't know was for

1          the previous question.  I'll go with this

2          question.

3          A.        The doctor told me that smoking is

4    bad for you, and that's it.  He didn't go into any

5    kind of in-depth about smoking.

6          Q.        (BY MR. YOUNG) Is that true for --

7          A.        Yeah, just the doctor recommended I

8    quit.

9          Q.        Okay.  Are we talking -- which

10   doctor are we talking about at this point?

11         A.        Primary physician.

12         Q.        Okay.  Did any doctor mention

13   anything about smoking and the condition of your leg

14   as to whether or not the circulation would be

15   affected?

16         A.        No, most of the doctors just said

17   don't smoke.  They never did any kind of deep

18   explanation about anything.  Just quit smoking.

19         Q.        And that's true for -- that's true

20   for all the doctors you have seen, regardless of

21   where they practiced?

22         A.        Family doctors.  Friends told me

23   that.

24         Q.        When you had your stent put in in

25   California, did you have a live interpreter with you

1    during that hospitalization?

2         A.         It was a video remote interpreter.

3         Q.         Did you understand what your

4    problem -- or the nature of your heart problem using

5    the VRI?

6         A.         Yes.  Clearly.  Clearly.

7         Q.         Did you understand the procedures

8    you were going to undergo while you were in the

9    hospital in California?

10        A.         Correct.

11        Q.         As for the hospitalization in

12   California, was there any difference between using

13   the VRI and a live interpreter?

14        A.         You're asking between a VRI

15   interpreter and a live interpreter and you want to

16   know what the difference is?

17        Q.         Well, was the communication just as

18   good?

19        A.         I would rather have a live

20   interpreter because the video remote interpreter has

21   a delayed response sometimes, whereas a live

22   interpreter is more fluid.  The VRI has technical

23   glitches.  Sometimes there's missed information.

24   Because of that, I would prefer an in-person

25   interpreter.

1        Q.        But on the California admission,

2   you would agree that you understood what your

3   medical problem was and what the treatment that you

4   were receiving was for that problem.

5        A.        Yes.  The VRI helped explain that

6   to me, but it was a slow process.  It was clear, but

7   there was a lot of repetitive to make sure it was

8   correct and I understood it.

9        Q.        But you were able to effectively

10  communicate on that occasion in California using the

11  VRI.

12       A.        Yes.

13       Q.        Since you've moved to Tennessee, do

14  you have a primary care physician?

15       A.        Yes.

16       Q.        Who is that?

17       A.        Currently?

18       Q.        Yes.

19       A.        Let me get his name.

20                 Dr. Stovall.

21       Q.        How do you communicate with

22  Dr. Stovall when you go to see him?

23       A.        Through VRI.

24       Q.        Where does Dr. Stovall practice?

25       A.        In Lenoir City.

1          Q.          Have you ever requested that

2     Dr. Stovall provide you with an in-person

3     interpreter?

4          A.          Yes, both interpreter and VRI.

5          Q.          Has he ever provided with you an

6     in-person interpreter?

7          A.          Yes.  Like if it's something

8     serious, the doctor will use a live interpreter.  If

9     it's like a cold or something minor, then we use the

10    VRI.

11         Q.          When is the last time you used an

12    in-person interpreter with Dr. Stovall?

13         A.          The last time?  The last time I was

14    there was with the VRI.

15         Q.          When -- on what occasions have you

16    used a live interpreter with Dr. Stovall?

17         A.          A few months ago.

18         Q.          What was going on then?

19         A.          It was for a blood clot and he

20    wanted to talk to me about it.

21         Q.          Where was this blood clot?

22         A.          On my right foot, lower leg.

23         Q.          Was this before or after October of

24    2017?

25         A.          It was after October the 21st when

 1    they found I had a blood clot.

 2              Q.        Did Dr. Stovall give you any advice

 3    about what signs to look for if there was a problem

 4    with your blood clot?

 5              A.        I had just gotten the new primary

 6    doctor.  My old doctor before was Dr. Holmes.

 7              Q.        Okay.  My understanding -- is it

 8    correct that you saw Dr. Stovall before you went to

 9    Parkwest on October the 24th of 2017?

10              A.        My primary doctor -- my ex-doctor

11    was Dr. Holmes and that was before -- he was the

12    referring physician for Parkwest.

13                        I just got Dr. Stovall as my

14    primary care physician last year, in the spring of

15    last year.  Dr. Stovall is my new primary care

16    physician.

17              Q.        Okay.  I'm a little confused by

18    that.

19                        You said you saw a live interpreter

20    for a blood clot in your foot with Dr. Stovall.

21              A.        Just recently, just recently what

22    you were talking about, the last time I saw the

23    doctor was with VRI for a blood clot.  Before that

24    Dr. Holmes -- okay.  Let me back up and make this

25    clear.

1                        The last time -- you're asking the

2      last time I saw the doctor was for the blood clot.

3                        Is that what you are asking?

4            Q.        Well, to give it some context, we

5      were talking about when you had used a live

6      interpreter for a medical appointment with

7      Dr. Stovall, and you mentioned there was an occasion

8      where you had a blood clot in your right foot that

9      you used a live interpreter with, with Dr. Stovall,

10     and I'm trying to find out when that was.

11           A.        I used a live interpreter with

12     Dr. Stovall just a few months ago.

13                       You're asking why, correct?

14           Q.        Yes.

15           A.        It was for a blood clot.

16           Q.        So that was a few months ago.

17                       Where was that blood clot?

18           A.        That was on my left leg.

19           Q.        Okay.

20           A.        I just wanted to make sure if we

21     were talking about right or left.  So, yes, that was

22     on the left.  I just want to make sure I'm clear on

23     that.

24           Q.        Okay.  I was confused.

25           A.        I was confused also, but anyway.

1          Q.         Okay.  Here in Tennessee if you had

2     to go to a hospital to seek medical care, which --

3     prior to 2017, October of 2017, where would you

4     typically go?

5          A.         Before October 2017 if I had to go

6     to the hospital, correct?

7          Q.         Yes.

8          A.         I would go to Parkwest.

9          Q.         Would you go to Loudoun more often?

10         A.         It depends.  It depends.  Parkwest

11    has more technology than Loudoun Hospital does, so

12    it depends.

13         Q.         Now, you are talking about -- what

14    type of technology?  Communication technology or

15    healthcare technology?

16         A.         Communication.  Because it's a big

17    hospital, you would expect them to be prepared for

18    communication, but not.

19         Q.         When you would go to Fort

20    Sanders -- well, let me back up.

21                    When you would go see Dr. Holmes --

22    is that the correct name?

23         A.         Yes.

24         Q.         Would you always use VRI?

25         A.         No.

1          Q.          Okay.  How would you communicate

2    with Dr. Holmes?

3          A.          I asked for an interpreter for the

4    doctor, and he said there were none available.  The

5    doctor kept talking about my ex-wife, and we would

6    try to use her to communicate, so --

7          Q.          So on some occasions you would use

8    your ex-wife to communicate with Dr. Holmes?

9          A.          Sometimes.  It had to be -- he had

10   to speak very slowly for her to understand because

11   she made a lot of mistakes, so --

12         Q.          What about --

13         A.          And that's why I was not really

14   comfortable, and so I have the new doctor for my

15   primary care physician because he has VRI available

16   and an interpreter if needed.

17         Q.          Okay.  Do you ever use your

18   daughter to assist you in medical appointments?

19         A.          No.  You know, simple basic things

20   she can sign well, but doctors' appointments and

21   explaining things like that, she doesn't understand

22   it.

23         Q.          Have there ever been occasions when

24   you have gone to Fort Sanders Loudoun and you've

25   expressed a preference for a family member to

 1    **communicate with a health provider as opposed to**

 2    **VRI?**

 3          A.        The hospital?

 4          **Q.        Yes.  Fort Loudoun.**

 5          A.        In Lenoir City?

 6          **Q.        Yes.**

 7          A.        Sometimes I will ask them, "I'm

 8    deaf, I need an interpreter."

 9                    Are we talking about October --

10    after October the 20th?  Is that what you are

11    talking about?

12          **Q.        Before.**

13          A.        Okay.  I just want to make sure we

14    are talking about October the 20th, before or after.

15          **Q.        Before.**

16          A.        I asked the hospital -- I'm

17    confused of what the question is.

18                    Please, I need that again.

19          **Q.        (BY MR. YOUNG) Okay.  Before**

20    **October the 20th, 2017, were there occasions when**

21    **you went to Fort Sanders Loudoun and said you**

22    **preferred to use a family member to communicate with**

23    **the healthcare providers as opposed to using VRI or**

24    **an interpreter?**

25          A.        I would wait for an interpreter for

1    three, four, five hours and then we would just like

2    use my daughter.  We are not talking about serious

3    stuff.  It would be very simple stuff.  Anything

4    very serious or awful, I had to wait for an

5    interpreter.

6                    MR. ROZYNSKI:  Do you want to take

7            a little break?

8                    MR. YOUNG:  Why don't we take a

9            little break.

10           (Off the record at 11:10 a.m.)

11            (On the record at 11:21 a.m.)

12    BY MR. YOUNG:

13           Q.        Do you know what date it was you

14    fell and hurt your knee in October of 2017?

15           A.        That was October 20th, so it was

16    two days.  Two days before October 20th.

17           Q.        It was October the 18th?

18           A.        The 18th, yeah.  I guess the 18th.

19    I went the Parkwest on October 20th or 21st.  I

20    believe October 20th, give or take.  On the 21st I

21    was at Parkwest Hospital.

22           Q.        All right.  Assuming that your

23    first visit following your knee injury to Parkwest

24    was October the 24th of 2017, would you have fallen

25    and hurt your knee two days before that?

1          A.          The 21st?  I remember I went to

2     Parkwest two days -- do I need to know the exact

3     date?  Because I'm not sure of it.

4          Q.          I don't need the exact date.  I'm

5     more interested in the sequencing.

6                      The first time that you went to

7     Parkwest for your fall, was it two days after your

8     fall had occurred?

9          A.          Correct.

10         Q.          How did you fall and hurt yourself?

11         A.          I'm just walking along, lost

12     balance and down I went.

13         Q.          Were you working when it occurred?

14         A.          No.  I was walking in the back

15     yard.  Just walking and then -- I was on concrete.

16     I was walking on concrete.

17         Q.          Where did you hit your leg when you

18     fell?

19         A.          I'm not exactly sure what you call

20     it.  I'm saying my knee.  My leg went down and I hit

21     somewhere -- I'm indicating somewhere between my

22     kneecap and my ankle.

23         Q.          Did it bleed?

24         A.          No, there was no blood.  There was

25     no cut or any blood.  I just hit it hard.

1          Q.        Did you think to go to a doctor

2    that day?

3          A.        No.  I fell and I used ibu -- some

4    medication for the pain and some ice to help with

5    the swelling and I thought it would go away.  I

6    didn't think anything of it.

7                    The next day I was like, "Wow, I

8    still hurt," so I used some more of that ibu

9    medication.  Then I ended up going to Parkwest.

10         Q.        Did you consider going to your

11   family care physician or Fort Sanders Loudoun?

12         A.        Can I talk to my attorney in

13   private right at this moment?

14                   INTERPRETER:  And the interpreter

15            did not provide the question yet.

16                   MR. YOUNG:  I would rather not

17            because a question is pending.

18                   INTERPRETER:  Okay.  For the

19            interpreter, if you would provide the

20            question again, please, sir.

21         Q.        (BY MR. YOUNG) Did you consider

22   going to somewhere else, such as your -- Dr. Holmes?

23         A.        I'm trying to remember.  I was in a

24   lot of pain.  I thought it was best to go to the ER

25   and that's what I decided to do.

1          Q.        Okay.  How did you pick Parkwest as

2    opposed to Fort Sanders Loudoun?

3          A.        Because Parkwest -- excuse me, Fort

4    Sanders Loudoun is a long -- is a long wait.

5    Parkwest is much quicker, and that was my experience

6    at Fort Loudoun Hospital.  It was just forever and a

7    day because it's a small hospital.  But Parkwest,

8    because it's bigger, it's much quicker to get in.

9          Q.        Did you consider going to Tennova

10   Turkey Creek?

11         A.        No, I had never been there.  No.  I

12   mean, a lot of people say Parkwest is good and I

13   believe what people say, so I went to their ER but

14   no interpreter.

15         Q.        Okay.  Did you go to Parkwest by

16   yourself?

17         A.        I was with my family.

18         Q.        Okay.  Who from your family?

19                   INTERPRETER:  For the interpreter,

20              I don't know what that is.

21         A.        Tala, my daughter.  My ex-wife --

22   no, no, no.  My girlfriend at the time.

23         Q.        (BY MR. YOUNG) Okay.  So it was

24   Tala, your girlfriend that -- what was her name?

25         A.        Pei, P-e-i.

1      Q.      Who is still your girlfriend,
2   right?
3      A.      Correct.
4      Q.      Okay.  And your ex-wife.
5      A.      Correct.
6      Q.      Okay.  How was it decided that
7   those three would come with you?
8      A.      For support.  I mean, I need
9   support.
10     Q.      Sir, are you still on good terms
11  with your ex-wife?
12     A.      Oh, yeah.  Yes, it's for the
13  children's sake.
14     Q.      Forgive me for asking it again.
15             Ms. Chang, she can hear; is that
16  right?
17     A.      No, she can't.  She's deaf.
18     Q.      Okay.  Does she have an implant?
19     A.      No.  She has a hearing aid.
20  Hearing -- yes, a hearing aid.
21     Q.      Can she hear with the hearing aid?
22     A.      No.  She can hear sound but not
23  speech.  Environmental sounds.  Anything that's
24  really loud she can.  It will catch her attention.
25  If you shout really loud she will turn her head, but

1    that's about it.

2        Q.        Can she speak?

3        A.        Very little.  Very little.

4        Q.        Where is she employed?

5        A.        Kohl's, K-o-h-l-s.

6        Q.        What does she do for them?

7        A.        She puts on price tags on items,

8    like tags of some sort on items.

9        Q.        Okay.  So tell me about the pain

10   you were experiencing when you arrived to Parkwest

11   the first time after your knee injury -- or your leg

12   injury.

13       A.        So I got to Parkwest in a

14   significant amount of pain.  My ex-wife explained

15   about the pain, that it was on the right side, that

16   we needed an interpreter.  They said they will have

17   one and they -- you know, they gave my name.  I'm in

18   a lot of pain the whole time while I'm there, and I

19   think I got in a room of some -- an ER room of some

20   sort.  They checked me.  I asked again that I needed

21   an interpreter.  The nurse spoke to me but, of

22   course, I can't understand what she's saying.  I

23   needed an interpreter.  I was extremely frustrated.

24   I waited forever.

25                    They sent me to x-ray, and I had to

1    go into a machine.  I'm not sure exactly what it's

2    called.  I want to say it's like CT scan.  You have

3    to go into the machine.  Anyway, again, still no

4    interpreter there.  They brought me back to the

5    room.  They gave me some painkillers and then --

6                    INTERPRETER:  For the interpreter,

7            I need to what that means.

8            A.        A painkiller and antibiotic and

9    they sent me home.  They sent me home.  The pain

10   didn't stop.

11                   There was no communication between

12   me and the doctor.  I needed to know what was going

13   on.  I had no idea, and I needed to communicate with

14   the doctor through an interpreter, which I did not

15   have.

16           **Q.        (BY MR. YOUNG) Did anyone ever tell**

17   **you that you couldn't have an interpreter?**

18           A.        My ex-wife heard -- because I can't

19   hear, okay?  Because I was in so much pain and

20   waiting and waiting and waiting.  They kept telling

21   me an interpreter was on the way, but I never saw

22   one and one never showed up.  And then my daughter

23   heard -- and again, like I was in the room, so my

24   daughter heard some bustling going on.

25           **Q.        Your daughter heard some bustling**

1    going on?

2           A.        The nurse said she would provide --

3    or the doctor said -- or the nurse said no

4    interpreter or they refused to provide, and I'm not

5    exactly sure what the conversation was.

6                    VRI.  VRI.  I'm trying to remember.

7    No, I'm trying to remember the specifics.  I'm

8    trying to remember what happened before they sent me

9    home.  There wasn't an interpreter there.  We

10   waited.  No one showed up.

11          Q.        What was -- is it fair to say, sir,

12   that you don't have a -- you cannot recall why an

13   interpreter was not present?

14          A.        Correct.  I cannot remember.

15          Q.        Was VRI offered to you?

16          A.        Parkwest has VRI but it kept

17   freezing.  The video kept freezing.  The technology

18   and something was going on with it.  It was freezing

19   and I needed to have an in-person interpreter.

20          Q.        Was this on the first visit after

21   your fall or the second visit?

22                    MR. ROZYNSKI:  Objection to form.

23                    You can answer.

24          A.        I'm trying to remember.  Gosh, this

25   is two years ago.  I remember the VRI freezing but

1    which exactly -- yes.  I'm sorry.  I don't remember.

2            Q.      (BY MR. YOUNG) It's okay.

3                    The pain that you were having in

4    your leg, did it go down to your toes?

5            A.      Yes.

6            Q.      Did it affect your little toe?

7            A.      Yes.  Yes.  You're asking me all --

8    from my leg all the way down to my feet, yes.

9            Q.      Okay.  Do you recall -- this is the

10   first visit after the fall.

11                   Do you recall any of the care

12   providers individually?

13           A.      Oh, no.  There's way too many.  No

14   way.  I have no idea.  I wasn't focusing on names.

15   I was focusing on my leg and waiting on an

16   interpreter.  I was not taking names.

17           Q.      Was your daughter acting as an

18   interpreter while you were there on the first visit?

19           A.      My ex-wife was there, and I believe

20   my ex-wife tried to communicate what was going on.

21   She tried her best.

22           Q.      What I'm getting at, if the

23   hospital record says that you were using your

24   daughter as an interpreter, that would be in

25   conflict with your memory.

```
 1          A.        Honestly, there's so much that

 2   happened.  So specifics, huh-uh, I don't remember.

 3          Q.        Okay.

 4          A.        I'm talking to myself because the

 5   interpreter is like, "I don't know what you are

 6   saying."

 7                    I know that Pei was there.  My

 8   daughter was there.  My daughter was there.  Not --

 9   okay.  I remember my daughter and Pei were there.

10                    In Lenoir City my daughter was not

11   there.  It was just my ex-wife.  Yeah.  Yeah.  My

12   daughter and Pei, right.

13          Q.        So on the first visit to Parkwest

14   after your fall, you're saying it was just your

15   daughter and your girlfriend that were there.

16          A.        And my ex-wife.

17          Q.        And a couple days later when you

18   went to Loudoun, it was just your ex-wife?

19          A.        And my ex-wife, correct.

20          Q.        Okay.  Was your daughter and your

21   girlfriend with you on the visit to Loudoun Medical

22   Center two days after your visit to Parkwest?

23          A.        No.  Lenoir City, Pei and my

24   daughter were not there.

25          Q.        On your visit to Parkwest, do you
```

1    know how long you were there at the hospital?

2         A.      You want to know how long I was

3    there?

4         Q.      Yes.

5         A.      Waiting?  How long I was waiting?

6         Q.      **From the time you walked in the**

7    **door until the time you walked out the door.**

8         A.      Oh, I don't remember.  I don't

9    remember how long I stayed there.

10        Q.      **Was it a long time?**

11        A.      Really, I didn't think about how

12   long I was there.  I was thinking about my leg

13   hurts, I'm in pain, not about how long I was there.

14        Q.      **The pain in your leg, did it hurt**

15   **more the second day than it did the first day after**

16   **the fall?**

17                INTERPRETER:  For the interpreter,

18          just for the timeline, when you first day

19          and second day, are you talking about the

20          day of the fall as day one?

21                MR. YOUNG:  Yes.

22        A.      After I fell I was in pain, and

23   you're wanting to know if it got worse.  Because I

24   fell and it was not --

25                INTERPRETER:  For the interpreter,

```
1              for clarification, worse the first day or

2              second day?

3              A.       I fell.  Two days later it was

4    worse, and that's why I went to Parkwest.

5              Q.       (BY MR. YOUNG) Have you seen the

6    records, the medical records, from your first visit

7    to Parkwest after your fall?

8              A.       For what?  What medical records

9    would you be referring to?

10             Q.       The hospital records from your

11   visit.

12             A.       I still am not clear on what --

13   what do you mean?  Like how long I was in Parkwest

14   or what?

15             Q.       These paper records.

16                      Have you reviewed any paper

17   records?

18             A.       You mean from -- documents that the

19   nurses and doctors provided to me?

20             Q.       Either provided to you or that you

21   have subsequently reviewed.

22             A.       Okay.  So what file or record --

23   what -- I'm not exactly sure what kind of record I

24   would get.

25             Q.       Well, I can show you.
```

```
 1                          MR. YOUNG:  I guess this will be
 2          Exhibit No. 1.
 3                          (Exhibit 1 marked).
 4          A.          Okay.  This is my record or from my
 5      file?
 6          Q.          (BY MR. YOUNG) First of all, I will
 7      represent to you that this is an emergency sign-in
 8      sheet from October the 24th of 2017.
 9          A.          October 24th --
10          Q.          2017.
11                      Is that your handwriting, sir?
12          A.          Yes.
13          Q.          And towards the bottom of the form,
14      is that your signature?
15          A.          Yes, that's my signature.
16          Q.          And your emergency contact name at
17      that time was Tala Tomei, your daughter.
18          A.          Correct.  Yeah, that's my daughter.
19          Q.          Why would she be your emergency
20      contact?
21          A.          Because she's my daughter and we
22      are tight.  I mean, we are bonded.  We are very
23      close.
24          Q.          Okay.  Is that also because she can
25      assist you in communicating with people that are not
```

1      fluent in ASL?

2                      MR. ROZYNSKI:  Objection to form.

3                      You can answer.

4                      INTERPRETER:  For the interpreter,

5           will you please restate the question?

6                      MR. YOUNG:  What was wrong with the

7           form?

8                      MR. ROZYNSKI:  Your use of her

9           being an interpreter, I don't know what that

10          means.

11                     MR. YOUNG:  I don't know if I used

12          that term, but I'll rephrase the question.

13          Q.      (BY MR. YOUNG) Is she identified as

14     the emergency contact -- is part of the reason that

15     she's identified as the emergency contact because

16     she can help you communicate with people who do not

17     know ASL?

18          A.      Like, for example, if the emergency

19     room doctor could call my daughter and she could --

20     she could -- the doctor could call Tala to schedule

21     an appointment or a doctor appointment.  So she

22     could answer the phone for me and then I would be

23     able to go to the appointment.

24          Q.      So you would rely on Tala to

25     provide some communications with the doctor for you

1    until you were able to go to the appointment; is

2    that correct?

3           A.        Like if I needed -- like as an

4    emergency contact, I have to put somebody as an

5    emergency contact and that is so a doctor or a nurse

6    or somebody can contact a family member.

7                    Is there something wrong with

8    putting my daughter's name down as an emergency

9    contact?

10          Q.        Well, again, in the context of a

11   deposition, I'm not here to answer questions.  I

12   can't testify.

13                    If I ask a question that's

14   improper, it's up to your lawyer to object, but

15   otherwise you really need to answer the questions

16   I'm asking.

17          A.        Okay.

18          Q.        There's not anything wrong that I'm

19   aware of with naming her as your emergency contact.

20   I'm just trying to understand all the reasons why.

21          A.        Because I'm close to my daughter.

22   That's the reason.

23          Q.        I understand that, but what I'm

24   trying to also get at is that one of the reasons she

25   is identified as your emergency contact is her

1    ability to both hear and communicate in ASL.

