# EXHIBIT  D

```
 1                 IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TENNESSEE
 2                          AT KNOXVILLE

 3

 4   SCOTT ALLEN TOMEI,              )
                                     )
 5                                   )
                      Plaintiff,     )
 6                                   )
                                     )
 7                                   )
     v.                              )    No. 3:19-cv-00041
 8                                   )
                                     )
 9   PARKWEST MEDICAL CENTER         )
     and COVENANT HEALTH,            )
10                                   )
                                     )
11                   Defendants.     )

12

13               *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

                      DEPOSITION OF TALA TOMEI
15                          (Volume I)

16

17                      December 16, 2019

18

19
     ===================================================
20           JEFF RUSK COURT REPORTING & VIDEO
             Registered Professional Reporters
21           Certified Legal Video Specialist

22           Jeffrey D. Rusk, RPR, LCR, CLVS
                  805 Eleanor Street, N.E.
23             Knoxville, Tennessee  37917
                      (865) 246-7656
24               Jeff@JeffRusk.com    CERTIFIED COPY

25
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:

 3   Andrew Rozynski, Esq.
     Eisenberg & Baum, LP
 4   24 Union Square
     Fourth Floor
 5   New Yor, New York  10003
     arozynski@EandBLaw.com
 6

 7   FOR THE DEFENDANTS:

 8   Broderick L. Young, Esq.
       and
 9   Devin Lyon, Esq.
     Arnett Draper & Hagood
10   2300 First Tennessee Plaza
     Knoxville, Tennessee  37929
11   byoung@adhknox.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-00041-DCLC-HBG   Document 35-5   Filed 02/28/20   Page 3 of 29   PageID #: 514

1                     I N D E X

2     EXAMINATION BY                              PAGE

3     Mr. Young                                       5

4

5     NO.          INDEX OF EXHIBITS            PAGE

6     (No Exhibits)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    D E P O S I T I O N,

2              The deposition of TALA TOMEI, taken at the

3    request of the Defendants, pursuant to the Federal

4    Rules of Civil Procedure, on the 16th day of

5    December, 2019, at the offices of Arnett, Draper &

6    Hagood, Suite 2300, First Tennessee Plaza,

7    Knoxville, Tennessee, before Jeffrey D. Rusk,

8    Registered Professional Reporter and Notary Public

9    at Large for the State of Tennessee.

10             It is agreed that the deposition may be

11   taken in machine shorthand by Jeffrey D. Rusk,

12   Registered Professional Reporter and Notary Public,

13   and that he may swear the witness and thereafter

14   transcribe his notes to typewriting and sign the

15   name of the witness thereto, and that all

16   formalities touching caption, certificate, filing,

17   transmission, etc., are expressly waived.

18             It is further agreed that all objections

19   except as to the form of the questions are reserved

20   to on or before the hearing.

21                    TALA TOMEI,

22   called as a witness at the instance of the

23   Defendants, having been first duly sworn, was

24   examined and deposed as follows:

25

Case 3:19-cv-00041-DCLC-HBG   Document 35-5   Filed 02/28/20   Page 5 of 29   PageID #:
516

```
 1                  (Proceedings began at 4:43 PM)

 2                           EXAMINATION

 3      BY MR. YOUNG:

 4              Q.       Ms. Tomei, my name is Broderick

 5      Young, this is Devin Lyon.  And we represent, with a

 6      couple other attorneys, Parkwest and Covenant Health

 7      in this lawsuit that we are here about today.

 8                       You're familiar with the fact that

 9      this lawsuit is pending?

10              A.       Uh-huh.  Yes.

11              Q.       Okay.  Have you ever been in a

12      deposition before.

13              A.       No, sir.

14              Q.       Well, a deposition is a little bit

15      different than a normal conversation.  One, it's a

16      proceeding in a lawsuit.  You're under oath.

