# EXHIBIT  E

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF TENNESSEE

 3              CASE NO. 3:19-cv-00041

 4

 5              -  -  -

 6   SCOTT ALLEN TOMEI,                    :

 7                        Plaintiff,  :

 8       vs.                             :

 9   PARKWEST MEDICAL CENTER and         :

10   COVENANT HEALTH,                    :

11                        Defendants.:

12

13     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

15            DEPOSITION OF TALA TOMEI
                    (Volume II)
16

17

18   ==================================================

19       JEFF RUSK COURT REPORTING & VIDEO
         Registered Professional Reporters
20       Certified Legal Video Specialist

21

22     Catherine I. Golembeski, NJ-CCR, RPR, LCR
              805 Eleanor Street, N.E.
23          Knoxville, Tennessee 37917
                (865) 246-7656
24           Jeff@JeffRusk.com            ORIGINAL

25
```

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4         ANDREW ROZYNSKI, ESQ.
           EISENBERG AND BAUM, LLP
 5         24 Union Square East, Fourth Floor
           New York, New York 10003
 6         (212) 353-8700
           arozynski@EandBLaw.com
 7

 8

 9
      FOR THE DEFENDANTS:
10
           BRODERICK L. YOUNG, ESQ.
11         DEVON LYON, ESQ.
           ARNETT, DRAPER & HAGOOD, LLP
12         800 S. Gay Street
           2300 First Tennessee Plaza
13         Knoxville, Tennessee 37901
           (865) 546-7000
14         byoung@adhknox.com

15

16    ALSO PRESENT:

17         Ruann L. Wood, Interpreter
           Lydia Harmon, Interpreter
18
           Scott Tomei
19

20

21

22

23

24

25
```

Case 3:19-cv-00041-DCLC-HBG   Document 35-6   Filed 02/28/20   Page 3 of 56   PageID #: 543

```
 1                    I N D E X

 2    TALA TOMEI                              PAGE

 3
      EXAMINATION BY MR. YOUNG                  5
 4

 5

 6

 7

 8

 9    NO.            INDEX OF EXHIBITS        PAGE

10

11
                  (No Exhibits Marked.)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    D E P O S I T I O N

2             The deposition of Tala Tomei, continued at the

3    request of the Defendants, for purposes of

4    discovery, pursuant to the Tennessee Rules of Civil

5    Procedure on the 17th Day of December, 2019, at the

6    offices of Arnett, Draper & Hagood, LLP, 800 S. Gay

7    Street, 2300 First Tennessee Plaza, Knoxville,

8    Tennessee 37901 before Catherine Golembeski,

9    Registered Professional Reporter and Notary Public

10   at Large for the State of Tennessee.

11            It is agreed that the deposition may be

12   taken in machine shorthand by Catherine Golembeski,

13   Licensed Court Reporter and Registered Professional

14   Reporter and Notary Public, and that she may swear

15   the witness and thereafter transcribe her notes to

16   typewriting and present to the witness for

17   signature, and that all formalities touching

18   caption, certificate, filing, transmission, etc.,

19   are expressly waived.

20            It is further agreed that all objections

21   except as to the form of the questions are reserved

22   to on or before the hearing.

23

24

25

```
 1                        EXAMINATION

 2              (Proceedings began at 9:03 a.m.)

 3                      TALA TOMEI,

 4   called as a witness at the instance of the

 5   Defendants, having been first duly sworn, was

 6   examined and deposed as follows:

 7   EXAMINATION BY MR. YOUNG:

 8         Q.   All right.  Tala, this is a

 9   continuation of your deposition yesterday.  You've

10   just been sworn in again.  Do you understand what

11   that means?

12         A.   Yes.

13         Q.   Now, yesterday before we broke there

14   was a promise that you weren't going to talk about

15   this with your father or anyone else.  Do you

16   remember that?

17         A.   Yes.

18         Q.   Did you observe that?

19         A.   Yes.

20         Q.   Okay.  Where we left off, you were

21   telling me about a comment that, or actually, I

22   guess, you were telling me about something your

23   father had told you had happened at the hospital

24   before he was discharged?