2          A.       Yes, if the doctor needs to contact

3    her.

4          Q.       Okay.  Are you aware of any

5    information that Parkwest, the staff at Parkwest or

6    the doctors that were practicing at Parkwest, did

7    not receive on your first visit following your fall

8    that they would have received had an interpreter

9    been present?

10                   MR. ROZYNSKI:  Objection to form.

11                   MR. YOUNG:  What is the objection

12          to form?

13                   MR. ROZYNSKI:  I personally don't

14          even understand that question.  I think

15          it's --

16                   MR. YOUNG:  I'm concerned about the

17          objections to the form to the extent they

18          are a tale to your client to, I don't know,

19          affect his response in some way.  I don't

20          think you are doing that, but that's a

21          concern.

22                   So if you have a genuine form that

23          you are objecting to, I need you to state

24          what that form is so I can adequately

25          rephrase my question in a way that's not

```
 1              objectionable.

 2                      MR. ROZYNSKI:  You can have the

 3              court reporter read it back.  I don't think

 4              it's a clear question.

 5                      MR. YOUNG:  Okay.  Let's have the

 6              question read back.

 7                      (Whereupon, the requested portion

 8              of the transcript was read back by the court

 9              reporter).

10                      MR. ROZYNSKI:  Objection to the

11              form.

12                      You can answer.

13         Q.       (BY MR. YOUNG) You don't understand

14    the question?

15         A.       I'm lost.  I'm sorry.

16         Q.       Okay.  I don't understand what is

17    complicated about the question, but I'll ask it a

18    different way.

19                      Are you aware of any information

20    that the staff or doctors that were practicing at

21    Parkwest on your first visit after your fall, okay,

22    did not receive because a live interpreter was not

23    present?

24                      MR. ROZYNSKI:  Objection to form.

25                      You can answer.
```

1            MR. YOUNG:  What is the objection

2   to the form again?

3            MR. ROZYNSKI:  You're asking for

4   the foundation of information that

5   doctors --

6            MR. YOUNG:  I am asking what he is

7   aware of.  He is allowed to testify to what

8   he is aware of.  If he doesn't know, he

9   doesn't know.

10            MR. ROZYNSKI:  Calls for

11   speculation.  Incomplete hypothetical.

12            MR. YOUNG:  No, it doesn't.  I'm

13   asking about what his personal knowledge is.

14            Is he personally aware of any

15   information that was not communicated to the

16   staff or the doctors that were practicing at

17   Parkwest on that first visit because a live

18   interpreter was not present?

19            MR. ROZYNSKI:  Objection to form.

20            INTERPRETER:  Okay.  So this is the

21   interpreter.  I was interpreting

22   simultaneously at the same time you were

23   talking.

24            Can I interpret the exact same

25   question now consecutively?

1                    MR. YOUNG:  Sure.

2                    INTERPRETER:  The first time you

3          went to Parkwest without an interpreter, any

4          information, any information not clear given

5          to staff or doctors because the interpreter

6          was not there?  Any information?

7          A.        There was no interpreter there.

8     There was no communication at all.

9          **Q.        (BY MR. YOUNG) You're saying there**

10    **was no communication at all.**

11                   **What I'm trying to find out is what**

12    **types of communication were they not receiving**

13    **because an interpreter wasn't present?**

14                   MR. ROZYNSKI:  Objection to form.

15                   You can answer.

16         A.        Because I was in pain and I wanted

17    to explain to the doctor what happened, what was

18    wrong, and they had the wrong idea of what was going

19    on and I wanted to be able to explain in detail what

20    happened.  It's very important to have a

21    communication happen with an interpreter there.

22         **Q.        (BY MR. YOUNG) Okay.  You said the**

23    **doctors got it wrong.**

24                   **What did the doctors get wrong?**

25         A.        If I'm talking, the doctor is just

1   nodding his head.  I'm signing and my body language,

2   they don't have any idea.  That's where

3   miscommunication happens.

4          **Q.        Okay.  Did the doctors know that**

5   **you hurt your leg?**

6                    MR. ROZYNSKI:  Objection to form.

7                    Go ahead.  You can answer.

8          A.        My daughter explained that Dad's

9   leg hurts, but the doctor didn't know the depths of

10  what happened.

11         **Q.        (BY MR. YOUNG) Okay.  That's what**

12  **I'm trying to find out.**

13                    **We have interpreters here today,**

14  **and what I want you to tell us today is what you**

15  **would have told an interpreter on that day had they**

16  **been present.**

17         A.        I would explain where exactly I

18  hurt, the fact that it felt like fire, that it was

19  in-depth pain, and the doctor would then know what

20  to do and could work with me and be able to help me

21  and give me the appropriate medication and I would

22  have felt better about what was going on.

23         **Q.        Are you aware of any medication**

24  **that wasn't given to you that should have been given**

25  **to you?**

1         A.         I don't know.  It would be

2    dependent upon what was going on with my leg and

3    what would take care of it.  I'm not a medical

4    person.  I'm not skilled and knowledgeable about the

5    drugs.  That's their job.

6         **Q.         So how do you know that you didn't**

7    **receive the appropriate medical -- the appropriate**

8    **medicine on that occasion?**

9         A.         Okay.  The inappropriate

10   medication -- okay.  They gave me an antibiotic and

11   a pain medication.  Is that appropriate?  I have no

12   idea.  I just followed what they gave me.

13        **Q.         Okay.**

14        A.         Now, if there was an interpreter

15   there, great, but there wasn't.  So I have no idea.

16   It was very hard.  There was no communication taking

17   place.

18        **Q.         Do you have any reason to believe**

19   **that the care you received, the medicine you**

20   **received and the treatment you received from the**

21   **staff and doctors at Parkwest, would have been any**

22   **different had a live interpreter been present?**

23                   MR. ROZYNSKI:  Objection to form.

24        **Q.         (BY MR. YOUNG) Go ahead.**

25                   MR. ROZYNSKI:  You can answer.

1          A.          Without an interpreter or with an

2    interpreter, it's hard for me to say.

3          **Q.          (BY MR. YOUNG) Is it fair to say**

4    **you don't know if it would have been any different?**

5          A.          It depends.  If there is an

6    interpreter there with a doctor, I would be more apt

7    to understand and go along with the doctor.  But

8    without one there, I have no idea what's going on.

9    It's very uneasy.  But with an interpreter there, I

10   feel like I've got communication happening with my

11   doctor.

12         **Q.          What was your understanding of what**

13   **your problem was when you left -- let me back up.**

14   **                   What was your understanding of what**

15   **your diagnosis was of your leg when you left**

16   **Parkwest after your first visit following your**

17   **injury?**

18         A.          Without an interpreter, I do not

19   know because nobody explained it to me.  Nobody gave

20   me any explanation.

21         **Q.          Where was the focus of your knee**

22   **pain on that visit?**

23         A.          It was on my knee.  On my knee,

24   that's where the pain was, and it spread down the

25   leg.

1          Q.        Did you explain to your daughter on

2     this first visit that you did not understand what

3     was going on?

4          A.        When I first arrived at Parkwest my

5     ex-wife was trying to explain this about the pain.

6     When I was standing there, they were talking.  I

7     didn't know what they were talking about.  I didn't

8     know what was going on.

9                    So after that I went to the

10    emergency room -- into the room in the emergency

11    room.

12         Q.        Were you by yourself in the room?

13         A.        No, everybody was with me.

14         Q.        And my question is did you explain

15    to either your ex-wife or your girlfriend or your

16    daughter that you didn't understand what was going

17    on with your care?

18         A.        You mean did I explain to my

19    daughter, my ex-wife and my girlfriend?

20                   So I explained to them where I

21    hurt.

22                   Is that what you are talking about?

23         Q.        Did you -- what you're telling us

24    today is that when you left the hospital, you didn't

25    understand what was going on with your leg.

```
 1                    Is that true?

 2                    MR. ROZYNSKI:  Objection to form.

 3                    You can answer.

 4                    INTERPRETER:  Could you please

 5          repeat the question for the interpreter?

 6          Q.        (BY MR. YOUNG) Am I correct that

 7     you're testifying today that on your first visit to

 8     Parkwest, you left Parkwest without knowing what the

 9     diagnosis was of your leg?

10          A.        Correct.

11          Q.        Did you tell either your daughter

12     or your girlfriend or your ex-wife that you didn't

13     understand what your diagnosis was?

14          A.        Okay.  I'm trying to understand

15     what you're asking me.

16                    When I arrived my daughter and my

17     ex-wife and my girlfriend went into the ER with me,

18     and you're asking me if I told them what happened to

19     me?  How I was hurt?

20          Q.        No.

21          A.        Okay.  Could you please repeat the

22     question one more time?

23          Q.        Okay.  You've testified here today

24     that you left Parkwest without knowing what your

25     diagnosis was of your leg after your first visit
```

1    following your fall.

2              A.        What does diagnosis mean?

3              Q.        **Where they tell you what they**

4    **thought was wrong with your leg.**

5              A.        The first time I left the hospital,

6    correct?

7              Q.        **Yes.**

8              A.        They gave me medication, an

9    antibiotic, and told me to follow the directions on

10   the paper that they gave me and ice it.  That was

11   it.

12             Q.        **Were you confused at that point as**

13   **to anything that occurred at that visit?**

14             A.        When I arrived I was confused.  I

15   was confused.  I was emotional.  I was focused on my

16   leg.  I was completely overwhelmed.  I'm trying to

17   remember everything and I couldn't remember.

18             Q.        **When you left how did you feel?**

19             A.        Still in pain.  Very painful.

20             Q.        **But were you confused?**

21             A.        I was in pain.  I was in pain.  I

22   was like this medicine is not working that they gave

23   to me.  I wanted to explain to the doctor.  I

24   really, really wished there was an interpreter there

25   so I could explain exactly what I was experiencing.

```
1                    They gave me a painkiller medicine

2    and an antibiotic or whatever medicine it was and

3    sent me home.  I was still in so much pain.  I was

4    very frustrated, angry and frustrated.

5                    MR. YOUNG:  All right.  Why don't

6         we take five minutes?

7              (Off the record at 12:14 p.m.)

8               (On the record at 12:23 p.m.)

9    BY MR. YOUNG:

10        Q.        I'm going to give you a four-page

11   document.

12                   MR. ROZYNSKI:  This is six pages.

13                   MR. YOUNG:  Is it six?  I thought

14        it was four.

15                   18, 19, 20 and 21, right?

16                   I gave you too many.  Hold on a

17        second.

18                   MR. ROZYNSKI:  Here's 18, 19, 20 --

19                   MR. YOUNG:  Hand me the last two

20        back.  22 and 23, give me those two back.

21        I'm sorry.

22                   Thank you for pointing that out.

23                   So the pages you have there, is

24        that 19 through 21?

25                   MR. ROZYNSKI:  18 through 21.
```

```
 1                    MR. YOUNG:  Yes, 18 through 21.

 2                    We'll mark this as Collective

 3          Exhibit 2.

 4                    (Exhibit 2 marked).

 5   BY MR. YOUNG:

 6          Q.        Have you seen that document before,

 7   sir?

 8          A.        Yes.

 9          Q.        Do you know what that is?

10          A.        Yeah, I see my name on it.  This is

11   my handwriting.

12          Q.        Do you know what these documents

13   are?

14          A.        No, because I haven't read them.  I

15   see my name signed on them, but no.

16          Q.        Okay.  I'll give you a second to

17   review that, and let me know what you think they

18   are.

19          A.        Something about payment and maybe

20   about insurance.  Insurance, I think.  Something

21   about insurance and maybe medication -- or Medicare

22   insurance payments that I'm agreeing to.

23          Q.        Okay.  Would you have signed these

24   documents without talking with your daughter or

25   someone else with you as to what these documents
```

1    were?

2            A.        The woman asked me to sign, put my

3    signature on.  I signed them.  She handed each

4    individual page to me -- each page individually and

5    I signed all of them.

6            Q.        But you didn't ask what they were?

7            A.        There was no explanation.  She

8    said, "Sign here, sign here, sign here."  That's

9    all.

10           Q.        So you're saying you didn't ask

11   your daughter to look at these and tell you what

12   they were?

13           A.        No, I don't think my daughter was

14   there in the room.  I think she was out of the room

15   at the time when she came in and asked for a

16   signature.

17                     I do remember the nurse giving me

18   papers and pointing and telling me to sign here, and

19   that's all.

20           Q.        Okay.  Look at Page 20.

21                     Do you see that number, 1280?

22           A.        Correct.  1280, uh-huh.

23           Q.        Is that your handwriting?

24           A.        No.  No.

25           Q.        Well, look at all four of those

1    pages.

2                        **Tell me everywhere where there's**

3    **writing that's not your handwriting.**

4            A.        Okay.  This is my -- okay.  21,

5    this is me right here.  I'm indicating my signature

6    and my printed name on the line that says signed and

7    printed name.  The rest of it is not my handwriting.

8                        This is my signature on Page 18,

9    but I did not write the information.  The numbers to

10   the right of my signature, I did not put that

11   information on there.  That's definitely not my

12   handwriting.  It looks like a woman's handwriting.

13                       Page 19, this is my signature on

14   the upper portion of the document and on the lower

15   portion of the document, but the other writing on

16   the page is not mine, nor is the slash mark through

17   the small box a third of the way down or any of the

18   rest of the handwriting on the page.

19           **Q.        All right.  I'm going to show you**

20   **one more document.**

21           A.        And on Page 20, I did not mark any

22   of the slash marks on the page, nor write that

23   number.  None of my writing is on Page 20.  Yeah, my

24   numbers don't look at all like that.  That's

25   somebody else's handwriting.

1                         That is my signature on the pages,

2     though, but I didn't write the date, I didn't write

3     the time and I didn't do any slash marks through any

4     boxes.

5             Q.        Is it your testimony here today

6     that the number on Page 20 was already written when

7     you signed the document, or would you have given

8     that number to whoever was filling the document out?

9             A.        I don't remember that.

10            Q.        Okay.  Is it possible you could

11    have given that number to the person filling it out?

12            A.        That's the last four numbers of my

13    Social Security number.

14            Q.        Okay.  Did you understand what this

15    number was for?

16            A.        I don't know, actually.  I'm trying

17    to remember, but I don't recall.  Yeah, I don't

18    remember that.

19            Q.        Do you remember them giving you

20    this number which will allow you to get records or

21    family members or friends of yours that you

22    designate?

23                      INTERPRETER:  This is the

24            interpreter asking you.  I'm sorry.  I don't

25            understand the question.

1          Q.          (BY MR. YOUNG) Okay.  If a family

2     member or a friend had this number, they could get

3     your health information.

4          A.          I have no idea.

5          Q.          Okay.  Do you know how they would

6     have gotten this number unless you would have given

7     it to them?

8          A.          I don't know.

9          Q.          Okay.  I'll give you one more

10    document.

11         A.          Yeah, I don't know.

12                     This is Page 22, correct?

13         Q.          That's correct.

14         A.          Yes, that's my signature on there

15    and it says by, but that's not my handwriting.  I

16    didn't write anything else on that page.

17         Q.          Okay.  Do you know what that

18    document is?

19         A.          Not at first glance, no.  No.

20    Huh-uh.  No.

21                     It says surgery -- something about

22    surgery, but no.  No, I don't understand what it

23    means.

24         Q.          Okay.  I'm going to hand you

25    another document.

1            MR. YOUNG:  This will -- that one

2      would be Exhibit No. 3.

3                (Exhibit 3 marked).

4                (Exhibit 4 marked).

5         A.       It says Medicare, about my rights,

6   and this is my signature on the bottom.  There's a

7   date that I did not write.  I didn't put that date

8   on there.

9         Q.       (BY MR. YOUNG) All right.  Can you

10  look at the middle of this page, sir, the bold font?

11               Do you see where my finger is

12  pointing?

13        A.       Right here?

14        Q.       Yes.

15               Can you read that?

16               INTERPRETER:  He's mumbling to

17      himself.

18        A.       Is it talking about discharge

19  something?  Is that something about me going home?

20        Q.       (BY MR. YOUNG) Yes.

21        A.       Okay.  So discharge meaning they

22  sent me home and I signed the paper.  My doctor said

23  I could go home and I signed the paper.

24        Q.       Okay.  Did you object to being

25  discharged too soon?

1       A.       I was frustrated without

2  communication, and I told the doctor I need it

3  explained through an interpreter.  And the doctor

4  just decided to send me home, and so there I went.

5       **Q.       Well, did you observe -- who was**

6  **talking to the doctor for you?**

7       A.       It was an ER doctor, so I don't

8  know who that was.  I don't remember the doctor's

9  name.

10      **Q.       Who was communicating with the**

11 **doctor for you?**

12      A.       It was my ex-wife and my daughter

13 together, between the two of them.

14      **Q.       Did you observe them sign to the**

15 **doctor that you didn't understand what was going on?**

16      A.       No, I wasn't paying attention at

17 all.

18      **Q.       You don't know what they were**

19 **saying.**

20      A.       No, I don't know.  I mean, because

21 I can't hear them talking, so I don't have any idea

22 what they were saying.

23      **Q.       Well, did your daughter or your**

24 **ex-wife ever sign to you that the doctor said you**

25 **couldn't have an interpreter?**

 1          A.          No, I don't think they said that.
 2  I don't know.  I don't have any idea.  I didn't see
 3  it, but I don't know.
 4          **Q.          Okay.  Do you remember how you got**
 5  **home from the hospital that day after the first**
 6  **visit?**
 7          A.          I rode with my daughter.
 8                      INTERPRETER:  Excuse me.
 9                      For the interpreter, a
10          clarification.
11          A.          My girlfriend.
12                      INTERPRETER:  The interpreter made
13          a mistake.  It wasn't my ex-wife.
14          **Q.          (BY MR. YOUNG) Did you go straight**
15  **home?**
16          A.          No, we went directly home.
17          **Q.          To your house at 128 Johnson Drive?**
18          A.          You're talking about the first
19  visit?
20          **Q.          Yes.**
21          A.          Yeah, directly home.
22          **Q.          Did you take the medication that**
23  **you were prescribed?**
24          A.          Yes, I got the medication.  I can't
25  remember what kind it was, but I was in a lot of

1    pain.  I was actually crying out in pain.  I
2    couldn't sleep comfortably at all.  The next day --
3    the next day -- yeah.  Yeah, the next day I went to
4    Lenoir City -- well, I can't remember exactly which
5    day, but I know I went to Parkwest and then I went
6    to Lenoir City and that's when they found the blood
7    clot.
8              Q.        Did they give -- when you left
9    after your first visit, what was your understanding
10   as to what to look out for, as far as whether you
11   would need additional care for your leg?
12             A.        Not that I'm aware of.  I was just
13   told to follow the paper, the directions on the
14   paper.  It said follow the directions on the paper
15   and the medication.  And I can't actually remember
16   who I was supposed to get in touch with, but I think
17   it was my primary physician.  I don't recall exactly
18   what was on the list, but that's what I remember.
19             Q.        Do you still have the list?
20             A.        Somewhere.  I don't know.
21             Q.        You wouldn't have thrown it away,
22   would you?
23             A.        No.  I don't remember.  I don't
24   remember.  I don't remember that.
25             Q.        Was there a reason you didn't go

1    back to your primary care physician instead of going

2    to Loudoun.

3              A.       Because I was in a significant

4    amount of pain.

5                       And what's the primary doctor going

6    to be able to do?  I mean, he's going to tell me to

7    go to the emergency room.  He's just going to send

8    me to the ER, and my gut instinct told me to go to

9    the ER.

10             Q.       Is there any reason why you went to

11   Loudoun as opposed to back to Parkwest?

12             A.       Because I wanted to get a second

13   opinion, and they found a blood clot and Parkwest

14   did not find a blood clot.

15             Q.       When you got to Fort Sanders

16   Loudoun, did you request an interpreter?

17             A.       Correct.

18             Q.       Were you provided with an

19   interpreter?

20                      INTERPRETER:  For the interpreter,

21        say that again.

22             A.       I arrived to Fort Loudoun in a

23   significant amount of pain.  I asked for an

24   interpreter and they said fine.  Then the doctor

25   recommended -- or the interpreter hadn't arrived

1    yet.  They found a blood clot and it was too late.

2    They had already sent me to Parkwest.

3                    So Loudon County -- or Loudoun

4    Hospital called Parkwest and I told them to have an

5    interpreter there when I got there, and they didn't

6    have an interpreter there.  They used VRI and it

7    froze.

8           Q.      (BY MR. YOUNG) When you arrived at

9    Parkwest, were you given a form as to choose what

10   means to assist you in communicating with the staff

11   there?

12          A.      I'm sorry.  I don't understand.

13          Q.      Did they give you a form for you to

14   mark what your communication preference was with the

15   staff?

16          A.      What form?  What paper?

17                  I don't get it.

18          Q.      Okay.  There you go.

19          A.      I see this form I signed.

20          Q.      Do you know what that form is?

21          A.      For communication rights to an

22   interpreter for hearing impaired.

23          Q.      And do you recall what you -- are

24   those your X's on there?

25          A.      I know I signed it, but the X's I'm

 1    not sure if -- I did sign it.

 2            Q.      Well, do you remember saying that

 3    you were okay with -- strike that.

 4                    Do you remember marking that you

 5    would like to request the use of a qualified

 6    interpreter using Deaf Talk, which is a VRI

 7    interpreting service that's available at the

 8    hospital 24 hours a day, as well as the use of an

 9    on-site qualified interpreter?

10            A.      Like I said, I signed it but I'm

11    not sure who put the X's.  I don't know who put the

12    X's.  It wasn't me.  The X's look the same as where

13    they've put the X for me to sign.

14            Q.      Well, did you say you were okay

15    using VRI, as well as an on-site interpreter?

16            A.      Yes, both.

17                    MR. ROZYNSKI:  Okay.  Counsel, in

18            five minutes I need to break to hop on the

19            call.

20                    MR. YOUNG:  All right.  I'll try to

21            get through this.

22            Q.      (BY MR. YOUNG) So is it fair to say

23    at that point in time you were okay using either VRI

24    or an on-site interpreter?

25            A.      Both, yes.

1            MR. YOUNG:  Why don't we go ahead

2       and go to your call then.

3               Let's mark that as 5.

4               (Exhibit 5 marked).

5           (Off the record at 12:53 p.m.)

6            (On the record at 1:56 p.m.)

7    BY MR. YOUNG:

8        **Q.      While you were at Loudoun on --**

9    **this is October the 26th, which is two days after**

10   **your first admission to Parkwest following your**

11   **fall.**

12               **Are you with me?**

13       A.      Uh-huh.

14       **Q.      Did you use any type of VRI there,**

15   **if you recall?**

16       A.      When I arrived my ex-wife said we

17   needed an interpreter, and we waited and waited and

18   waited.  Then they said it was going to be too long

19   to wait, and I went in to see the doctor and there

20   was an evaluation, x-ray and ultrasound, and then

21   they came in immediately and said, "There's a blood

22   clot."  My ex-wife said, "What?"  And they said,

23   "Blood clot."  They said, "We are sending you to" --

24   the interpreter had not arrived yet.  The

25   interpreter was not going to be on time.

1          Q.        Are you familiar with something
2     called Language Line?

3          A.        Live?

4          Q.        Line.

5          A.        No.

6          Q.        So if someone were to testify at a
7     later date that VRI was used, you would dispute
8     that?