17                       Do you understand what that means?

18              A.       Yes.

19              Q.       And for our purposes the biggest

20      distinction is everything is being typed that you're

21      saying and transcribed, and we are going to do

22      everything we can to have an accurate and clear

23      record, and so to have that clear record we want to

24      observe a few protocols, one of which it's real

25      important for you to answer my questions with verbal
```

 1    responses.

 2            A.        Okay.

 3            Q.        If you shake your head or if you

 4    give kind of half enunciated words like uh-huh or

 5    huh-uh, I understand what you are meaning today, but

 6    if we go back and look at this several months from

 7    now or years from now, God forbid, we may not fully

 8    understand what it is you meant, so it's always

 9    important to fully enunciate whatever your responses

10    are.

11                      And it's always important for you

12    to let me finish my question before you begin to

13    answer yours.  One, I may not be asking the question

14    you think I'm asking and, two, it jumbles up the

15    record if we start talking over each other.

16                      Have you ever been in a lawsuit

17    before?

18            A.        No.

19            Q.        What is your address?

20            A.        224 Hope, H-o-p-e, Way, Loudon,

21    Tennessee, 37774.

22            Q.        How far do you have live from your

23    dad?

24            A.        About 15 minutes.

25            Q.        Do you live alone?

```
 1          A.      No, I live with my mom.

 2          Q.      Have you always lived with your

 3   mom?

 4          A.      No.

 5          Q.      Where does your mom live?  The 224

 6   Hope Way?

 7          A.      Uh-huh.

 8          Q.      Okay.  Where are you currently

 9   employed?

10          A.      Carolina Ale House.

11          Q.      Here in Knoxville?

12          A.      Yes, sir.

13          Q.      And what do you do for them?

14          A.      I'm a server.

15          Q.      Okay.  How long have you worked

16   there?

17          A.      A year.

18          Q.      Did you attend high school in

19   Loudon?

20          A.      In Lenoir City.

21          Q.      Which high school did you go to?

22          A.      Lenoir City High School.

23          Q.      Did you graduate?

24          A.      Yes.

25          Q.      Did you attend any schooling after
```

1    that?

2           A.      I went to real estate school.

3           Q.      Okay.  Did you graduate?

4           A.      Yes.

5           Q.      Did you get a real estate license?

6           A.      Yes.

7           Q.      Did you ever practice?

8           A.      Yes.

9           Q.      Okay.  Do you still do some real

10   estate?

11          A.      Here and there sometimes.

12          Q.      You still have your license though,

13   right?

14          A.      Yes.

15          Q.      As far as being a server, have you

16   been a server anywhere else?

17          A.      Yes.

18          Q.      Okay.  Where is that?

19          A.      I worked at Cracker Barrel in

20   Lenoir City.

21          Q.      All right.

22          A.      And then I worked at a diner called

23   Good Eats Cafe.

24          Q.      Okay.

25          A.      And then I lived in North Carolina