25         A.   Right.
```

Case 3:19-cv-00041-DCLC-HBG   Document 35-6   Filed 02/28/20   Page 6 of 56   PageID #: 546

1          Q.    When did he relate this story about
2    there being a misunderstanding between hurt and
3    home?
4          A.    He told me the day after that he was
5    discharged.
6          Q.    The day after he was discharged?
7          A.    Either the day of or the day after.
8    I'm not exactly sure, but I know it was soon after
9    he was discharged.
10         Q.    Was anyone else with you when he
11   related this story to you?
12         A.    I believe he told me over FaceTime.  We
13   talked on the phone.
14         Q.    Was anybody physically with him where
15   he was?
16         A.    Maybe his girlfriend.  I know he was
17   staying with her after he was discharged from the
18   hospital.  I don't know if she was there watching
19   what he was saying to me, though.
20         Q.    Did you talk to your mom about it?
21         A.    Yeah.  My mom told me about it.
22         Q.    Your mom told you about the same thing?
23         A.    Yes.
24         Q.    Okay.  Did she tell you independently
25   of your father telling you or was it something you

1    brought up to her?  Do you recall?

2          A.   She told me on her own.  I didn't bring

3    it up to her.

4          Q.   When did she tell you?

5          A.   I believe it was the day after my dad

6    was discharged we were talking about it.

7          Q.   And what did she say about it?

8          A.   She had told me that he was saying

9    that, you know, his leg still hurt and the nurse

10   kept saying that they were going to send him home.

11   And my mom said she tried to intervene and tell the

12   nurse and the doctors that were there that his foot

13   is still purple, you know.  He says it still hurts.

14   He doesn't want to leave.  And the doctors were

15   saying that -- the doctors were saying that it was

16   fine, that it would go away, and to just go home

17   and proceed with his physical therapy.

18         Q.   Did your mom say that she and your

19   father wanted to stay at the hospital?

20         A.   She told me that she had told the

21   nurses that my dad wanted to stay.

22         Q.   Now, was your dad speaking directly to

23   the nurses and doctors himself or was he going

24   through your mom?

25         A.   I mean, I wasn't there, but from what I

1    understand, I believe he was trying to use his

2    voice to tell the nurses that it still hurt and

3    that he didn't want to leave.  And then, I guess,

4    my mom, you know, she was there so she sort of...

5          Q.   Do you know if she signed that to the

6    doctors and staff?

7          A.   She mostly likely used her voice.  I

8    mean, she can talk okay.

9          Q.   So she would have told the staff that

10   he was hurting and did not want to go home?

11         A.   Correct.

12         Q.   Okay.  Do you have any reason to

13   believe the staff were not told that by your

14   mother?

15         A.   No.

16         Q.   Okay.  Now, you said purple.  Did you

17   see the foot?

18         A.   I did.

19         Q.   Okay.  When did you see the foot?

20         A.   I saw it from the first day up until

21   the day they removed it.

22         Q.   Okay.  Did you see it the day of

23   discharge?

24         A.   Not the day of discharge, no.  I

25   believe we FaceTimed and he showed it to me on

1    FaceTimed, but not in person.

2          Q.    The FaceTime was the day of discharge?

3          A.    I believe so, yes.

4          Q.    Were you there on the 30th at all,

5    physically, at the hospital?

6          A.    I can't recall.  I know I was working,

7    and coming to the hospital and trying to take time

8    off of work.  So I can't exactly remember what

9    dates exactly I was there, unfortunately.

10         Q.    So we know he got discharged the

11   morning of the 30th.

12         A.    Yeah.  If it was in the morning, most

13   likely I was not there.  I don't think.

14         Q.    Okay.  And if you weren't there then,

15   obviously, that would be a day you would not have

16   requested an interpreter.  Is that right?

17         A.    I'm sorry?

18         Q.    If you weren't there, that would,

19   obviously, be an occasion where you had not

20   interpreted -- you had not requested an interpreter

21   for your father?

22         A.    I had not, no.

23         Q.    Okay.  Do you know whether or not your

24   mom requested an interpreter for your father on the

25   30th?

1          A.    She didn't say.  I mean, I know she was

2    requesting them as often as she could.

3          Q.    **But you don't know whether or not she**

4    **requested one on the 30th.  Is that true?**

5          A.    I can not say, so no.

6          Q.    **Did she tell you she had requested one**

7    **on the 30th?**

8          A.    I don't remember.  I don't think she

9    said anything about it.

10          Q.    **Okay.  Did your father say he had**

11    **requested an interpreter on the 30th?**

12          A.    I don't remember.  I believe around

13    that time he was pretty -- the entire time he was

14    in the hospital he was pretty heavily sedated.  So

15    I think that he -- I don't know if he had asked or

16    not.  I can't say for sure.

17          Q.    **Your father, he can say certain words?**

18          A.    I mean, if you're not around him you

19    can't really understand what he's trying to say.

20          Q.    **Okay.  So if he was trying to say,**

21    **whatever he was trying to say; whether he was**

22    **trying to say hurt or home, we have no way of**

23    **knowing the staff or doctors had any idea what he**

24    **was saying.  Is that true?**

25          A.    True, yes.

1          Q.   Okay.  Now, he can communicate some in

2     writing.  Is that correct?

3          A.   Yes.

4          Q.   How much can he communicate in writing?

5          A.   He could probably communicate whatever

6     he wanted in writing.

7          Q.   Okay.  What about reading?

8          A.   He can read well.

9          Q.   Does he generally read things before he

10    signs them?

11         A.   I would believe so, unless, maybe, like

12    in this case, if the nurse just told him what it

13    was, he may not have read it thoroughly.  He would

14    just would assume what the nurse was telling him

15    was what it was, and then he would have just signed

16    it.

17         Q.   But, generally, in your experience,

18    he's capable of reviewing something and knowing

19    what it is and signing.  Is that true?

20         A.   Yeah, for the most part.  Sometimes he

21    has trouble understanding certain grammar and

22    words, but for the most part.

23         Q.   On occasions where he might have some

24    confusion would he, typically, ask your help or

25    someone else's help as to; hey, what does this

Case 3:19-cv-00041-DCLC-HBG  Document 35-6  Filed 02/28/20  Page 12 of 56  PageID #:
552

1    mean?

2           A.    Typically, yes.

3           Q.    Does your father communicate with you

4    via text?

5           A.    Sometimes.

6           Q.    Okay.  Is that -- when he communicates

7    with you through the phone, is it -- can you kind

8    of tell us, is it more often through text, or

9    FaceTime or what?

10          A.    Usually if he has to talk to me about

11   something he FaceTimes me.  But if it's something

12   not really important, he'll send me a text.

13          Q.    Okay.  So do you want to meet for lunch

14   or something, he can text that to you?

15          A.    Uh-huh.  Yes.

16          Q.    Now, where were you working at the time

17   your father was in the hospital?

18          A.    I was working at Jewelry Television.

19          Q.    What were you doing for them?

20          A.    I was a call center sales agent.

21          Q.    And what were your hours, do you

22   remember?

23          A.    I would normally work 7:30 to four, but

24   no set days.  They would be different every week.

25   I was also working from home, at that time, so I

1    could pick up hours any time I wanted to.

2         Q.   With the call center?

3         A.   Yes.

4         Q.   Okay.  Were you at the hospital -- I'm

5    sorry, back up.

6              Were you at the Loudon facility on the

7    26th when your father went to the hospital?

8         A.   No.

9         Q.   Okay.  Were you at Parkwest when they

10   transferred him to Parkwest on the 26th?

11        A.   Yes, I believe I came that day.

12        Q.   Okay.  And do you remember what -- do

13   you have any idea what time of day it was?

14        A.   I believe it was in the afternoon

15   sometime, I think.

16        Q.   This would have been when he was first

17   sent over to Parkwest?

18        A.   Correct.

19        Q.   Do you know -- do you remember if he

20   was in the ER or if he was in a room?

21        A.   He was in a room, I believe, on the

22   cardiac unit.

23        Q.   Do you remember who else was there when

24   you arrived?

25        A.   My mom and my dad's girlfriend.

1          Q.    They get along okay?

2          A.    Yes.  My step dad might have been as

3    well, my mom's boyfriend, he may have been there as

4    well.

5          Q.    Does he have any recollection of this

6    stuff?

7          A.    Maybe a little.  I mean, he wasn't

8    around as much as the rest of us were.

9          Q.    Does he know sign language?

10         A.    Yes, he's also deaf.

11         Q.    What his name?

12         A.    Jeffrey.

13         Q.    All right.

14         A.    Hubbuch, H-u-b-b-u-c-h.

15         Q.    Has your mom since married or she's

16    still dating Mr. Hubbuch?

17         A.    They're just engaged.  They've been

18    together for a long time though.

19         Q.    Okay.  What about your grandmother, was

20    she there?

21         A.    She wasn't there the first day, I

22    believe.  I think she lives in North Carolina.  So

23    I think when I called her and told her that my dad

24    was in the hospital, and she and her husband drove

25    down.

1      Q.   Okay.  And she hears, but her sign

2    language is not so good.  Is that correct?

3      A.   Correct.  She doesn't know very much

4    sign language at all.

5      Q.   Okay.  Do you know how many days she

6    was at the hospital?

7      A.   I believe she was there the entire time

8    my dad was in the hospital.  I think she might have

9    left, like, the day before he was discharged.

10     Q.   Okay.

11     A.   Or something.

12     Q.   So if he got there on the 26th, she

13   would have gotten there no sooner than the 27th,

14   right?

15     A.   Correct.  Yeah.  She may have gotten

16   there -- I can't remember exactly.  She may have

17   gotten there the night of the day he was admitted

18   or early the next morning.

19     Q.   Okay.  And she would have been there on

20   the 29th, you think, but not the 30th?

21     A.   Correct.  Like I said, I can't say for

22   sure, though.  I can't remember.

23     Q.   Did she spend the night at the

24   hospital?

25     A.   Yes.

1       Q.    How many people were spending the night

2  at the hospital?

3       A.    Mostly it was her or me.  She stayed a

4  couple nights and I stayed one night, I believe.

5       Q.    Which night did you spend the night?

6       A.    It might have been the day after, the

7  night after he was admitted.

8       Q.    So the 27th?

9       A.    Yeah, I think so.

10       Q.    Okay.  Now, on the night of the 27th,

11  did he need an interpreter at that point in time?

12       A.    We could have used one, yes.

13       Q.    Okay.  Did you feel like an interpreter

14  was needed for every moment he was there or were

15  there times where you felt like I could assist well

16  enough to where the staff knew what they needed to

17  know?

18       A.    I felt like that we could have used an

19  interpreter at least every time there was a nurse

20  or a doctor in the office, because at the time, I

21  was pretty emotionally distressed.  I thought that

22  my father might die.  So it was pretty hard for me

23  to be focused on taking care of him, and also

24  focused on making sure he knew what was going on

25  and the staff knew what was going on.