9          A.        If the VRI was ready, that would
10    have been fine.

11         Q.        I'm talking about Loudoun now.

12         A.        They did not bring the VRI.  I
13    prefer a live interpreter.

14         Q.        All right.  And they did a CT of
15    your leg to find out whether there was a clot there.

16                   INTERPRETER:  Clarification for the
17         interpreter.

18                   Are we at Loudoun still?

19                   MR. YOUNG:  Yes.

20         A.        I'm trying to remember.  It was an
21    x-ray or an ultrasound or CT, one of those three.
22    I'm trying to remember.  I do not remember.

23                   MR. YOUNG:  This will be Exhibit
24         No 6.

25                   (Exhibit 6 marked).

```
 1            Q.        (BY MR. YOUNG) Mr. Tomei, is that
 2    your handwriting on Exhibit 6?
 3            A.        Yes.
 4            Q.        Okay.  Which parts are your
 5    handwriting?
 6            A.        Patient signature.
 7            Q.        Anything else?
 8            A.        I did not write any of that.  I
 9    just signed the one place.
10            Q.        Do you feel like there was adequate
11    communication or effective communication at Loudoun
12    between you and the staff there?
13            A.        You mean did I feel comfortable at
14    the Lenoir City Hospital?
15            Q.        Did you feel like they understood
16    what your problem was?
17            A.        They found my problem.
18            Q.        Okay.  And the --
19                      MR. ROZYNSKI:  I'm sorry.
20            Q.        (BY MR. YOUNG) So you would agree
21    that they were able to understand what your problem
22    was.
23            A.        Yes, but not deep communication,
24    but I'm really glad that they found my problem.
25    That's it.
```

1        Q.        Is there anything you don't feel
2    like they understood that you wanted them to
3    understand?

4        A.        What do you mean again?

5        Q.        Well, just what I said.

6                  Was there anything that you felt
7    like they didn't understand or know about that you
8    wanted them to know?

9        A.        Well, my daughter -- well, actually
10   not my daughter.  I'm sorry.  Not my daughter.

11                 My ex-wife explained the various
12   aspects of my situation.  She tried her best.  And I
13   was showing exactly where I was in pain and where I
14   hurt.  And they worked on fixing it, and that's when
15   they found my problem.

16       Q.        So you were able to describe your
17   problem through your wife, they heard it and they
18   found the problem.

19       A.        Yeah, I explained to my ex-wife and
20   she -- I showed her where it hurt.  I pointed to
21   here, there, and the nurse was listening and they
22   had to send me to -- like I said, it was an x-ray or
23   an ultrasound or a CT scan, whatever they sent me
24   to.

25       Q.        You would agree that the care they

1    provided identified your problem.

2          A.        Correct.

3          Q.        **You were able to tell them your**

4    **surgical history regarding the cardiac stent that**

5    **you had had before.**

6          A.        Yes, I explained about my heart

7    hurting and my chest hurting and the doctor knew.

8          Q.        **You explained to them your smoking**

9    **history regarding 30 years of smoking one pack per**

10   **day.**

11         A.        Yes.

12                   MR. YOUNG:  This will be Exhibit

13         No. 7.

14                   (Exhibit 7 marked).

15         Q.        **(BY MR. YOUNG) Can you read that,**

16   **sir?**

17         A.        Is this about my heart?

18                   INTERPRETER:  I just interpreted

19         the question as, "Can you read and

20         understand that?"

21         A.        Do give -- something about results.

22                   Did you have blockage?  Stent.

23   Bypass.  Bypass.

24         Q.        **(BY MR. YOUNG) Can you read the top**

25   **where it says, "Dye gives hot flash"?**

1        A.        I thought it was due.  Due.

2        **Q.        It looks like a U to me, too, but**

3   **that's actually supposed to be a Y, I think.**

4                  **Can you read that, sir?**

5        A.        "Dye gives hot flash."

6                  Okay.  Dye -- what does that mean?

7        **Q.        Well, when they did the CT exam,**

8   **did they do an injection with the dye?**

9        A.        Yes, I went into the CT and they

10  put dye through my body.  I remember that, uh-huh.

11  I remember that.

12       **Q.        Okay.  And do you think this could**

13  **be a piece of paper they gave you to communicate**

14  **with you about what was going to happen?**

15       A.        I don't remember that.  I don't

16  remember this.

17       **Q.        And then they asked you a little**

18  **bit of your history evidently on this.  They said,**

19  **"Did you have a blockage?"**

20                 **"Stent."**

21       A.        Blockage.  Stent.  Yes, that's when

22  they went up through my groin.

23       **Q.        They told you that you had a**

24  **blockage in your leg; is that correct?**

25       A.        No, they said a blood -- I remember

1   they told me a blood clot, but not the word -- what

2   is it?  Blockage.

3                   I just -- most of them said, "Blood

4   clot, blood clot, blood clot."

5        Q.        Okay.  They told you that you had a

6   blood clot in your leg; is that right?

7        A.        Yes, in the leg.

8        Q.        Okay.  And did they tell you that's

9   why they were transferring you to Parkwest?

10       A.        Yes.  Yes, that's why they sent me

11  to the hospital.

12                  INTERPRETER:  Excuse me.  Say it

13        again.

14       A.        They put me in the ambulance and

15  took me to the hospital.

16                  INTERPRETER:  That's an interpreter

17        error and correction.

18                  (Exhibit 8 marked).

19       Q.        (BY MR. YOUNG) Is your signature on

20  this sheet?

21       A.        Yes.  Yes.  I didn't write a date

22  or anything.  I signed it, but I didn't write the

23  date or the time.

24       Q.        Okay.  Do you have any reason to

25  doubt, other than the date or the time?

1       A.      I wasn't paying attention to the

2   time, so I don't remember.

3       **Q.      Okay.  Did anyone explain to you**

4   **what this document was before you signed it?**

5       A.      I remember mostly the nurse giving

6   me papers and just asking me to sign and pointing a

7   finger at the signature line, but there weren't any

8   explanations that I can recall.

9       **Q.      Did you ask for an explanation?**

10      A.      Many times.  They just said, "Just

11  sign, just sign."  There was no communication.

12      **Q.      Okay.  Is it your testimony here**

13  **today that you were asking --**

14      A.      So the nurses or doctor -- most of

15  the time it was the nurses, what they did was this:

16  They would indicate where the signature needed to be

17  on each paper.  There was no explanation.

18      **Q.      Did you -- is it your testimony**

19  **that you asked for an explanation and an explanation**

20  **was refused?**

21      A.      I would give this gesture.  "Was it

22  a doctor release?  Is it medication?  What is it?"

23  I tried to understand and I didn't.

24              INTERPRETER:  The second half of

25          the question, may I interpret the second

```
 1              half about the refusal?
 2                      MR. YOUNG:  Sure.
 3        A.       And nobody said that.
 4        Q.       (BY MR. YOUNG) No one refused to
 5    explain things to you; is that correct?
 6        A.       Who would have refused?
 7        Q.       The staff at Parkwest -- I'm sorry.
 8    The staff at Loudoun.
 9        A.       No.  No.  I don't remember.  I
10    mean, I was in -- I was under sedation.  I think
11    it's a medication to make me sleep heavy, and so I
12    don't really remember.  I'm trying to remember
13    but --
14        Q.       Is it possible that your ex-wife
15    could have attempted to explain some of these
16    documents to you and you just don't remember?
17                      MR. ROZYNSKI:  Objection to form.
18        A.       Yeah, my ex-wife didn't explain
19    anything.  No.
20        Q.       (BY MR. YOUNG) Well, isn't it fair
21    to say that you were under a lot of medication and
22    we are talking about events that happened two years
23    ago and your memory is not very good about these
24    events?
25        A.       Well, I really tried.  I mean, in
```

1  all honesty, I don't remember the medications.  I

2  was -- I was depressed.  I was angry.  I was -- I

3  was having no communication.  It was a perfect storm

4  of frustration, and they handed me the paper and I

5  signed the paper.  Just, you know, it happened very

6  quickly.

7          Q.      So is it possible you did not ask

8  for an explanation of what the papers were that you

9  were signing?

10                  MR. ROZYNSKI:  Objection to form.

11          Q.      (BY MR. YOUNG) Go ahead.

12          A.      No, I don't remember asking for

13  clarification of what the papers were for.

14          Q.      Okay.  When you got to Parkwest,

15  there was not an in-person interpreter there; is

16  that correct?

17                  INTERPRETER:  For the interpreter,

18          is this the second time when we went from --

19                  MR. YOUNG:  Yes.  I'm sorry.

20          A.      So the second time I was at

21  Parkwest -- the second time in Loudoun?

22                  INTERPRETER:  He's asking to

23          clarification.

24          Q.      (BY MR. YOUNG) Well, October the

25  24th, 2017 was the first visit to Parkwest.  October

1    the 26th of 2017 you went to Loudoun and then that

2    same evening you were transferred to Parkwest.  So

3    that's the second visit after the fall.

4              A.        Yes.  Parkwest.  Loudoun.

5    Parkwest.  Got it.

6              Q.        On the second visit to Parkwest, on

7    the 26th of October, 2017, what happened after you

8    arrived at the ER?

9              A.        I got there.  I don't remember

10   anything.  They gave me pain medication and it was

11   heavy sedation.  I don't remember anything after

12   that.  My daughter and ex-wife tried to get or find

13   an interpreter, and I don't know what was going on.

14   I was there but I was all -- I was all tanked up on

15   medication.

16             Q.        Okay.  So is it correct to say

17   that, because of your heavy sedation, you're not

18   aware of what efforts your wife or your daughter may

19   have been making to get an interpreter; is that

20   correct?

21             A.        I understand a little bit, but with

22   an interpreter I was going to understand a lot more,

23   but there was no communication at all.

24             Q.        Did your wife and daughter -- I'm

25   sorry, ex-wife and daughter travel with you in the

1    ambulance to Parkwest from Loudoun?

2            A.      No, that was just me.

3            Q.      **So they met you there?**

4            A.      Correct.

5            Q.      **Did you personally request an**

6    **interpreter once you got to Parkwest, or is that**

7    **something your wife and daughter did for you?**

8            A.      At the Lenoir City Hospital I asked

9    the nurse, "Please call Parkwest Hospital and get me

10   an interpreter."  Then they said, "Fine, we are

11   going to send you to Parkwest and when you

12   arrive" -- when I arrived there was no interpreter.

13           Q.      **Did you ask for a VRI?**

14           A.      If it was VRI or an in-person

15   interpreter, whatever, but I got there and the VRI

16   interpreter kept freezing and freezing and freezing,

17   and I said, "I need an in-person interpreter because

18   the VRI is freezing.  I would rather have a live and

19   in-person interpreter because it's easier to

20   communicate."

21           Q.      **Who was present when the VRI was**

22   **freezing?**

23           A.      It was me, the ex-wife, my

24   daughter, my girlfriend, the nurse, the doctor.

25   That was -- yes, uh-huh.  Yes, and that's it.

1          Q.        Was Dr. Pollock present?

2                    INTERPRETER:  Spell for the

3          interpreter, please.

4                    MR. YOUNG:  P-o-l-l-o-c-k.

5          A.        There was a surgeon there.  I

6    remember that, but a doctor was trying to talk and

7    he kept talking and I was trying to show him that

8    the video was freezing, but he kept talking anyway

9    and we finally -- we shut it off because there was

10   just no communication happening.

11         Q.        (BY MR. YOUNG) Was this the same

12   surgeon who did the catheter and the stent later on

13   while you were at Parkwest?

14         A.        I don't remember which doctor was

15   there for that.  I know Pollock is a surgeon.  I

16   remember the surgeon, but the other doctor I don't

17   recall.  I don't recall.  I mean, like I said, I was

18   under heavy sedation.  I don't remember who was

19   there.

20         Q.        Did anyone tell you that you could

21   not have an interpreter?

22         A.        No, no one said that.

23         Q.        Was that --

24         A.        I mean, I was there but I couldn't

25   hear any of the conversation happening around me.

1    So they may have said it and I didn't hear them.  I

2    mean, because nurses and the doctors are talking all

3    the time, and I'm completely lost because I can't

4    hear.

5            Q.      Well, your daughter was there.

6            A.      Yes.  Yes.

7            Q.      And your ex-wife was there.

8            A.      Yes.

9            Q.      And your girlfriend was there.

10           A.      Yes.

11           Q.      Did they ever tell you --

12   throughout the course of your stay at Parkwest from

13   October the 26th of 2017 to your discharge of

14   October the 30th of 2017, did any of your family

15   members or girlfriend or ex-wife ever tell you that

16   you had been refused an interpreter?

17           A.      No, they didn't say anything.

18           Q.      You were --

19                   MR. ROZYNSKI:  He's still in the

20           middle of his answer.

21           A.      I'm trying to remember.  There was

22   so much information.  There was something about

23   using VRI and I don't remember.  I mean, I'm trying

24   to remember, but like I said, the medication I was

25   on makes it very foggy.

1          Q.        (BY MR. YOUNG) The next morning

2    that you were there you saw -- you had the catheter

3    in your leg put in by Dr. Pollock.

4                    Do you remember that?

5                    INTERPRETER:  For the interpreter,

6          for clarification, is that October 27th?

7                    MR. YOUNG:  Yes.

8          A.        I went into the OR and there was a

9    VRI, I think -- it was like -- no, it was pre-op.

10   And the nurse brought in a VRI and it kept freezing

11   repeatedly, and then the nurse went to get my

12   daughter.  She came into pre-op and then the other

13   nurse said, "Nobody can come in," but I'm like, "I

14   need communication."

15                   My daughter told me what happened

16   at this point.  So she came in and the nurse told

17   her, "Nobody can come in, you've got to have a mask

18   and a head covering and scrubs and stuff."  So my

19   daughter left.  So she was in pre-op -- well,

20   everybody in the pre-op had masks and head coverings

21   and everything, and my daughter had nothing on.

22         Q.        (BY MR. YOUNG) Is it your testimony

23   that the VRI did not work at all during the

24   procedure on October the 27th of 2017 where the

25   catheter was placed in your leg?

1          A.          Correct.  It froze repeatedly.

2    That's why the nurse called my daughter to come in.

3    The other nurse said no, that she couldn't come in.

4    Then the nurse is like, "I need to communicate with

5    him," and so they sent her out.

6          **Q.          I'll hand you a document.**

7                      **(Exhibit 9 marked).**

8          A.          Is this 8 or 9?

9                      Oh, got it.  Sorry.

10         **Q.          (BY MR. YOUNG) Is any of your**

11   **handwriting on this page, Page 257?**

12         A.          Okay.  I see my -- ST, initials.

13         **Q.          Can you read --**

14         A.          Do you want the next page?

15         **Q.          Not yet.**

16                     **Under No. 2, can you read what that**

17   **says?**

18         A.          No. 2 is that the --

19                     INTERPRETER:  Give it to me in

20         chunks, because you are doing this and I

21         have no idea what you are signing, okay?

22                     MR. YOUNG:  I'm talking about the

23         handwriting.

24         A.          "Go through the artery in my leg to

25   see for a clot and fix it."

1          Q.        What did you understand that to

2    mean?

3          A.        It sounds to me like the doctor is

4    going to go in and fix the blood clot and he's

5    already fixed it.

6                    Is that right?

7          Q.        (BY MR. YOUNG) So he's going to go

8    in and try to fix your blood clot through the artery

9    in your leg.

10         A.        Okay.

11         Q.        And you understood that's what he

12   was going to do before he did it; is that correct?

13         A.        Yes.  I'm trying to remember.  I'm

14   trying to remember the doctor writing this.  I mean,

15   I signed it, but I'm trying to remember.

16         Q.        Before you had the surgery, did you

17   understand what the doctor was going to be doing?

18         A.        I remember -- I can't remember if

19   it was my ex-wife or girlfriend.  They said surgery

20   would clean out the blood clot.  I remember that

21   part.  After that it's a loss.  I have no idea.

22         Q.        Would you agree, because you can't

23   remember as we sit here today, that it's possible

24   that the description we have here written under

25   No. 2 in the quotes is exactly how they explained

1    the procedure to you?

2                    MR. ROZYNSKI:  Objection to form.

3                    INTERPRETER:  I'm confused.

4                    You are using they, and I don't

5          know who "they" is.

6                    MR. YOUNG:  Okay.  They are the

7          doctors or the staff at Parkwest.

8                    MR. ROZYNSKI:  Objection to form.

9                    You can answer.

10    A.        No, I don't remember that.

11    Q.        (BY MR. YOUNG) Well, isn't it true

12    that you don't really have much memory of it period?

13                    MR. ROZYNSKI:  Objection to form.

14                    You can answer.

15    A.        Yeah, we are talking heavy

16    sedation.  I'm trying to remember.  Yeah, I don't

17    know.  I don't know.

18    Q.        (BY MR. YOUNG) Isn't it true that

19    you can't honestly say that the doctors or staff

20    didn't advise you as to what was going to happen

21    with your leg?

22                    MR. ROZYNSKI:  Objection to form.

23    Q.        (BY MR. YOUNG) Go ahead.

24                    MR. ROZYNSKI:  You can answer.

25    A.        If there was an interpreter there I

1    would have known, but there was no communication.  I

2    have no idea.  I don't know.

3         Q.        (BY MR. YOUNG) Well, you were able

4    to read that today as we sit here, weren't you?

5                   You were able to read the

6    handwriting under No. 2.

7                   MR. ROZYNSKI:  Objection to form.

8         Q.        (BY MR. YOUNG) Go ahead.

9         A.        That is English and sign language

10   are very different.  So this is not explained in

11   sign language.  I don't understand.

12        Q.        Is it your testimony here today

13   that you had no idea that they were going to go

14   through your artery to try to fix the clot in your

15   leg?

16        A.        That blood clot, I knew they were

17   going to do surgery.  Again, when I went in to the

18   pre-op, I already knew what they were going to be

19   doing.

20        Q.        Okay.  Thank you.

21                  Going on to Page 258, is that your

22   signature there?

23        A.        Yes.

24        Q.        I want you to look at the next two

25   pictures.

```
 1            A.       Can I ask you a question?
 2            Q.       No.
 3                     I would like you to look at the
 4     next pictures as a collective exhibit.
 5                     MR. YOUNG:  What number are we on,
 6          10?
 7                     COURT REPORTER:  Yes.
 8                     (Exhibit 10 marked).
 9            Q.       (BY MR. YOUNG) Do you recognize
10     what that is?
11            A.       Yes, this is VRI.
12            Q.       Is that the same VRI that was used
13     while you were at the hospital on October the 26th
14     through October the 30th of 2017?
15            A.       I mean, it could be.  It could be a
16     different --
17            Q.       The same type of machine?
18            A.       Yes.  Yes.
19            Q.       After your surgery, did you make
20     any additional requests for -- or did you make any
21     requests for a live interpreter?
22            A.       Yes.
23            Q.       When did you do that?
24            A.       I'm trying to remember.  I asked --
25     I needed a real interpreter, a real interpreter, and
```

```
 1    I waited.  And they used the VRI.  I said, "No, I
 2    don't want VRI.  It keeps freezing."  And I can't
 3    remember what nurse it was.  Was it a nurse?  A man
 4    or woman?  I can't remember, and I remember the
 5    nurse saying she was sorry -- or he or she was
 6    sorry.
 7            Q.      Who told you that the nurse said
 8    she was sorry?
 9            A.      My daughter said she's trying her
10    best, sorry.
11            Q.      So your daughter told you that the
12    nurse was trying to get an interpreter?
13                    MR. ROZYNSKI:  Objection to form.
14                    You can answer.
15        A.          It was not trying her best.  I
16    cannot remember the exact phraseology.  I remember
17    she said sorry for something.  I don't remember
18    exactly.  I'm trying to remember but --
19            Q.      (BY MR. YOUNG) So you're not sure
20    if she was saying she was sorry about the
21    interpreter issue; is that true?
22            A.      I'm trying to remember and I can't
23    remember.  I mean, was it about VRI?  Was it about a
24    live interpreter?  I don't know.
25            Q.      Is it your testimony that
```

1    throughout the course of your stay at Parkwest that

2    the VRI never worked?

3            A.       Yeah.  They tried and it froze the

4    entire time.

5            Q.       **Was there ever an occasion where it**

6    **lagged momentarily and then you would be able to**

7    **speak with the interpreter on the VRI machine for a**

8    **period of time?**

9            A.       When they first opened it up, there

10   was an ID number for the nurse and then it froze,

11   and then it froze.  Then there was a little bit of

12   communication and then it would freeze.  Then it

13   skipped.  Then it skipped.  Then it froze.  It was

14   on and off.

15                    I said, "I really need a live

16   interpreter because it just keeps freezing," and it

17   would unfreeze and freeze and unfreeze and freeze.

18           Q.       **Was there ever an occasion when you**

19   **were in the hospital that you didn't get something**

20   **you needed, as far as something for your room or**

21   **care, because a live interpreter wasn't there?**

22                    MR. ROZYNSKI:  Objection to form.

23                    You can answer.

24           A.       Mostly I'm not satisfied with the

25   care.  I needed to be able to communicate with staff

1    about my needs.  I mean, we were all very, very

2    emotional and there was no communication happening.

3             Q.        (BY MR. YOUNG) Your leg was in

4    pain; is that correct?

5             A.        Correct.

6             Q.        Your leg was in pain from the time

7    you got to Parkwest on October the 26th to the time

8    of your discharge on October the 30th; is that

9    correct?

10            A.        I remember the 26th through the

11   30th I was in a significant amount of pain, sharp

12   pain, burning, and then I was complaining about the

13   frustration and the pain that I was in.  I kept

14   saying, "I'm hurting, I'm hurting," and the nurse

15   would give me medication.  I was just like, "I need

16   to talk to somebody," and I remember the pain

17   just -- yeah, definitely from the 26th through the

18   30th.

19            Q.        Was there something you wanted them

20   to do other than give you additional medication to

21   address your pain?

22            A.        They gave me -- I'm not sure what

23   it's called but it's -- I'm not sure.  It's this

24   huge name for the medication, but it's a painkiller

25   and the pain increased and then decreased and then

1    increased and then decreased.

2         Q.        Were you ever asked to put a number

3    on the level of pain that you were in?

4         A.        Yeah.  They showed a picture on the

5    wall and pointed to the pain scale and there's some

6    smiley faces and then there's a frowny face and it

7    had the numbers 0 through 10.

8         Q.        What was your understanding of what

9    0 meant?

10        A.        Zero means no pain and 10 means I'm

11   in pain.

12        Q.        Would 10 be the most pain you could

13   be in?

14        A.        Correct.

15        Q.        Did you ever tell them that you

16   were in a level 10 of pain?

17        A.        Yes, I held up both hands with all

18   my fingers to indicate 10.

19        Q.        Would you agree if they charted 10

20   that they understood your level of pain?

21        A.        I don't know.  I don't see what she

22   wrote.

23        Q.        If she had written a 10, would that

24   accurately reflect what you had told them with

25   regard to your level of pain?

1          A.          So the nurse pointed to the 10 on

2    the face indicator and looked at me and I shook my

3    head yes at the number 10.

4          **Q.          Okay.  And my question to you is if**

5    **she understood that your pain level was a 10 and**

6    **wrote down 10 in the record, she would be accurately**

7    **reflecting what you were telling her in regard to**

8    **the amount of pain you were in; isn't that true?**

9          A.          I believe the nurse understood.

10         **Q.          Was that true for all of the nurses**

11   **you dealt with or just one or two?  Explain that to**

12   **me.**

13         A.          Yeah, that's 50/50.

14         **Q.          Was there any nurse that you dealt**

15   **with that you feel like didn't understand the pain**

16   **you were in?**

17         A.          I don't remember which one.  I'm

18   trying to remember.  There was one good one but the

19   rest of them, not so much.