```
 1   for a little while and worked at a restaurant there
 2   called Lone Star Steak House.
 3          Q.     Your dad said you might be taking
 4   some online courses.  Are you taking any online
 5   courses?
 6          A.     No.
 7          Q.     Do you have any plans to go back to
 8   school?
 9          A.     Yes.
10          Q.     What would you like to do?
11          A.     I would like to get into
12   interpreting.
13          Q.     Okay.  Are you fluent in ASL?
14          A.     Yes.
15          Q.     Okay.  Now, did you pick up ASL
16   just from being around your parents or is that
17   something you actually studied somewhere?
18          A.     Just from being around my parents.
19          Q.     Are you aware that you are the
20   emergency contact for your father?
21          A.     Yes.
22          Q.     Okay.  Did he let you know that?
23          A.     Yes.
24          Q.     Okay.  Did he explain why you were
25   the emergency contact?
```

 1          A.          Probably because I'm hearing and --

 2    I'm his oldest, and my brother is not as responsible

 3    I would say.

 4          Q.          That's true in every family.

 5                      The -- is your brother ASL fluent

 6    as well?

 7          A.          Sort of, uh-huh.

 8          Q.          Okay.  Have you done any

 9    interpreting for anyone other than your father?

10          A.          No.

11          Q.          Okay.  Do you do any interpreting

12    for your mom?

13          A.          Sometimes if she needs me, but not

14    for like anything important.  Usually just if we are

15    at the store or something.

16          Q.          Okay.  What does she do if she

17    needs something important?

18          A.          She can -- she can talk pretty well

19    and she wears cochlear implants, so she communicates

20    pretty well.  But otherwise, if she needs one she

21    tries to get an interpreter.

22          Q.          Okay.  But you're saying that she's

23    capable of communicating pretty well without

24    assistance?

25          A.          Normally, uh-huh.

1          Q.          Okay.  What are the limitations on

2     her ability to communicate?

3          A.          Sometimes she has to read lips and

4     sometimes it can be hard for her because some people

5     don't really move their mouths or enunciate their

6     words, and she has trouble with pronunciations, too.

7          Q.          Do cochlear implants, does that

8     allow her to be able to hear words?

9          A.          Yes, uh-huh.

10          Q.          Can she speak on the phone?

11          A.          No, not really.

12          Q.          But if she's with somebody

13     physically she can pretty much communicate with

14     them?

15          A.          Yeah, uh-huh.

16          Q.          Does she go to doctor's visits by

17     herself?

18          A.          Normally, yeah, just for regular

19     checkups and stuff.

20          Q.          Okay.  Have you ever known her to

21     bring an interpreter with her on a medical visit?

22          A.          Yes.

23          Q.          Can you give me -- well, how often

24     would that be?

25          A.          She has -- she has diabetes so she

Case 3:19-cv-00041-DCLC-HBG   Document 35-5   Filed 02/28/20   Page 12 of 29   PageID #:
523

1    goes when she goes to see her endocrinologist, she

2    definitely takes one with her.

3         Q.        Outside of something super

4    technical like that, she might just go by herself?

5         A.        Probably, yes.

6         Q.        Does she ever go with your father

7    on medical appointments?

8         A.        Not normally, no.

9         Q.        Is that something you would do?

10        A.        Sometimes.  I don't really -- not

11   if it's just like a regular doctor's appointment,

12   no, but maybe if it was something important I might.

13        Q.        Okay.  Does he go by himself

14   sometimes?

15        A.        Yeah, to his regular doctors,

16   uh-huh.

17        Q.        How does he communicate with his

18   regular doctors?

19        A.        I believe he gets an interpreter.

20        Q.        Okay.  Does he ever go in just by

21   himself?

22        A.        Honestly I'm not sure.  I don't

23   know.

24        Q.        Okay.  But some occasions you'll

25   go?

Case 3:19-cv-00041-DCLC-HBG   Document 35-5   Filed 02/28/20   Page 13 of 29   PageID #:
524

```
 1          A.        I haven't been with him to like a

 2   family doctor.  I've only really went to anything

 3   that was sort of an emergency.

 4          Q.        Okay.  When is the last time that

 5   you attended a medical appointment with him?

 6          A.        A couple of months ago he had to go

 7   to the hospital because they found another clot in

 8   his left leg.

 9          Q.        And you went with him?

10          A.        Yes, sir.

11          Q.        Did you help communicate with the

12   health care providers?

13          A.        No.

14          Q.        Okay.  What was your role?

15          A.        I was just there for support.

16          Q.        Okay.  Do you think you would be

17   capable of communicating with health care providers

18   and your father if need be?

19          A.        I mean -- I could, yes, but

20   sometimes they have medical terms that I don't

21   really understand or know how to communicate that

22   effectively to him.

23          Q.        Have you ever attended a medical

24   appointment and translated for him with a health

25   care provider?
```

1        A.        Yes.

2        Q.        Okay.  Is that more than once?

3        A.        No, it was just the time that we

4    are here for.

5        Q.        Okay.  Did you do anything to

6    prepare for today's deposition?

7        A.        No.

8        Q.        What is your understanding of why

9    you are here?

10       A.        Excuse me.  That the hospital that

11   my dad was at, Parkwest Hospital, didn't provide an

12   interpreter or the interpreter that they did

13   provide, the computer was defective.

14       Q.        Did you participate in trying to

15   get him an interpreter while he was at Parkwest?

16       A.        I did.

17       Q.        Okay.  What did you do?

18       A.        I asked several nurses and doctors

19   if we could have an in-person interpreter because

20   the VRI machine was ineffective.

21       Q.        Now, why -- when did you make this

22   request?

23       A.        Several times a day that we were

24   there.

25       Q.        When were you there?

1          A.          I can't remember the exact dates

2     unfortunately, but I was there basically every day

3     that he was in the hospital.

4          Q.          And every time you were there you

5     asked nurses for a live interpreter?

6          A.          Yes.

7          Q.          Do you remember the names of any of

8     the nurses?

9          A.          I don't, unfortunately, I'm sorry.

10         Q.          And what did the nurses say when

11    you would ask for one?

12         A.          They would always tell me that one

13    was on the way.

14         Q.          When you would visit the hospital

15    how long would you stay there for?

16         A.          Hours, sometimes the whole day.  I

17    spent the night one night.

18         Q.          Do you remember what night that

19    was?

20         A.          I don't, I'm sorry.

21         Q.          Do you have any way of determining

22    what night it was you stayed?

23         A.          Possibly if I looked at some

24    paperwork I might could, but I -- I'm not exactly

25    sure.  The whole time is sort of a blur.