1          Q.   So you would feel like if a doctor came

2    by to see him, there needed to be an interpreter

3    there?

4          A.   Yes.

5          Q.   If a nurse comes by just to check

6    vitals or something like that, do you feel like an

7    interpreter has to be there for that?

8          A.   I mean, not necessarily, unless, you

9    know, he had something that he needed to tell them.

10   But I don't really know if there would be any way

11   that they would know that.  You know what I mean?

12   I don't know.

13         Q.   Were you ever present when a pain scale

14   was done?

15         A.   I believe so, yes.

16         Q.   Okay.  Tell me about that.

17         A.   I believe it was after they took him

18   down into an operating room and put a catheter in

19   the artery.  And they brought him up and he was in

20   a severe amount of pain.  And they asked him or

21   they asked me to ask him where his pain level was.

22   He said it was way beyond a 10.

23         Q.   And did you tell them that?

24         A.   Yes.

25         Q.   And did they understand that?

1         A.    Yes.

2         Q.    Okay.  So he had the catheter put in.

3    You weren't present for when they put the catheter

4    in, were you?

5         A.    Not when they put it in, but when they

6    took it out, yes.

7         Q.    Okay.  Were you given an explanation

8    for why -- let me back up.

9              Were you in the hospital when they put

10   the catheter in?

11        A.    I think so, yes.

12        Q.    Okay.  Did you ask to be present in the

13   room when they put the catheter in?

14        A.    No.

15        Q.    Okay.  Did you understand that for some

16   of these procedures they had to have a sterile

17   field and so they couldn't have family or

18   non-medical personnel present?

19        A.    I understood that, yes.

20        Q.    Okay.  Do you know whether or not they

21   had a VRI in the room when he was having his

22   catheter done?

23        A.    I'm not sure if they had it when they

24   put it in, but when they took it out they didn't.

25        Q.    Okay.  So if they had a VRI in the room

1   when they put it in, that's not something you would

2   be able to comment on one way or the other?

3           A.   Correct.

4           Q.   And you were there when they took it

5   out?

6           A.   Correct.

7           Q.   Did you have, as far as them taking it

8   out, was that a relatively quick procedure?

9           A.   It may have been about 20ish minutes.

10          Q.   Was that an upsetting event?

11          A.   Yes.

12          Q.   Okay.  Why is that?

13          A.   Because my dad was in a severe amount

14  of pain and to see my dad that way was pretty

15  upsetting.

16          Q.   Did they do it in the room?

17          A.   No.

18          Q.   Where did they do it?

19          A.   They did it in another operating room.

20          Q.   But you were present for that?

21          A.   Correct.

22          Q.   Were you able to tell your dad what the

23  medical personnel were telling you?

24          A.   Well, one of the nurses when they said

25  they were going to take it out, they came up to his

1   room and he had asked me, the nurse did, if I would

2   mind coming with them so I could interpret if need

3   be.  I said of course.

4          So we went down there, and they had

5   originally put me in an adjacent room with a window

6   looking into the room.  And set me in a chair and

7   had my dad pulled in.  And then the nurse, the male

8   nurse had asked me if I would come into the room.

9   And the female nurse stopped me at the door and

10  said, "You're not allowed to be in here.  This is a

11  sterile environment and you haven't been

12  sterilized."  And the male nurse said to the female

13  nurse, "I need her to come into the room because I

14  need to tell him something."

15          Q.    Yes.

16          A.    And so the female nurse reluctantly let

17  me into the room.  I came to the room.  And my dad

18  was laying there.  And they told him that he needed

19  to take his glasses off.  And that they were going

20  to give him something to help with the pain, and

21  that they were going to scoot him down on the

22  table.  So I told him all those things.

23          And then they led me out of the room

24  and set me in the chair outside of the room again,

25  into the adjacent room with the window looking in.

1          Q.   Okay.  And did your dad follow your

2     instructions?

3          A.   Yes.

4          Q.   Were there other occasions while you

5     were in the hospital that the medical personnel

6     asked you to tell your father things that they

7     wanted him to know?

8          A.   Yes.

9          Q.   Okay.  Do you remember any occasion

10    where your dad didn't understand what it was you

11    were telling him?

12         A.   He was confused the entire time that he

13    was in the hospital.

14         Q.   Okay.  Now, is that because he didn't

15    understand what you were telling him or was that

16    because of the pain and kind of anxiety of the

17    situation?

18         A.   I think it was probably a mixture of

19    both.  And also he was heavily sedated.  Every time

20    he woke up he was asking me where he was, what he

21    was doing, what's going on.

22         Q.   Can you recall any specific occasion,

23    though, where you were trying to tell him something

24    and he didn't understand what it was you were

25    telling him?

1          A.   I know that, you know, the doctor when

2     he came in to talk to us about some things, he was

3     using, you know, words and terms that I didn't

4     fully understand.  And I would ask him to explain

5     so that I could try to better help explain to my

6     father.  But even I was confused at some points

7     from what the doctor was trying to tell me.  So I'm

8     sure he was as well.

9          Q.   Okay.  Did your dad say I don't

10    understand?

11         A.   Yeah, several times.

12         Q.   Do you know what it was he didn't

13    understand what was going on?

14         A.   I know he didn't understand why he had

15    to have a catheter put in and why it was causing

16    him so much pain.

17         Q.   Okay.  Anything else?

18         A.   I'm not sure.  I mean, I know he was

19    asking for food, and he didn't understand why he

20    couldn't eat.  And, you know, other things like

21    that, but I can't recall anything specifically.

22              But the one that I remember the most is

23    that he just didn't understand why he had to have

24    that catheter, and why it was causing him pain, and

25    what kind of medicine it was or anything like that.

1          Q.   Okay.  And, again, he was heavily

2     sedated.  There was some times where he didn't know

3     what day it was.  Is that correct?

4          A.   Correct.

5          Q.   And you could tell him what day it was,

6     but that doesn't mean he would understand because

7     he's in a lot of pain and he's heavily medicated.

8     Is that true?

9          A.   Correct.

10         Q.   Based on your observation, if you had

11    understood the medical terminology, in your dad's

12    state, do you know whether or not he would have

13    fully appreciated what you were telling him?

14         A.   I mean, he was in and out.  Sometimes

15    he would be lucid and understand, and other times

16    he wouldn't.  So, I mean, I can't say for sure, you

17    know, from his end, what all he remembered or what

18    he caught or what he didn't.

19         Q.   Okay.  And that's based on his physical

20    condition, right?

21         A.   Right.

22         Q.   Okay.  Was there ever an occasion where

23    your dad told you something to tell the staff where

24    they didn't understand what it was you were telling

25    them?

1        A.    I know that the night that I stayed, he

2   was, obviously, in a lot of pain, and he was trying

3   to tell me to tell the nurses that he was still

4   hurting.  And he was on a button, you know, and

5   they were telling him or telling me to tell him,

6   you know, to press the button.  And he was saying I

7   am pressing the button and it still hurts.  And I

8   was trying to explain that to the nurses.  And they

9   were, like; well, that's all you got that is, you

10  know, is that.  He kept telling them that he had to

11  go to the bathroom, even though he also had a

12  catheter in.  And he was saying it hurts, it feels

13  like I need to use the restroom.  And I was trying

14  to tell him that.  And they were, like, he doesn't

15  have to -- they were telling him, he doesn't have

16  to use the restroom.  He's got a catheter in.  And

17  he was, like, no, I feel like I need to use the

18  bathroom.  And then later they found out that it

19  had, actually, like, pulled out and was misplaced.

20        Q.    So you were telling them that he felt

21  like he needed to go to the bathroom.  And they're

22  saying, he doesn't need to go to the bathroom, he

23  has a catheter in.

24        A.    Right.

25        Q.    Later on they found out the catheter

1  was misplaced?

2        A.   Correct.

3        Q.   So do you know when they figured out

4  the catheter was misplaced?

5        A.   It was later on.  It might have been

6  really early the morning that I stayed the night.

7        Q.   So it just took them a long time for

8  them to bother to check it?

9        A.   Right.

10        Q.   And they say; oh, it's not in all the

11  way or something?

12        A.   Right.

13        Q.   Do you remember what it was that it was

14  not in all the way?

15        A.   Yeah.  I believe it wasn't in all the

16  way.  And I know they said that where he had been,

17  you know, moving or something that it kind of must

18  have tugged or something pulled out a little bit.

19        Q.   Do we know when that catheter problem

20  developed?

21        A.   I know it started happening that night.

22  The night that I stayed, because I didn't get there

23  until late that night because my dad had actually

24  FaceTimed me.  I was a sleep in bed.  And I seen

25  multiple missed calls from my dad.  And I answered

1    it.  And he was like, please, I need you to come.

2    I don't understand what's going on, you know.  I

3    need you here.  His mom was there, but she doesn't

4    speak sign language.  So he was, like, please come

5    to the hospital, I need you.  So I went to the

6    hospital that night.

7           **Q.    Is that when you first found out that**

8    **he was in the hospital?**

9           A.    No, I knew he was in the hospital.  It

10   was because, you know, like, from your records you

11   say on the 26th, then I was there that day.  And

12   then I went home the night of the 26th.  The 27th I

13   went back.  And then came back home to go to sleep.

14   And that's when he called me the night of the 27th

15   and told me to please come.  So I did.

16          And when I got there, that was one of

17   the first things that he told me was that I feel

18   like I need to go to the bathroom, but they won't

19   take me to the bathroom.

20          **Q.    And we don't know, we have no way of**

21   **knowing when it was the catheter became loose or**

22   **wasn't plugged in.  Is that true?**

23          A.    Correct.  I don't know.  Like I said, I

24   probably didn't get there until 10 or 11 o'clock

25   that night.  And that was one the first things he

1    told me was that.

2         Q.   He felt like he needed to pee?

3         A.   He needed to pee, yes.

4         Q.   So staff understood that he felt like

5    he needed to pee, but they just didn't take action

6    on it.  Is that true?

7         A.   Correct.  Yes.

8         Q.   Okay.  Tell me about, did you have any

9    -- were you present for any meetings with Dr.

10   Pollock?

11        A.   Yes.

12        Q.   Okay.  Tell me about those.

13        A.   I only remember meeting him one time.

14   And it was shortly after they had, I believe, they

15   put the catheter in.  And they had sat me and my

16   dad's girlfriend in a waiting room for, like,

17   surgery patients, I guess.

18             And then whenever he was finished, you

19   know, they called us back.  And we were in a

20   hallway of the operating rooms, I guess.  And he