20         **Q.          What didn't you like about the**

21   **other ones?**

22         A.          Most of them -- do you read lips?

23   I don't even understand what they are saying.  They

24   don't write it down.  They just write very simple

25   sentences.  They bring the VRI in.  It doesn't work.

1    I want a live interpreter.  They don't get one.  The

2    VRI is freezing.

3            Q.       But my question was, was there any

4    nurse who didn't understand what was going on with

5    your pain level?

6            A.       What I remember is the nurses using

7    the smiley and frowny face chart from 0 to 10.  That

8    was only the one nurse, and the other -- there was

9    one nurse that used the emoticon chart, and then the

10   other nurses came and did not.  I slept and then the

11   next day I was in a lot of pain and still in pain.

12   I was like, "Yes."

13           Q.       Would you agree that your pain went

14   up and down while you were there?

15           A.       No, it escalated the entire time I

16   was there.  It got worse and worse and worse.

17           Q.       Well, weren't there occasions after

18   you received pain medication that your pain would

19   come down a little bit?

20           A.       When I was in pain, I mean high

21   pain, I would sleep through it and then I would wake

22   up because I was back in pain again.

23           Q.       So you would agree that your pain

24   would come down and then come back up, which would

25   wake you up; is that true?

1          A.          Yes.  I was in pain consistently.

2          Q.          **How was -- based on your**

3   **observation, were you ever able to tell whether or**

4   **not the blood flow ever returned to your foot while**

5   **you were there in the hospital?**

6          A.          I saw or noticed a color change.

7   That's what I noticed.

8          Q.          **From what to what?**

9          A.          It became blue to black and that's

10  it.

11         Q.          **Is this after the stent was put in?**

12         A.          That was after.

13         Q.          **So is it your testimony --**

14         A.          So before the stent I was in a

15  significant amount of pain, and there was just a

16  little -- there was a little bit of blue before the

17  stent.  There was a little bit of blue.

18                     After the stent it got worse and

19  worse and the color changed.  And the doctor gave me

20  a medication, an antibiotic, and I had to keep

21  taking that.  And I -- and painkillers.  I had to

22  follow the paper.  There was a list.

23         Q.          **Do you recall if you were awake for**

24  **either of your leg procedures, either when they put**

25  **the catheter in or when they put the stent in?**

1          A.          Not the catheter.  They went in in

2    here where I'm indicating, and I think it was the

3    stent.  I guess that's the name of it.  I remember

4    that.  But a cath, no.

5          **Q.          Did you expect an interpreter to be**

6    **with you every moment while you were in the**

7    **hospital?**

8          A.          No, just when I need the -- when

9    the doctor comes to talk to me, the interpreter

10   should be there.  If the nurse needs to talk to me,

11   then yes.  I don't need somebody watching me 24/7,

12   but I do need to be able to communicate with my

13   providers when an interpreter is there.

14         **Q.          So you would have expected to have**

15   **a live interpreter when the doctor came to speak**

16   **with you; is that correct?**

17         A.          Absolutely.  Doctors and nurses.

18         **Q.          Now, nurses come by every hour or**

19   **so, right?**

20         A.          Yes.

21         **Q.          Are you saying you would have**

22   **expected a live interpreter to have been there every**

23   **single time they came by to check on you?**

24         A.          Not for some things.  I mean, if

25   they are just checking my blood pressure, of course

1    not.  But if a nurse is needing to talk to me about

2    something important, yes, I expect an interpreter to

3    be there.

4            **Q.      So you would agree that for routine**

5    **check-ins, so to speak, to check your vital signs or**

6    **to give you -- to make sure you didn't need anything**

7    **to eat or drink, an interpreter wouldn't be required**

8    **for those occasions.**

9            A.      Not for vitals.  You know, if they

10   can show on a --

11                   INTERPRETER:  Are you saying a box?

12           A.      On a paper they gave me food

13   options, I would just point to what was available.

14   I wouldn't need an interpreter for that.

15                   But for pain, I need to talk to my

16   provider about my pain and what's going on and what

17   I'm feeling, yes, I need an interpreter.  But for

18   blood pressure and vitals, no.  I mean, you know,

19   they just come in and touch my arm and I know they

20   are going to take my blood pressure and then they

21   leave, yeah.

22           **Q.      (BY MR. YOUNG) Other than your pain**

23   **level, was there anything else that you didn't feel**

24   **like was being adequately communicated without the**

25   **aid of an interpreter?**

1          A.          Hmm.  Parkwest Hospital doesn't

2    communicate.  Yeah, even the second time I was

3    there, no communication the entire time I was there.

4          **Q.          My question is, substantively,**

5    **other than the level of pain that you were in, was**

6    **there any other information that Parkwest didn't**

7    **know that they would have known had an interpreter**

8    **been present?**

9                    MR. ROZYNSKI:  Objection.

10         Objection to form.

11         **Q.          (BY MR. YOUNG) Go ahead.**

12                    MR. ROZYNSKI:  You can answer.

13         A.          When the doctor came in to talk to

14   me, there was no communication.  I mean, we are

15   talking something important and I didn't have

16   communication with a doctor nor a nurse.

17         **Q.          (BY MR. YOUNG) Now, when you are**

18   **saying when the doctor came in, what occasion was**

19   **this?**

20         A.          Mostly the doctor talked to my

21   daughter.  I mean, he never talked to me.  He would

22   just look and touch and feel, put a thumbs up and

23   then walk away.  The doctor never engaged with me as

24   the patient.  He talked to my daughter and my

25   ex-wife.

1          Q.          Were your daughter and your ex-wife

2    communicating to you what the doctor was saying in

3    sign language?

4          A.          My daughter and my ex-wife were

5    very emotional while I was there, and they were

6    trying to understand in their emotional state what

7    was going to go on with surgery.  They were trying,

8    but it was -- no.  No, it was not working.

9          Q.          How many times -- when we are

10   talking about the doctor, are we talking about

11   Dr. Pollock?

12         A.          I don't remember.  I remember

13   Dr. Pollock was the surgeon, but there was another

14   doctor -- there was another doctor.  There was a

15   doctor after surgery.  There were two doctors, but

16   the doctor never talked to me directly as the

17   patient.  He would just look at my leg, touch a bit

18   with his hands and that was all.

19         Q.          Was there an examination that he

20   did not perform that you felt like he should have

21   performed?

22                     MR. ROZYNSKI:  Objection to form.

23                     You can answer.

24         A.          If there was an interpreter there,

25   I would have engaged in conversation about my care

1    with my doctor, but there was no interpreter there.

2    So he did what he needed to do and that was it.

3                      Yeah.  Yeah.

4            Q.        (BY MR. YOUNG) How many times did

5    you speak with Dr. Pollock?

6            A.        I don't remember.  I don't know.

7    Maybe four times, give or take.

8            Q.        If you had had a live interpreter

9    present, what would you have liked to have told

10   Dr. Pollock?

11                     MR. ROZYNSKI:  Objection to form.

12                     You can answer.

13           A.        If he was there with an

14   interpreter, I would have went in depth on exactly

15   what I was experiencing with my pain.

16           Q.        (BY MR. YOUNG) And that's what I'm

17   trying to get at.

18                     Other than the type or level of

19   pain you were experiencing, was there anything else

20   that you were not able to communicate to either

21   Dr. Pollock or the nurses at Parkwest because of the

22   absence of a live interpreter?

23                     MR. ROZYNSKI:  Objection to form.

24                     You can answer.

25           A.        What do you -- I'm not

1    understanding the question.

2              Q.        (BY MR. YOUNG) Well, I don't

3    understand either because I'm asking you a pretty

4    simple question, really.

5                        Other than the type of level --

6    other than the type of pain you were experiencing,

7    was there anything else that you would have

8    communicated to either Dr. Pollock or the nursing

9    staff at Parkwest that you weren't able to express

10   because of the absence of a live interpreter?

11                       MR. ROZYNSKI:  Objection to form.

12                       You can answer.

13        A.        Anger.  Anger.  Anger and

14   frustration about not having communication, about

15   not having an interpreter there.

16             Q.        (BY MR. YOUNG) Is that all?

17        A.        Frustration.  Anger.  Upset.

18                       If you're saying the doctor would

19   have an interpreter, if that's what you're asking me

20   and what I would tell him -- okay.  So you're saying

21   that the doctor comes in with an interpreter.  We're

22   not talking about the pain level.  We are talking

23   about something else.  What I would tell him is if

24   my circulation was right, is the surgery going to be

25   successful, those types of things.

1          Q.        Okay.  You've told me what you

2    would have told Dr. Pollock.

3                    Anything you would have told the

4    nurses?

5          A.        With an interpreter -- I just want

6    to make sure I'm clear.

7                    Are you talking about a nurse or a

8    doctor with an interpreter before surgery?  After

9    surgery?  During surgery?  When are you wanting?

10         Q.        At any point in time during your

11   admission to Parkwest, other than your pain level,

12   was there anything else that you weren't able to

13   communicate to a nurse because an interpreter was

14   not available?

15         A.        There was -- let's just say that

16   there was an interpreter there after surgery.  I

17   would have told them the same thing that I just told

18   you about the doctor.  I'm frustrated.  I'm angry.

19   I'm not happy.

20         Q.        Do you have any way of knowing how

21   that would have affected the treatment you received?

22                   INTERPRETER:  Okay.  He's saying

23         the therapy -- I think the interpreter could

24         have interpreted that question better.

25                   If you don't mind, could I

1              interpret it again?

2                      MR. YOUNG:  Sure.

3                      INTERPRETER:  I used the sign

4          therapy.  I could have used a better sign.

5          I apologize.

6                      MR. YOUNG:  All right.  Can you

7          read the question?

8                      (Whereupon, the requested portion

9          of the transcript was read back by the court

10         reporter)

11         A.      Okay.  I just want to make sure I'm

12     clear.

13                     If the nurse was there with an

14     interpreter and I told them what I thought -- you're

15     wanting the situation with an interpreter in the

16     room, correct?

17         Q.      (BY MR. YOUNG) Yes.

18         A.      With an interpreter.  Okay.  You're

19     asking me what I would have told them.

20                     INTERPRETER:  The question is not

21         interpreting well.  Sorry.

22         Q.      (BY MR. YOUNG) What types of

23     treatment would they have given you differently than

24     what they gave you if an interpreter -- well, strike

25     that.

```
 1                      If you had been able to communicate

 2      all of the things you wanted to through a live

 3      interpreter to the nurses, do you have any way of

 4      knowing if that would have changed the care you

 5      received?

 6              A.      I think their care would have been

 7      better.

 8              Q.      In what way?

 9              A.      Okay.  I'm trying to understand the

10      question.

11              Q.      Well, I can't make it --

12              A.      I would have gotten good care.  I

13      would have gotten good care.

14              Q.      How was the care not good?

15              A.      Without good care, I would be

16      upset.

17              Q.      How was the care not good?

18              A.      If they didn't take care of me -- I

19      believe that the care for me would have been better

20      if there would have been an interpreter there.

21              Q.      Can you give me any example of how

22      your care would have been different if the

23      interpreter had been present?

24                      INTERPRETER:  The question is not

25              interpreting well.  I'm not sure why I'm --
```

```
 1          the interpreter is struggling.  I'm not sure
 2          why it's not clear.
 3                  This is the interpreter.  If I have
 4          like very concrete examples of this would be
 5          an example of not good care, this is an
 6          example of good care, the interpretation
 7          would be clearer.
 8                      MR. YOUNG:  Okay.
 9                      INTERPRETER:  I know that we can't
10          give examples, so I'm just fighting with
11          this.
12                      MR. YOUNG:  All right.
13                      INTERPRETER:  Because ASL is just
14          very concrete.
15          Q.      (BY MR. YOUNG) Was there any
16   treatment that you wanted that you didn't get from
17   the nurses or the doctors at Parkwest?
18          A.      Care or treatment?  Let me see if I
19   understand what you are meaning.
20                  Care and treatment, aren't they the
21   same thing?
22          Q.      Yes.  Yes.
23          A.      Okay.  So care and treatment should
24   help me feel better.  If I had an interpreter, yes,
25   that would help.
```

1    Q.        While you were at Parkwest, you

2    received a stent.

3    A.        Yes.

4    Q.        And you received pain medication

5    for your pain.

6    A.        Yeah, I remember them giving me

7    medication.

8    Q.        Is there anything else they could

9    have done that they didn't do?

10   A.        Give me something to make me feel

11   and be -- feel better and be in less pain and take

12   care of my leg.

13   Q.        Was someone with you -- let me

14   strike that.

15             Was your daughter, ex-wife and

16   girlfriend with you all -- strike that.

17             Was your daughter, ex-wife and

18   girlfriend with you every single day you were at

19   Parkwest from October the 26th, 2017 to October the

20   30th of 2017?

21   A.        My daughter, Pei and my ex-wife and

22   my mom came to visit, and they kind of were on a

23   rotating schedule.

24   Q.        Is your mom fluent in ASL?

25   A.        No.  She does home signs.

1          Q.        Was there ever an occasion when

2     neither your daughter nor your ex-wife were present?

3          A.        Yeah.  Yes, my girlfriend would

4     have been there and my mom would have been there.

5          Q.        Okay.  Do you remember what days

6     which person was there?

7          A.        No.  No idea.  No idea.

8          Q.        Amongst your -- well, does your

9     girlfriend read lips?

10         A.        No.  No, not very well.

11         Q.        Does your ex-wife read lips?

12         A.        She can read lips better than me,

13    and she -- there's a lot of misunderstandings and

14    she'll ask repeatedly for a repeat.

15         Q.        Despite the fact that she has to

16    ask for repeats, does she generally get to the

17    information that she needs?

18                   MR. ROZYNSKI:  Objection to form.

19                   You can answer.

20         A.        No.  No, that's not -- that's not

21    usually how it goes.  Anything with any large words

22    she doesn't get at all.

23         Q.        (BY MR. YOUNG) On October 30th,

24    2017, you left Parkwest.

25         A.        Yes, the last day I was released

1    from the hospital.  I can't remember exactly which

2    day.  Maybe it was October 30th, yes, but I was

3    released from the hospital.

4            Q.      Do you remember if an

5    interpreter -- a live interpreter was present on the

6    30th?

7            A.      No.

8            Q.      Do you remember if VRI was used on

9    the last day you were in the hospital?

10           A.      No.

11           Q.      Who was with you when you were

12   discharged from the hospital?

13           A.      I think Pei was there and the

14   ex-wife.  I think.  I'm not sure.  I'm not sure.

15           Q.      Do you remember meeting with a

16   physical therapist on the last day you were at the

17   hospital?

18           A.      Yes.

19           Q.      Do you remember conducting therapy

20   at the hospital?

21           A.      Yes, I remember a therapist coming

22   in.  She saw my leg.  It didn't look good.  She

23   called over to --

24                   INTERPRETER:  She called who?

25           A.      To Parkwest Hospital, Dr. Pollock,

1    and then the doctor sent me to the primary,

2    Dr. Holmes, and I got there and he took a look-see

3    and sent me back.

4                    INTERPRETER:  Wait.  He sent you

5         back?

6         A.        Back to Parkwest and I said, "No, I

7    need a place where they are going to provide an

8    interpreter."  So he suggested I go to the

9    University of Tennessee Hospital.

10        Q.        (BY MR. YOUNG) That was two or

11   three days after you left Parkwest, though, wasn't

12   it?

13        A.        Let's see.  October 31st.

14   November 1st.  I -- October 31st.  November 1st.

15   November 2nd.  So there's October 31st to

16   November 2nd, somewhere in that time frame that

17   happened.

18        Q.        Do you remember the physical

19   therapist asking you to stay longer to continue more

20   therapy?

21                    INTERPRETER:  For the interpreter,

22        stay longer where?

23                    MR. YOUNG:  At the hospital.

24        A.        No, she never said nothing like

25   that.  The therapist -- the therapist or the doctor

1    said that the leg didn't look good, and that's why

2    they called the Parkwest doctor.

3         **Q.        (BY MR. YOUNG) I'm talking about**

4    **the last day you were at Parkwest.**

5         A.        In the hospital?

6         **Q.        Yes.  Your last day at Parkwest,**

7    **October the 30th of 2017 --**

8         A.        Okay.  October 30th Dr. Pollock

9    said he was going to send me home, gave me an

10   antibiotic and painkiller.

11        **Q.        You don't remember meeting with the**

12   **physical therapist?**

13        A.        And they released me and sent me

14   home.

15                  I remember a nurse saying physical

16   therapy was going to come to my home.

17        **Q.        Do you remember it being --**

18        A.        And it was a therapist or a nurse,

19   a home visiting nurse, that kind of thing.

20        **Q.        Do you remember the physical**

21   **therapist encouraging you to stay at the hospital to**

22   **continue more therapy or go to a rehab center for**

23   **therapy?**

24        A.        No, never told me anything like

25   that.

1      Q.      You weren't -- let me back up.

2              Had you had a chance to smoke

3   during the time you had been in the hospital from

4   October the 26th of 2017 through October the 30th,

5   2017.

6      A.      No, not in the hospital.  They gave

7   me a patch or -- no, I don't think I even got a

8   patch, but I didn't smoke during that time.  No.

9   Huh-uh.  Yeah, the hospital doesn't allow smoking.

10     Q.      Were you interested in getting a

11  cigarette?

12     A.      You mean in the hospital?

13     Q.      No.  Were you interested in getting

14  out of the hospital so you could smoke?

15     A.      No.  No, I was focusing on my leg.

16     Q.      Did you smoke when you left the

17  hospital?

18     A.      No.  No.

19     Q.      Well, you're still a smoker as of

20  today, aren't you?

21     A.      No, I didn't smoke that day.  No.

22  No.

23             And yes, I do smoke today.

24     Q.      A pack per day?

25     A.      Correct.

1          Q.          Was there a period of time when you
2     stopped smoking?
3          A.          I think maybe two or three months
4     ago I did stop for a month.
5          Q.          Did you stop for any period of time
6     after you left Parkwest on October the 30th, 2017?
7          A.          October 26th through the 30th, I
8     didn't smoke during that time frame.
9          Q.          Did you quit smoking for a period
10    of time after you left Parkwest?
11         A.          So from October 30th, I didn't
12    smoke that day.  November 1st, not smoking then
13    until -- gosh, it was a few months later that -- I
14    hadn't smoked for a few months, and then a few
15    months later I went back to smoking after leaving.
16         Q.          Do you have dogs?
17         A.          Yeah.
18         Q.          Was anyone taking care of your dogs
19    while you were in the hospital?
20         A.          I have a friend.
21         Q.          Were you anxious to get home to
22    your dogs?
23         A.          Not really.  I mean, I need to be
24    healthy and feel better and was focusing on myself.
25    I mean, of course, I love the dog, but no, I was an

1  emotional wreck.
2          Q.      Do you recall telling the staff
3  that you did not have steps in your home and you
4  would be able to do therapy at your house?
5          A.      I don't remember saying my home
6  didn't have stairs.
7                  Yes, I remember physical therapy
8  happening in my home.
9                  There's two steps to get in to my
10 home, and my friend has -- my girlfriend's apartment
11 has 20 steps.  My house has two steps to get in.
12         Q.      Okay.  Other than the two steps to
13 get in, does your house have any other steps?
14         A.      No, it's flat.
15         Q.      Were you able to do physical
16 therapy at your house?
17         A.      They came.
18         Q.      Did you receive home health after
19 you left the hospital?
20         A.      Yes.  A health nurse, is that what
21 you are asking about that came to the house?
22         Q.      Yes.
23         A.      Yes, she came.
24         Q.      What did they do for you?
25         A.      They checked my leg, took a look at

1    it, told me it didn't look good, that it looked bad,

2    so she called the doctor -- yes, called to the

3    doctor, Dr. Holmes, and I went there to see him.

4            **Q.        Did you just see the home health**

5    **care nurse once?**

6            A.        Okay.  It was just one day.

7                      Excuse me.  Which date are you

8    asking?

9            **Q.        I'm trying to find out what**

10   **happened between October the 30th of 2017 and when**

11   **you went to Dr. Holmes.**

12           A.        Yes, she came one time.

13           **Q.        Okay.  And she told you to go to**

14   **Dr. Holmes?**

15           A.        Yes.  Yes, the nurse told me, "You

16   need to go to Parkwest," and she called to the

17   doctor and informed the doctor and they said, "No."

18   Then Parkwest said, "No, he needs to go to his

19   family primary care physician."

20           **Q.        Were you able to see your family**

21   **primary care physician that same day?**

22           A.        No, it was that day.

23           **Q.        Okay.  And --**

24           A.        Let me think here.  Hmm.  Let me

25   think.

1                    I'm not sure if it was that day or

2     the next day.  It was one of those days.

3            Q.        Did you go to UT the same day you

4     saw the primary care physician?

5            A.        Correct.

6            Q.        What did -- when you saw

7     Dr. Holmes, was a live interpreter present?

8            A.        I got to Dr. Holmes' office.  The

9     second -- I told the secretary I needed to see the

10    doctor.  The doctor walked in, took one look and

11    said, "This is not good.  You need to go to the

12    hospital now.  Quick.  Go."

13           Q.        So there was no interpreter

14    present?

15           A.        No.

16           Q.        In the times you saw Dr. Holmes,

17    was there ever a live interpreter present?

18           A.        Dr. Holmes?  For Dr. Holmes?  Yeah,

19    that was just a really very short visit.

20           Q.        I understand that, but before --

21    even before that visit, Dr. Holmes was your primary

22    care physician, right?

23           A.        There was no interpreter.

24                     It's hard to explain.  Mostly my

25    ex-wife interprets for me because I'm there for a

1    cold or some kind of simple thing.

2         Q.       Who went with you to Dr. Holmes'

3    office on the day he sent you to UT?

4         A.       It was me and my ex-wife.

5         Q.       When you arrived at UT, was a live

6    interpreter available?

7         A.       Yes, they were ready.

8         Q.       That was immediately upon your

9    arrival?

10        A.       Yes, the interpreter was there as

11   soon as I got there.

12        Q.       Was a live interpreter with you on

13   every day of your stay at UT?

14        A.       Correct, 24/7.

15        Q.       So a live interpreter never left

16   your side?

17        A.       Correct.

18        Q.       Did they sleep in your room?

19        A.       All day.  Of course, they did shift

20   rotations and so it wasn't the same person the

21   entire time.

22        Q.       So a person never left your room?

23        A.       The interpreter would sit in the

24   hallway by the door to my room or sometimes in the

25   room.

1          Q.        So there was an interpreter either

2    in the hallway or in your room 24 hours a day while

3    you were at UT?

4          A.        Correct.

5          Q.        While you were at UT, did they do a

6    similar procedure through your leg to try to remove

7    the blood clot?

8          A.        Yes, they did.

9          Q.        You didn't have any objection to

10   that procedure?

11         A.        No, I told them to go for it.  Yes,

12   go for it.

13         Q.        But that procedure was

14   unsuccessful.

15         A.        They tried to fix it.  They tried.

16   They did it a couple of times.  They were trying to

17   clean it out, and then it -- but it was

18   30 percent -- 30 percent -- he said the leg was

19   30 percent below, 30 percent below, and they had to

20   amputate it.

21         Q.        After they amputated 30 percent of

22   your leg, were they able to fit your leg with any

23   type of prosthetic?

24         A.        They amputated it and I had to wait

25   until it got healthy.

1                         THE WITNESS:  Can I go to the

2         bathroom?

3                         MR. YOUNG:  Yes.  Sure.

4                         THE WITNESS:  Okay.  Thanks.

5              (Off the record at 3:41 p.m.)

6              (On the record at 3:49 p.m.)