```
 1          Q.      Were you at the hospital when he
 2   was discharged?
 3          A.      I was not, no.
 4          Q.      Okay.  If you will do me a favor.
 5   There's some documents there, Exhibits 11 through
 6   14.  Do you see those?
 7                  MR. ROZYNSKI:  Here is 11, 12.  13,
 8          and 14.
 9          Q.      (BY MR. YOUNG) Do you see the
10   signature on Exhibit No. 11?
11          A.      Yes.
12          Q.      Okay.  Do you know whose signature
13   that looks like?
14          A.      I don't know, no, sir.
15          Q.      Is it yours?
16          A.      No.
17          Q.      Did any nurse ever say or -- strike
18   that.
19                  Did any nurse ever refuse to
20   provide an interpreter?
21          A.      They never outright refused, but
22   they never provided one.
23          Q.      An interpreter never showed up?
24          A.      Right.
25          Q.      To your knowledge.
```

```
 1          A.       Right.
 2          Q.       Was a VRI ever used while you were
 3   present?
 4          A.       It was, yes.
 5          Q.       What occasions was the VRI used
 6   while you were present?
 7          A.       Any time a nurse would come in they
 8   would try to use -- well, for the first day anyway,
 9   they would try to use the VRI machine.
10          Q.       Was there any day that you weren't
11   there?
12          A.       I mean, I wasn't there the entire
13   time.  I tried to be there every day for at least a
14   few hours but don't recall there being a day that I
15   wasn't there entirely.
16          Q.       Who else was there when you would
17   come visit?
18          A.       My mom would be there, my dad's
19   girlfriend and his mom and her husband were all
20   there.
21          Q.       You said you kept asking for an
22   interpreter.  Was anyone else asking for an
23   interpreter besides you?
24          A.       My mom was.
25          Q.       Did you witness her asking for an
```

Case 3:19-cv-00041-DCLC-HBG   Document 35-5   Filed 02/28/20   Page 18 of 29   PageID #: 529

1    interpreter?

2            A.        Yes.

3            Q.        **And what did the nurses tell her?**

4            A.        The same thing they told me, that

5    they were trying to get one.

6            Q.        **Did you ever witness a successful**

7    **interaction with the VRI?**

8            A.        No.

9            Q.        **Not once?**

10           A.        No.

11           Q.        **And I guess success could be**

12   **measured a lot of different ways.**

13                     **Was there ever an occasion when the**

14   **VRI was plugged in and the interpreter popped up?**

15   **Did you ever see the interpreter pop on the screen?**

16           A.        Yes, I did see an interpreter pop

17   up on the screen, yes.

18           Q.        **Was your dad ever able to make any**

19   **communication at all with the person on the screen?**

20           A.        Not -- no, not very well.  Both the

21   interpreter and my dad, you could hear the

22   interpreter talking on the VRI machine and she was

23   saying that she was having trouble seeing him, that

24   it was freezing up a lot and he was seeing the same

25   thing on his side.

1          Q.          Okay.  Was the -- how many

2    occasions were you there when the VRI machine was

3    used?

4          A.          Like I said, they really only used

5    it the first day, and then after the complications

6    they never even -- they actually took it the out of

7    the room, I believe.

8          Q.          Are you sure about that or are you

9    guessing?

10         A.          I'm not one hundred percent sure,

11   but they did not use it after the first day.  They

12   just relied on me or my mom.

13         Q.          Now, you say the first day.  So

14   does that mean there was just one occasion when it

15   failed that you witnessed?

16         A.          Yeah, multiple times that day that

17   they tried it.

18         Q.          So you are saying -- how many times

19   if you can remember?

20         A.          I would say five or six.  I can't

21   really say for sure but several times that they

22   tried to use it.

23         Q.          And would they just turn it off or

24   would they say goodbye or what happened?

25         A.          The VRI would just freeze up and

1    then they would try to call an interpreter back and

2    it wasn't working so then they would eventually

3    unplug it.  And then I believe that kind of word got

4    around between the nurses on the floor that I was

5    there and interpreting, so then that's sort of why

6    they didn't try to utilize it anymore.

7            Q.      **Did you ever ask that they try to**

8    **utilize the VRI?**

9            A.      No.

10           Q.      **Okay.  When you say unplug it,**

11   **where did it unplug from?**

12           A.      An outlet in the wall.  It was like

13   rolled in on a pole and they would plug it into the

14   wall.

15           Q.      **Okay.  So the word got around that**

16   **you were there interpreting, so the nurses kind of**

17   **fell back on you instead of a live interpreter.**

18           A.      Yes.

19           Q.      **I guess instead of an ASL qualified**

20   **interpreter, so to speak.**