21   was just telling me, you know, it was just the

22   girlfriend and I at that time.  And he was just

23   telling me what he had done, and what was going to

24   happen and that sort of thing.

25        Q.   Okay.  Is that the only time you met

1   with Dr. Pollock?

2          A.   I believe so.  He may have came in.  He

3   may have came in one time in, like, the room and

4   just was in there briefly just to kind of check on

5   my dad.  And he said that he believed everything

6   looked well or, you know, that sort of thing and

7   then left.

8          Q.   Okay.  And you were present for that

9   meeting?

10         A.   I believe so, yes.

11         Q.   Do you remember when that meeting was?

12         A.   It may have been the day that they

13   removed the catheter.  I'm not sure which day that

14   was.

15         Q.   Do you know if that had been the same

16   day they placed the stent?

17         A.   I think so.

18         Q.   Did you translate to Dr. Pollock or did

19   you translate to your father what Dr. Pollock was

20   saying?

21         A.   Yes.

22         Q.   Okay.  And did your father have any

23   questions for Dr. Pollock?

24         A.   Yes, he had asked, you know, why did

25   his foot still feel numb, and why did it still look

1    purplish black, and that sort of thing.  And Dr.

2    Pollock just said it was all normal, and that's how

3    it was supposed to feel.

4            Q.   Is that what you told your dad?

5            A.   Yes.

6            Q.   Did your dad understand what it was you

7    were telling him?

8            A.   He understood.

9            Q.   Okay.  And did Dr. Pollock understand

10   the questions that you were posing to him from your

11   father?

12           A.   He understood, yes.

13           Q.   Okay.  Were there any other doctor

14   meetings?

15           A.   Not that I was present for, not that I

16   can recall.

17           Q.   Okay.  There's some occasions when a

18   nurse comes in and she asks; are you comfortable or

19   do you need some water, or do you need -- want

20   something to eat, that kind of thing.  Do you

21   remember those?

22           A.   Yes.

23           Q.   On those occasions, do you feel like an

24   interpreter would be needed?

25           A.   I mean, if he needed something, I guess

1    he could -- well, he couldn't wrote it down.  He

2    couldn't really do anything.  Like I said, he was

3    heavily sedated or, like, in a lot of pain and he

4    probably couldn't have wrote anything down.  If I

5    wasn't there or my mom wasn't there, I guess, you

6    know, they probably would have had some trouble

7    communicating what it is that he needed or wanted.

8         **Q.   If you or your mom were there, the**

9    **communication was probably okay?**

10        A.   It would have been okay.

11        **Q.   But if none of you -- if you or your**

12   **mom wasn't there, then you would be concerned about**

13   **the level of communication?**

14        A.   Yes.

15        **Q.   Do you know if there were any times**

16   **when neither you or your mom were there?**

17        A.   Yeah, there were sometimes where

18   neither one of us were there and my dad's mom would

19   have been there.

20        **Q.   Do you know when that would have been?**

21        A.   I do know the night that he was

22   admitted, the night that he was admitted, I

23   believe, my -- either his girlfriend or his mom

24   were there.  Somebody was there with him that first

25   night.  I was not.

1                And then the second night before he

2    called me, like, from the time that I left until

3    the time that he called me to come, it was just his

4    mom there.  And then there were sometimes where I

5    had to work that I couldn't be there.  I'm not sure

6    if my mom was there or not.  I can't recall for

7    sure who was there, but, yes, there were times when

8    neither my mom or I was there.

9            Q.   So your mom, I apologize, you said

10   there was occasion where it was just your mom was

11   there.  When was that again?

12           A.   I know she originally took him to the

13   Lenoir City Hospital.

14           Q.   Your mom did?

15           A.   I believe my mom showed up there,

16   something, yes.

17           Q.   Okay.  And then your mom came to

18   Parkwest with him?

19           A.   Yes.

20           Q.   And then there was a time she left and

21   it was just your grandmother was there?

22           A.   Yes.

23           Q.   Okay.  When was it that it was just

24   your grandmother was there?

25           A.   I know that she was just there by

1    herself, I said I believe it was the night of the

2    27th that I spent the night.  So she would have

3    been there by herself from, with my dad, probably

4    from around four or five until 11 o'clockish.

5         Q.   Four or 5 a.m.?

6         A.   Four or 5 p.m. until about 11 p.m.

7         Q.   Before your mom got there?

8         A.   That night, that was the night that he

9    called and asked me to come and I would have gotten

10   there.

11        Q.   Oh, okay.

12        A.   Sorry.

13        Q.   I'm sorry.  The occasion when you

14   weren't there, you have no way of knowing if the

15   VRI had been used successfully or unsuccessfully.

16   Is that true?

17        A.   That's true.

18        Q.   You first got there on the 26th.  Your

19   mom was already there, right?

20        A.   Right.

21        Q.   And at that point in time, you guys had

22   asked for a live interpreter?

23        A.   Yes.

24        Q.   You came back the morning of the 27th?

25        A.   I came back sometime that, yeah,

1   probably that morning when I got up and got ready.

2        Q.   Okay.  Now, are you saying that you

3   asked again for a live interpreter that morning or

4   you're not sure?

5        A.   I know I asked for one that day, yes.

6        Q.   The 27th or the 26th?

7        A.   Yes, the 27th when I came back.

8        Q.   Okay.  So that would have been the

9   evening of the 27th when you came back?

10       A.   No, the morning when I came back.

11       Q.   Okay.  And how were you sure you asked

12  for one on the morning of the 27th?

13       A.   I asked the nurse, you know, the nurse

14  that he had that day.  I can't remember her name,

15  unfortunately, but I know it was a different nurse

16  from the day before.  And I asked her, you know;

17  hey, we were expecting a live interpreter since

18  your VRI machine isn't working, you know, can we

19  expect one today?  And she would just tell us that

20  whoever it was that was supposed to be working on

21  it is working on it.  And they would try to get one

22  out as quickly as they could.

23       Q.   Okay.  When you came back that evening,

24  did you make another request for a live

25  interpreter?

1          A.    I believe my dad did.  He asked me when

2    the nurse came back in, he asked me to tell the

3    nurse, like, can I have an interpreter?  Where's my

4    interpreter?

5          Q.    Okay.  That was the night of the 27th?

6          A.    Correct.

7          Q.    You're sure about that?

8          A.    Yes.

9          Q.    Now, were you there on the 28th?  You

10   spent the night on the 27th.  You went home, right?

11         A.    Yes, I was there that morning.  My dad

12   finally went to sleep and I stayed up the whole

13   night and was there that morning.  And then I

14   believe my mom and my step dad came, because my mom

15   and I tried to really make it to where one of us

16   was there as much as we could because we knew at

17   that time that was the only way anybody could

18   really know what was going on.

19         Q.    Yeah.

20         A.    So my mom came.  And I went home.  And

21   I took a shower.  And I slept a little bit.  And

22   then, I believe, I came back that day later on in

23   the day.

24         Q.    Okay.  And on the 28th, do you know for

25   sure whether or not she requested an interpreter

1   again?

2        A.   My mom -- I remember when I got there,

3   when I came back, my mom had told me that she had

4   been asking for one.

5        Q.   Okay.  And what about the 29th?

6        A.   It's honestly hard to recall if I was

7   there or not.  Like I said, my job was -- they were

8   calling me saying, hey, we need you to work.  And I

9   was trying to, you know, work it out.  I can't

10  remember if that day I worked.  I feel like I did

11  work that day.  And I may have left work a little

12  early and tried to come.  I know every time that I

13  saw my mom at the hospital, though, I know she told

14  me we've been asking for an interpreter again, so.

15       Q.   Okay.  So is it true that you're not

16  sure if you were there on the 29th or not?

17       A.   I can't say for sure, unfortunately.

18  I'm sorry.

19       Q.   So you know you were there at some

20  point on the 26th when he arrived to the hospital?

21       A.   Uh-huh.  Yes.

22       Q.   You know you were there sometime during

23  the morning of the 27th?

24       A.   Yes.

25       Q.   And then on the evening of the 27th,

1    you spent the night?

2          A.   Yes.

3          Q.   And then you were there the morning of

4    the 28th?

5          A.   Correct.

6          Q.   Did you come back the afternoon or

7    evening of the 28th?

8          A.   I believe I did, yeah, come back for a

9    little bit after I slept some.

10         Q.   Are you sure you did or?

11         A.   I can't say for sure, no,

12   unfortunately.

13         Q.   Okay.  So what you know is that you're

14   there in the morning.  You're not sure if you were

15   there the evening of the 28th, probably weren't

16   there on the 29th, and you know you weren't there

17   on the 30th.  Is that accurate?

18         A.   Yes.

19         Q.   Other than on the occasion you pointed

20   out where your grandmother was there alone, was

21   there any other occasion that you're aware of that

22   neither you nor your mom was present?

23         A.   I would say probably other than the

24   night of the 27th, any night that -- every night

25   that he stayed there, the only person that was with

1    him was either his girlfriend or his mother.  So

2    the night of the 26th, the night of the 28th and

3    the night of the 29th.  Because the only night I

4    spent the night was the 27th.  And my mom did not

5    stay the night at all, I don't believe.

6           Q.   Okay.  His girlfriend, Miss Chang?

7           A.   Correct.

8           Q.   Does she have implants as well?

9           A.   No.

10          Q.   Does she have hearing aids?

11          A.   No.

12          Q.   Is she -- she's deaf?

13          A.   Correct.

14          Q.   Can she speak?

15          A.   No.

16          Q.   Can she read lips?

17          A.   I'm not sure 100 percent.  I mean, most

18   deaf people that I know can read a little bit.  But

19   I can't say for sure if she can or not.  I haven't

20   really spent that much time around her.

21          Q.   Okay.  She does not use hearing aids,

22   or implants or anything?

23          A.   I know she doesn't have implants.  I

24   don't think I've ever seen her with hearing aids.

25          Q.   Okay.  After his discharge, did you

1   visit him at home in between the time he left

2   Parkwest and the time he went to UT?

3           A.   No.

4           Q.   When he was at UT, did you visit him?

5           A.   Yes.

6           Q.   Okay.  And did UT provide him with a

7   live interpreter?

8           A.   Yes, from the moment that he got there.

9           Q.   Okay.  Was an interpreter there 24/7?

10          A.   Yes.  I mean as far as I know, yes.

11  They were always there.  There was always an

12  interpreter there.

13          Q.   Interpreter never left the room or?

14          A.   No.  I mean, they would come in and,

15  you know, one shift would end and another person

16  came in to relieve that person.  And they were

17  there for every time that I was there, there was an

18  interpreter there.

19          Q.   All right.  How do you -- your father's

20  lost part of his leg?

21          A.   Yes.

22          Q.   He now has a prosthetic?

23          A.   Yes.

24          Q.   He can get around by himself with the

25  use of the prosthetic?