7    BY MR. YOUNG:

8         Q.       All right.  We were talking about a

9    prosthetic.

10        A.       Okay.

11        Q.       How long was it's before you were

12   able to get a prosthetic for your leg?

13        A.        I'm trying to remember the time.

14   Okay.  If I remember, they amputated.  I had to go

15   to rehab or therapy and practice and that was -- was

16   it two weeks?  I think roughly two weeks I had to go

17   to therapy, because they had to teach me how to walk

18   without the leg first.  I had to use like a walker

19   and I had to practice walking, sitting, changing my

20   clothes and those types of things.

21                        And then I went to a rehabilitation

22   facility for -- I went to rehabilitation for

23   twelve weeks.

24                        INTERPRETER:  The interpreter added

25        facility.  He didn't say facility.

1          A.          And that was for about

2    twelve weeks.

3                      And then when did I get the

4    prosthetic leg?  I want to say it was a few months

5    later that I got the prosthetic leg.

6          Q.          Do you qualify for Medicare?

7          A.          Yes.

8          Q.          How long have you been Medicare

9    eligible?

10         A.          It's been a long time.

11         Q.          Was that before October of 2017?

12         A.          Oh, yeah.  Uh-huh.  Yes.

13         Q.          Have you been receiving -- let me

14   back up.

15                      Have you ever applied for Social

16   Security Disability benefits?

17         A.          Yes.

18         Q.          Okay.  When was that?

19         A.          Hmm.  I think when I was in my

20   30's.  Maybe I -- was I 30?  25 to 30, somewhere in

21   that five-year time frame.

22         Q.          What was the basis of your

23   disability claim?

24         A.          I had a hard time finding a job.

25         Q.          So was it the deafness?  Was that

1    the --

2            A.        Well, some of it is because I'm

3    deaf.  It's hard to find a job because they don't

4    hire me.  And I have to work little side jobs, you

5    know.

6            Q.        **Have you ever been in danger of**

7    **losing your Social Security Disability benefits**

8    **because of income you have derived from your side**

9    **jobs?**

10           A.        No, because it's less than -- what

11   is the amount?  It's less than like 1,000.  If it's

12   1,000 or less, it's fine.  But if it's over 1,000 or

13   more, then they can cut my benefits.  But it's

14   always been under 1,000.

15           Q.        **So since the age of -- since you**

16   **have received Social Security Disability benefits,**

17   **you have never made more than $1,000 in a year?**

18                     MR. ROZYNSKI:  Objection to form.

19           Q.        **(BY MR. YOUNG) Go ahead.**

20           A.        Some.  Not every year, but

21   sometimes it will go over.

22                     Do you mean like I get SSI and then

23   I go over $1,000 because I'm working a side job?

24           Q.        **Well, I don't know.**

25           A.        Okay.  So try to explain to me

1    again what you're wanting.

2         Q.      I'm not an expert in this area.  It

3    was just my understanding that there's a certain

4    income level that if you made above it, it could

5    affect the amount of benefits you receive.

6         A.      Okay.  So Social Security, I can't

7    work over 1,000.  It has to be under 1,000, like

8    1,000 or less.  If you go over 1,000, then they

9    will -- they will decrease benefits.  So that's the

10   scale.

11        Q.      All right.  Do you avoid taking

12   work to make sure you don't go over that 1,000?

13        A.      No, I don't avoid.  I just follow

14   the rule.

15        Q.      Is that $1,000 a month or $1,000 a

16   year?

17        A.      So you want to know what my SSI is

18   per month?  Is that what you are asking?

19        Q.      No, I'm asking about the $1,000

20   limitation.

21               Is that a monthly limitation or an

22   annual limitation?

23        A.      It's a month.  It's a month.  Less

24   than 1,000 a month.

25        Q.      Okay.  Do you know what the most

1   you've made in a given year is since the age of 25

2   to now?

3           A.      So my SSDI is -- I don't have to

4   file taxes but sometimes, like with part-time, I

5   have to pay taxes on the part-time work.

6           Q.      Okay.  Has the amount of work

7   you've performed decreased since your -- since your

8   leg amputation or is it about the same?

9           A.      It's about the same.  Once they

10  amputated it, it did go way down.

11          Q.      Okay.  But now it's back up to

12  where it was?

13          A.      I mean, it fluctuates.  It really

14  depends.  It depends.

15          Q.      But it's more or less the same; is

16  that true?

17          A.      I would say it's a little bit less,

18  yeah.

19          Q.      Is there any activities that you

20  can't perform now that you could without the -- or

21  prior to having your leg amputated?

22          A.      Yeah, it's definitely changed.

23  There's a lot of things I can't do.

24          Q.      Can you give me examples?

25          A.      Well, I can't -- I can't climb a

1    ladder.  I can't walk on uneven surfaces or uneven

2    ground very easily.  It's got to be flat.  I cannot

3    get on a roof anymore.  I can just stand on a flat

4    surface and do my thing.

5              **Q.        Does it -- is there -- is it**

6    **sensitive or painful at the site of the amputation?**

7              A.        Yes.  It hurts when the weather

8    changes.  It really depends on the weather, when

9    it's cold especially.

10             **Q.        Do you take any pain medication for**

11   **it?**

12             A.        No, I don't use any pain

13   medication.

14             **Q.        Have you had a continuing problem**

15   **with blood clots?**

16             A.        After they amputated the leg, I

17   have had blood clots periodically, yes.

18             **Q.        Have they told you that the blood**

19   **clots you are experiencing now are in any way**

20   **related to having your leg amputated?**

21             A.        No.

22             **Q.        You belong to Fuse Church.**

23             A.        Yes, I did go there before.

24             **Q.        Okay.  Do you still go there now?**

25             A.        No.

1         **Q.**        **Does that have anything to do with**

2   **what happened to your leg?**

3         A.        No, that is not the reason.

4         **Q.**        **Okay.  Do you attend any church**

5   **now?**

6         A.        No, not right at the moment.

7         **Q.**        **Are you still doing any work for**

8   **The Golden Pond?**

9         A.        Yes, still working there.

10        **Q.**        **The same work you were doing**

11  **before?**

12        A.        Yes, for the most part.  After they

13  amputated my leg, some duties were changed.

14        **Q.**        **Okay.  Can you still do all the**

15  **things you need to do for yourself around the house?**

16        A.        Yeah, I take care of myself.  Yes.

17  Uh-huh.

18        **Q.**        **Can you mow your lawn?**

19        A.        Well --

20        **Q.**        **All right.**

21        A.        I could do that by myself just

22  fine.  Now, because we live on a slope, I can't.  I

23  have to hire somebody to actually do that for me.

24        **Q.**        **Does it affect your driving?**

25        A.        I mean, I use my left leg for the

```
 1   pedals, so I'm fine.  There isn't really any

 2   negative effects to my driving.

 3            Q.        Have you --

 4            A.        A motorcycle, different story.

 5            Q.        All right.  No more motorcycles?

 6            A.        No more.

 7            Q.        When is the last time you went to

 8   any hospital?

 9            A.        I went to Lenoir City not all that

10   long ago.

11            Q.        Okay.  Is that Loudoun?

12            A.        Correct.

13            Q.        Have you been back to Parkwest

14   since October of 2017?

15            A.        So October -- okay.  So you're

16   asking me if I was in the hospital recently, and I

17   was in Loudoun.  And now you're asking me about

18   going back to Parkwest in October.  I don't where

19   that has anything to do with each other.

20            Q.        Okay.  Let me ask you a question.

21                      Have you been back to Parkwest

22   since your leg was amputated?

23            A.        No.

24            Q.        Do you have any plans to go back to

25   Parkwest?
```

1      A.      No.

2      Q.      Do you prefer other hospitals?

3      A.      Yes.

4      Q.      Do you prefer UT Medical Center to

5   Parkwest?

6      A.      Yes.

7      Q.      If you had a need for a large

8   hospital, you would go to UT Medical Center?

9      A.      Correct.

10     Q.      Other than your daughter, your

11  ex-wife, your girlfriend, Ms. Chang, did you have

12  any other friends or family visit you in the

13  hospital?  I guess -- and also, I guess, other than

14  your mother as well.

15     A.      At UT or Parkwest?  Which one are

16  you talking about?

17     Q.      Parkwest.

18     A.      Okay.  So yeah, my girlfriend.

19  Ex-wife.  Daughter.  Mother.  My mom's husband.  My

20  son.  Some friends of mine.

21     Q.      Okay.  What is your mom's name?

22     A.      Frances.

23     Q.      Frances' last name?

24     A.      I hate my momma's last name.  It's

25  H-u-e -- H-u-n-t-z.  I don't know.  It's a Mexican

1    last name.  I don't know.  I don't know.

2              Q.      All right.  What is your mom's

3    husband's name?

4              A.      C-a-r-l-o.  Everybody calls him by

5    his nickname, Joe.

6              Q.      You don't know his last name, I

7    don't guess.

8              A.      It's the same as momma.  It's the

9    H-u -- I don't know.

10             Q.      Can you give me the names of the

11   friends who visited you?

12             A.      My ex-wife's fiancee came, Jeffrey.

13   His last name is H-u-b-b-u-c-h.

14                     MR. YOUNG:  Okay.  Can we go off

15         for just one second?

16            (Off the record at 4:07 p.m.)

17             (On the record at 4:08 p.m.)

18                     MR. YOUNG:  I have plaintiff's

19         initial disclosures with me.  I just had a

20         conversation with counsel, and he has

21         assured me that the people identified from

22         No. 5 through 53 of the initial disclosures

23         are listed because they are listed in the

24         medical records and presumably provided care

25         to the plaintiff and that's the basis of

1    their knowledge and that the plaintiff

2    doesn't have anything to add as to their

3    individual knowledge at this time.

4             Is that correct?

5             MR. ROZYNSKI:  Yes.

6             MR. YOUNG:  All right.  I want to

7    meet with my co-counsel, and I am hoping

8    that we are just about done, okay?

9       (Off the record at 4:10 p.m.)

10      (On the record at 4:17 p.m.)

11            MR. YOUNG:  I just have a few

12   questions about the discharge from Parkwest

13   on October the 30th of 2017.

14            This first exhibit is five pages,

15   218 through 223.

16            (Exhibit 11 marked).

17            MR. YOUNG:  This next one is 224

18   through 225.

19            (Exhibit 12 marked) .

20            MR. YOUNG:  This next one is 259.

21            (Exhibit 13 marked) .

22            MR. YOUNG:  And then this next one

23   is 261 to 262.

24            (Exhibit 14 marked).

25   **Q.       (BY MR. YOUNG) Do you recognize**

```
 1   those documents?

 2             A.        Exhibit 11, I don't know what it

 3   is.  I don't know who signed it.

 4             Q.        Does it have your signature

 5   anywhere on it?

 6             A.        No.

 7             Q.        Okay.  Is your signature not on the

 8   front page?

 9             A.        Nope.

10             Q.        Okay.  Did you --

11             A.        Yeah, I don't write like that.

12             Q.        Did you receive --

13             A.        And I didn't sign this one either.

14   Exhibit 12, I didn't sign it either.

15                       13, I did not sign it.

16                       I didn't sign any of these pages.

17             Q.        Okay.  Do you know if you ever

18   reviewed those pages?

19             A.        No.

20             Q.        Did Dr. Pollock give you any

21   educational materials with you when you were

22   discharged from the hospital?

23             A.        No.

24             Q.        Did you --

25             A.        Just the health nurse came to my
```

1    home to check on me.  They never provided any

2    information.

3            Q.        You didn't receive any paperwork at

4    all when you left the hospital?

5            A.        The discharge sheet for the release

6    and the medications, I remember that, but I did not

7    receive -- I maybe received five or something pages.

8    I don't remember exactly.

9            Q.        Do you still have those pages?

10           A.        I'm really bad at organizing.

11           Q.        All right.  Would your girlfriend

12   have maintained any of those paperwork?

13           A.        That's not her responsibility.

14   That would be my responsibility.

15           Q.        But did you go live with -- I guess

16   you went to go live with your ex-wife for a while

17   after your discharge.

18           A.        No.

19           Q.        Did she stay with you at all when

20   you were discharged?

21           A.        She dropped me off at my

22   girlfriend's house and my girlfriend took care of

23   me.  They would take turns, but my ex-wife did not

24   stay with me.

25           Q.        Okay.  Did your girlfriend stay

```
 1    with you?

 2           A.      She would stay, and my ex-wife and

 3    my daughter would come visit.

 4           Q.      Were they present for the home

 5    health care visit?

 6                   INTERPRETER:  Clarification for the

 7           interpreter.

 8                   Was who present?

 9           Q.      (BY MR. YOUNG) Was either your

10    ex-wife or your daughter present for the home health

11    care visit?

12           A.      No.

13           Q.      Okay.  Was your girlfriend?

14           A.      She should have been.

15           Q.      Who communicated with the home

16    health care nurse?

17           A.      Mostly she told me her name and she

18    wrote down simple things.

19           Q.      But she was concerned about the

20    condition of your foot?

21           A.      Yes.

22           Q.      And she directed you to follow up

23    with your primary care physician?

24           A.      Yes.

25           Q.      Did any -- did anyone at Parkwest
```

1    advise you to call -- or did Dr. Pollock advise you

2    to call if the pain in your leg got worse?

3          A.       I remember the nurse said if there

4    was pain I should call the -- I believe they told me

5    to contact my primary care, and if it was really bad

6    pain to go to the ER.  I really don't remember.

7          Q.       Okay.  Did they say -- was there

8    any advice given to you about the color of your skin

9    if it changed, what to do?

10         A.       No, nobody warned me about color

11   change of the skin.

12         Q.       Did you already know to be worried

13   if your skin color changed?

14         A.       Yes.

15         Q.       You knew if the skin color changed

16   that that was a reason to seek medical care?

17         A.       When I was released from the

18   hospital October -- yes, October 30th.  When I was

19   released from the hospital it was the same color.

20   The skin was the same color, and I told the doctor

21   there was pain.  They sent me home with medicine,

22   and I looked and it was -- I was concerned and it

23   bothered me, and the home health person came and

24   said it looked bad.  I just knew that something was

25   going to happen.  I knew it.

1                      She called Parkwest and they told

2    me to go to my primary care -- they told her to tell

3    me to go to my primary care physician, and then I

4    went to UT from there.  I knew it was going to get

5    serious.

6            Q.      Did you maintain any type of diary

7    or written notes about what was happening to you

8    during October of 2017?

9            A.      Yes.

10           Q.      Where did you maintain these?

11           A.      In my files.

12           Q.      Okay.  Do you still have those?

13           A.      Yes.

14           Q.      Okay.  Those have been requested in

15   Request to Produce No. 15.  We ask that those be

16   supplemented as soon as possible.

17                   Did you send any --

18           A.      Do you want me to print it and give

19   it to you?

20           Q.      Yes.

21           A.      Okay.

22           Q.      Did you have any texts or e-mails

23   about what happened at Parkwest on October the 24th

24   through October 30th of 2017?

25           A.      What texts or e-mails?  What texts

1    and e-mails?  Do you mean did I text my friends, my

2    mom and my daddy?

3              Q.        Yeah.

4              A.        Oh, yes, of course.  They are my

5    family.

6              Q.        **Have you maintained those?**

7              A.        No.  That was two years ago.  It

8    would be impossible to keep those texts.

9              Q.        **Okay.  Did you post anything on**

10   **social media, on Facebook or Pinterest or Twitter**

11   **about your experience at Parkwest from October 24th**

12   **through October 30th of 2017?**

13             A.        Facebook, yes.  I just asked people

14   to pray.  I just asked people to pray.

15             Q.        **Do you still have those posts?**

16             A.        I don't know.  I would have to look

17   all the way -- scroll all the way back through

18   there.

19             Q.        **Have you deleted any posts from**

20   **that time period?**

21             A.        Deleted what?

22             Q.        **Facebook posts.**

23             A.        From my personal?

24             Q.        **Yes.**

25             A.        Well, I've deleted simple posts,

1    things I don't need.

2          Q.        Okay.  Do any of those relate to

3    the time period -- or relate to what happened at

4    Parkwest from October 24th of 2017 through October

5    the 30th of 2017?

6          A.        The only thing I posted on Facebook

7    during that time was just pray.

8          Q.        With regard to -- with regard to

9    the notes and memos you may have maintained, how

10   many documents would this be?

11         A.        I'm sorry.  I don't understand that

12   question.

13         Q.        You said you maintained some notes

14   about what happened at Parkwest in your personal

15   files at home.

16         A.        My ex-wife and my girlfriend were

17   writing that because they know more than I do.  I

18   didn't write it.

19         Q.        Okay.  How many pages would this

20   be?

21         A.        Maybe about 15 or 20 pages, I

22   guess.

23         Q.        Were these notes made close in time

24   to October of 2017?

25         A.        I believe they should be right

1  around that time.

2        Q.      All right.  And they made these

3  notes instead of you because their memory of this

4  stuff is better than yours; is that correct?

5        A.      Right.

6        Q.      Is it fair to say that because of

7  the amount of pain that you were in and the

8  medications you were under that your memory from the

9  hospital admission from October the 24th and then

10 again on October the 26th through the 30th is not

11 very good?

12              MR. ROZYNSKI:  Objection to form.

13              You can answer.

14       Q.      (BY MR. YOUNG) Go ahead.

15       A.      Would you say that again, please?

16       Q.      Is it fair to say that in light of

17 the pain you were experiencing and the medication

18 you were taking that your memory from your hospital

19 admissions on October the 24th and again on

20 October the 26th through October the 30th of 2017 is

21 not very good?

22       A.      Correct.

23              MR. YOUNG:  All right.  We're good.

24              MR. ROZYNSKI:  Okay.  That's it.

25              FURTHER THIS DEPONENT SAITH NOT.

1    (Proceedings ended at 4:37 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2      STATE OF TENNESSEE:

3      COUNTY OF KNOX:

4

5                    I, Jeffrey D. Rusk, Registered

6      Professional Reporter and Notary Public, do hereby

7      certify that I reported in machine shorthand the

8      foregoing proceedings; that the foregoing pages,

9      inclusive, were prepared by me using computer-aided

10     transcription and constitute a true and accurate

11     record of said proceedings.

12                    I further certify that I am not an

13     attorney or relative of any attorney or counsel

14     connected with the action, nor financially

15     interested in the action.

16                    Witness my hand and official seal

17     this the 16th day of December, 2019.

18

19

20     _____

21     Jeffrey D. Rusk, RPR, CLVS
       Notary Public at Large
22     My Commission Expires:  6/4/2022
       TCRB License No. 212

23

24

25

**$**

**$1,000** 146:17,23 147:15,19

**0**

**0** 118:7,9 120:7

**1**

**1** 69:2,3

**1,000** 146:11,12,14 147:7,8,12,24

**10** 114:6,8 118:7, 10,12,16,18,19,23 119:1,3,5,6 120:7

**10:03** 30:8

**10:12** 30:9

**11** 154:16 155:2

**11:10** 57:10

**11:21** 57:11

**12** 154:19 155:14

**128** 10:5 38:19 90:17

**1280** 84:21,22

**12:14** 82:7

**12:23** 82:8

**12:53** 95:5

**13** 11:20 154:21 155:15

**14** 11:20 154:24

**15** 159:15 161:21

**16th** 4:5

**18** 82:15,18,25 83:1 85:8

**18th** 57:17,18

**19** 82:15,18,24 85:13

**1:56** 95:6

**1st** 135:14 138:12

**2**

**2** 83:3,4 110:16,18 111:25 113:6

**20** 82:15,18 84:20 85:21,23 86:6 139:11 161:21

**2000** 10:20

**2002** 38:8

**2005** 24:8

**2008** 24:8

**2014** 28:23

**2015** 45:16 46:12, 23 47:1

**2017** 28:23 29:4,13 44:11,21,25 51:24 52:9 54:3,5 56:20 57:14,24 69:8,10 104:25 105:1,7 108:13,14 109:24 114:14 132:19,20 133:24 136:7 137:4, 5 138:6 140:10 145:11 151:14 154:13 159:8,24 160:12 161:4,5,24 162:20

**2019** 4:5 15:3

**20th** 44:18,19,21, 23,25 56:10,14,20 57:15,16,19,20

**21** 82:15,24,25 83:1 85:4

**218** 154:15

**21st** 51:25 57:19,20 58:1

**22** 82:20 87:12

**223** 154:15

**224** 154:17

**225** 154:18

**23** 23:25 82:20

**2300** 4:6

**24** 94:8 143:2

**24/7** 122:11 142:14

**24th** 52:9 57:24 69:8,9 104:25 159:23 160:11 161:4 162:9,19

**25** 23:24 145:20 148:1

**257** 110:11

**258** 113:21

**259** 154:20

**261** 154:23

**262** 154:23

**26th** 95:9 105:1,7 108:13 114:13 117:7,10,17 132:19 137:4 138:7 162:10, 20

**27th** 109:6,24

**2nd** 23:13 135:15, 16

**3**

**3** 88:2,3

**30** 30:4 47:8 99:9 143:18,19,21 145:20

**30's** 11:24 145:20

**30th** 108:14 114:14 117:8,11,18 132:20 133:23 134:2,6 136:7,8 137:4 138:6,7,11 140:10 154:13 158:18 159:24 160:12 161:5 162:10,20

**31st** 135:13,14,15

**32** 30:3

**33** 11:21

**3:41** 144:5

**3:49** 144:6

**4**

**4** 88:4

**4:07** 153:16

**4:08** 153:17

**4:10** 154:9

**4:17** 154:10

**4:37** 163:1

**5**

**5** 95:3,4 153:22

**50/50** 119:13

**53** 153:22

**6**

**6** 96:24,25 97:2

**7**

**7** 99:13,14

**8**

**8** 101:18 110:8

**9**

**9** 110:7,8

**93** 23:14

**94** 23:14

**9:11** 5:1

**A**

**A-M-E-R-I-C-A** 19:13

**A-S-S-U-L-T-Y** 9:11

**a.m.** 5:1 30:8,9 57:10,11

**ability** 72:1

**absence** 126:22 127:10

**Absolutely** 122:17

**accident** 20:2

**accurately** 118:24 119:6

**acting** 65:17

**action** 7:24 8:2,6,7 15:21

**activities** 148:19

**add** 154:2

**added** 144:24

**additional** 91:11 114:20 117:20

**address** 10:5 31:19 32:9 38:19 42:9,11 117:21

**adequate** 97:10

**adequately** 72:24 123:24

**admission** 50:1 95:10 128:11 162:9

**admissions** 162:19

**advice** 52:2 158:8

**advise** 112:20 158:1

**affect** 47:1,18 65:6 72:19 147:5 150:24

**affected** 48:15 128:21

**age** 146:15 148:1

**ages** 23:22

**agree** 50:2 97:20 98:25 111:22 118:19 120:13,23 123:4

**agreed** 4:11,19

**agreeing** 83:22

**agreement** 35:1 37:1,2,6,15,24 38:1, 14,16,22 39:1,4

**ahead** 36:11 39:12 40:8 76:7 77:24 95:1 104:11 112:23 113:8 124:11 146:19 162:14

**aid** 61:19,20,21 123:25

**aids** 24:19

**allowed** 8:25 9:1 74:7

**ambulance** 101:14
106:1

**America** 20:7

**American** 14:24
22:1

**amount** 62:14
92:4,23 117:11
119:8 121:15
146:11 147:5 148:6
162:7

**amputate** 143:20

**amputated** 143:21,
24 144:14 148:10,
21 149:16,20
150:13 151:22

**amputation** 148:8
149:6

**Anger** 127:13,17

**angry** 82:4 104:2
128:18

**ankle** 58:22

**annual** 147:22

**antibiotic** 63:8
77:10 81:9 82:2
121:20 136:10

**anticipate** 36:9

**anxious** 138:21

**anymore** 25:20
149:3

**apartment** 38:11
139:10

**apologize** 15:17
129:5

**applied** 145:15

**apply** 32:6,10,13

**appointment**
41:15 53:6 70:21,23
71:1

**appointments**
55:18,20

**apt** 78:6

**area** 42:2 147:2

**arm** 123:19

**Arnett** 4:6

**arrested** 8:18 9:7,8

**arrival** 142:9

**arrive** 106:12

**arrived** 62:10 79:4
80:16 81:14 92:22,
25 93:8 95:16,24
105:8 106:12 142:5

**artery** 45:24,25
46:2 110:24 111:8
113:14

**ASL** 30:25 31:1
33:15,19 34:1
43:11,14,17 70:1,17
72:1 131:13 132:24

**ASL-FLUENT** 44:4

**aspects** 98:12

**assault** 9:19

**assist** 55:18 69:25
93:10

**assistance** 37:16

**assume** 7:10

**Assuming** 42:5
57:22

**assured** 153:21

**AT&T** 19:4

**attempted** 103:15

**attend** 150:4

**attention** 61:24
89:16 102:1

**attorney** 6:10
59:12

**auto** 34:10

**avoid** 147:11,13

**awake** 121:23

**aware** 71:19 72:4
73:19 74:7,8,14
76:23 91:12 105:18

**awful** 57:4

**— B —**

**B-O-I-L-I-N-G-S**
27:24

**back** 10:24 13:10,

14,15 16:5,15 18:16
28:24,25 29:4 43:2
46:12 52:24 54:20
58:14 63:4 73:3,6,8
78:13 82:20 92:1,11
120:22,24 129:9
135:3,5,6 137:1
138:15 145:14
148:11 151:13,18,
21,24 160:17