21           A.      Right.

22           Q.      **Was there ever an occasion while**

23   **you were there that you felt like the nursing staff**

24   **didn't understand something that your dad was**

25   **experiencing because of the absence of a live**

1    interpreter?

2         A.        Yes.  Uh-huh.

3         Q.        Okay.  When was that?

4         A.        Well, I know that he was trying to

5    let, you know, express that he was in pain and that

6    something didn't feel right and they kept telling

7    him that -- or they were telling me to interpret to

8    him that they just -- that he just needs to give it

9    time, that he would eventually feel better.  But he

10   didn't really feel like he was able to communicate

11   how he was feeling or what he was going through.

12        Q.        When you say how he was feeling and

13   what he was going through, are you talking about

14   pain?

15        A.        Right.  Yes.

16        Q.        Anything in addition to pain?

17        A.        I'm sorry, could you clarify --

18        Q.        Well, was there anything that you

19   didn't think the staff was getting other than the

20   level of pain that your father was in?

21        A.        I'm not really sure.  I don't --

22   I'm trying to think of specific occasions that that

23   might have happened.  I mean, I know that when he

24   was -- I wasn't there when he was discharged but I

25   do know that when he was discharged that he was

1    telling the nurse that his legs still hurt and the

2    nurse -- there was no interpreter, he was just using

3    his voice and he was saying my leg still hurts and

4    the nurse thought he was saying that he wanted to go

5    home, that he was saying home, and then she just,

6    you know, kept saying, yeah, we are going to send

7    you home and he was like trying to say no, I'm

8    hurting.

9           **Q.      Do you know if your mom was present**

10   **at discharge?**

11          A.      She was, I believe, uh-huh.

12          **Q.      Okay.  Well, do you think she would**

13   **have been able to understand what your father was**

14   **saying?**

15          A.      She probably would have, yes.

16          **Q.      Okay.  Do you --**

17                  INTERPRETER:  Are you okay with us

18          leaving?  We can stay, but there's a bill

19          that comes with it.

20                  MR. YOUNG:  I know, but unless they

21          are picking it up, I guess we are done.

22          (Interpreters leave the deposition)

23          **Q.      (BY MR. YOUNG) Who told you about**

24   **the hurt and home confusion?**

25          A.      My dad did.

1        Q.        **When did he tell you this?**

2        A.        The day after he -- or the day that

3    he got home.

4        Q.        **You he said he actually wanted to**

5    **stay at the hospital?**

6        A.        Yes.

7        Q.        **Was there any thought about taking**

8    **him back to another hospital?**

9        A.        He was being followed up with like

10   a physical therapist, occupational therapist, and I

11   believe they came like the next morning and they --

12   I believe from Parkwest, too, and they were telling

13   us the way his leg looked, looked normal and -- like

14   my dad actually Facetimed me because there was no

15   interpreter present when the therapist came either,

16   so he Facetimed me so I could tell him what the

17   therapist was --

18                (Mr. Tomei reenters the room).

19                MR. YOUNG:  What is going on?

20                MR. ROZYNSKI:  He wants to be

21         present.

22                MR. YOUNG:  Okay.

23                MR. ROZYNSKI:  He doesn't feel

24         comfortable not being here.

25                MR. YOUNG:  Okay.

1            MR. ROZYNSKI:  And so she has --

2    she might have work tomorrow, so he's

3    concerned about that and -- going back and

4    forth.

5            Okay.  So I guess we'll start at

6    9:00 a.m. tomorrow.

7            MR. YOUNG:  Okay.  We are going to

8    postpone from here on out, I guess?  Is that

9    it?

10            MR. ROZYNSKI:  Yes.

11            MR. YOUNG:  Will they agree not to

12    talk about the case or anything between now

13    and tomorrow?

14            MR. ROZYNSKI:  Okay.  Yep.

15            MR. YOUNG:  All right.  I guess we

16    are done then.  Thank you.

17        (Off the record at 5:08 p.m.)

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2   STATE OF TENNESSEE:

 3   COUNTY OF KNOX:

 4

 5              I, Jeffrey D. Rusk, Registered

 6   Professional Reporter and Notary Public, do hereby

 7   certify that I reported in machine shorthand the

 8   foregoing proceedings; that the foregoing pages,

 9   inclusive, were prepared by me using computer-aided

10   transcription and constitute a true and accurate

11   record of said proceedings.

12              I further certify that I am not an

13   attorney or relative of any attorney or counsel

14   connected with the action, nor financially

15   interested in the action.

16              Witness my hand and official seal

17   this the 16th day of December, 2019.

18

19

20   _____

21   Jeffrey D. Rusk, RPR, CLVS
     Notary Public at Large
22   My Commission Expires:  6/4/2022
     TCRB License No. 212

23

24

25
```