```
 1          A.   Yes.
 2          Q.   He can drive?
 3          A.   Yes.
 4          Q.   He can still do some handyman work?
 5          A.   Yes.
 6          Q.   What types of things can he not do that
 7     he was enjoying doing before?
 8          A.   He can't ride his bike anymore, his
 9     motorcycle.  He used to really love to do that.
10          Q.   Anything else?
11          A.   I know he can't really walk for long
12     distances because it starts to hurt him.  He
13     struggles bending over and picking things up and
14     walking upstairs.
15          Q.   Okay.
16          A.   And I mean, he drives well, but it took
17     him a long time to learn how to use his left leg
18     rather than his right leg to be able to drive.
19          Q.   Anything else?
20          A.   Showers.  I know he has a hard time
21     taking showers.  He has to use a chair.
22          Q.   Okay.  Anything else come to mind?
23          A.   You know, the type of work that he's
24     in, he has a hard time climbing ladders or, you
25     know, using -- getting underneath certain places
```

Case 3:19-cv-00041-DCLC-HBG   Document 35-6   Filed 02/28/20   Page 40 of 56   PageID #:
580

1   and, you know, he manages, but it's definitely not

2   as easy as it was before, you know.

3         Q.   Okay.  Now, you mentioned was your

4   brother present at the hospital at any point in

5   time?

6         A.   He was there sometimes.  I know he was

7   there the first day.

8         Q.   Was he involved in the request for an

9   interpreter, if you know?

10        A.   I don't think so.  He wasn't there very

11  much.

12        Q.   Now, you say your ASL is better than

13  your brother's?

14        A.   Yes.

15        Q.   How did you get to be so good at ASL?

16        A.   I just cared enough to want to be able

17  to communicate with my parents.

18        Q.   Are there books or any type of training

19  materials you can look at that helps you refine it

20  more?

21        A.   Honestly, I don't look at books, no.  I

22  learned from just being around other people in the

23  deaf community, you know.  I'll say something that

24  might be, like, an older sign for something, like,

25  oh, this is how we say it now, or that sort of

1    thing.  So I learned new stuff all the time.

2            Q.    Okay.  And are you involved in the deaf

3    community?

4            A.    Not very much, honestly, no. I mean, I

5    know a lot of people, but I don't do any sort of

6    events or anything like that.

7            Q.    Okay.  But growing up, both your

8    parents were deaf, right?

9            A.    That's correct.

10           Q.    That's how they communicated to you?

11           A.    Yes.

12           Q.    That's how you communicated to them,

13   right?

14           A.    Yes.

15           Q.    Did you ever volunteer like a TSD or

16   anywhere around town?

17           A.    I tried to get a job at TSD one time.

18           Q.    Okay.  What were you hoping to get a

19   job at?

20           A.    I believe I was 18 or 19.  And they

21   were offering a job as, like, I don't know, I

22   believe their title was for it was cottage mother

23   or something, where you help get the kids ready for

24   school, you put them to bed because it's like a

25   boarding school, they stay there, that sort of

1    thing.

2         Q.   Did they end up hiring somebody else?

3         A.   I guess so, yeah.

4         Q.   Did they comment on your ASL?

5         A.   I never even got an interview.  I just

6    sent my resume in.

7         Q.   You never got called?

8         A.   Yeah.

9         Q.   Have deaf people ever commented on your

10   ASL abilities?

11        A.   Yes.

12        Q.   Positively?

13        A.   Yes.

14        Q.   Anything else about this event that you

15   want to share with me?

16        A.   No, you know, other than just the fact

17   that, like I told you before, that the entire time

18   that he was in the hospital everybody was very

19   upset, and, you know, heart broken.  And, you know,

20   like I said, there was a time I didn't know if he

21   was going to make it or not.

22             And then when we knew that, you know,

23   he was going to be okay, but his leg was going to

24   be missing, we were all so upset about what his

25   future was going to look like.  And was he going to

1    be able to work or, you know, drive or anything.

2    And it felt really upsetting to know that I had to

3    be responsible for letting him know what was going

4    on and being this communicator in between him and

5    the nurses.  And I didn't want that responsibility.

6    I only wanted the responsibility of being there for

7    my father and taking care of him.

8              MR. YOUNG:  Let me speak with my

9    co-counsel here and we may be done.

10             (A recess transpired.)

11             MR. YOUNG:  Back on.

12        **Q.    I've heard this term.  I'm very**

13   **ignorant of the deaf community, and the deaf**

14   **culture, and the various ways of communicating and**

15   **that kind of thing.  What does the term home sign**

16   **mean?**

17        A.   It means, like, just a sign language

18   that maybe is between like a family, you know, like

19   maybe not recognized in the deaf community but

20   recognized in just the family.

21        **Q.    Your father's parents, is your**

22   **grandfather still alive?**

23        A.   I'm sorry, could you repeat the

24   question?

25        **Q.    Is your grandfather still alive?**