**background** 8:24

**bad** 46:14,17,20
48:4 140:1 156:10
158:5,24

**bakery** 25:24

**balance** 42:15
58:12

**bank** 42:14

**based** 121:2

**basic** 55:19

**basis** 145:22
153:25

**bathroom** 30:6
144:2

**began** 5:1

**begged** 25:11

**begin** 10:24

**belong** 149:22

**benefits** 145:16
146:7,13,16 147:5,9

**big** 14:23 30:23
34:3 54:16

**bigger** 60:8

**bit** 13:22 18:16 31:8
100:18 105:21
116:11 120:19
121:16,17 125:17
148:17

**black** 121:9

**bleed** 58:23

**blockage** 45:14,18,
22 46:2 99:22
100:19,21,24 101:2

**blocked** 45:25

**blood** 45:7,10,24
51:19,21 52:1,4,20,

23 53:2,8,15,17
58:24,25 91:6
92:13,14 93:1
95:21,23 100:25
101:1,3,4,6 111:4,8,
20 113:16 121:4
122:25 123:18,20
143:7 149:15,17,18

**blue** 121:9,16,17

**body** 30:14,18
31:14 33:21 45:2,5,
11 47:2 76:1 100:10

**Boiling's** 27:23

**bold** 88:10

**bonded** 69:22

**book** 15:19

**books** 15:20

**born** 10:18 11:7

**boss** 30:13

**bothered** 158:23

**bottom** 69:13 88:6

**box** 47:15 85:17
123:11

**boxes** 86:4

**break** 5:22 16:14,
17 30:6 57:7,9
94:18

**breaks** 5:19

**bring** 96:12 119:25

**broad** 37:21

**Broderick** 6:9

**broken** 32:22

**brought** 10:21
28:25 38:3,22 63:4
109:10

**building** 29:20

**burning** 117:12

**business** 19:14
20:17 26:4,5

**bustling** 63:24,25

**buy** 34:11 38:7

**Bypass** 99:23

**— C —**

**C-A-R-L-O** 153:4

**C-H-A-N-G** 10:14

**California** 10:17,
18 11:3,7 28:7,8,12,
20,22 34:24 39:4
46:4 48:25 49:9,12
50:1,10

**call** 42:23 43:9
58:19 70:19,20
94:19 95:2 106:9
158:1,2,4

**called** 4:23 15:22
29:20 41:5 63:2
93:4 96:2 110:2
117:23 134:23,24
136:2 140:2,16
159:1

**calls** 74:10 153:4

**camera** 43:1

**cancer** 47:15

**capable** 33:3

**caption** 4:17

**car** 34:5,7,11 35:6

**cardiac** 99:4

**care** 50:14 52:14,15
54:2 55:14 59:11
65:11 77:3,19 79:17
91:11 92:1 98:25
116:21,25 125:25
130:4,6,12,13,14,
15,17,18,19,22
131:5,6,18,20,23
132:12 138:18
140:5,19,21 141:4,
22 150:16 153:24
156:22 157:5,11,16,
23 158:5,16 159:2,3

**Carolina** 11:8,11,
15 12:19,24

**case** 6:10

**catch** 61:24

**cath** 122:4

**catheter** 107:12
109:2,25 121:25
122:1

**caused** 45:22

**cell** 20:13,14 42:3

**center** 66:22 136:22 152:4,8

**certificate** 4:17

**chance** 137:2

**Chang** 10:15 61:15 152:11

**change** 121:6 158:11

**changed** 121:19 130:4 148:22 150:13 158:9,13,15

**changing** 144:19

**Charlotte** 12:18, 19,24 13:20

**chart** 120:7,9

**charted** 118:19

**chat** 41:23

**check** 42:13 122:23 123:5 156:1

**check-ins** 123:5

**checked** 62:20 139:25

**checking** 42:14 122:25

**chest** 99:7

**children** 23:17 24:10

**children's** 61:13

**choose** 93:9

**chunks** 110:20

**church** 149:22 150:4

**cigarette** 47:13 137:11

**circulation** 44:12 45:1 46:7 47:1,18 48:14 127:24

**circulatory** 46:16

**City** 24:5 25:22 50:25 56:5 66:10,23 91:4,6 97:14 106:8 151:9

**civil** 4:4 7:23

**claim** 145:23

**clarification** 8:6 12:16 15:14 41:10 68:1 90:10 96:16 104:13,23 109:6 157:6

**clarifying** 22:12

**classes** 13:23 14:2 17:4

**clean** 111:20 143:17

**clear** 7:1,2 15:16 17:14 21:13 42:4 50:6 52:25 53:22 68:12 73:4 75:4 128:6 129:12 131:2

**clearer** 131:7

**client** 5:3,7,23 72:18

**clients** 5:15

**climb** 148:25

**close** 33:11 69:23 71:21 161:23

**closed** 19:15

**clot** 51:19,21 52:1, 4,20,23 53:2,8,15, 17 91:7 92:13,14 93:1 95:22,23 96:15 101:1,4,6 110:25 111:4,8,20 113:14, 16 143:7

**clothes** 144:20

**clots** 149:15,17,19

**co-counsel** 154:7

**co-workers** 30:13 32:15

**cochlear** 24:20 25:2

**cold** 51:9 142:1 149:9

**collective** 83:2 114:4

**college** 12:10,11, 13,20,21 13:11,20 16:6,12 18:17 26:17,18

**color** 121:6,19 158:8,10,13,15,19, 20

**comfortable** 37:10,14 55:14 97:13

**comfortably** 91:2

**comics** 15:20

**communicate** 30:12,15 31:5,12,17 32:15 33:24 34:2 41:24 42:7,16,20,23 43:6,17 50:10,21 55:1,6,8 56:1,22 63:13 65:20 70:16 72:1 100:13 106:20 110:4 116:25 122:12 124:2 126:20 128:13 130:1

**communicated** 74:15 123:24 127:8 157:15

**communicates** 22:4 42:20

**communicating** 43:11 69:25 89:10 93:10 125:2

**communication** 30:20 49:17 54:14, 16,18 63:11 75:8, 10,12,21 77:16 78:10 89:2 93:14,21 97:11,23 102:11 104:3 105:23 107:10 109:14 113:1 116:12 117:2 124:3,14,16 127:14

**communications** 5:14 70:25

**community** 12:14, 19,20,21 13:19 16:6,12 18:17

**company** 19:9,17, 18 27:12,13,14 40:15

**compiles** 10:2

**complaining** 117:12

**complete** 5:24

**completely** 35:17 81:16 108:3

**complicated** 73:17

**concern** 72:21

**concerned** 72:16 157:19 158:22

**concrete** 58:15,16 131:4,14

**condition** 48:13 157:20

**conducting** 134:19

**conflict** 65:25

**confused** 52:17 53:24,25 56:17 81:12,14,15,20 112:3

**confusing** 39:24

**connected** 8:21

**connection** 42:6

**consecutively** 74:25

**consistently** 121:1

**construction** 18:10,13 20:18 22:15 27:2,23,24

**contact** 69:16,20 70:14,15 71:4,5,6,9, 19,25 72:2 158:5

**contained** 15:9

**context** 53:4 71:10

**continue** 135:19 136:22

**continuing** 149:14

**contract** 35:4

**contribute** 46:2

**conversation** 6:17 64:5 107:25 125:25 153:20

**convicted** 9:19

**correct** 7:16 10:18 12:25 20:20 38:24 40:6 43:12,15 47:9, 11 49:10 50:8 52:8 53:13 54:6,22 58:9 61:3,5 64:14 66:19 69:18 71:2 80:6,10 81:6 84:22 87:12,13 92:17 99:2 100:24 103:5 104:16 105:16,20 106:4 110:1 111:12 117:4, 5,9 118:14 122:16 129:16 137:25 141:5 142:14,17 143:4 151:12 152:9 154:4 162:4,22

**correction** 101:17

**counsel** 94:17 153:20

**count** 7:18

**county** 9:21,23 27:25 93:3

**couple** 66:17 143:16

**coursework** 13:21

**court** 6:23 8:10,12, 15 73:3,8 114:7 129:9

**Covenant** 6:11

**coverage** 42:4

**covering** 109:18

**coverings** 109:20

**credit** 14:7,8

**Creek** 60:10

**crying** 91:1

**CT** 63:2 96:14,21 98:23 100:7,9

**culturally** 22:5

**current** 39:25

**curriculum** 16:20

**customers** 31:17

**cut** 29:22 58:25 146:13

---

**D**

**dad** 11:12 31:1

**Dad's** 76:8

**daddy** 160:2

**damaged** 20:1

**danger** 146:6

**date** 57:13 58:3,4
86:2 88:7 96:7
101:21,23,25 140:7

**dating** 10:15

**daughter** 23:23
55:18 57:2 60:21
63:22,24,25 65:17,
24 66:8,9,10,12,15,
20,24 69:17,18,21
70:19 71:21 76:8
79:1,16,19 80:11,16
83:24 84:11,13
89:12,23 90:7 98:9,
10 105:12,18,24,25
106:7,24 108:5
109:12,15,19,21
110:2 115:9,11
124:21,24 125:1,4
132:15,17,21 133:2
152:10,19 157:3,10

**daughter's** 71:8

**day** 4:5 29:7 30:18
47:10 59:2,7 60:7
67:15,18,19,20
68:1,2 76:15 90:5
91:2,3,5 94:8 99:10
120:11 132:18
133:25 134:2,9,16
136:4,6 137:21,24
138:12 140:6,21,22
141:1,2,3 142:3,13,
19 143:2

**days** 57:16,25 58:2,
7 66:17,22 68:3
95:9 133:5 135:11
141:2

**deaf** 12:8 13:4 21:1,
4,6,7,11,15,17 22:3,
5,10 24:10,17 33:16
41:16,22 42:7 56:8
61:17 94:6 146:3

**deafness** 145:25

**dealership** 34:10

**dealt** 119:11,14

**December** 4:5

**decided** 59:25 61:6
89:4

**decrease** 147:9

**decreased** 117:25
118:1 148:7

**deep** 47:6 48:17
97:23

**defendants** 4:3,24
6:10

**defined** 5:25

**degree** 13:6

**delayed** 49:21

**deleted** 160:19,21,
25

**deli** 25:25

**depend** 40:14,15

**dependent** 77:2

**depending** 42:2

**depends** 24:22
36:25 37:3 40:10
42:1 54:10,12 78:5
148:14 149:8

**DEPONENT**
162:25

**deposed** 4:25

**deposition** 4:2,11
5:4,16 6:2,13,16
40:3 71:11

**depressed** 104:2

**depth** 126:14

**depths** 76:9

**derived** 146:8

**describe** 98:16

**description**
111:24

**designate** 86:22

**detail** 75:19

**details** 47:6

**determine** 9:2

**Devin** 6:11

**diagnosis** 78:15
80:9,13,25 81:2

**dial** 41:20

**diary** 159:6

**difference** 49:12,

16

**differently** 129:23

**difficult** 14:14,23

**directed** 157:22

**directions** 15:8
81:9 91:13,14

**directly** 5:3 90:16,
21 125:16

**disability** 145:16,
23 146:7,16

**discharge** 88:18,
21 108:13 117:8
154:12 156:5,17

**discharged** 88:25
134:12 155:22
156:20

**disclosures**
153:19,22

**dispute** 96:7

**distinctive** 21:17

**district** 5:14

**divorce** 7:23 8:1,5,
7,10,11,14,16,17
24:6 28:17

**divorced** 7:16 8:8
26:4 28:18

**doctor** 41:16 47:5,
22 48:3,7,10,12
51:8 52:6,10,23
53:2 55:4,5,14 59:1
63:12,14 64:3
70:19,20,21,25 71:5
72:2 75:17,25 76:9,
19 78:6,7,11 81:23
88:22 89:2,3,6,7,11,
15,24 92:5,24 95:19
99:7 102:14,22
106:24 107:6,14,16
111:3,14,17 121:19
122:9,15 124:13,16,
18,20,23 125:2,10,
14,15,16 126:1
127:18,21 128:8,18
135:1,25 136:2
140:2,3,17 141:10
158:20

**doctor's** 89:8

**doctors** 48:16,20,
22 68:19 72:6 73:20

74:5,16 75:5,23,24
76:4 77:21 108:2
112:7,19 122:17
125:15 131:17

**doctors'** 55:20

**document** 35:1,9
36:20 37:4,22 82:11
83:6 85:14,15,20
86:7,8 87:10,18,25
102:4 110:6

**documents** 41:1
68:18 83:12,24,25
103:16 155:1
161:10

**dog** 138:25

**dogs** 138:16,18,22

**door** 29:21 67:7
142:24

**doors** 19:15

**double-edge** 40:9

**doubt** 101:25

**Draper** 4:6

**drink** 123:7

**Drive** 10:5 38:19
90:17

**driver's** 9:24

**driving** 42:3 150:24
151:2

**dropped** 156:21

**drove** 28:7

**drugs** 77:5

**due** 100:1

**duly** 4:24

**duties** 150:13

**dye** 99:25 100:5,6,
8,10

**E**

**e-mail** 42:9,11,13,
17,21,22

**e-mails** 159:22,25
160:1

**ear** 43:7

**earlier** 38:23

**earn** 27:9

**easier** 106:19

**easiest** 15:9

**easily** 149:2

**East** 34:21

**easy** 14:20,21

**eat** 123:7

**Eats** 32:7,11

**educational**
155:21

**effect** 17:11

**effective** 97:11

**effectively** 50:9

**effects** 151:2

**efforts** 105:18

**elementary** 18:3,4

**eligible** 145:9

**else's** 85:25

**emergency** 69:7,
16,19 70:14,15,18
71:4,5,8,19,25
79:10 92:7

**emoticon** 120:9

**emotional** 81:15
117:2 125:5,6 139:1

**employ** 31:9

**employed** 27:5
62:4

**employment** 23:6

**encouraging**
136:21

**end** 8:25

**ended** 59:9 163:1

**engaged** 124:23
125:25

**English** 14:13,14,
16 15:10,19 16:7,
10,21 24:21,23,25
25:2 32:25 113:9

**entire** 116:4 120:15
124:3 142:21

**Environmental** 61:23

**ER** 59:24 60:13 62:19 80:17 89:7 92:8,9 105:8 158:6

**error** 101:17

**escalated** 120:15

**essay** 16:9,16

**evaluation** 95:20

**evening** 105:2

**events** 103:22,24

**evidently** 100:18

**ex-doctor** 52:10

**ex-girlfriend** 32:12 34:13,14,15 35:21, 22,24

**ex-girlfriend's** 34:16

**ex-wife** 23:3,7 27:12 55:5,8 60:21 61:4,11 62:14 63:18 65:19,20 66:11,16, 18,19 79:5,15,19 80:12,17 89:12,24 90:13 95:16,22 98:11,19 103:14,18 105:12,25 106:23 108:7,15 111:19 124:25 125:1,4 132:15,17,21 133:2, 11 134:14 141:25 142:4 152:11,19 156:16,23 157:2,10 161:16

**ex-wife's** 23:9 153:12

**exact** 58:2,4 74:24 115:16

**exam** 100:7

**examination** 6:6 125:19

**examined** 4:25

**examples** 17:22 40:22 131:4,10 148:24

**excuse** 60:3 90:8 101:12 140:7

**execute** 37:7

**exhibit** 69:2,3 83:3, 4 88:2,3,4 95:4 96:23,25 97:2 99:12,14 101:18 110:7 114:4,8 154:14,16,19,21,24 155:2,14

**expect** 54:17 122:5 123:2

**expected** 122:14, 22

**experience** 9:6 60:5 160:11

**experiencing** 62:10 81:25 126:15, 19 127:6 149:19 162:17

**expert** 147:2

**explain** 32:23 35:14,19 36:25 38:15 39:7,9,22 50:5 75:17,19 76:17 79:1,5,14,18 81:23, 25 102:3 103:5,15, 18 119:11 141:24 146:25

**explained** 35:22, 23 39:6,10,11 62:14 76:8 78:19 79:20 89:3 98:11,19 99:6, 8 111:25 113:10

**explaining** 55:21

**explains** 35:17 36:24

**explanation** 48:18 78:20 84:7 102:9, 17,19 104:8

**explanations** 30:23 102:8

**express** 127:9

**expressed** 55:25

**expression** 15:8

**expressly** 4:18

**extent** 72:17

**extra** 27:9

**extremely** 62:23

**F**

**face** 41:21 118:6 119:2 120:7

**Facebook** 160:10, 13,22 161:6

**faces** 118:6

**Facetime** 41:18,19, 22,23,25 42:7 43:3, 13,19,23,24 44:5,7

**facility** 144:22,25

**fact** 76:18 133:15

**factory** 19:2,4

**fail** 14:5,8

**failed** 14:9 17:6

**fair** 64:11 78:3 94:22 103:20 162:6, 16

**fairly** 5:25

**fall** 58:7,8,10 64:21 65:10 66:14 67:16, 20 68:7 72:7 73:21 81:1 95:11 105:3

**fallen** 57:24

**familiar** 96:1

**family** 20:21 28:15 48:22 55:25 56:22 59:11 60:17,18 71:6 86:21 87:1 108:14 140:19,20 152:12 160:5

**father** 20:16,17 22:15,19 23:6 30:24 31:9

**Federal** 4:3

**feel** 37:5,14 78:10 81:18 97:10,13,15 98:1 119:15 123:23 124:22 131:24 132:10,11 138:24

**feeling** 123:17

**feet** 65:8

**fell** 44:17,18,22 57:14 58:18 59:3 67:22,24 68:3

**felt** 76:18,22 98:6 125:20

**fiancee** 153:12

**field** 18:10

**fighting** 131:10

**figure** 22:20

**file** 68:22 69:5 148:4

**files** 159:11 161:15

**filing** 4:17

**filling** 86:8,11

**finally** 107:9

**find** 14:11 53:10 75:11 76:12 92:14 96:15 105:12 140:9 146:3

**finding** 145:24

**fine** 6:4,5 30:7 92:24 96:10 106:10 146:12 150:22 151:1

**finger** 31:8 88:11 102:7

**fingers** 118:18

**finish** 7:4

**fire** 76:18

**fired** 19:21,23 20:7

**fit** 143:22

**five-year** 145:21

**fix** 29:21,24 32:22, 23 110:25 111:4,8 113:14 143:15

**fixed** 111:5

**fixing** 27:18 98:14

**flash** 99:25 100:5

**flat** 139:14 149:2,3

**flow** 121:4

**fluctuates** 148:13

**fluent** 30:25 32:24 70:1 132:24

**fluid** 49:22

**focus** 78:21

**focused** 81:15

**focusing** 65:14,15 137:15 138:24

**foggy** 108:25

**follow** 7:1 81:9 91:13,14 121:22 147:13 157:22

**font** 88:10

**food** 25:22 32:8 123:12

**foot** 51:22 52:20 53:8 121:4 157:20

**football** 16:3

**forever** 60:6 62:24

**forget** 15:22

**Forgive** 61:14

**form** 4:20 36:3,21 37:8,17,19 39:15 40:7 45:22 46:8 47:3,19 64:22 69:13 70:2,7 72:10,12,17, 22,24 73:11,24 74:2,19 75:14 76:6 77:23 80:2 93:9,13, 16,19,20 103:17 104:10 112:2,8,13, 22 113:7 115:13 116:22 124:10 125:22 126:11,23 127:11 133:18 146:18 162:12

**formal** 17:16

**formalities** 4:17

**Fort** 54:19 55:24 56:4,21 59:11 60:2, 3,6 92:15,22

**found** 52:1 91:6 92:13 93:1 97:17,24 98:15,18

**foundation** 74:4

**four-page** 82:10

**four-year** 16:23

**frame** 135:16 138:8 145:21

**Framing** 22:17

**Frances** 152:22

**Frances'** 152:23

**freeze** 42:6 116:12, 17

**freezes** 42:2

**freezing** 64:17,18, 25 106:16,18,22 107:8 109:10 115:2 116:16 120:2

**friend** 34:13 35:1, 20 39:5,6 87:2 138:20 139:10

**friends** 32:20,24 33:3,5,6,12,14,18, 25 48:22 86:21 152:12,20 153:11 160:1

**front** 155:8

**frowny** 118:6 120:7

**froze** 93:7 110:1 116:3,10,11,13

**frustrated** 62:23 82:4 89:1 128:18

**frustration** 104:4 117:13 127:14,17

**Fuse** 149:22

---

**G**

**gave** 62:17 63:5 77:10,12 78:19 81:8,10,22 82:1,16 100:13 105:10 117:22 121:19 123:12 129:24 136:9 137:6

**geared** 17:1,13

**general** 13:3

**generally** 133:16

**genuine** 72:22

**Georgia** 11:8,19 12:1,2,7,8 13:14,15 19:18 20:6,8,19 23:2 26:9 30:12

**German** 19:17,18

**gesture** 102:21

**gesturing** 30:14,19 31:14

**girlfriend** 10:12 60:22,24 61:1 66:15,21 79:15,19 80:12,17 90:11 106:24 108:9,15 111:19 132:16,18 133:3,9 152:11,18 156:11,22,25 157:13 161:16

**girlfriend's** 139:10 156:22

**give** 7:9 11:20 17:22 19:8 36:17 40:21 52:2 53:4 57:20 76:21 82:10, 20 83:16 87:9 91:8 93:13 99:21 102:21 110:19 117:15,20 123:6 126:7 130:21 131:10 132:10 148:24 153:10 155:20 159:18