## 1

**11** 16:5,7,10
**12** 16:7
**13** 16:7
**14** 16:6,8
**15** 6:24
**16th** 4:4

## 2

**2019** 4:5
**224** 6:20 7:5
**2300** 4:6

## 3

**37774** 6:21

## 4

**4:43** 5:1

## 5

**5:08** 24:17

## 9

**9:00** 24:6

## A

**a.m.** 24:6
**ability** 11:2
**absence** 20:25
**accurate** 5:22
**addition** 21:16
**address** 6:19
**agree** 24:11
**agreed** 4:10,18
**Ale** 7:10
**anymore** 20:6

**appointment** 12:11 13:5,24
**appointments** 12:7
**Arnett** 4:5
**ASL** 9:13,15 10:5 20:19
**assistance** 10:24
**attend** 7:18,25
**attended** 13:5,23
**attorneys** 5:6
**aware** 9:19

## B

**back** 6:6 9:7 20:1, 17 23:8 24:3
**Barrel** 8:19
**basically** 15:2
**began** 5:1
**begin** 6:12
**biggest** 5:19
**bill** 22:18
**bit** 5:14
**blur** 15:25
**bring** 11:21
**Broderick** 5:4
**brother** 10:2,5

## C

**Cafe** 8:23
**call** 20:1
**called** 4:22 8:22 9:2
**capable** 10:23 13:17
**caption** 4:16
**care** 13:12,17,25
**Carolina** 7:10 8:25
**case** 24:12
**certificate** 4:16

**checkups** 11:19
**City** 7:20,22 8:20
**Civil** 4:4
**clarify** 21:17
**clear** 5:22,23
**clot** 13:7
**cochlear** 10:19 11:7
**comfortable** 23:24
**communicate** 11:2,13 12:17 13:11,21 21:10
**communicates** 10:19
**communicating** 10:23 13:17
**communication** 18:19
**complications** 19:5
**computer** 14:13
**concerned** 24:3
**confusion** 22:24
**contact** 9:20,25
**conversation** 5:15
**couple** 5:6 13:6
**courses** 9:4,5
**Covenant** 5:6
**Cracker** 8:19

## D

**dad** 6:23 9:3 14:11 18:18,21 20:24 22:25 23:14
**dad's** 17:18
**dates** 15:1
**day** 4:4 14:23 15:2, 16 17:8,10,13,14 19:5,11,13,16 23:2
**December** 4:5
**defective** 14:13

**Defendants** 4:3,23
**deposed** 4:24
**deposition** 4:2,10 5:12,14 14:6 22:22
**determining** 15:21
**Devin** 5:5
**diabetes** 11:25
**diner** 8:22
**discharge** 22:10
**discharged** 16:2 21:24,25
**distinction** 5:20
**doctor** 13:2
**doctor's** 11:16 12:11
**doctors** 12:15,18 14:18
**documents** 16:5
**Draper** 4:5
**duly** 4:23

## E

**Eats** 8:23
**effectively** 13:22
**emergency** 9:20, 25 13:3
**employed** 7:9
**endocrinologist** 12:1
**entire** 17:12
**enunciate** 6:9 11:5
**enunciated** 6:4
**estate** 8:2,5,10
**eventually** 20:2 21:9
**exact** 15:1
**EXAMINATION** 5:2
**examined** 4:24
**Excuse** 14:10