```
 1          A.   He is.
 2          Q.   And your grandmother has remarried?
 3          A.   Yes.
 4          Q.   Okay.  And was her husband present at
 5    the hospital as well?
 6          A.   Yes.
 7          Q.   Do you know how often he was there?
 8          A.   He was there with my grandmother the
 9    whole time.  I mean, I don't know how often he was
10    in the room.  He kind of spent some time walking
11    around and went to the cafeteria or something like
12    that.
13          Q.   He didn't spend the night too, did he?
14          A.   I think he did.  I think he did.
15    Actually, yes, he did.  Sorry.
16          Q.   In the room?
17          A.   Yes.
18          Q.   How did -- I'm trying to think.
19    Physically in the room, how do you fit three people
20    in there to sleep?
21          A.   My grandmother and I didn't sleep.  Her
22    husband slept in the recliner.  And they brought a
23    couple of chairs in for us.  And we were up the
24    whole night that I was there anyway.  And then I
25    believe the other nights that she was there with
```

1  her husband, they may have alternated on the

2  recliner.

3      Q.  Okay.  Did your grandfather know any

4  sign language?

5      A.  No.

6      Q.  Does your grandmother's husband know

7  any sign language?

8      A.  No.

9      Q.  What his name?

10     A.  I think I only met him the one time.  I

11 think his name is Joe Salvador or something like

12 that.  I can't remember exactly.  They're not

13 around very often.

14     Q.  Okay.  Now, home signing that may be

15 just in the home, but that's, you know, your father

16 grew up with his mom and dad.  They had to

17 communicate through home signing.

18     A.  Right.

19     Q.  Is it fair to say they communicate with

20 each other pretty well?

21     A.  Yeah, I guess so.  I mean, when my dad

22 was younger they, you know, his father drove a

23 truck, and was in the Navy and wasn't really around

24 very much.  And they put him in a boarding school

25 for deaf children.  So I don't really feel like he

Case 3:19-cv-00041-DCLC-HBG   Document 35-6   Filed 02/28/20   Page 46 of 56   PageID #:
586

1    spent very much time with his family.

2         Q.    That's a boarding school, that's GSD?

3         A.    That's correct.

4         Q.    Now, is that boarding school, is that

5    just four years of high school?

6         A.    I believe it's K through 12.  I'm not

7    sure though.

8         Q.    Okay.  If your father had testified

9    that he had been in public school prior to going to

10   GSD, would that be something you would know?

11        A.    I didn't know he had been to public

12   school.  I thought he was always in the deaf

13   school, but I can't say.

14        Q.    All right.  But how does your

15   grandmother and your father communicate with each

16   other, like, whether or not physically together?

17        A.    He'll use his voice.  And I think just

18   from her being around him that she kind of

19   understands like, you know, his voice grunts and

20   trying to speak words.

21        Q.    How does she communicate to him?

22        A.    He reads her lips or, like, she might

23   -- I've seen her do a little bit of sign, but not

24   really.  She might know her ABCs.

25        Q.    And does she have her own -- do they

1    have their own signs with each other like the home

2    signs, so to speak?

3           A.    They probably do.  I don't know for

4    sure.  Like I said, she lives in North Carolina and

5    from the time until dad was in the hospital, we

6    really didn't have any communication with her.  I

7    don't remember being around her when I was younger

8    or anything like that.  So it's been a very long

9    time since they seen each other up until dad's been

10   sick in the last couple years we've tried to

11   reconnect, so.

12          Q.    Did your grandmother comment on any

13   inability she may have had as far as communicating

14   with the nurses what they were saying with your

15   dad?

16          A.    Yeah.  She definitely had told me a

17   couple of times that she didn't really know what my

18   dad was trying to say to her, or, you know, the

19   nurses were trying to tell him things she didn't

20   know how to tell him what they were saying.

21          Q.    And she spent one night at the

22   hospital, right?

23          A.    No, she was there, I believe, she was

24   there every night that he was there, other than

25   maybe the first night.

1        Q.    Okay.  So both she and the girlfriend

2    were there each night?

3        A.    Either one of them would have been

4    there.

5        Q.    Either or?

6        A.    Either or.  I know my grandmother was

7    there because she didn't get a hotel.  They're from

8    North Carolina, they didn't get a hotel or

9    anything.  So I believe they just spent the

10   majority of the time at the hospital.  I think that

11   she had told me, my grandmother, told me at one

12   point that her husband may have slept in the lobby

13   or something, or they had an overnight waiting room

14   and he found like a chair in there somewhere and

15   slept or something like that.

16       Q.    Okay.  And they had left on the 29th?

17       A.    I think so.

18       Q.    Okay.  So they would have spent the

19   night on the 27th or the 28th?

20       A.    Yeah.

21       Q.    They weren't there the same night you

22   were there, though, where they spend the night?

23       A.    Yes.

24       Q.    Oh, they were there?

25       A.    Yes.

1          Q.   So it was you and her?

2          A.   Yes.

3               MR. YOUNG:  Okay.  I think that's all

4     we have.  Thank you.

5               THE WITNESS:  Okay.  Thank you.

6               (Deposition was concluded at 10:07

7     a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 C E R T I F I C A T E

2     STATE OF TENNESSEE

3     COUNTY OF KNOX

4             I, Catherine Golembeski, Licensed Court

5     Reporter and Registered Professional Reporter, do

6     hereby certify that I reported in machine shorthand

7     the deposition of TALA TOMEI, called as a witness

8     at the instance of the Defendants, that the said

9     witness was duly sworn by me; that the reading and

10    subscribing of the deposition by the witness was

11    waived; that the foregoing pages were transcribed

12    under my personal supervision and constitute a true

13    and accurate record of the deposition of said

14    witness.

15            I further certify that I am not an attorney

16    or counsel of any of the parties, nor an employee

17    or relative of any attorney or counsel connected

18    with the action, nor financially interested in the

19    action.

20                    *Cathy J. Golembeski*

21            _____
              Catherine Golembeski, LCR# 778
22            Registered Professional Reporter

23

24

25