**giving** 84:17 86:19 102:5 132:6

**glad** 97:24

**glance** 87:19

**glass** 13:18 18:18, 19,21,23 19:3 30:11

**glitches** 49:23

**Golden** 150:8

**good** 6:8 46:7 49:18 60:12 61:10 103:23 119:18 130:12,13,14,15,17 131:5,6 134:22 136:1 140:1 141:11 162:11,21,23

**gosh** 9:13 11:16,24 13:9 39:2 44:17 64:24 138:13

**graduate** 12:3

**grass** 29:22

**great** 77:15

**groin** 100:22

**ground** 149:2

**Group** 27:15

**GSD** 12:9 16:18,19, 20,23,25 17:12 26:7

**guess** 44:2 57:18 69:1 122:3 152:13 153:7 156:15 161:22

**guessing** 25:5

**gut** 92:8

---

**H**

**H-E-R** 19:10

**H-E-R-M-I-L** 19:12

**H-U** 153:9

**H-U-B-B-U-C-H** 153:13

**H-U-E** 152:25

**H-U-N-T-Z** 152:25

**Hagood** 4:6

**half** 102:24 103:1

**hallway** 142:24 143:2

**hammer** 32:21

**hand** 82:19 87:24 110:6

**handed** 84:3 104:4

**hands** 118:17 125:18

**handwriting** 69:11 83:11 84:23 85:3,7, 12,18,25 87:15 97:2,5 110:11,23 113:6

**handyman** 27:10 29:5,15,18,25

**happen** 9:12,15 75:21 100:14 112:20 158:25

**happened** 16:16 64:8 66:2 75:17,20 76:10 80:18 103:22 104:5 105:7 109:15 135:17 140:10 150:2 159:23 161:3, 14

**happening** 36:9 78:10 107:10,25 117:2 139:8 159:7

**happy** 128:19

**hard** 13:2 17:1 20:21,25 21:8,14, 16,21,24 36:23,25 58:25 77:16 78:2 141:24 145:24 146:3

**harm** 46:15

**hate** 152:24

**head** 61:25 76:1 109:18,20 119:3

**health** 6:11 56:1 87:3 139:18,20 140:4 155:25 157:5, 10,16 158:23

**healthcare** 54:15 56:23

**healthy** 138:24 143:25

**hear** 33:9,10,11,12 35:24 36:10 61:15, 21,22 63:19 72:1 89:21 107:25 108:1, 4

**heard** 18:22 21:8 63:18,23,24,25 98:17

**hearing** 4:21 13:2 17:1 20:22 21:1,9, 14,16,21,25 22:2 24:12,14,19 33:4,5, 16,18,20,21,25 35:25 61:19,20,21 93:22

**heart** 45:7,8,13,23 46:17 49:4 99:6,17

**heavy** 103:11 105:11,17 107:18 112:15

**held** 118:17

**helped** 10:12 32:12,19,20 35:21 50:5

**Hermil** 20:7

**high** 12:4,6 16:23 26:17 120:20

**hire** 146:4 150:23

**hired** 30:17

**history** 99:4,9 100:18

**hit** 58:17,20,25

**Hmm** 124:1 140:24 145:19

**Hold** 82:16

**Holmes** 52:6,11,24 54:21 55:2,8 59:22 135:2 140:3,11,14 141:7,16,18,21

**Holmes'** 141:8 142:2

**home** 31:2,7 38:10, 18,19 63:9 64:9 82:3 88:19,22,23 89:4 90:5,15,16,21 132:25 136:9,14,16, 19 138:21 139:3,5, 8,10,18 140:4 156:1 157:4,10,15 158:21, 23 161:15

**homes** 32:19

**honestly** 66:1 112:19

**honesty** 104:1

**hop** 94:18

**hoping** 154:7

**horn** 33:10

**hospital** 49:9 54:2, 6,11,17 56:3,16 57:21 60:6,7 65:23 67:1 68:10 79:24 81:5 90:5 93:4 94:8 97:14 101:11,15 106:8,9 114:13 116:19 121:5 122:7 124:1 134:1,3,9,12, 17,20,25 135:9,23 136:5,21 137:3,6,9, 12,14,17 138:19 139:19 141:12 151:8,16 152:8,13 155:22 156:4 158:18,19 162:9,18

**hospitalization** 49:1,11

**hospitals** 152:2

**hot** 99:25 100:5

**hour** 122:18

**hours** 30:2,4 57:1 94:8 143:2

**house** 38:6,7 90:17 139:4,11,13,16,21 150:15 156:22

**houses** 22:17 27:15,18 29:25

**huge** 117:24

**huh-uh** 66:2 87:20 137:9

**hung** 17:23

**hurt** 57:14,25 58:10 59:8 67:14 76:5,18 79:21 80:19 98:14, 20

**hurting** 99:7 117:14

**hurts** 67:13 76:9 149:7

**husband** 152:19

**husband's** 153:3

**hypothetical** 74:11

**I**

**ibu** 59:3,8

**ice** 59:4 81:10

**ID** 116:10

**idea** 11:18 47:21 63:13 65:14 75:18 76:2 77:12,15 78:8 87:4 89:21 90:2 110:21 111:21 113:2,13 133:7

**identified** 70:13,15 71:25 99:1 153:21

**identifies** 22:10

**identify** 21:24

**ignore** 42:15

**immediately** 95:21 142:8

**impaired** 93:22

**implant** 24:20 25:2,

4,10 61:18

**important** 6:25 7:3,6 75:20 123:2 124:15

**impossible** 160:8

**improper** 21:3 71:14

**in's** 37:2

**in-depth** 48:5 76:19

**in-person** 49:24 51:2,6,12 64:19 104:15 106:14,17, 19

**inappropriate** 77:9

**include** 45:8

**income** 146:8 147:4

**Incomplete** 74:11

**increased** 117:25 118:1

**indicating** 58:21 85:5 122:2

**indicator** 119:2

**individual** 84:4 154:3

**individually** 65:12 84:4

**information** 8:24 49:23 72:5 73:19 74:4,15 75:4,6 85:9, 11 87:3 108:22 124:6 133:17 156:2

**informed** 140:17

**initial** 153:19,22

**initials** 110:12

**injection** 100:8

**injury** 57:23 62:11, 12 78:17

**inquire** 9:2

**inside** 20:14

**instance** 4:23 33:22

**instinct** 92:8

**instruct** 36:8

**insurance** 83:20, 21,22

**interested** 58:5 137:10,13

**interpret** 74:24 102:25 129:1

**interpretation** 15:16 131:6

**interpreted** 5:8 21:1,15 99:18 128:24

**interpreter** 9:6 10:23 12:15 15:13 18:19,21,23 22:11 30:18 35:20,22 36:16 41:9 43:7 46:3 47:25 48:25 49:2,13,15,20,22,25 51:3,4,6,8,12,16 52:19 53:6,9,11 55:3,16 56:8,24,25 57:5 59:14,18,19 60:14,19 62:16,21, 23 63:4,6,14,17,21 64:4,9,13,19 65:16, 18,24 66:5 67:17,25 70:4,9 72:8 73:22 74:18,20,21 75:2,3, 5,7,13,21 76:15 77:14,22 78:1,2,6,9, 18 80:4,5 81:24 86:23,24 88:16 89:3,25 90:8,9,12 92:16,19,20,24,25 93:5,6,22 94:6,9,15, 24 95:17,24,25 96:13,16,17 99:18 101:12,16 102:24 104:15,17,22 105:13,19,22 106:6, 10,12,15,16,17,19 107:2,3,21 108:16 109:5 110:19 112:3, 25 114:21,25 115:12,21,24 116:7, 16,21 120:1 122:5, 9,13,15,22 123:2,7, 11,14,17,25 124:7 125:24 126:1,8,14, 22 127:10,15,19,21 128:5,8,13,16,22,23 129:3,14,15,18,20,

24 130:3,20,23,24 131:1,3,9,13,24 134:5,24 135:4,8,21 141:7,13,17,23 142:6,10,12,15,23 143:1 144:24 157:6, 7

**interpreter's** 15:13

**interpreters** 4:5 13:5 76:13

**interpreting** 74:21 94:7 129:21 130:25

**interprets** 141:25

**Intouch** 41:5,8,17, 20 42:25 43:3,5,10, 18,20

**involved** 22:16

**involving** 45:1

**issue** 42:6 115:21

**items** 62:7,8

**J**

**jail** 9:17

**Jeffrey** 4:8,12 153:12

**job** 13:16,17 17:20 18:1,18 19:6 20:11 29:3 32:6,11 77:5 145:24 146:3,23

**jobs** 27:7 29:5 146:4,9

**Joe** 153:5

**Johnson** 10:5 38:19 90:17

**Judge** 5:13

**Junk** 42:15

**K**

**K-O-H-L-S** 62:5

**kid** 11:17

**kids** 29:2

**kind** 13:17 17:10 29:6 48:5,17 68:23 90:25 132:22

136:19 142:1

**knee** 57:14,23,25 58:20 62:11 78:21, 23

**kneecap** 58:22

**knew** 31:3 99:7 113:16,18 158:15, 24,25 159:4

**knowing** 40:19 41:2 80:8,24 128:20 130:4

**knowledge** 74:13 154:1,3

**knowledgeable** 77:4

**Knoxville** 4:7

**Kohl's** 62:5

**L**

**L-E-I-G-H-A** 23:11

**labels** 47:12

**ladder** 149:1

**lagged** 116:6

**language** 14:15, 16,24 15:11,19 16:21 22:1,4 30:14, 19 31:14 33:22 41:21 42:18 47:14 76:1 96:2 113:9,11 125:3

**large** 4:9 133:21 152:7

**late** 93:1

**lawn** 29:21 150:18

**lawsuit** 7:13,19,24

**lawyer** 71:14

**lawyers** 40:3

**learned** 46:13

**lease** 37:1,2,6,14, 24 38:1,11,16,22 39:1,3

**leased** 38:10

**leasing** 38:19

leave 123:21

leaving 13:13
19:20 23:5 138:15

left 18:17 53:18,21,
22 78:13,15 79:24
80:8,24 81:5,18
91:8 109:19 133:24
135:11 137:16
138:6,10 139:19
142:15,22 150:25
156:4

leg 10:12 44:9,10,
12,20 45:3 48:13
51:22 53:18 58:17,
20 62:11 65:4,8,15
67:12,14 76:5,9
77:2 78:15,25 79:25
80:9,25 81:4,16
91:11 96:15 100:24
101:6,7 109:3,25
110:24 111:9
112:21 113:15
117:3,6 121:24
125:17 132:12
134:22 136:1
137:15 139:25
143:6,18,22 144:12,
18 145:4,5 148:8,21
149:16,20 150:2,13,
25 151:22 158:2

legal 8:2,6,7 35:1

legs 47:18

Leigha 23:11,12,18
24:17

Leigha's 24:1

Lenoir 24:5 50:25
56:5 66:10,23 91:4,
6 97:14 106:8 151:9

level 118:3,16,20,
25 119:5 120:5
123:23 124:5
126:18 127:5,22
128:11 147:4

license 9:24

life 31:3

light 162:16

limitation 147:20,
21,22

lips 119:22 133:9,
11,12

list 91:18,19 121:22

listed 153:23

listening 98:21

live 10:4,7 23:3,7
24:2 28:11 34:20,23
37:11 38:4,18 48:25
49:13,15,19,21
51:8,16 52:19 53:5,
9,11 73:22 74:17
77:22 96:3,13
106:18 114:21
115:24 116:15,21
120:1 122:15,22
126:8,22 127:10
130:2 134:5 141:7,
17 142:5,12,15
150:22 156:15,16

lived 10:22 39:4

living 10:10

lodge 36:6

long 9:13 13:8 19:6
22:18 25:4 27:20
28:2,11 34:3,7 39:2
46:18,23 60:4 67:1,
2,5,9,10,12,13
68:13 95:18 144:11
145:8,10 151:10

longer 135:19,22

look-see 135:2

looked 119:2 140:1
158:22,24

losing 146:7

loss 22:2 24:13,14
111:21

lost 36:5 58:11
73:15 108:3

lot 15:7,8 46:19,21
50:7 55:11 59:24
60:12 62:18 90:25
103:21 105:22
120:11 133:13
148:23

loud 33:11 61:24,
25

Loudon 9:23 27:25
93:3

Loudoun 54:9,11
55:24 56:4,21 59:11
60:2,4,6 66:18,21

92:2,11,16,22 93:3
95:8 96:11,18 97:11
103:8 104:21 105:1,
4 106:1 151:11,17

love 138:25

lower 51:22 85:14

lunch 5:22

lung 47:16

Lyon 6:11

M

machine 4:12 63:1,
3 114:17 116:7

made 19:3 55:11
90:12 146:17 147:4
148:1 161:23 162:2

mail 42:15

maintain 159:6,10

maintained 156:12
160:6 161:9,13

make 7:7 20:24
31:19 41:15 50:7
52:24 53:20,22
56:13 103:11
114:19,20 123:6
128:6 129:11
130:11 132:10
147:12

makes 108:25

making 13:18
18:18 20:13 30:11
105:19

man 115:3

manufacturing
19:14

mark 83:2 85:16,21
93:14 95:3

marked 69:3 83:4
88:3,4 95:4 96:25
99:14 101:18 110:7
114:8 154:16,19,21,
24

marking 94:4

marks 85:22 86:3

married 23:12,13

mask 109:17

masks 109:20

materials 155:21

meaning 35:23
88:21 131:19

means 6:20 35:10,
14 36:20 63:7 70:10
87:23 93:10 118:10

meant 36:2 39:10,
14 118:9

mechanic 29:15,
17

media 160:10

medical 50:3 53:6
54:2 55:18 66:21
68:6,8 77:3,7 152:4,
8 153:24 158:16

Medicare 83:21
88:5 145:6,8

medication 59:4,9
76:21,23 77:10,11
81:8 83:21 90:22,24
91:15 102:22
103:11,21 105:10,
15 108:24 117:15,
20,24 120:18
121:20 132:4,7
149:10,13 162:17

medications 104:1
156:6 162:8

medicine 77:8,19
81:22 82:1,2 158:21

meet 26:6 154:7

meeting 134:15
136:11

meetings 30:17

member 55:25
56:22 71:6 87:2

members 86:21
108:15

memory 14:3
65:25 103:23
112:12 162:3,8,18

memos 161:9

mention 48:12

mentioned 53:7

mess 19:25

message 33:25

messaging 15:4

messed 19:24

met 6:8 26:9 106:3

Mexican 152:25

microphone 43:8

middle 18:3,4
88:10 108:20

mind 128:25

mine 85:16 152:20

minor 51:9

minutes 6:9 82:6
94:18

miscommunicatio
n 76:3

missed 10:25
49:23

mistake 20:3 90:13

mistakes 55:11

misunderstandin
gs 133:13

mom 11:12 132:22,
24 133:4 160:2

mom's 152:19,21
153:2

moment 59:13
122:6 150:6

momentarily
116:6

momma 153:8

momma's 152:24

money 27:9

month 138:4
147:15,18,23,24

monthly 147:21

months 28:19
51:17 53:12,16
138:3,13,14,15
145:4

morning 6:8 109:1

mother 23:4,8
25:11 152:14,19

motorcycle 151:4

motorcycles 151:5

move 11:19 13:15

moved 11:3,7,8,12, 15,22,23 13:14 22:25 28:6,19,23 50:13

moving 11:10 23:1

mow 150:18

mowers 29:22

multiple 24:24

mumbling 88:16

**N**

names 23:22 65:14,16 153:10

naming 71:19

nature 49:4

needed 14:24 29:2 41:16 55:16 62:16, 20,23 63:12,13 64:19 71:3 95:17 102:16 114:25 116:20,25 126:2 141:9

needing 123:1

negative 151:2

negotiate 34:12

news 16:2

newspaper 15:25 16:1

nice 30:5

nickname 153:5

nodding 76:1

nonspecific 37:22

normal 6:17

North 11:8,11,15 12:19,24

Notary 4:9,13

notes 4:15 159:7 161:9,13,23 162:3

noticed 47:12 121:6,7

November 135:14, 15,16 138:12

number 6:18 7:3,6 40:15 84:21 85:23 86:6,8,11,13,15,20 87:2,6 114:5 116:10 118:2 119:3

numbers 85:9,24 86:12 118:7

nurse 62:21 64:2,3 71:5 84:17 98:21 102:5 106:9,24 109:10,11,13,16 110:2,3,4 115:3,5,7, 12 116:10 117:14 119:1,9,14 120:4,8, 9 122:10 123:1 124:16 128:7,13 129:13 136:15,18, 19 139:20 140:5,15 155:25 157:16 158:3

nurses 68:19 102:14,15 108:2 119:10 120:6,10 122:17,18 126:21 128:4 130:3 131:17

nursing 127:8

**O**

oath 6:19

object 36:3,21 71:14 88:24

objecting 72:23

objection 36:10 37:8,17 39:15 40:7 46:8 47:3,19 64:22 70:2 72:10,11 73:10,24 74:1,19 75:14 76:6 77:23 80:2 103:17 104:10 112:2,8,13,22 113:7 115:13 116:22 124:9,10 125:22 126:11,23 127:11 133:18 143:9 146:18 162:12

objectionable 73:1

objections 4:19 36:7 72:17

observation 121:3

observe 89:5,14

occasion 40:17 50:10 53:7 77:8 116:5,18 124:18 133:1

occasions 51:15 55:7,23 56:20 120:17 123:8

occurred 58:8,13 81:13

October 23:13 44:11,14,18,19,21, 23,25 51:23,25 52:9 54:3,5 56:9,10,14, 20 57:14,15,16,17, 19,20,24 69:8,9 95:9 104:24,25 105:7 108:13,14 109:6,24 114:13,14 117:7,8 132:19 133:23 134:2 135:13,14,15 136:7, 8 137:4 138:6,7,11 140:10 145:11 151:14,15,18 154:13 158:18 159:8,23,24 160:11, 12 161:4,24 162:9, 10,19,20

offered 64:15

office 141:8 142:3

offices 4:6

oldest 23:23

on-site 94:9,15,24

online 26:19,21

opened 116:9

opinion 92:13

opposed 56:1,23 60:2 92:11

options 123:13

order 5:13 32:8

organizational 31:23

organizing 156:10

originally 10:17

out's 37:2

overview 22:5

overwhelmed 81:16

owned 29:20

owner 29:19

**P**

P-E-I 10:14 60:25

P-O-L-L-O-C-K 107:4

p.m. 82:7,8 95:5,6 144:5,6 153:16,17 154:9,10 163:1

pack 47:10 99:9 137:24

packages 47:13

pad 41:21

pages 82:12,23 85:1 86:1 154:14 155:16,18 156:7,9 161:19,21

pain 59:4,24 62:9, 14,15,18 63:9,19 65:3 67:13,14,22 75:16 76:19 77:11 78:22,24 79:5 81:19,21 82:3 91:1 92:4,23 98:13 105:10 117:4,6,11, 12,13,16,21,25 118:3,5,10,11,12, 16,20,25 119:5,8,15 120:5,11,13,18,20, 21,22,23 121:1,15 123:15,16,22 124:5 126:15,19 127:6,22 128:11 132:4,5,11 149:10,12 158:2,4, 6,21 162:7,17

painful 81:19 149:6

painkiller 63:8 82:1 117:24 136:10

painkillers 63:5 121:21

paint 29:22 32:21

paper 68:15,16 81:10 88:22,23 91:13,14 93:16 100:13 102:17 104:4,5 121:22 123:12

papers 84:18 102:6 104:8,13

paperwork 156:3, 12

parents 24:1

Parkwest 6:11 8:22 9:5 39:23 40:1 52:9,12 54:8,10 57:19,21,23 58:2,7 59:9 60:1,3,5,7,12, 15 62:10,13 64:16 66:13,22,25 68:4,7, 13 72:5,6 73:21 74:17 75:3 77:21 78:16 79:4 80:8,24 91:5 92:11,13 93:2, 4,9 95:10 101:9 103:7 104:14,21,25 105:2,4,5,6 106:1,6, 9,11 107:13 108:12 112:7 116:1 117:7 124:1,6 126:21 127:9 128:11 131:17 132:1,19 133:24 134:25 135:6,11 136:2,4,6 138:6,10 140:16,18 151:13,18,21,25 152:5,15,17 154:12 157:25 159:1,23 160:11 161:4,14

part 11:2 16:20 45:1,4 70:14 111:21 150:12

part-time 29:13 148:4,5

parts 20:13,14 47:2 97:4

pass 13:23,25 14:5 17:3

passed 14:2,4,7,9 17:5

past 23:15 39:25

patch 137:7,8

patient 97:6 124:24

125:17

**pawn** 29:9,16,19

**pay** 148:5

**paying** 89:16 102:1

**payment** 83:19

**payments** 83:22

**pedals** 151:1

**Pei** 34:14 60:25 66:7,9,12,23 132:21 134:13

**pending** 59:17

**people** 21:10,24,25 32:8 41:23 46:19,21 60:12,13 69:25 70:16 153:21 160:13,14

**percent** 143:18,19, 21

**perfect** 104:3

**perform** 125:20 148:20

**performed** 18:14 125:21 148:7

**period** 10:9 112:12 116:8 138:1,5,9 160:20 161:3

**periodically** 149:17

**person** 22:10 31:23 41:16 42:7,16,23 43:2,8,11,17 44:4 77:4 86:11 133:6 142:20,22 158:23

**personal** 74:13 160:23 161:14

**personally** 72:13 74:14 106:5

**phone** 20:13,14,15 41:4,8,25 42:24 43:1 70:22

**phraseology** 115:16

**physical** 134:16 135:18 136:12,15, 20 139:7,15

**physician** 48:11

**pick** 60:1

**picture** 118:4

**pictures** 15:8 113:25 114:4

**piece** 43:7 100:13

**Pinterest** 160:10

**pipes** 32:22

**place** 37:11 77:17 97:9 135:7

**plaintiff** 153:25 154:1

**plaintiff's** 153:18

**plans** 151:24

**Plaza** 4:7

**point** 29:8 31:18,19 48:10 81:12 94:23 109:16 123:13 128:10

**pointed** 98:20 118:5 119:1

**pointing** 30:19 82:22 84:18 88:12 102:6

**Pollock** 107:1,15 109:3 125:11,13 126:5,10,21 127:8 128:2 134:25 136:8 155:20 158:1

**Pond** 150:8

**population** 13:3

**portion** 11:1 73:7 85:14,15 129:8

**post** 160:9

**posted** 161:6

**posts** 160:15,19, 22,25

**practice** 50:24 144:15,19

**practiced** 48:21

**practicing** 72:6

50:14 52:12,14,16 55:15 59:11 91:17 92:1 140:19,21 141:4,22 157:23 159:3

**pray** 160:14 161:7

**pre-op** 109:9,12, 19,20 113:18

**prefer** 42:18 49:24 96:13 152:2,4

**preference** 55:25 93:14

**preferred** 56:22

**prepare** 32:19

**prepared** 54:17

**prescribed** 90:23

**present** 64:13 72:9 73:23 74:18 75:13 76:16 77:22 106:21 107:1 124:8 126:9 130:23 133:2 134:5 141:7,14,17 157:4, 8,10

**pressure** 122:25 123:18,20

**pretty** 127:3

**previous** 48:1

**price** 62:7

**primarily** 22:3

**primary** 14:15 48:11 50:14 52:5, 10,14,15 55:15 91:17 92:1,5 135:1 140:19,21 141:4,21 157:23 158:5 159:2, 3

**print** 159:18

**printed** 85:6,7

**prior** 44:11,19,24 54:3 148:21

**private** 59:13

**privileged** 5:4

**problem** 44:9 45:7 49:4 50:3,4 52:3 78:13 97:16,17,21, 24 98:15,17,18 99:1 149:14

**problematic** 37:20

**problems** 44:3,12, 20 45:1,6,7,12

**procedure** 4:4 109:24 112:1 143:6, 10,13

**procedures** 49:7 121:24

**proceedings** 5:1 163:1

**process** 50:6

**Produce** 159:15

**Professional** 4:8, 13

**prosthetic** 143:23 144:9,12 145:4,5

**protocols** 7:2

**provide** 51:2 59:15,19 64:2,4 70:25 135:7

**provided** 44:3 51:5 68:19,20 92:18 99:1 153:24 156:1

**provider** 56:1 123:16

**providers** 56:23 65:12 122:13

**public** 4:9,13 17:2, 4

**purchase** 34:25

**purpose** 20:4

**pursuant** 4:3

**put** 20:14 45:19 48:24 71:4 84:2 85:10 88:7 94:11,13 100:10 101:14 109:3 118:2 121:11, 24,25 124:22

**puts** 62:7

**putting** 71:8

**Q**

**qualified** 94:5,9

**qualify** 145:6

**question** 7:4,7,9, 11 11:5 15:15 33:2 36:15 37:13 40:5 48:1,2 56:17 59:15,

17,20 70:5,12 71:13 72:14,25 73:4,6,14, 17 74:25 79:14 80:5,22 86:25 99:19 102:25 114:1 119:4 120:3 124:4 127:1,4 128:24 129:7,20 130:10,24 151:20 161:12