**Exhibit** 16:10
**Exhibits** 16:5
**experiencing** 20:25
**explain** 9:24
**express** 21:5
**expressly** 4:17

## F

**Facetimed** 23:14, 16
**fact** 5:8
**failed** 19:15
**familiar** 5:8
**family** 10:4 13:2
**father** 9:20 10:9 12:6 13:18 21:20 22:13
**favor** 16:4
**Federal** 4:3
**feel** 21:6,9,10 23:23
**feeling** 21:11,12
**fell** 20:17
**felt** 20:23
**filing** 4:16
**finish** 6:12
**floor** 20:4
**fluent** 9:13 10:5
**forbid** 6:7
**form** 4:19
**formalities** 4:16
**found** 13:7
**freeze** 19:25
**freezing** 18:24
**fully** 6:7,9

## G

**girlfriend** 17:19
**give** 6:4 11:23 21:8

**God** 6:7

**Good** 8:23

**goodbye** 19:24

**graduate** 7:23 8:3

**guess** 18:11 20:19 22:21 24:5,8,15

**guessing** 19:9

---

**H**

**H-O-P-E** 6:20

**Hagood** 4:6

**half** 6:4

**happened** 19:24 21:23

**hard** 11:4

**head** 6:3

**health** 5:6 13:12, 17,24

**hear** 11:8 18:21

**hearing** 4:20 10:1

**high** 7:18,21,22

**home** 22:5,7,24 23:3

**Honestly** 12:22

**Hope** 6:20 7:6

**hospital** 13:7 14:10,11 15:3,14 16:1 23:5,8

**hours** 15:16 17:14

**House** 7:10 9:2

**huh-uh** 6:5

**hundred** 19:10

**hurt** 22:1,24

**hurting** 22:8

**hurts** 22:3

**husband** 17:19

---

**I**

**implants** 10:19 11:7

**important** 5:25 6:9,11 10:14,17 12:12

**in-person** 14:19

**ineffective** 14:20

**instance** 4:22

**interaction** 18:7

**interpret** 21:7

**interpreter** 10:21 11:21 12:19 14:12, 15,19 15:5 16:20,23 17:22,23 18:1,14, 15,16,21,22 20:1, 17,20 21:1 22:2,17 23:15