**1**

**10** 17:22 26:24
**100** 37:17
**10:07** 49:6
**11** 26:24 32:4,6
**12** 46:6
**17th** 4:5
**18** 41:20
**19** 41:20

**2**

**2019** 4:5
**20ish** 19:9
**2300** 4:7
**24/7** 38:9
**26th** 13:7,10 15:12 26:11,12 32:18 33:6 35:20 37:2
**27th** 15:13 16:8,10 26:12,14 32:2,24 33:6,7,9,12 34:5,10 35:23,25 36:24 37:4 48:19
**28th** 34:9,24 36:4,7, 15 37:2 48:19
**29th** 15:20 35:5,16 36:16 37:3 48:16

**3**

**30th** 9:4,11,25 10:4, 7,11 15:20 36:17
**37901** 4:8

**5**

**5** 32:5,6

**7**

**7:30** 12:23

**8**

**800** 4:6

**9**

**9:03** 5:2

**A**

**a.m.** 5:2 32:5 49:7
**ABCS** 46:24
**abilities** 42:10
**accurate** 36:17
**action** 27:5
**adjacent** 20:5,25
**admitted** 15:17 16:7 30:22
**afternoon** 13:14 36:6
**agent** 12:20
**agreed** 4:11,20
**aids** 37:10,21,24
**alive** 43:22,25
**allowed** 20:10
**alternated** 45:1
**amount** 17:20 19:13
**anxiety** 21:16
**anymore** 39:8
**apologize** 31:9
**appreciated** 23:13
**Arnett** 4:6
**arrived** 13:24 35:20
**artery** 17:19
**asks** 29:18
**ASL** 40:12,15 42:4, 10
**assist** 16:15
**assume** 11:14
**aware** 36:21

**B**

**back** 13:5 18:8 26:13 27:19 32:24, 25 33:7,9,10,23 34:2,22 35:3 36:6,8 43:11
**based** 23:10,19
**bathroom** 24:11, 18,21,22 26:18,19
**bed** 25:24 41:24
**began** 5:2
**believed** 28:5
**bending** 39:13
**bike** 39:8
**bit** 25:18 34:21 36:9 37:18 46:23
**black** 29:1
**boarding** 41:25 45:24 46:2,4
**books** 40:18,21
**bother** 25:8
**boyfriend** 14:3
**briefly** 28:4
**bring** 7:2
**broke** 5:13
**broken** 42:19
**brother** 40:4
**brother's** 40:13
**brought** 7:1 17:19 44:22
**button** 24:4,6,7

**C**

**cafeteria** 44:11
**call** 12:20 13:2
**called** 5:4 14:23 26:14 27:19 31:2,3 32:9 42:7
**calling** 35:8
**calls** 25:25

**capable** 11:18
**caption** 4:18
**cardiac** 13:22
**care** 16:23 43:7
**cared** 40:16
**Carolina** 14:22 47:4 48:8
**case** 11:12
**Catherine** 4:8,12
**catheter** 17:18 18:2,3,10,13,22 22:15,24 24:12,16, 23,25 25:4,19 26:21 27:15 28:13
**caught** 23:18
**causing** 22:15,24
**center** 12:20 13:2
**certificate** 4:18
**chair** 20:6,24 39:21 48:14
**chairs** 44:23
**Chang** 37:6
**check** 17:5 25:8 28:4
**children** 45:25
**City** 31:13
**Civil** 4:4
**climbing** 39:24
**co-counsel** 43:9
**comfortable** 29:18
**comment** 5:21 19:2 42:4 47:12
**commented** 42:9
**communicate** 11:1,4,5 12:3 40:17 45:17,19 46:15,21
**communicated** 41:10,12
**communicates** 12:6
**communicating** 30:7 43:14 47:13

**communication** 30:9,13 47:6
**communicator** 43:4
**community** 40:23 41:3 43:13,19
**concerned** 30:12
**concluded** 49:6
**condition** 23:20
**confused** 21:12 22:6
**confusion** 11:24
**continuation** 5:9
**continued** 4:2
**correct** 8:11 11:2 13:18 15:2,3,15,21 19:3,6,21 23:3,4,9 25:2 26:23 27:7 34:6 36:5 37:7,13 41:9 46:3
**cottage** 41:22
**couple** 16:4 44:23 47:10,17
**Court** 4:13
**culture** 43:14

**D**

**dad** 7:5,21,22 14:2, 23 15:8 19:13,14,22 20:7,17 21:1,10 22:9 23:23 25:23,25 28:5 29:4,6 32:3 34:1,11,14 45:16,21 47:5,15,18
**dad's** 13:25 23:11 27:16 30:18 47:9
**dates** 9:9
**dating** 14:16
**day** 4:5 6:4,6,7 7:5 8:20,21,22,24 9:2, 15 13:11,13 14:21 15:9,17 16:6 23:3,5 26:11 28:12,13,16 33:5,14,16 34:22,23 35:10,11 40:7

**days** 12:24 15:5

**deaf** 14:10 37:12,18
40:23 41:2,8 42:9
43:13,19 45:25
46:12

**December** 4:5

**Defendants** 4:3
5:5

**deposed** 5:6

**deposition** 4:2,11
5:9 49:6

**developed** 25:20

**die** 16:22

**directly** 7:22

**discharge** 8:23,24
9:2 37:25

**discharged** 5:24
6:5,6,9,17 7:6 9:10
15:9

**discovery** 4:4

**distances** 39:12

**distressed** 16:21

**doctor** 16:20 17:1
22:1,7 29:13

**doctors** 7:12,14,
15,23 8:6 10:23

**door** 20:9

**Draper** 4:6

**drive** 39:2,18 43:1

**drives** 39:16

**drove** 14:24 45:22

**duly** 5:5

---

**E**

**early** 15:18 25:6
35:12

**easy** 40:2

**eat** 22:20 29:20

**else's** 11:25

**emotionally** 16:21

**end** 23:17 38:15
42:2

**engaged** 14:17

**enjoying** 39:7

**entire** 10:13 15:7
21:12 42:17

**environment**
20:11

**ER** 13:20

**evening** 33:9,23
35:25 36:7,15

**event** 19:10 42:14

**events** 41:6

**EXAMINATION**
5:1,7

**examined** 5:6

**expect** 33:19

**expecting** 33:17

**experience** 11:17

**explain** 22:4,5 24:8

**explanation** 18:7

**expressly** 4:19

---

**F**

**Facetime** 6:12 9:2
12:9

**Facetimed** 8:25
9:1 25:24

**Facetimes** 12:11

**facility** 13:6

**fact** 42:16

**fair** 45:19

**family** 18:17 43:18,
20 46:1

**father** 5:15,23 6:25
7:19 9:21,24 10:10,
17 12:3,17 13:7
16:22 21:6 22:6
28:19,22 29:11 43:7
45:15,22 46:8,15

**father's** 38:19
43:21

**feel** 16:13 17:1,6
24:17 26:17 28:25
29:3,23 35:10 45:25

**feels** 24:12

**felt** 16:15,18 24:20
27:2,4 43:2

**female** 20:9,12,16

**field** 18:17

**figured** 25:3

**filing** 4:18

**finally** 34:12

**fine** 7:16

**finished** 27:18

**fit** 44:19

**focused** 16:23,24

**follow** 21:1

**food** 22:19

**foot** 7:12 8:17,19
28:25

**form** 4:21

**formalities** 4:17

**found** 24:18,25
26:7 48:14

**fully** 22:4 23:13

**future** 42:25

---

**G**

**Gay** 4:6

**generally** 11:9,17

**get along** 14:1

**girlfriend** 6:16
13:25 27:16,22
30:23 37:1,6 48:1

**give** 20:20

**glasses** 20:19

**Golembeski** 4:8,
12

**good** 15:2 40:15

**grammar** 11:21

**grandfather** 43:22,
25 45:3

**grandmother**
14:19 31:21,24
36:20 44:2,8,21

46:15 47:12 48:6,11

**grandmother's**
45:6

**grew** 45:16

**growing** 41:7

**grunts** 46:19

**GSD** 46:2,10

**guess** 5:22 8:3
27:17,20 29:25 30:5
42:3 45:21

**guys** 32:21

---

**H**

**H-U-B-B-U-C-H**
14:14

**Hagood** 4:6

**hallway** 27:20

**handyman** 39:4

**happen** 27:24

**happened** 5:23

**happening** 25:21

**hard** 16:22 35:6
39:20,24

**he'll** 12:12 46:17

**heard** 43:12

**hearing** 4:22
37:10,21,24

**hears** 15:1

**heart** 42:19

**heavily** 10:14
21:19 23:1,7 30:3

**helps** 40:19

**hey** 11:25 33:17
35:8

**high** 46:5

**hiring** 42:2

**home** 6:3 7:10,16
8:10 10:22 12:25
26:12,13 34:10,20
38:1 43:15 45:14,
15,17 47:1

**honestly** 35:6

40:21 41:4

**hoping** 41:18

**hospital** 5:23 6:18
7:19 9:5,7 10:14
12:17 13:4,7 14:24
15:6,8,24 16:2 18:9
21:5,13 26:5,6,8,9
31:13 35:13,20 40:4
42:18 44:5 47:5,22
48:10

**hotel** 48:7,8

**hours** 12:21 13:1

**Hubbuch** 14:14,16

**hurt** 6:2 7:9 8:2
10:22 39:12

**hurting** 8:10 24:4

**hurts** 7:13 24:7,12

**husband** 14:24
44:4,22 45:1,6
48:12

---

**I**

**idea** 10:23 13:13

**ignorant** 43:13

**implants** 37:8,22,
23

**important** 12:12

**inability** 47:13

**independently**
6:24

**instance** 5:4

**instructions** 21:2

**interpret** 20:2

**interpreted** 9:20

**interpreter** 9:16,
20,24 10:11 16:11,
13,19 17:2,7 29:24
32:22 33:3,17,25
34:3,4,25 35:14
38:7,9,12,13,18
40:9

**intervene** 7:11

**interview** 42:5

**involved** 40:8 41:2

**J**

**Jeffrey** 14:12

**Jewelry** 12:18

**job** 35:7 41:17,19, 21

**Joe** 45:11

**K**

**kids** 41:23

**kind** 12:7 21:16 22:25 25:17 28:4 29:20 43:15 44:10 46:18

**knew** 16:16,24,25 26:9 34:16 42:22

**knowing** 10:23 11:18 26:21 32:14

**Knoxville** 4:7

**L**

**ladders** 39:24

**language** 14:9 15:2,4 26:4 43:17 45:4,7

**Large** 4:10

**late** 25:23

**laying** 20:18

**learn** 39:17

**learned** 40:22 41:1

**leave** 7:14 8:3

**led** 20:23

**left** 5:20 15:9 28:7 31:2,20 35:11 38:1, 13 39:17 48:16

**leg** 7:9 38:20 39:17, 18 42:23

**Lenoir** 31:13

**letting** 43:3

**level** 17:21 30:13

**Licensed** 4:13

**lips** 37:16 46:22

**live** 32:22 33:3,17, 24 38:7

**lives** 14:22 47:4

**LLP** 4:6

**lobby** 48:12

**long** 14:18 25:7 39:11,17 47:8

**looked** 28:6

**loose** 26:21

**lost** 38:20

**lot** 23:7 24:2 30:3 41:5

**Loudon** 13:6

**love** 39:9

**lucid** 23:15

**lunch** 12:13

**M**

**machine** 4:12 33:18

**majority** 48:10

**make** 33:24 34:15 42:21

**making** 16:24

**male** 20:7,12

**manages** 40:1

**married** 14:15

**materials** 40:19

**means** 5:11 43:17

**medical** 19:23 21:5 23:11

**medicated** 23:7

**medicine** 22:25

**meet** 12:13

**meeting** 27:13 28:9,11

**meetings** 27:9 29:14

**mentioned** 40:3

**met** 27:25 45:10

**mind** 20:2 39:22

**minutes** 19:9

**misplaced** 24:19 25:1,4

**missed** 25:25

**missing** 42:24

**misunderstanding** 6:2

**mixture** 21:18

**mom** 6:20,21,22 7:11,18,24 8:4 9:24 13:25 14:15 26:3 30:5,8,12,16,18,23 31:4,6,8,9,10,14,15, 17 32:7,19 34:14,20 35:2,3,13 36:22 37:4 45:16

**mom's** 14:3

**moment** 16:14 38:8

**morning** 9:11,12 15:18 25:6 32:24 33:1,3,10,12 34:11, 13 35:23 36:3,14

**mother** 8:14 37:1 41:22

**motorcycle** 39:9

**moving** 25:17

**multiple** 25:25

**N**

**Navy** 45:23

**necessarily** 17:8

**needed** 16:14,16 17:2,9 20:18 24:21 27:2,3,5 29:24,25 30:7

**night** 15:17,23 16:1,4,5,7,10 24:1 25:6,21,22,23 26:6, 12,14,25 30:21,22, 25 31:1 32:1,2,8 34:5,10,13 36:1,24 37:2,3,4,5 44:13,24 47:21,24,25 48:2,

19,21,22