**questions** 4:20 40:3 71:11,15 154:12

**Quick** 141:12

**quicker** 60:5,8

**quickly** 104:6

**quit** 20:15 48:8,18 138:9

**quotes** 111:25

**R**

**read** 14:18,20,21 15:2,10,18,20,21,25 16:1 18:25 35:16 42:22 73:3,6,8 83:14 88:15 99:15, 19,24 100:4 110:13, 16 113:4,5 119:22 129:7,9 133:9,11,12

**ready** 27:19 96:9 142:7

**real** 114:25

**realtor** 32:18

**Realty** 27:15 32:14

**reason** 8:10,15 11:10 13:13 19:19 23:1,5 26:1 43:16 70:14 71:22 77:18 91:25 92:10 101:24 150:3 158:16

**reasons** 71:20,24

**recall** 64:12 65:9, 11 86:17 91:17 93:23 95:15 102:8 107:17 121:23 139:2

**receive** 18:12 45:17 72:7 73:22 77:7 139:18 147:5

155:12 156:3,7

**received** 17:16
72:8 77:19,20
120:18 128:21
130:5 132:2,4
146:16 156:7

**receiving** 50:4
75:12 145:13

**recently** 21:9 52:21
151:16

**recognize** 114:9
154:25

**recommended**
48:7 92:25

**record** 5:5 7:2
21:13 30:8,9 36:7
57:10,11 65:23
68:22,23 69:4 82:7,
8 95:5,6 119:6
144:5,6 153:16,17
154:9,10

**records** 68:6,8,10,
15,17 86:20 153:24

**referred** 21:10

**referring** 52:12
68:9

**reflect** 118:24

**reflecting** 119:7

**refusal** 103:1

**refused** 64:4
102:20 103:4,6
108:16

**regard** 18:13
118:25 119:7 161:8

**Registered** 4:8,13

**regularly** 42:13

**rehab** 136:22
144:15

**rehabilitation**
144:21,22

**relate** 161:2,3

**related** 39:23
149:20

**relation** 44:8

**release** 102:22
156:5

**released** 133:25
134:3 136:13
158:17,19

**rely** 70:24

**remember** 11:16
12:20 19:11 23:15
24:6 25:5 26:22
58:1 59:23 64:6,7,8,
14,24,25 65:1 66:2,
9 67:8,9 81:17
84:17 86:9,17,18,19
89:8 90:4,25 91:4,
15,18,23,24 94:2,4
96:20,22 100:10,11,
15,16,25 102:2,5
103:9,12,16 104:1,
12 105:9,11 107:6,
14,16,18 108:21,23,
24 109:4 111:13,14,
15,18,20,23 112:10,
16 114:24 115:3,4,
16,17,18,22,23
117:10,16 119:17,
18 120:6 122:3
125:12 126:6 132:6
133:5 134:1,4,8,15,
19,21 135:18
136:11,15,17,20
139:5,7 144:13,14
156:6,8 158:3,6

**remodeling** 27:18

**remote** 49:2,20

**remove** 143:6

**renting** 38:5

**repeat** 80:5,21
133:14

**repeated** 24:24

**repeatedly** 109:11
110:1 133:14

**repeats** 133:16

**repetitive** 50:7

**rephrase** 70:12
72:25

**report** 31:22 32:3

**reported** 31:25

**reporter** 4:8,13
6:23 73:3,9 114:7
129:10

**represent** 69:7

**request** 4:3 92:16
94:5 106:5 159:15

**requested** 51:1
73:7 129:8 159:14

**requests** 114:20,
21

**require** 29:17

**required** 123:7

**requires** 18:1

**reserved** 4:20

**response** 49:21
72:19

**responsibility**
156:13,14

**rest** 85:7,18 119:19

**restate** 70:5

**results** 99:21

**returned** 121:4

**review** 35:9 37:6,
14 83:17

**reviewed** 68:16,21
155:18

**rights** 88:5 93:21

**Robbie** 34:17

**rode** 90:7

**romance** 15:22

**roof** 149:3

**room** 62:19 63:5,23
70:19 79:10,11,12
84:14 92:7 116:20
129:16 142:18,22,
24,25 143:2

**rotating** 132:23

**rotations** 142:20

**roughly** 144:16

**routine** 123:4

**ROZYNSKI** 5:2,16,
20 6:1 17:21 20:24
21:4,7,12,23 22:9
30:5 36:3,6,14,21
37:8,17,21,25 39:15
40:7 46:8 47:3,19
57:6 64:22 70:2,8
72:10,13 73:2,10,24

74:3,10,19 75:14
76:6 77:23,25 80:2
82:12,18,25 94:17
97:19 103:17
104:10 108:19
112:2,8,13,22,24
113:7 115:13
116:22 124:9,12
125:22 126:11,23
127:11 133:18
146:18 154:5
162:12,24

**rule** 147:14

**Rules** 4:4

**Rusk** 4:8,12

---

**S**

**SAITH** 162:25

**sake** 61:13

**sale** 32:19 34:12

**salesman** 35:17,19

**Sanders** 54:20
55:24 56:21 59:11
60:2,4 92:15

**satisfied** 116:24

**scale** 118:5 147:10

**scan** 63:2 98:23

**schedule** 70:20
132:23

**school** 11:25 12:2,
4,7,8,9 13:1 16:13,
15,23 17:1,2,4,12
18:3,4,5 26:16,17,
19

**schoolbooks**
15:5,6

**schools** 17:8

**scores** 16:2

**SCOTT** 4:2,22

**scroll** 160:17

**scrubs** 109:18

**secondary** 14:16

**secretary** 141:9

**Security** 86:13
145:16 146:7,16

147:6

**sedation** 103:10
105:11,17 107:18
112:16

**seek** 54:2 158:16

**self-employed**
29:6

**sell** 27:19

**send** 89:4 92:7
98:22 106:11 136:9
159:17

**sending** 95:23

**sense** 7:8

**sensitive** 149:6

**sentence** 34:4

**sentences** 14:23
119:25

**sequencing** 58:5

**service** 41:4,8 43:1
94:7

**settings** 41:7,10,11

**shame** 23:14

**sharp** 117:11

**she'll** 133:14

**sheet** 69:8 101:20
156:5

**shift** 142:19

**shook** 119:2

**shop** 17:10 29:9,
17,19

**short** 20:12 28:9
141:19

**short-term** 28:10

**shorthand** 4:12

**shout** 61:25

**show** 68:25 85:19
107:7 123:10

**showed** 63:22
64:10 98:20 118:4

**showing** 98:13

**shut** 107:9

**side** 27:7 29:5 43:2

62:15 142:16 146:4, 8,23

**sign** 4:15 14:15,24 22:1,4 31:1,2,7 33:20,21 34:15,25 35:3,8,15,16,18 36:19 37:15 38:14 39:3 40:5,12 41:1, 21 42:18 43:22 55:20 84:2,8,18 89:14,24 94:1,13 102:6,11 113:9,11 125:3 129:3,4 155:13,14,15,16

**sign-in** 69:7

**signature** 69:14,15 84:3,16 85:5,8,10, 13 86:1 87:14 88:6 97:6 101:19 102:7, 16 113:22 155:4,7

**signed** 8:11,12 36:1 38:16,25 39:8, 12,14 40:18 83:15, 23 84:3,5 85:6 86:7 88:22,23 93:19,25 94:10 97:9 101:22 102:4 104:5 111:15 155:3

**significant** 62:14 92:3,23 117:11 121:15

**signing** 5:6 35:5,13 39:18 40:13,19 43:1,2 76:1 104:9 110:21

**signs** 31:4 52:3 123:5 132:25

**similar** 143:6

**simple** 30:22,23 33:22 34:4 55:19 57:3 119:24 127:4 142:1 157:18 160:25

**simultaneously** 74:22

**single** 122:23 132:18

**sir** 59:20 61:10 64:11 69:11 83:7 88:10 99:16 100:4

**sit** 47:17 111:23 113:4 142:23

**site** 149:6

**sitting** 144:19

**situation** 39:25 98:12 129:15

**situations** 41:12, 14

**skilled** 77:4

**skin** 158:8,11,13, 15,20

**skipped** 116:13

**slash** 85:16,22 86:3

**sleep** 91:2 103:11 120:21 142:18

**slept** 120:10

**slope** 150:22

**slow** 50:6

**slowly** 55:10

**small** 12:11 60:7 85:17

**smiley** 118:6 120:7

**smoke** 48:17 137:2,8,14,16,21,23 138:8,12

**smoked** 138:14

**smoker** 137:19

**smoking** 46:1,6, 14,15,17,20 47:1,8, 18 48:3,5,13,18 99:8,9 137:9 138:2, 9,12,15

**social** 86:13 145:15 146:7,16 147:6 160:10

**son** 23:24 26:24 152:20

**sort** 62:8,20

**sound** 61:22

**sounds** 61:23 111:3

**speak** 24:21,23 44:4 55:10 62:2 116:7 122:15 123:5

126:5

**speaking** 5:5 24:25 37:23 43:14

**special** 18:1,12

**specifics** 64:7 66:2

**speculation** 74:11

**speech** 61:23

**spell** 9:10 19:10 107:2

**spelled** 20:12

**spelling** 27:24 31:8

**spoke** 62:21

**sports** 16:3

**spread** 78:24

**spring** 52:14

**SSDI** 148:3

**SSI** 146:22 147:17

**ST** 110:12

**staff** 72:5 73:20 74:16 75:5 77:21 93:10,15 97:12 103:7,8 112:7,19 116:25 127:9 139:2

**stairs** 139:6

**stand** 149:3

**standing** 5:13 79:6

**start** 7:5 29:11

**started** 6:3

**starts** 5:17

**state** 4:9 72:23 125:6

**stay** 20:6 108:12 116:1 135:19,22 136:21 142:13 156:19,24,25 157:2

**stayed** 10:11 67:9

**stent** 45:19 48:24 99:4,22 100:20,21 107:12 121:11,14, 17,18,25 122:3 132:2

**step** 5:9,10

**steps** 139:3,9,11, 12,13

**stop** 63:10 138:4,5

**stopped** 19:13 138:2

**storage** 29:20

**storm** 104:3

**story** 151:4

**Stovall** 50:20,22,24 51:2,12,16 52:2,8, 13,15,20 53:7,9,12

**straight** 90:14

**strike** 94:3 129:24 132:14,16

**struggle** 14:12,17

**struggled** 13:22 14:23

**struggling** 131:1

**Stsilverdragon88 @gmail.com.** 42:12

**students** 13:4

**studying** 26:21,23

**stuff** 57:3 109:18 162:4

**subsequently** 68:21

**substantively** 124:4

**successful** 127:25

**suggested** 25:12 135:8

**suing** 7:19

**Suite** 4:6

**summer** 16:14,16, 17 30:3

**supervisor** 31:22

**supplemented** 159:16

**support** 61:8,9

**supposed** 91:16 100:3

**surface** 149:4

**surfaces** 149:1

**surgeon** 107:5,12, 15,16 125:13

**surgery** 45:19 87:21,22 111:16,19 113:17 114:19 125:7,15 127:24 128:8,9,16

**surgical** 99:4

**swear** 4:14

**swelling** 59:5

**sword** 40:9

**sworn** 4:24

**system** 46:16

---

**T**

**T-A-L-A** 23:24

**tables** 18:18,22

**tags** 62:7,8

**tailored** 13:1

**taking** 65:16 77:16 121:21 138:18 147:11 162:18

**Tala** 26:11 60:21,24 69:17 70:20,24

**tale** 72:18

**talk** 5:22 41:16 51:20 59:12 94:6 107:6 117:16 122:9, 10 123:1,15 124:13

**talked** 124:20,21, 24 125:16

**talking** 5:2 6:2 12:10 17:9 33:17 41:11,12 43:8 45:3, 4 48:9,10 52:22 53:5,21 54:13 55:5 56:9,11,14 57:2 66:4 67:19 74:23 75:25 79:6,7,22 83:24 88:18 89:6,21 90:18 96:11 103:22 107:7,8 108:2 110:22 112:15 124:15 125:10 127:22 128:7 136:3 144:8 152:16

**talks** 43:8

**tanked** 105:14

**taxes** 148:4,5

**teach** 16:21 144:17

**teacher** 16:15

**tech** 41:11

**technical** 44:3
49:22

**technically** 7:23,
24

**technology** 54:11,
14,15 64:17

**telling** 63:20 79:23
84:18 119:7 139:2

**temporary** 20:15

**ten** 25:8

**Tennessee** 4:7,10
9:15 10:19,21 11:4,
9,22,23 22:25 23:2,
4 24:3,4 27:11
28:24,25 34:21
50:13 54:1 135:9

**Tennova** 60:9

**term** 21:5,9,17,21
70:12

**terms** 61:10

**test** 16:7

**testified** 80:23

**testify** 71:12 74:7
96:6

**testifying** 80:7

**testimony** 7:25
86:5 102:12,18
109:22 113:12
115:25 121:13

**text** 15:3,4 33:24
34:2 160:1

**textbooks** 14:19
15:1,4

**texts** 159:22,25
160:8

**therapist** 134:16,
21 135:19,25
136:12,18,21

**therapy** 128:23
129:4 134:19
135:20 136:16,22,
23 139:4,7,16
144:15,17

**thereto** 4:16

**thing** 40:2 128:17
131:21 136:19
142:1 149:4 161:6

**things** 15:21 16:3
24:23 27:19 29:16
30:22 35:15 40:6,
11,16 55:19,21
103:5 122:24
127:25 130:2
144:20 148:23
150:15 157:18
161:1

**thinking** 45:10
67:12

**thought** 59:5,24
81:4 82:13 100:1
129:14

**three-way** 43:9

**thrown** 91:21

**thumbs** 31:20
124:22

**tight** 69:22

**time** 5:6 9:13,14
10:9 20:12 28:9
29:1 38:9,25 39:2
44:6 46:23 51:11,13
52:22 53:1,2 58:6
60:22 62:11,18
67:6,7,10 69:17
74:22 75:2 80:22
81:5 84:15 86:3
94:23 95:25 101:23,
25 102:2,15 104:18,
20,21 108:3 116:4,8
117:6,7 120:15
122:23 124:2,3
128:10 135:16
137:3,8 138:1,5,8,
10 140:12 142:21
144:13 145:10,21,
24 151:7 154:3
160:20 161:3,7,23
162:1

**timeline** 67:18

**times** 24:24 102:10

125:9 126:4,7
141:16 143:16

**today** 6:12,23 7:25
38:23 40:2 44:8
47:17 76:13,14
79:24 80:7,23 86:5
102:13 111:23
113:4,12 137:20,23

**toe** 65:6

**toes** 65:4

**told** 25:1,3 34:15
47:23 48:3,22 76:15
80:18 81:9 89:2
91:13 92:8 93:4
100:23 101:1,5
109:15,16 115:7,11
118:24 126:9 128:1,
2,3,17 129:14,19
136:24 140:1,13,15
141:9 143:11
149:18 157:17
158:4,20 159:1,2

**Tomei** 4:2,22 6:8
22:10 24:17 69:17
97:1

**tomorrow** 34:3

**top** 99:24

**totally** 6:5

**touch** 91:16 123:19
124:22 125:17

**touching** 4:17

**tracking** 38:17

**trade** 17:13,17,18,
22,25 18:4

**training** 17:17
18:1,13

**transcribe** 4:15

**transcribed** 6:23

**transcript** 7:1 73:8
129:9

**transferred** 105:2

**transferring** 101:9

**transmission** 4:18

**travel** 105:25

**Travis** 23:24

**treatment** 45:17

50:3 77:20 128:21
129:23 131:16,18,
20,23

**trouble** 13:20 32:4

**true** 48:6,19 80:1
112:11,18 115:21
119:8,10 120:25
148:16

**tubes** 13:18 18:23
19:3,4 30:11

**Turkey** 60:10

**turn** 61:25

**turns** 156:23

**twelve** 144:23
145:2

**Twitter** 160:10

**type** 13:10 15:1,21
17:12,20 18:13
22:15 24:12 27:8,16
29:3,16 31:23 35:4
40:11 41:1 54:14
95:14 114:17
126:18 127:5,6
143:23 159:6

**types** 45:12 75:12
127:25 129:22
144:20

**typewriting** 4:15

**typically** 21:25
22:3 44:4 54:4

---

**U**

**U-N-I-Q-E** 20:12

**Uber** 28:7 31:16,22,
23 32:1,7,11

**UG** 32:14,17

**uh-huh** 40:4 84:22
95:13 100:10
106:25 145:12
150:17

**ultrasound** 95:20
96:21 98:23

**undergo** 49:8

**understand** 7:8,
10,21 8:3 14:21,22,
25 15:9,24 17:23

18:7 23:16 25:2
33:1 36:24 37:3
39:13,17 40:6,12,25
49:3,7 55:10,21
62:22 71:20,23
72:14 73:13,16 78:7
79:2,16,25 80:13,14
86:14,25 87:22
89:15 93:12 97:21
98:3,7 99:20 102:23
105:21,22 111:1,17
113:11 119:15,23
120:4 125:6 127:3
130:9 131:19
141:20 161:11

**understanding**
18:9 24:23 52:7
78:12,14 91:9 118:8
127:1 147:3

**understood** 46:6
50:2,8 97:15 98:2
111:11 118:20
119:5,9

**uneasy** 78:9

**uneven** 149:1

**unfreeze** 116:17

**United** 27:15

**University** 135:9

**unrelated** 9:5

**unsuccessful**
143:14

**upper** 85:14

**upset** 127:17
130:16

**UT** 141:3 142:3,5,13
143:3,5 152:4,8,15
159:4

---

**V**

**V-I-D-A** 34:19

**vacation** 16:17

**Varlan** 5:13

**verify** 32:8

**versus** 22:2

**Vida** 34:19

**video** 41:4,8 42:24,

25 49:2,20 64:17
107:8

**visit** 57:23 64:20,21
65:10,18 66:13,21,
22,25 68:6,11 72:7
73:21 74:17 78:16,
22 79:2 80:7,25
81:13 90:6,19 91:9
104:25 105:3,6
132:22 141:19,21
152:12 157:3,5,11

**visited** 153:11

**visiting** 136:19

**vital** 123:5

**vitals** 123:9,18

**vocational** 17:7

**VRI** 49:5,13,14,22
50:5,11,23 51:4,10,
14 52:23 54:24
55:15 56:2,23 64:6,
15,16,25 93:6 94:6,
15,23 95:14 96:7,9,
12 106:13,14,15,18,
21 108:23 109:9,10,
23 114:11,12 115:1,
2,23 116:2,7 119:25
120:2 134:8

—————

**W**

**wait** 7:4 56:25 57:4
60:4 95:19 135:4
143:24

**waited** 62:24 64:10
95:17,18 115:1

**waiting** 63:20
65:15 67:5

**waitress** 26:15

**waived** 4:18 9:20

**wake** 120:21,25

**walk** 124:23 144:17
149:1

**walked** 67:6,7
141:10

**walker** 144:18

**walking** 58:11,14,
15,16 144:19

**wall** 118:5

**wanted** 21:10,17
23:3,7 51:20 53:20
75:16,19 81:23
92:12 98:2,8 117:19
130:2 131:16

**wanting** 67:23
128:9 129:15 147:1

**warn** 46:1

**warned** 158:10

**warning** 47:12

**watch** 16:1

**watching** 122:11

**water** 29:24 32:22

**ways** 44:1

**wear** 24:19

**weather** 149:7,8

**week** 30:2

**weeks** 144:16,23
145:2

**wide** 22:5

**wife** 26:6 98:17
105:18,24 106:7

**wished** 81:24

**woman** 84:2 115:4

**woman's** 85:12

**wood** 17:10

**word** 17:24 21:11
101:1

**words** 14:23 30:23
33:23 133:21

**work** 19:6 20:9
22:18 25:13,21
27:3,8,12,14,16
28:2,4,6,10 29:6,8
30:2 42:4 76:20
109:23 119:25
146:4 147:7,12
148:5,6 150:7,10

**worked** 20:11,16
25:18,19,24 27:13
29:21 30:24 31:16,
21 32:14 98:14
116:2

**workers** 31:11

**working** 25:20
26:2,12,24 29:11
43:19,23,24 58:13
81:22 125:8 146:23
150:9

**worried** 158:12

**worse** 67:23 68:1,4
120:16 121:18,19
158:2

**Wow** 59:7

**wreck** 139:1

**write** 16:16 33:22
85:9,22 86:2 87:16
88:7 97:8 101:21,22
119:24 155:11
161:18

**writing** 18:25
30:16,21 31:6 85:3,
15,23 111:14
161:17

**written** 16:4,9 86:6
111:24 118:23
159:7

**wrong** 70:6 71:7,18
75:18,23,24 81:4

**wrote** 15:12,14
118:22 119:6
157:18

—————

**X**

**X's** 93:24,25 94:11,
12

**x-ray** 62:25 95:20
96:21 98:22

—————

**Y**

**yard** 58:15

**year** 13:9 28:3
46:20 52:14,15
146:17,20 147:16
148:1

**years** 10:10,11
16:24 19:8 22:21,22
25:6,8 27:21 28:13,
14,19,21 34:8 47:8
64:25 99:9 103:22
160:7

**Young** 5:11,18,21
6:4,7,9 11:6 12:23
15:18 17:25 18:20,
22,24 19:1 21:2,6,8,
19 22:7,14 30:7,10
36:18 37:5,13,19,24
38:2,4 39:19 40:8
41:13,17 46:11
47:7,22 48:6 56:19
57:8,12 59:16,21
60:23 63:16 65:2
67:21 68:5 69:1,6
70:6,11,13 72:11,16
73:5,13 74:1,6,12
75:1,9,22 76:11
77:24 78:3 80:6
82:5,9,13,19 83:1,5
87:1 88:1,9,20
90:14 93:8 94:20,22
95:1,7 96:19,23
97:1,20 99:12,15,24
101:19 103:2,4,20
104:11,19,24 107:4,
11 109:1,7,22
110:10,22 111:7
112:6,11,18,23
113:3,8 114:5,9
115:19 117:3
123:22 124:11,17
126:4,16 127:2,16
129:2,6,17,22
131:8,12,15 133:23
135:10,23 136:3
144:3,7 146:19
153:14,18 154:6,11,
17,20,22,25 157:9
162:14,23