**interpreters** 22:22

**interpreting** 9:12 10:9,11 20:5,16

---

**J**

**Jeffrey** 4:7,11

**jumbles** 6:14

---

**K**

**kind** 6:4 20:3,16

**knowledge** 16:25

**Knoxville** 4:7 7:11

---

**L**

**Large** 4:9

**lawsuit** 5:7,9,16 6:16

**leave** 22:22

**leaving** 22:18

**left** 13:8

**leg** 13:8 22:3 23:13

**legs** 22:1

**Lenoir** 7:20,22 8:20

**level** 21:20

**license** 8:5,12

**limitations** 11:1

**lips** 11:3

**live** 6:22,25 7:1,5 15:5 20:17,25

**lived** 7:2 8:25

**Lone** 9:2

**long** 7:15 15:15

**looked** 15:23 23:13

**lot** 18:12,24

**Loudon** 6:20 7:19

**Lyon** 5:5

---

**M**

**machine** 4:11 14:20 17:9 18:22 19:2

**make** 14:21 18:18

**meaning** 6:5

**means** 5:17

**meant** 6:8

**measured** 18:12

**medical** 11:21 12:7 13:5,20,23

**minutes** 6:24

**mom** 7:1,3,5 10:12 17:18,19,24 19:12 22:9

**months** 6:6 13:6

**morning** 23:11

**mouths** 11:5

**move** 11:5

**multiple** 19:16

---

**N**

**names** 15:7

**night** 15:17,18,22

**normal** 5:15 23:13

**North** 8:25

**Notary** 4:8,12

**notes** 4:14

**nurse** 16:17,19 17:7 22:1,2,4

**nurses** 14:18 15:5, 8,10 18:3 20:4,16

**nursing** 20:23

---

**O**

**oath** 5:16

**objections** 4:18

**observe** 5:24

**occasion** 18:13 19:14 20:22

**occasions** 12:24 17:5 19:2 21:22

**occupational** 23:10

**offices** 4:5

**oldest** 10:2

**online** 9:4

**outlet** 20:12

**outright** 16:21

---

**P**

**p.m.** 24:17

**pain** 21:5,14,16,20

**paperwork** 15:24

**parents** 9:16,18

**Parkwest** 5:6 14:11,15 23:12

**participate** 14:14

**pending** 5:9

**people** 11:4

**percent** 19:10

**person** 18:19

**phone** 11:10

**physical** 23:10

**physically** 11:13

**pick** 9:15

**picking** 22:21

**plans** 9:7

**Plaza** 4:6

**plug** 20:13

**plugged** 18:14

**PM** 5:1

**pole** 20:13

**pop** 18:15,16

**popped** 18:14

**Possibly** 15:23

**postpone** 24:8

**practice** 8:7

**prepare** 14:6

**present** 17:3,6 22:9 23:15,21

**pretty** 10:18,20,23 11:13

**Procedure** 4:4

**proceeding** 5:16

**proceedings** 5:1

**Professional** 4:8, 12

**pronunciations** 11:6

**protocols** 5:24

**provide** 14:11,13 16:20

**provided** 16:22

**provider** 13:25

**providers** 13:12,17

**Public** 4:8,12

**purposes** 5:19

**pursuant** 4:3

---

**Q**

**qualified** 20:19

**question** 6:12,13

**questions** 4:19 5:25

**R**

read 11:3

real 5:24 8:2,5,9

recall 17:14

record 5:23 6:15 24:17

reenters 23:18

refuse 16:19

refused 16:21

Registered 4:8,12

regular 11:18 12:11,15,18

relied 19:12

remember 15:1,7, 18 19:19

Reporter 4:8,12

represent 5:5

request 4:3 14:22

reserved 4:19

responses 6:1,9

responsible 10:2

restaurant 9:1

role 13:14

rolled 20:13

room 19:7 23:18

ROZYNSKI 16:7 23:20,23 24:1,10,14

Rules 4:4

Rusk 4:7,11

**S**

school 7:18,21,22 8:2 9:8

schooling 7:25

screen 18:15,17,19

send 22:6

server 7:14 8:15,16

shake 6:3

shorthand 4:11

showed 16:23

side 18:25

sign 4:14

signature 16:10,12

sir 5:13 7:12 13:10 16:14

sort 10:7 13:3 15:25 20:5

speak 11:10 20:20

specific 21:22

spent 15:17

staff 20:23 21:19

Star 9:2

start 6:15 24:5

State 4:9

stay 15:15 22:18 23:5

stayed 15:22

Steak 9:2

store 10:15

strike 16:17

studied 9:17

stuff 11:19

success 18:11

successful 18:6

Suite 4:6

super 12:3

support 13:15

swear 4:13

sworn 4:23

**T**

takes 12:2

taking 9:3,4 23:7

TALA 4:2,21

talk 10:18 24:12

talking 6:15 18:22 21:13

technical 12:4

telling 21:6,7 22:1 23:12

Tennessee 4:6,7,9 6:21

terms 13:20

therapist 23:10,15, 17

thereto 4:15

thing 18:4,25

thought 22:4 23:7

time 13:4 14:3 15:4, 25 17:7,13 21:9

times 14:23 19:16, 18,21

today 5:7 6:5

today's 14:6

told 18:4 22:23

Tomei 4:2,21 5:4 23:18

tomorrow 24:2,6, 13

touching 4:16

transcribe 4:14

transcribed 5:21

translated 13:24

transmission 4:17

trouble 11:6 18:23

true 10:4

turn 19:23

typed 5:20

typewriting 4:14

**U**

uh-huh 5:10 6:4 7:7 10:7,25 11:9,15 12:16 21:2 22:11

understand 5:17 6:5,8 13:21 20:24 22:13

understanding 14:8

unplug 20:3,10,11

utilize 20:6,8

**V**

verbal 5:25

visit 11:21 15:14 17:17

visits 11:16

voice 22:3

VRI 14:20 17:2,5,9 18:7,14,22 19:2,25 20:8

**W**

waived 4:17

wall 20:12,14

wanted 22:4 23:4

ways 18:12

wears 10:19

witnessed 19:15

word 20:3,15

words 6:4 11:6,8

work 24:2

worked 7:15 8:19, 22 9:1

working 20:2

**Y**

year 7:17

years 6:7

Young 5:3,5 16:9 22:20,23 23:19,22, 25 24:7,11,15