**nights** 16:4 44:25

**non-medical** 18:18

**normal** 29:2

**North** 14:22 47:4 48:8

**Notary** 4:9,14

**notes** 4:15

**numb** 28:25

**nurse** 7:9,12 11:12, 14 16:19 17:5 20:1, 7,8,9,12,13,16 29:18 33:13,15 34:2,3

**nurses** 7:21,23 8:2 19:24 24:3,8 43:5 47:14,19

**O**

**o'clockish** 32:4

**objections** 4:20

**observation** 23:10

**observe** 5:18

**occasion** 9:19 21:9,22 23:22 31:10 32:13 36:19,21

**occasions** 11:23 21:4 29:17,23

**offering** 41:21

**office** 16:20

**offices** 4:6

**older** 40:24

**operating** 17:18 19:19 27:20

**originally** 20:5 31:12

**overnight** 48:13

**P**

**p.m.** 32:6

**pain** 17:13,20,21 19:14 20:20 21:16

22:16,24 23:7 24:2 30:3

**parents** 40:17 41:8 43:21

**Parkwest** 13:9,10, 17 31:18 38:2

**part** 11:20,22 38:20

**patients** 27:17

**pee** 27:2,3,5

**people** 16:1 37:18 40:22 41:5 42:9 44:19

**percent** 37:17

**person** 9:1 36:25 38:15,16

**personnel** 18:18 19:23 21:5

**phone** 6:13 12:7

**physical** 7:17 23:19

**physically** 6:14 9:5 44:19 46:16

**pick** 13:1

**picking** 39:13

**places** 39:25

**Plaza** 4:7

**plugged** 26:22

**point** 16:11 32:21 35:20 40:4 48:12

**pointed** 36:19

**points** 22:6

**Pollock** 27:10 28:1, 18,19,23 29:2,9

**posing** 29:10

**Positively** 42:12

**present** 4:16 17:13 18:3,12,18 19:20 27:9 28:8 29:15 36:22 40:4 44:4

**press** 24:6

**pressing** 24:7

**pretty** 10:13,14 16:21,22 19:14

45:20

**prior** 46:9

**problem** 25:19

**procedure** 4:5 19:8

**procedures** 18:16

**proceed** 7:17

**proceedings** 5:2

**Professional** 4:9, 13

**promise** 5:14

**prosthetic** 38:22, 25

**provide** 38:6

**public** 4:9,14 46:9, 11

**pulled** 20:7 24:19 25:18

**purple** 7:13 8:16

**purplish** 29:1

**purposes** 4:3

**pursuant** 4:4

**put** 17:18 18:2,3,5, 9,13,24 19:1 20:5 22:15 27:15 41:24 45:24

---

**Q**

**question** 43:24

**questions** 4:21 28:23 29:10

**quick** 19:8

**quickly** 33:22

---

**R**

**read** 11:8,9,13 37:16,18

**reading** 11:7

**reads** 46:22

**ready** 33:1 41:23

**reason** 8:12

**recall** 7:1 9:6 21:22 22:21 29:16 31:6 35:6

**recess** 43:10

**recliner** 44:22 45:2

**recognized** 43:19, 20

**recollection** 14:5

**reconnect** 47:11

**records** 26:10

**refine** 40:19

**Registered** 4:9,13

**relate** 6:1

**related** 6:11

**relieve** 38:16

**reluctantly** 20:16

**remarried** 44:2

**remember** 5:16 9:8 10:8,12 12:22 13:12,19,23 15:16, 22 21:9 22:22 25:13 27:13 28:11 29:21 33:14 35:2,10 45:12 47:7

**remembered** 23:17

**removed** 8:21 28:13

**repeat** 43:23

**Reporter** 4:9,13,14

**request** 4:3 33:24 40:8

**requested** 9:16,20, 24 10:4,6,11 34:25

**requesting** 10:2

**reserved** 4:21

**responsibility** 43:5,6

**responsible** 43:3

**rest** 14:8

**restroom** 24:13,16

**resume** 42:6

**reviewing** 11:18

**ride** 39:8

**room** 13:20,21 17:18 18:13,21,25 19:16,19 20:1,5,6,8, 13,17,23,24,25 27:16 28:3 38:13 44:10,16,19 48:13

**rooms** 27:20

**Rules** 4:4

---

**S**

**sales** 12:20

**Salvador** 45:11

**sat** 27:15

**scale** 17:13

**school** 41:24,25 45:24 46:2,4,5,9,12, 13

**scoot** 20:21

**sedated** 10:14 21:19 23:2 30:3

**send** 7:10 12:12

**set** 12:24 20:6,24

**severe** 17:20 19:13

**share** 42:15

**shift** 38:15

**shorthand** 4:12

**shortly** 27:14

**showed** 8:25 31:15

**shower** 34:21

**showers** 39:20,21

**sick** 47:10

**sign** 14:9 15:1,4 26:4 40:24 43:15,17 45:4,7 46:23

**signature** 4:17

**signed** 8:5 11:15

**signing** 11:19 45:14,17

**signs** 11:10 47:1,2

**situation** 21:17

**sleep** 25:24 26:13 34:12 44:20,21

**slept** 34:21 36:9 44:22 48:12,15

**sooner** 15:13

**sort** 8:4 27:24 28:6 29:1 40:25 41:5,25

**speak** 26:4 37:14 43:8 46:20 47:2

**speaking** 7:22

**specific** 21:22

**specifically** 22:21

**spend** 15:23 16:5 44:13 48:22

**spending** 16:1

**spent** 32:2 34:10 36:1 37:4,20 44:10 46:1 47:21 48:9,18

**staff** 8:6,9,13 10:23 16:16,25 23:23 27:4

**started** 25:21

**starts** 39:12

**state** 4:10 23:12

**stay** 7:19,21 37:5 41:25

**stayed** 16:3,4 24:1 25:6,22 34:12 36:25

**staying** 6:17

**stent** 28:16

**step** 14:2 34:14

**sterile** 18:16 20:11

**sterilized** 20:12

**stopped** 20:9

**story** 6:1,11

**Street** 4:7

**struggles** 39:13

**stuff** 14:6 41:1

**successfully** 32:15

**supposed** 29:3 33:20

**surgery** 27:17

**swear** 4:14

**sworn** 5:5,10

---

**T**

**table** 20:22

**taking** 16:23 19:7 39:21 43:7

**Tala** 4:2 5:3,8

**talk** 5:14 6:20 8:8 12:10 22:2

**talked** 6:13

**talking** 7:6

**Television** 12:18

**telling** 5:21,22 6:25 11:14 19:23 21:11, 15,25 23:13,24 24:5,10,15,20 27:21,23 29:7

**Tennessee** 4:4,7, 8,10

**term** 43:12,15

**terminology** 23:11

**terms** 22:3

**testified** 46:8

**text** 12:4,8,12,14

**therapy** 7:17

**thing** 6:22 27:24 28:6 29:1,20 41:1 42:1 43:15

**things** 11:9 20:22 21:6 22:2,20 26:17, 25 39:6,13 47:19

**thought** 16:21 46:12

**time** 9:7 10:13 12:16,25 13:1,13 14:18 15:7 16:11, 19,20 21:12,19 25:7 27:13,22,25 28:3 31:2,3,20 32:21 34:17 35:12 37:20 38:1,2,17 39:17,20, 24 40:5 41:1,17 42:17,20 44:9,10

45:10 46:1 47:5,9
48:10

**times** 16:15 22:11
23:2,15 30:15 31:7
47:17

**title** 41:22

**today** 33:19

**told** 5:23 6:4,12,21,
22 7:2,8,20 8:9,13
11:12 14:23 20:18,
22 23:23 26:15,17
27:1 29:4 35:3,13
42:17 47:16 48:11

**Tomei** 4:2 5:3

**touching** 4:17

**town** 41:16

**training** 40:18

**transcribe** 4:15

**transferred** 13:10

**translate** 28:18,19

**transmission** 4:18

**transpired** 43:10

**trouble** 11:21 30:6

**truck** 45:23

**true** 10:4,24,25
11:19 23:8 26:22
27:6 32:16,17 35:15

**TSD** 41:15,17

**tugged** 25:18

**type** 39:23 40:18

**types** 39:6

**typewriting** 4:16

**typically** 11:24
12:2

**U**

**Uh-huh** 12:15
35:21

**underneath** 39:25

**understand** 5:10
8:1 10:19 17:25
18:15 21:10,15,24
22:4,10,13,14,19,23

23:6,15,24 26:2
29:6,9

**understanding**
11:21

**understands**
46:19

**understood** 18:19
23:11 27:4 29:8,12

**unit** 13:22

**unsuccessfully**
32:15

**upset** 42:19,24

**upsetting** 19:10,15
43:2

**upstairs** 39:14

**UT** 38:2,4,6

**V**

**visit** 38:1,4

**vitals** 17:6

**voice** 8:2,7 46:17,
19

**volunteer** 41:15

**VRI** 18:21,25 32:15
33:18

**W**

**waiting** 27:16
48:13

**waived** 4:19

**walk** 39:11

**walking** 39:14
44:10

**wanted** 7:19,21
11:6 13:1 21:7 30:7
43:6

**watching** 6:18

**water** 29:19

**ways** 43:14

**week** 12:24

**window** 20:5,25

**woke** 21:20

**words** 10:17 11:22
22:3 46:20

**work** 9:8 12:23 31:5
35:8,9,11 39:4,23
43:1

**worked** 35:10

**working** 9:6 12:16,
18,25 33:18,20,21

**writing** 11:2,4,6

**wrote** 30:1,4

**Y**

**years** 46:5 47:10

**yesterday** 5:9,13

**YOUNG** 5:7 43:8,
11 49:3

**younger** 45:22
47:7