# EXHIBIT  F

```
 1                UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF TENNESSEE

 3                 CASE NO. 3:19-cv-00041

 4

 5                     -   -   -

 6   SCOTT ALLEN TOMEI,                    :

 7                         Plaintiff,   :

 8        vs.                             :

 9   PARKWEST MEDICAL CENTER and          :

10   COVENANT HEALTH,                     :

11                        Defendants.:

12

13      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

15             DEPOSITION OF LEIGHA TOMEI

16

17

18   ================================================

19        JEFF RUSK COURT REPORTING & VIDEO
          Registered Professional Reporters
20        Certified Legal Video Specialist

21

22     Catherine I. Golembeski, NJ-CCR, RPR, LCR
               805 Eleanor Street, N.E.
23           Knoxville, Tennessee 37917
                 (865) 246-7656
24            Jeff@JeffRusk.com          CERTIFIED COPY

25
```

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4         ANDREW ROZYNSKI, ESQ.
           EISENBERG AND BAUM, LLP
 5         24 Union Square East, Fourth Floor
           New York, New York 10003
 6         (212) 353-8700
           arozynski@EandBLaw.com
 7

 8

 9
      FOR THE DEFENDANTS:
10
           BRODERICK L. YOUNG, ESQ.
11         DEVON LYON, ESQ.
           ARNETT, DRAPER & HAGOOD, LLP
12         800 S. Gay Street
           2300 First Tennessee Plaza
13         Knoxville, Tennessee 37901
           (865) 546-7000
14         byoung@adhknox.com

15

16    ALSO PRESENT:

17         Ruann L. Wood, Interpreter
           Lydia Harmon, Interpreter
18
           Scott Tomei
19

20

21

22

23

24

25
```

```
 1                    I N D E X
 2
      LEIGHA TOMEI                                    PAGE
 3
 4    EXAMINATION BY MR. YOUNG                          5
 5
 6
 7
 8
 9    NO.              INDEX OF EXHIBITS            PAGE
10
11
                 (No Exhibits Marked.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    D E P O S I T I O N

2              The deposition of Leigha Tomei, taken at the

3         request of the Defendants, for purposes of

4         discovery, pursuant to the Tennessee Rules of Civil

5         Procedure on the 17th Day of December, 2019, at the

6         offices of Arnett, Draper & Hagood, LLP, 800 S. Gay

7         Street, 2300 First Tennessee Plaza, Knoxville,

8         Tennessee 37901 before Catherine Golembeski,

9         Registered Professional Reporter and Notary Public

10        at Large for the State of Tennessee.

11             It is agreed that the deposition may be

12        taken in machine shorthand by Catherine Golembeski,

13        Licensed Court Reporter and Registered Professional

14        Reporter and Notary Public, and that she may swear

15        the witness and thereafter transcribe her notes to

16        typewriting and present to the witness for

17        signature, and that all formalities touching

18        caption, certificate, filing, transmission, etc.,

19        are expressly waived.

20             It is further agreed that all objections

21        except as to the form of the questions are reserved

22        to on or before the hearing.

23

24

25

```
 1                    EXAMINATION

 2          (Proceedings began at 10:20 a.m.)

 3              LYDIA HARMON, the Interpreter, having

 4   been first duly sworn.

 5              RUANN WOOD, the Interpreter, having

 6   been first duly sworn.

 7              LEIGHA TOMEI,

 8   called as a witness at the instance of the

 9   Defendants, having been first duly sworn, was

10   examined and deposed as follows:

11   EXAMINATION BY MR. YOUNG:

12          Q.    Could you state your name for the

13   record?

14          A.    My name is Leigha Tomei.

15          Q.    Miss Tomei, I introduced myself a

16   moment ago, but I represent the Defendants in this

17   lawsuit Parkwest Medical Center and Covenant

18   Health, along with Devin Lyon who's sitting next to

19   me and a couple of the other attorneys who aren't

20   here at this deposition.

21              Have you ever given a deposition

22   before?

23          A.    No, I don't think so.  What do you mean

24   deposition?  Explain that to me.

25          Q.    Have you ever given statements under
```

1    oath with a court reporter present and lawyers

2    present?

3         A.   Yes.

4         Q.   Okay.  When did you do that?

5         A.   That was for work.  It was really

6    nothing.  Nothing like this, but it was just for my

7    work, where I was working.

8         Q.   Okay.  Was that part of a lawsuit that

9    she was in?

10         A.   No, I got fired.  It was from my job.

11    The unemployment office had a deposition related to

12    it and they stopped my unemployment benefits, but

13    that's all it was.

14         Q.   Where were you working when this

15    occurred?

16         A.   It was Food City.

17         Q.   Do you know why they stopped?  Why they

18    stopped your unemployment benefits?

19         A.   Because of communication.  There was

20    just no communication.  The boss wouldn't

21    communicate with the customers, and there was all

22    kinds of misunderstandings.  And then the boss

23    decided to fire me because there was

24    misunderstandings with the customers.  So the boss

25    fired me.  I went to unemployment just to see if I

 1   could fill out the application, and it seemed that

 2   it worked.  And then later I find out that I was

 3   terminated.  So they stopped my unemployment

 4   benefits and that's all that happened.

 5        Q.   When did this happen?

 6        A.   That was last year.  And I want to say

 7   2018.

 8        Q.   Okay.  Are you currently working

 9   anywhere else?

10        A.   No.

11        Q.   Did you work anywhere after Food City?

12        A.   Mostly I've been full-time mom,

13   full-time wife.

14        Q.   All right.  Who lives at home?  Let me

15   back up.  What is your address?

16        A.   224 Hope Way, Loudon, Tennessee 37774.

17        Q.   And who lives with you in the home?

18        A.   Well, my daughter and my boyfriend.

19        Q.   What is your boyfriend's name?

20        A.   Jeffrey Hubbuch.

21        Q.   And how old is your daughter?

22        A.   She's 25.

23        Q.   Does your daughter have -- do you have

24   a granddaughter as well?

25        A.   Correct.

1          Q.    And how old is she?

2          A.    She's 16 months.  Sorry, 16 months.

3          Q.    You help take care of her?

4          A.    Oh, yeah.  Oh, yeah.  I love it.

5          Q.    Does she live in the home with you?

6          A.    Yes.  She lives with my daughter.  I

7    forgot to add that.  Sorry.

8          Q.    Are you able to speak?

9          A.    I can.  I mean, not 100 percent.  But

10   sometimes I make mistakes with my pronunciation, so

11   some people ask me, what did you say?  What did you

12   mean?  Could you say it again?  Of course I got to

13   say it again.

14         Q.    Do you have cochlear implants?

15         A.    Yes.

16         Q.    What are those?  How do those help?

17         A.    It bypasses the hair in my ear which

18   are missing and goes directly to my brain.  The

19   ears, the hair in my ears are not working, so we

20   have to kind of skip that part and jump right

21   directly to the brain.

22         Q.    Do the implants allow you to understand

23   what people are saying?

24         A.    No, not always.

25         Q.    How much do they help?

1          A.   Oh, I would say maybe 70 percent help,

2    yeah.

3          **Q.   So am I correct that you think you can**

4    **understand about 70 percent of what people are**

5    **saying as a result of the implants?**

6          A.   No.   What I can hear is about 70

7    percent.   And I'm talking about environmental

8    noise; for example, doors closing, people talking,

9    people walking down the hall, but it doesn't mean

10   70 percent of people speaking.   I can hear 70

11   percent of the environmental sounds and I can pick

12   up on those.

13         **Q.   As far as what people are saying to**

14   **you, people that don't know ASL, how much do you**

15   **think you understand on a percentage basis of what**

16   **they're saying?**

17         A.   I would say maybe 55 percent maybe.

18   And speech reading is hard because people have

19   different lips, and different size mouths and

20   different ways that they use their facial

21   expressions.   So it takes time for me to get used

22   to the person's speech patterns and constantly see

23   what they're saying before I can understand.   If I

24   met somebody for the first time, forget it.   I'm

25   asking for repeats over, and over, and over before

1  I finally understand what they're saying, so that's

2  what I have to do.

3          Now, in a group setting forget it, no.

4  It only in one-on-one situations will this be

5  effective.

6      Q.  What was your job at Food City?

7      A.  I was a bakery person in the back of

8  the store; you know, we prepped food, stuff like

9  that.  It was just me.  Most of the time, just me.

10     Q.  Do you transport -- let me back up.

11         Does your granddaughter ever go to any

12  type of day care or she just stays in the home?

13     A.  No, she stays at home with me.  She

14  doesn't go to day care.

15     Q.  Do you ever take her to medical

16  appointments?

17     A.  No, I try not to.  Actually, no, no.

18     Q.  When you -- some testimony came out the

19  other day that you are a diabetic?

20     A.  Yes.  Yes, I do.

21     Q.  When you go to the doctor's office, are

22  you able to communicate with your doctor?

23     A.  As long as we're one-on-one.  And I

24  know --

25         THE INTERPRETER:  And I know the doctor

1  repeatedly.

2       A.   I've known him for quit some time I've

3  been going there.  For a new doctor, it would be

4  quite arduous and take a lot of time.  But I know

5  my doctor's speech patterns so I could work

6  successfully with him one-on-one.

7            Now, if I go to a new doctor, I have to

8  have an interpreter with me for a new doctor.

9       Q.   When is the last time that you used an

10  interpreter with a doctor?

11       A.   I believe it was 2013.  And it was for

12  a diabetic group appointment, you know.  It was

13  like a support group.  So I had to have an

14  interpreter for that group setting, but I go

15  one-on-one with my doctor and I'm fine.

16       Q.   Other than the doctor you see for your

17  diabetes, are there other doctors that you're able

18  to see without the aid of an interpreter?

19       A.   Yes.

20       Q.   Okay.  Which doctors would those be?

21       A.   My gynecologist, a podiatrist, foot

22  doctor, yeah, foot doctor.  And I think that's all.

23       Q.   When you go to the bank, are you able

24  to talk to bank personnel without the aid of an

25  interpreter?

```
 1          A.   Not always, no.

 2          Q.   Have you ever had to use an interpreter

 3    at the bank?

 4          A.   One time.  It was an account problem

 5    that I was having.  So I went into the office and

 6    there was an interpreter -- actually, I brought an

 7    interpreter with me.  It wasn't a hired

 8    interpreter.  I brought an interpreter with me to

 9    navigate that situation, because I did not

10    understand that woman.  I mean, that woman's mouth

11    was super thin.  She got thin little lips.  I was

12    just like standby.  And I brought somebody in with

13    me just so I could know what she was saying.

14          Q.   And you mentioned in this occasion five

15    years ago when you used an interpreter at a medical

16    appointment, how often do you use an interpreter in

17    your own life?

18          A.   Oh, I would say, I mean, I stay-at-home

19    with the baby and baby-sitting, so, really, I don't

20    need an interpreter at the moment.  But when I do,

21    like, if I go to the hospital, if I go to the

22    doctor, absolutely, absolutely.  But not recently,

23    no.

24          Q.   When is the last time you've been to a

25    hospital for any reason?
```

1          A.    Does a mammogram count as a hospital

2    visit?

3          **Q.    Sure.**

4          A.    Then I went to the hospital for a

5    mammogram, but I didn't have an interpreter because

6    I know what the mammogram is.  They're going to

7    smash me left and right and up and down.

8          **Q.    Is it true that the last time she's**

9    **used an interpreter for any reason was at the**

10   **hospital five years ago?**

11         A.    Yes.  As far as I know would be five

12   years ago in that group setting that I referenced.

13         **Q.    Did you meet your husband in Georgia?**

14         A.    Yes.

15         **Q.    Did you ever go to GSD?**

16         A.    No, no.

17         **Q.    What school did you go to?**

18         A.    Well, I went to a bunch of different

19   schools growing up because we moved so often.  So

20   mostly I was in public school.

21         **Q.    Did you graduate from high school?**

22         A.    Oh, yeah.

23         **Q.    At any rate.**

24         A.    Sorry.

25         **Q.    Did you go to any -- did you have any**

1    further education after high school?

2           A.   Yes, I went to college maybe for three

3    years.

4           Q.   **Where did you go?**

5           A.   Well, where I mentioned before it was

6    in DeKalb.  And then that changed to Perimeter.

7    Yeah, yeah, Perimeter and that's in Georgia.

8           Q.   **Is that -- did you obtain a degree?**

9           A.   No, I got married and started a family

10   with him.

11               THE INTERPRETER:  Indicating to the

12   gentlemen on my left, that guy over there.

13          Q.   **What were you studying?**

14          A.   Photography.

15          Q.   **Did your schooling require you to do**

16   **any writing?**

17          A.   Well, there was an interpreter there in

18   college, yeah.  But what do you mean writing or

19   what?

20          Q.   **Did you have to write papers?**

21          A.   Oh, well, I had a note taker that was

22   with me.  We're sitting right next to me.  And then

23   I had an interpreter.  So I had both of them at the

24   same time, because I can't write notes and look at

25   the interpreter, and look down and write notes, and

```
 1    look at the interpreter at the same time.
 2           Q.   But is she able to write papers for
 3    assignments?
 4           A.   Yes, yes.
 5           Q.   Is she able to read English?
 6           A.   Yes.
 7           Q.   Does she have any limitations with
 8    regard to how much she can read in English?
 9           A.   Yes.
10           Q.   What are those?
11           A.   Well, big words, for example, forget
12    it.  Yeah.  No.
13           Q.   Are you able to read a newspaper?
14           A.   Oh, sure.
15           Q.   Do you ever read any books in English?
16           A.   Yes.  I mean, like, novels, those are
17    fine.
18           Q.   Like you could read Harry Potter?
19           A.   Oh, yes.
20           Q.   As far as writing, does she have any
21    limitations with regard to how much she can write?
22           A.   No, I have difficulty.
23           Q.   Tell me about what type of difficulty
24    do you have with writing?
25           A.   Because I will miss, you know, I might
```

1   miss verbs, nouns, you know, when I'm writing a

2   sentence I get them kind of jumbled up.

3           Q.   Does she ever communicate by text with

4   any of her hearing friends?

5           A.   Oh, sure, I text.  Uh-huh.

6           Q.   And is she able to text with people

7   that do not know sign language?

8           A.   Yes, I can.

9           Q.   Would she be able to fill out a job

10  application without the aid of an interpreter?

11          A.   Yes.

12          Q.   When she was raising her son and

13  daughter, would she go to their medical

14  appointments?

15          A.   Yes, yes.  Now, if it was an

16  appointment for the two children, yes, I definitely

17  went with them.  If it was for myself, I would have

18  an interpreter and the kids would stay because the

19  interpreter was for me.  And that was for my doctor

20  appointments.  For the kid's doctors' appointments,

21  no, we would just write notes back and forth.

22          Q.   On your kid's medical appointments, did

23  you feel like you were adequately communicating

24  with the physician using notes back and forth?

25          A.   Not really.

1          Q.    How were you able to communicate with
2     the doctor?
3          A.    Well, I would have to ask; what does
4     this word mean?  And then, of course, the doctor
5     would respond.  Oh, that's what that means.  So
6     that we went back and forth.  Sometimes my daughter
7     would be like; hey, Doc, you know, because I try
8     not to use my children for interpreting.  No.  So I
9     would write back and forth with the doctor.  But
10    sometimes the doctor does not want to respond or,
11    excuse me, doesn't want to request an interpreter.
12         Q.    Even though it might take some back and
13    forth with the doctors, were you generally able to
14    communicate with your children's doctors
15    adequately?
16         A.    Yeah, I could with an interpreter.
17         Q.    What about without an interpreter?
18         A.    No, no.
19         Q.    When did you find out that Mr. Tomei
20    had injured his leg?
21         A.    Okay.  So it was October 20 -- of 2019,
22    excuse me, 2017.
23               THE INTERPRETER:  The interpreter made
24    a mistake.  Thank you.
25         Q.    How --

1       A.    So that was October.  Let me think.  So

2  October.  I want to say it was right before, just

3  right before Halloween, somewhere in the last week

4  of October, yeah.  He was in a bit of pain.  And he

5  had his toe was hurting, and his knee was hurting.

6  So I suggested that he go to the hospital.  And he

7  said, no, no, no, I'm just going to wait.  We'll

8  see what happens.  Then the next day, no, we went

9  to the hospital.

10      **Q.    Have you done anything to prepare for**

11 **today's deposition as far as looking at calendars**

12 **or helping to remember what happened back in**

13 **October of 2017?**

14      A.    Can I do that?  No?  I mean, like, what

15 do you mean?

16      **Q.    Well, you remember that it was in**

17 **October of 2017 that your husband fell.  And I'm**

18 **wondering if you had recently reviewed any**

19 **documents, or looked at a calendar or anything to**

20 **help you remember when things happened.**

21      A.    No.  I gave all my documents to Scott

22 Tomei because he wanted and needed them.  He needed

23 the information.  My handwritten notes were mine

24 and that's from what happened that day to the other

25 days.  I gave all that over to Scott.  I, actually,

1    I didn't review anything.

2         Q.   You made handwritten notes about what

3    had happened in October of 2017?

4         A.   I tried to keep it because it was hard

5    to remember.  It was awful.  An awful time.  I

6    mean, all kinds of stuff going on in my head.  So I

7    started writing notes and so I could remember

8    exactly what took place.  And I gave all the notes

9    to Scott.

10        Q.   Did anyone recommend to you that you

11   should keep a record of what was happening?

12        A.   No, no.  It was just communication is

13   what it was.  The communication was awful.  I mean,

14   it wasn't anything underhanded, no.

15        Q.   Do you know whether or not your

16   daughter kept notes as well?

17        A.   No, it was me.

18        Q.   Your husband had referenced some notes

19   that he thought you and/or your daughter had made.

20   He said there were about 15 or 20 pages long.  Is

21   that accurate?

22        A.   Well, it would have been my notes.

23        Q.   Okay.

24        A.   I was the one that wrote the notes.

25        Q.   Okay.  Would it have been around 15 or

1   20 pages long?

2        A.   Okay.  So the handwritten notes with,

3   you know, college rule paper.  So I've got notes

4   written on college rule paper.  And it's October

5   something day, whatever, and I would just jot down

6   what happened.

7            Then, as far as typing like

8   professional notes?  No, there's nothing like that.

9   It's just my handwritten notes on notebook paper.

10  But 15 to 20 pages?  Good question.  I have no

11  idea.  I wrote on whatever I had available and

12  handed it all over to him.

13       Q.   Did you make these notes as the events

14  were happening or did you make these notes after it

15  was over?

16       A.   No, while it was happening during the

17  situation.  In the hospital room, I took napkins

18  from the holder or paper that was laying around,

19  whatever I could find just so that I could remember

20  exactly what was happening.  And it was during the

21  situation.  It wasn't after or before, it was

22  during right in the midst of it.

23       Q.   Were these materials provided to any of

24  the nursing staff or doctors?

25            THE INTERPRETER:  For the Interpreter,

1   when you say materials, are you talking about the

2   napkins?

3              MR. YOUNG:  Yes.

4         A.   No, I gave all of this to Scott.  Now,

5   when I went home to fix it on paper, on college

6   rule paper, copied it back down because, I mean, a

7   napkin is a napkin.  So then I just, you know,

8   transposed it back into collegiate line paper so he

9   could read it.  So I gave it to Scott only, yeah.

10        **Q.   What benefits do you think that would**

11   **offer Scott?**

12        A.   Well, because he needed to know what

13   happened.  He can't remember.  I mean, Scott was on

14   heavy, not heavy, sedated, he was sedated.  His

15   eyes couldn't even stay open sometimes.  So I'm

16   trying to help by writing notes, you know, and

17   keeping tabs on what's going on.  When it was all

18   said and done, and he was discharged, I gave him my

19   notes so that he could look and because he can't

20   remember.

21        **Q.   You were with him when he went to**

22   **Parkwest on October the 24th of 2017?**

23        A.   No, not to the end.  I didn't go with

24   him, no.  He and his daughter went together.  I

25   wasn't there, no.

1      Q.    When was -- what was the first medical

2   -- when was the first time you went to a hospital

3   with your husband following the accident?

4      A.    Okay.  That would have been Lenoir City

5   Hospital.  The Parkwest was on the 24th.  Then the

6   25th happens, 26th.  And I want to say it was the

7   26th, give or take.  I went with him to Lenoir

8   City, and it was just he and I.

9      Q.    When you arrived at Lenoir City, did

10   you ask for an interpreter?

11      A.    Yes.

12      Q.    How did they respond?  How did the

13   hospital respond?

14      A.    They said to wait, they were working on

15   it.

16      Q.    Did they provide you with access to

17   VRI?

18      A.    They were working on it.  They were

19   just looking high and low for the machine, for the

20   VRI and they couldn't find it.  So here we were

21   waiting.  Finally, I think it was an RN that said

22   we found it and they said, you know.

23            THE INTERPRETER:  For the interpreter,

24   you're saying VCI.  Do you mean VRI?

25            THE WITNESS:  VRI, sorry.

1          A.    So VRI.  They found it, but they still

2    couldn't find the VRI.  They couldn't find it.  But

3    the RN came and said we found it.  Okay.  But there

4    was no communication.  So the RN touched his foot

5    and motioned with her hand in a flat hand across

6    her throat, saying like the blood stopped right

7    there, that was all that we got.  And the VRI was

8    still had not arrived.

9          Q.    So the VRI was not used at Loudon?

10         A.    I don't know.  They told me because I

11   asked for an interpreter, and they said we are

12   working on it.  And I'm, like, okay.  So we waited.

13   And then the RN came in.  They found the problem.

14   And but there was still no VRI, no interpreter, no

15   nothing.  And then he was discharged.

16         Q.    Was he discharged to Parkwest?

17         A.    To Parkwest Hospital via ambulance, in

18   the ambulance.

19         Q.    Did they say that he didn't have any

20   circulation in his foot?

21         A.    Correct.  Correct.  Yeah, sorry.

22         Q.    Were you able to communicate that to

23   Mr. Tomei?

24         A.    No.  We were both there at the same

25   time.  And they came into the room.  Looked at both

1    of us and we looked at the person that came in.

2         Q.   Did Mr. Tomei understand that they were

3    telling him there wasn't circulation in his foot?

4         A.   I think he did, but he was still

5    confused.  Still confused, like, why?  I mean, what

6    does this mean, you know, with this hand motion she

7    was doing on her throat.  What does that mean?

8         Q.   What did you understand that to mean?

9         A.   It means stop, but to Scott I have no

10   idea.  I mean, there was no communication.  It was

11   awful.

12        Q.   Did you attempt to explain it to Scott?

13        A.   No, I didn't ask what that meant.  I

14   gestured to Scott in sign language as far as sign

15   language go, I just said your blood's not there.

16   Your blood stopped.  That's all I knew.

17        Q.   So you attempted to explain it to

18   Scott?

19        A.   I tried, but, yeah.

20        Q.   All right.  Did you ride in the

21   ambulance to the hospital, Parkwest?

22        A.   Oh, no.

23        Q.   Did you meet Scott at the hospital?

24        A.   Yes.

25        Q.   What happened when you got to the

1   hospital?

2          A.    Okay.  So they put him in triage, that

3   was the very first thing.  We didn't have -- he

4   didn't have to do any waiting.  They were just

5   immediately brought him into triage.  We requested

6   an interpreter.  They said okay.  Fine.  We're

7   working on that.

8                And then they had to do his vitals all

9   that's involved with vitals.  They asked me

10  questions about what medications or pain

11  medications he was using.  And I, of course, had to

12  write this stuff down because some of the

13  medications I can't even speak these names of these

14  medications.  So I jotted them down as best as I

15  could remember how to spell them, you know.  And

16  then I provided that information.

17               So every time the nurse came into the

18  room and I would ask for an interpreter, and she

19  would hold up her finger and say we're working on

20  it.  Hold up her finger, like, hold a moment we're

21  working on it.

22               So we waited.  The nurse came in again,

23  checked blood pressure.  I said, is the interpreter

24  on the way?  And, again, she held up her finger and

25  said we're working on it.  And I'm thinking it's

1   been an hour.  It's been two hours and still no

2   interpreter.  So that's what happened.  It was very

3   frustrating.

4          Q.    You were there on the 26th?

5          A.    With him, correct.

6          Q.    Did you spend the night on the 26th?

7          A.    Okay.  The first night I don't think I

8   was there overnight.  Now, I have been there

9   overnight on several days, but the first night I

10  don't think so.  No, I don't think so.

11         Q.    Okay.  Were you there on the 27th?

12         A.    Wow.  Boy that's been a long time.

13  Because, like I said, I didn't have any notes to

14  review, so I'm going from memory here.

15                Okay.  So the first time I went in they

16  admitted him into the hospital and put him in a

17  room.  And so we waited.  It was a long time that

18  we waited.  They went ahead and put him on pain,

19  oh, shoot, what is it?  It's dilod?  I don't know,

20  it's a pain medication, morphine or something, but

21  it's better than that, stronger.  So they had

22  already sedated him.  I mean, that was it.  He was

23  out.  And I was like whoa.  So, again, still no

24  interpreter.  So I'm writing notes.  I'm trying to

25  speech read these people.  It was just frustrating,

1    you know, there was no interpreter there.

2         **Q.   Was the pain medication Dilaudid?**

3         A.   Yeah.  It's used for cancer because the

4    morphine doesn't work.  And he was still hurting.

5    I mean, he's screaming and crying out in pain.  So

6    they knocked it -- knocked it up a notch and gave

7    him something stronger.

8         **Q.   Your understanding of the Dilaudid**

9    **versus morphine is that something that the staff at**

10   **Parkwest told you?**

11        A.   The nurse.  Yeah, I asked the nurse,

12   because the nurse came in because Scott's, he's

13   screaming out in pain when this is going on.  And

14   I'm, like, pointing at the nurse saying he hurts.

15   And they said they were going to give him more.  I

16   will give him more.  And I said fine.

17             THE INTERPRETER:  For the interpreter,

18   who left?

19        A.   The nurse left the room.  Then the

20   nurse came back in with some morphine kind of drip,

21   I guess, I don't know what it is.  But she wheeled

22   it in and stuck it in his arm.  And then Scott was

23   still hurting.  So the nurse said just wait for a

24   bit.  She left.  And I guess they had to talk with

25   the doctor.  The doctor said, okay.  I will give

1    him something up.  So I asked the nurse what is it

2    that they're giving him?  And she wrote the word

3    d-i-l, however you spell it.  And she said it is

4    used for cancer patients.  That's what I know.

5            **Q.    So was your husband telling you that he**

6    **was in pain?**

7            A.    Yes.  In sign language, uh-huh.

8            **Q.    And you told the staff about his pain?**

9            A.    Yes, I did.  Repeatedly.  Repeatedly.

10           **Q.    And they said they would increase his**

11   **medication?**

12           A.    Yes.

13           **Q.    And they told you they would use**

14   **Dilaudid?**

15           A.    They wrote it down.

16           **Q.    But they wrote down the word Dilaudid?**

17           A.    Yes, it was on a white board that's in

18   the hospital room.  You know what I'm talking

19   about, that you go in and you can write on this

20   white board; hello, my name is.  This is your

21   doctor, blah, blah, blah.  So they wrote dilau,

22   however you spell it, they wrote it.  Then they

23   wiped it off.

24           **Q.    Other than pain in his leg, did your**

25   **husband have any -- I'm sorry, did Scott have any**

1    other complaints or concerns that he wanted to

2    express to the staff?

3         A.   Yes.  Yeah.  He really wanted to be

4    able to say something.  Okay.  Scott did not think

5    that the doctor was a good -- was doing a good job.

6    Because the doctor would just -- he would go.  And

7    there wasn't any communication between doctor and

8    patient.  And so, you know, he wrote --

9              THE INTERPRETER:  For the interpreter a

10   clarification.  Who's reading the note?

11        A.   The doctor's reading the chart, Scott's

12   medical chart.  So Scott, I mean, he's wanting to

13   tell the doctor, I mean, is that all? Is this all?

14   I mean, I need something more.  Scott knew or felt

15   that there was something more wrong, but the doctor

16   just was very, just very limited in what he was

17   sharing.  I mean, you know, there's no blood.

18   There's no blood.  That was it.  I mean, it's as

19   simple as that.  And he's like more.  And Scott's

20   wanting more.  He's wanting to communicate with

21   this doctor and he can't.  I mean, it was just one

22   barrier after another.  And I'm trying to get with

23   Scott saying, trying to get what the doctor's

24   saying, trying to get between the two of them.  It

25   was emotional, very emotional for me, very

1    emotional.  So frustrating.

2          Q.   Did Dr. Pollock tell you that Scott had

3    a blood clot?

4          A.   Yes, he told me that.

5          Q.   Did he tell you that -- back up.

6               Did you explain to Scott that Dr.

7    Pollock believed he had a blood clot?

8          A.   I tried to tell him.  I mean, the best

9    of my understanding of what was going on.

10         Q.   And Scott knows what a blood clot is?

11         A.   Yes.

12         Q.   Did Scott want something more for his

13   pain?

14         A.   No.  The information is what he wanted.

15   I mean, what was causing what was going on.  Why is

16   this happened?  And what happened?  And why is it

17   going on?  I mean, but the doctor just said, no

18   blood, no blood, no blood.

19         Q.   Well, is it true that both you and

20   Scott knew that Scott had fallen and hurt his leg?

21         A.   Yes, he fell.

22         Q.   And you knew that that fall resulted in

23   him having a blood clot?

24         A.   Yeah.  Good question.  I don't know.  I

25   have no idea.

1        Q.    Well, did any -- did Dr. Pollock say

2    that the fall had anything to do with the blood

3    clot?

4        A.    No.

5        Q.    Did you assume that the fall had

6    something to do with the blood clot?

7        A.    I asked the doctor using my voice, did

8    the fall cause it?  And doctor shook his head no.

9        Q.    So you asked the doctor whether or not

10   the fall had caused the blood clot and the doctor

11   told you no?

12       A.    Correct.

13       Q.    Did the doctor say that your husband's

14   smoking, I'm sorry, that Scott's smoking had

15   anything to do with the blood clot?

16       A.    One of the factors is what he said.

17       Q.    Did he give you any other factors as to

18   what would be causing the blood clot?

19       A.    No, no.

20       Q.    Did you communicate to your husband

21   that the doctor thought the smoking could be one of

22   the factors causing the blood clot?

23       A.    No, because it's not the right time.  I

24   mean, this -- he's very emotional at that time.

25   He's having an emotional thing.  I'm going to say;

1    by the way, you're smoking, no, uh-uh.

2          Q.    Is that something you eventually told

3    Scott?

4          A.    Way later.

5          Q.    Like after he was discharged from the

6    hospital?

7          A.    Yeah, something like that.

8          Q.    Did any other healthcare provider like

9    a nurse or anyone else offer any opinions as to

10   what had caused the blood clot?

11         A.    No, no, there was no communication.

12         Q.    On the first day that Scott was at the

13   hospital, was VRI used?

14         A.    No.  The first day, I mean, which

15   hospital are we talking about?

16         Q.    Parkwest.

17         A.    No.

18         Q.    And I'm sorry, I can't remember.  Did

19   you spend the night on the 26th?

20         A.    I may have.  I really can't remember.

21   I mean, I did stay with him overnight on several

22   nights, but I can't remember which one.

23         Q.    Okay.  Do you remember if you spent the

24   night on the 27th?

25         A.    Wow, I would say yes, maybe.  I don't

1    know.

2         Q.    What about the 28th?

3         A.    Okay.  So when I stayed with him it was

4    one night.  So several nights, I would --

5              THE INTERPRETER:  For the interpreter,

6    for the interpreter's clarification.  Several

7    nights she stayed overnight.

8         A.    I would stay with him overnight one

9    night.  Then I would leave.  And someone else would

10   come and replace me.  And I would do what I needed

11   to do throughout the day.  And then two or three

12   days later I would come back and then spend the

13   night again.  So it was just one night at a time,

14   it wasn't consecutive nights.

15        Q.    Did you stay the night with him the

16   night before he was discharged?

17        A.    Yes, yes, yes.  I remember that because

18   the following morning was a rude awakening.

19        Q.    Tell me about that.

20        A.    Okay.  So the doctor came in.  It was

21   early in the morning.  Scott was still sedated, all

22   foggy and stuff.  And what is it the machine, they

23   took out the machine to clean the clot.  They took

24   it out.  And I stayed the night.  And the doctor

25   came in and asked, excuse me, the doctor came in.

1    He did this, like, okay sign that people will use.

2    Scott didn't understand.  His eyes would not open

3    all the way.  Then Scott using sign language used

4    the sign for pain.  I'm in pain.  I'm in pain.  I'm

5    in pain.  I hurt.  Okay.  So he wrote a

6    prescription -- the doctor wrote a prescription,

7    said he would write a prescription.  And then the

8    doctor looked at Scott, but first the doctor looked

9    at me like he wanted to go home.  He's acting like

10   he wants to go home.  Excuse me.

11            THE INTERPRETER:  The interpreter is

12   going to correct the interpretation.

13            A.   The doctor asked me:  Does he want to

14   go home?  And I answered, I don't know.  So then

15   the doctor looked at Scott and got up right in his

16   face with his mouth over enunciating his words

17   saying, do you want to go home?  And I was standing

18   right there.  And the doctor's bent over into his

19   face, right in his face.  And I thought geeze.  So

20   then the doctor stood upright.  Okay?  Scott shook

21   his head acknowledging yes, thinking he was

22   acknowledging that he was in pain.  And because he

23   thought the doctor said are you in pain?  Or excuse

24   me, not pain, are you hurting?  But the doctor was

25   saying home.  Scott thinks he's saying hurting.

1    Because if you look at the mouth for home and

2    hurting, they look very similar on the mouth.  So

3    Scott responds yes by shaking his head up and down.

4    The doctor does the sign for okay that the general

5    population uses for okay.  And he said, he would

6    send the nurse.  And I tried to catch what he was

7    saying by speech reading him.  He said nurse will

8    come with discharge papers.  And he left.

9             But now right before he left, I said

10   his feet are purple.  Why are his feet purple?  And

11   the doctor said, it will be fine.  And he used that

12   sign that the general population uses for okay and

13   shook his head up and down.  Then the doctor left

14   the room.  So we waited.  I tried to explain to

15   Scott, you want to go home?  But your foot's

16   purple.  And he's like, no.  Well, but they're

17   bringing papers for you to sign.  There was

18   definitely miscommunication and misunderstanding.

19   I mean, his foot is still purple.  And he can't

20   even stand up straight.  He's all, like,

21   disoriented, just all disoriented.  And the doctor

22   is going to let him go? I don't know.  So they

23   brought the paper and that was it.  And that was a

24   rude awakening for the doctor with the getting in

25   the face, do you want to go home, over enunciating

1    it like that.  I didn't think that that was

2    appropriate.

3          Q.   Did you attempt to explain to Dr.

4    Pollock that your husband did not want to go home?

5          A.   Yes, I tried to communicate with him.

6    But the doctor just ignored me and listened to

7    Scott, because Scott shook his head up and down

8    that he wanted to go home, which is clearly a

9    misunderstanding.

10          Q.   Did you use words to tell Dr. Pollock

11    that he did not want to go home?

12          A.   No, I told the doctor because the

13    doctor asked Scott the question:  Do you want to go

14    home?  Scott shook his head up and down indicating

15    yes.  I told the doctor he hurts.  He hurts.  And

16    doctor said okay.  And he said, I'll write a

17    prescription and send the nurse with the discharge

18    papers.

19          Q.   Did you tell the doctor that Scott did

20    not want to go home?

21          A.   Yes, I tried, but the doctor --

22          Q.   I want to be more specific.  Did she

23    tell the doctor Scott does not want to go home?

24          A.   No.

25          Q.   Well, did you use other words to inform

1    the doctor that Scott did not want to go home?

2          A.    No.  I said he was hurting.

3          Q.    The only thing you told the doctor was

4    that Scott was hurting?

5          A.    Yes, repeatedly.

6          Q.    Is there any reason why you didn't tell

7    the doctor that Scott did not want to go home?

8          A.    I tried.  I tried, but he just ignored

9    me, I mean, and walked off.

10          Q.    What I'm trying to find out is that

11    other than saying that Scott was hurting, did she

12    use any other method of trying to tell the doctor

13    that Scott did not want to go home?

14          A.    I was trying to tell the doctor, and I

15    was saying, he doesn't want.  He doesn't want it.

16    He hurts.  He hurts.  He needs medicine.  He's

17    screaming out in pain, but the doctor just ignored

18    me and walked off.

19          Q.    Was it your understanding that Scott

20    wanted to stay in the hospital or that Scott wanted

21    something for his pain?

22          A.    He wanted to stay.

23          Q.    Did Scott tell you he wanted to stay?

24          A.    He did not tell me, no, that he wanted

25    to stay.  And I can tell.  I could tell he was in

1    pain.  He couldn't even walk.  I mean, and I've

2    never heard of a patient that couldn't walk, you

3    know, and then they discharge the patient?

4          **Q.    So is it true that Scott never told you**

5    **that he wanted to stay in the hospital?**

6          A.    No, he was confused.  He was just

7    confused.  He was just following me.  I mean, he

8    didn't know what was going on.  And the nurse, I

9    mean, she had -- the nurse had to carry him into

10   the car.

11         **Q.    And my question is, and this is just**

12   **yes or no.  Did Scott ever tell you that he wanted**

13   **to stay in the hospital?**

14         A.    Yes.

15         **Q.    When?**

16         A.    It was that day.  I mean, he's sitting

17   in the car.  The nurse has to manhandle him into

18   the vehicle.  And I'm like why?  Why?

19               THE INTERPRETER:  Oh, excuse me.

20   Sorry.  The Interpreter wants to correct.

21         A.    Scott was saying why?  I don't want to

22   go.

23         **Q.    Did he say this in the car or did he**

24   **say this in the room?**

25         A.    In the car.

1      Q.   When he said this in the car, was
2   anybody from Parkwest present?
3      A.   It was just the two of us.
4      Q.   Is that the only time he objected to
5   leaving the hospital?
6      A.   No, that was the only time.
7      Q.   So that was the only time?
8      A.   In the car.  And then all he could
9   think about was the pain he was experiencing in his
10  leg.
11     Q.   I'm just trying to understand this.  So
12  it's true that the time, the only time you remember
13  him saying that he wanted to stay at the hospital
14  was with you in the car?
15     A.   In the car, correct.
16     Q.   So that's a yes?
17     A.   Yes.  Sorry.
18     Q.   All right.  Did you ask for an
19  interpreter that morning?
20     A.   Yes.  Again, and again, and again, and
21  again.  It was repeatedly asking for an interpreter
22  every single day.
23     Q.   Was VRI ever used while you were in the
24  hospital?
25     A.   Yes.

1      Q.   When do you remember VRI being used?

2      A.   Oh, probably, let me see, the 27th,

3  28th.  Maybe the 28th?  And maybe the 29th?  They

4  brought that VRI machine with the interpreter in,

5  yeah.

6      Q.   How did that go?

7      A.   No.  It was an epic fail.

8      Q.   In what way?

9      A.   It froze.  It froze.  So they would

10  hang up.  Call again.  It was the same person, same

11  interpreter that came up on the screen.  And it

12  just froze like mid sign.  And, yup, we couldn't

13  understand anything.

14     Q.   Was that on each occasion it was used?

15     A.   Yes, it froze every time.

16     Q.   So the VRI never ever worked while you

17  were in the hospital?

18     A.   No, never worked.

19     Q.   Was the interpreter present in the

20  hospital?

21     A.   In Parkwest?

22     Q.   Yeah.

23     A.   No.  In person you mean?

24     Q.   Yes.

25     A.   No.

1          Q.   Have you spoken with your daughter

2    about or Scott about the first visit to Parkwest on

3    the 24th?

4          A.   I mean, I told my daughter that her dad

5    was in the hospital.  But I mean, what do you mean

6    by, did I talk to her?

7          Q.   Is it your understanding she was

8    present with your -- I'm sorry, with Scott on the

9    first visit to Parkwest?

10         A.   No, no, it was just me and Scott.  The

11   first time we were at Parkwest was Scott and the

12   daughter.  The second time was Scott and I, just

13   the two of us.

14         Q.   I'm talking about the first visit.

15         A.   Yes.  So the first visit was with his

16   daughter, correct.

17         Q.   What is your understanding of what

18   happened on the first visit?

19         A.   Okay.  So they did an x-ray and they

20   didn't find anything.  And they thought maybe he

21   had arthritis.  I don't know.  So they discharged

22   him, sent him home.  And then the next day it got

23   worse.  So he went to Lenoir City to the hospital

24   there.

25         Q.   Do you know whether or not an

1     interpreter was requested on the first visit to

2     Parkwest?

3              A.   I mean, I wasn't there, so I don't

4     know.

5              Q.   Do you know whether or not your

6     daughter translated what the -- translated for

7     your, I'm sorry, for Scott on that first visit to

8     Parkwest?

9              A.   Yes.

10             Q.   Are you aware of any problems with that

11    communication?

12             A.   Yeah, I'm pretty sure.

13             Q.   Do you know what types of problems they

14    had?

15             A.   For example, my daughter is not a

16    professional interpreter.  So my daughter typically

17    hears what a person is saying and then does her

18    best to interpret.  So she doesn't know how to

19    listen and interpret at the same time.  She doesn't

20    know how to do that.  She has to hear what's being

21    said first, then try to remember what they said and

22    provide the interpretation.  So, yeah, the

23    communication was not good.  My daughter is not a

24    professional interpreter.

25             Q.   But you weren't there.

1          A.   No, I wasn't there.  But I have seen

2    it.  I've seen my daughter try to interpret and

3    she's not a professional.

4          Q.   **Do you feel like you're better at**

5    **translating for Scott than she is?**

6          A.   My daughter.

7          Q.   **She's better at translating?**

8          A.   Yeah, she's better than me, of course.

9          Q.   **Other than the catheter issue, was**

10   **there ever an occasion, while you were at the**

11   **hospital, where you were not able to communicate to**

12   **Scott what either a doctor or a nurse was saying?**

13         A.   So you mean when they had -- they put a

14   catheter in his penis?  Is that what you're talking

15   about?  What catheter situation are you talking

16   about?

17         Q.   **You had mentioned earlier about Scott**

18   **not understanding what the catheter was going to be**

19   **used for.  Is that true?**

20         A.   No, I didn't say anything about that.

21         Q.   **All right.  Back up then.  Was there**

22   **ever anything that the doctor or nurse was telling**

23   **you that you were not able to communicate to Scott?**

24         A.   Yes.

25         Q.   **Tell me about that.**

1          A.   Well, I couldn't get everything that

2    they were saying in the first place, so I was just

3    picking up a few things here and there and then

4    trying to share that with Scott.  And when my

5    daughter wasn't there, it was even more difficult

6    to try to navigate that.  The communication was not

7    appropriate.  It was not accurate.

8          **Q.   Can you remember anything specifically**

9    **that they told you that you were not able to**

10   **communicate to Scott?**

11              MR. ROZYNSKI:  Objection to form.

12              You can answer.

13              THE INTERPRETER:  The interpreter needs

14   the question again, please.

15              MR. YOUNG:  What's wrong with the form?

16              MR. ROZYNSKI:  She said she couldn't

17   pick up all the words that were being said, and

18   then you're asking about the foundation -- you're

19   asking a deaf person what is it that the nurse

20   would have wanted to communicate to her that she

21   couldn't interpret.  So she already established

22   that she couldn't.

23              MR. YOUNG:  That's kind of a speaking

24   objection in some ways, in my opinion.

25              MR. ROZYNSKI:  You're asking me what

1   the basis is.

2                    MR. YOUNG:  Well, I am, but I'm asking

3   if she has a personal recollection of anything that

4   she was told by a doctor or a nurse that she was

5   unable to communicate to Scott.  I don't see

6   anything wrong with that.

7                    MR. ROZYNSKI:  She already testified

8   she couldn't understand them.

9                    MR. YOUNG:  That's not what she said.

10  You're misstating her testimony.  She said she was

11  not getting everything.  I'm trying to find out if

12  she's getting anything that she was unable to

13  communicate to Scott.

14                    THE INTERPRETER:  You have to give me

15  the question again.  I don't remember.

16       **Q.   Was there anything that was told to you**

17  **by either the nurse, or the nurses or the doctor**

18  **that you were unable to communicate to Scott that**

19  **you can remember specifically?**

20                    MR. ROZYNSKI:  Objection to form.

21                    MR. YOUNG:  Well, it's an improper

22  objection.

23       A.   Yes.

24       **Q.   What was that?**

25       A.   I can't remember because there was so

1   much communication, and there was this happening,

2   and that happening, and yeah.  I mean, there were

3   IVs all over.  There was lines dripping.  I have no

4   idea.

5        Q.  So it's true you can not remember

6   anything specifically that a nurse or a doctor told

7   you that you were not able to communicate to Scott?

8        A.  The only thing that I can think of was

9   that morning of discharge when the doctor said, do

10  you want, you know, when he over enunciated his

11  speech.  That's the only thing that I can think of.

12  Prior to that, it's just a whirlwind of stuff, but

13  that morning does stand out.

14       Q.  All right.  Was there anything that

15  Scott told you that you were unable to communicate

16  to either the nurses or doctors at Parkwest?

17       A.  Yes.  Scott wanted me to tell them,

18  using his language, and I'm trying to put it in

19  their language.  I'm not exactly sure how to say

20  it, because I'm not an interpreter.  I'm not the

21  best person to interpret between him and his

22  medical providers.

23       Q.  Can you remember anything specifically

24  that he told you that you were not able to tell the

25  nurses or staff at Parkwest?

1          A.    Okay.  So when that machine that they

2    brought in, that -- and they put it inside his leg

3    to, like, clean the clot.  And he kept indicating

4    that spot, because he's not supposed to move his

5    leg.  And the nurse kept holding him down with her

6    hands saying in over enunciating her words saying

7    don't move and holding her hand down on him.  And

8    he's trying to move himself because he was in pain.

9    So, and that machine, it's goes underneath your

10   skin.  And it, I guess, it, like, it does something

11   really strong inside there.  And the doctor said

12   there will be pain.  So Scott is, like, you know,

13   get this off of me.  And how do I -- I mean,

14   they're saying stuff, you know, under his leg or

15   something about poking under his leg.  And what do

16   I do with this?  I don't have any idea.  It was

17   hard.

18          Q.    Did Scott understand the machine was

19   there to help remove the blood clot from his leg?

20          A.    No, no.  I had to tell him over time.

21   Every time his eyes opened and he would -- he could

22   feel like this poking, like, this pricking on his

23   leg.  And he would indicate, point to his leg and I

24   would be, like, pay attention to me.  It's helping

25   clean your blood.  That's what I would tell him.

1   And then boom, he's back out to sleep.  He'd pass

2   out again.  Then he would wake up again and point

3   to his leg violently.  And I would say, calm down.

4   They're cleaning.  And it's just no, uh-uh.  It was

5   just Scott was not himself.  He was under so much

6   medication.

7           Q.   So he was under a tremendous amount of

8   pain medicine and sedative drugs?

9           A.   Yes.  Yeah, they kept him all foggy.

10          Q.   But when he would wake up and he would

11  be agitated, you would calm him down by telling him

12  that they're trying to clean out his leg with the

13  machine?

14          A.   Correct.

15          Q.   And then he would fall asleep?

16          A.   Correct, yes.

17          Q.   And that process repeated itself while

18  the machine was doing the work?

19          A.   Correct.

20               MR. YOUNG:  Let me speak with my

21  co-counsel. No.  Actually, I have one more thing I

22  want to go through.

23          Q.   After he left the hospital, did you

24  drop him off at his girlfriend's house?

25          A.   Well, actually, we met half way, and

1  then we swamped him to a different car.

2      Q.   Did you see him -- when was the next

3  time you saw him after you dropped him off at his

4  girlfriend's?

5      A.   I think I went to visit him, and it was

6  in Knoxville.  And I'm trying to think if he was --

7  if it was before therapy or after therapy.  I want

8  to say it was before therapy and I went.  And he's,

9  again, crying out in pain, just tossing and

10  turning, could not settle.  We did not know what to

11  do.  We did not know what to do.

12      Q.   You took him to therapy?

13      A.   No, no, no.  The therapist came.  They

14  came to his place.

15      Q.   His house?

16      A.   Well, it was actually his girlfriend's

17  apartment.

18      Q.   So you're present when the therapist

19  came to his apartment?

20      A.   No, no, no, no, no. The therapist

21  wasn't there.  I was trying to remember if it was

22  before the therapist had come to visit him or after

23  the therapist had come to visit.  But, yes, I did

24  go visit him.  And the purple coloring had moved up

25  further in the leg.  So it was significantly worse

1  than when I had seen it previously.  And we're

2  talking after he left the hospital, after he's

3  discharged.  So he's at home with his girlfriend at

4  the apartment.  And I don't know, two or three days

5  later, I go to visit him and I'm, like, the purple

6  has moved up his leg.

7         Q.   Do you know when he went to the doctor

8  after that?

9         A.   Two days later?  One day later?  Give

10  or take, yeah.  Because he went to his primary

11  doctor.  And the doctor saw the foot and said it

12  looks like compression blood.  Okay.

13              THE INTERPRETER:  So Miss Tomei is

14  saying compression blood.

15         A.   It looks like the blood is compressed.

16  And because the primary doctor saw white spots,

17  like, light colored spots on his foot.  So his foot

18  was purple, but there was these light-colored spots

19  on his foot and he said that's compression.  Go

20  back to the hospital.

21         Q.   Was there any discussion about seeing a

22  doctor sooner than that?

23              THE INTERPRETER:  For the interpreter,

24  any discussion between whom, please?

25         Q.   Amongst Scott, or his girlfriend or

1    Miss Tomei about him seeing a doctor before going

2    to his primary care physicians?

3         A.   No, just the primary.  Just the

4    primary.

5         Q.   Did you go over any of the discharge

6    paperwork with Scott prior to him leaving the

7    hospital?

8         A.   No, no.

9              MR. YOUNG:  Do we have Exhibits 11

10   through 14 here?

11        Q.   The signatures, do you know whose --

12        A.   You mean this one right here?

13        Q.   Yes.  That's yours?

14        A.   That's mine.  That's mine.  That's

15   mine.  That's mine and that's mine.

16        Q.   So would you have reviewed these

17   documents before you signed them?

18        A.   Some, some.

19        Q.   Okay.  Do you have any idea which ones

20   you reviewed?

21        A.   No, no, no, because he couldn't stand

22   up straight.  So he's sitting.  He couldn't sit

23   straight.  So he's leaning on me while I'm trying

24   to navigate these papers.  And they're telling me

25   to sign.  And I'm holding him up with one arm and

1    signing with my other arm while the nurse held the

2    paper.  But there was no discussion about these

3    papers saying you need to do this, this is what

4    this is.  They just handed me the papers.  And I'm

5    trying to sign while holding him up.  It was bad.

6         Q.   Do you remember providing the staff

7    with a code that could be used to access Scott's

8    medical records?

9         A.   No, no.

10        Q.   Did you understand that if you had an

11   objection to him being discharged you could have

12   said something?

13        A.   No.

14        Q.   Let me see those exhibits for a moment.

15             (Witness Complies.)

16        Q.   Can you review Exhibit 14, please?

17             (Witness Complies.)

18        A.   Okay.  So I don't see a number 14.

19   What is that, because I see four, but I don't see a

20   number 14.

21        Q.   That's just the number of the exhibit.

22        A.   Oh, okay.  Sorry.  Okay.  What am I

23   supposed to do with this?

24        Q.   If you can review that document.

25        A.   You want me to read the whole thing?

1          Q.   Yes.  What's your understanding of what

2     that document is?

3          A.   It's just talking about discharge.  And

4     if you have -- if the patient has rights to stay,

5     or to leave, go home.  And the patient can appeal

6     the decision if they're not satisfied.

7          Q.   Did you review that document at all

8     prior to signing it?

9          A.   No.

10         Q.   If you had known what that document was

11    when you signed it, would you have objected at that

12    point to him being discharged or had y'all already

13    reached a decision to go home?

14         A.   Yes.

15         Q.   Yes to what?

16         A.   Yes, Scott would have stayed.

17         Q.   Okay.  Isn't it true you're basing that

18    comment on what he told you in the car?

19         A.   Yes, yes.

20         Q.   Okay.  Did you have any communications

21    with a social worker before you left?

22         A.   Yes.  One came in, but then she left.

23         Q.   Did she talk to you about setting up

24    home healthcare?

25         A.   Okay.  So the social worker came in,

1    said something.  I told her I can't hear and she

2    left and that was it.

3         Q.   Did you ever tell her that you're going

4    to be helping take care of Scott after he left?

5         A.   No.  I think the social worker was

6    looking for an interpreter maybe?  Because she came

7    in, spoke, and she indicated -- she acknowledged

8    that I couldn't hear and she walked out of the

9    room.  And I was just focused on Scott and what he

10   needed.

11             And then the nurse brought in a walker.

12   And I'm thinking, he can't walk.  But she brought a

13   walker in ready for him to be discharged.

14        Q.   Do you remember him undergoing physical

15   therapy?

16        A.   You mean after discharge?

17        Q.   No, no, at the hospital.  The morning

18   of the 30th?

19        A.   No, no.  I mean, he couldn't move.  He

20   couldn't even move his leg.

21        Q.   Not even with the assistance of a

22   walker?

23        A.   No, no.

24        Q.   Do you remember a physical therapist

25   being there at all?

1          A.   No.  Just the social worker, and I

2     think, I think, she was a social worker.  I have no

3     idea.  She came in, said something and then left.

4          Q.   **Do you remember telling the staff that**

5     **he does not have steps on the main level of his**

6     **home and he could do physical therapy at his home?**

7          A.   Okay.  I remember saying that his home

8     did not have any stairs.  But I was assuming that

9     he was going to be staying in his home, but the

10    girlfriend has quite a few stairs to get up to her

11    place.  And I told the therapist that the

12    girlfriend's apartment has quite a long staircase,

13    but his home didn't have any.

14         Q.   **Did you ever have any conversations**

15    **with the physical therapist about him undergoing**

16    **physical therapy at his home?**

17         A.   No, no.

18         Q.   **At discharge did you get any -- did**

19    **they tell you about anything to look for with**

20    **regard to his foot, as to whether or not a medical**

21    **professional should be contacted?**

22         A.   No.

23         Q.   **Did you ask about anything you should**

24    **look for with regard to his foot after you leave?**

25         A.   No.

1          Q.    Are you a smoker?

2          A.    I used to but I stopped about seven

3    years ago.

4                MR. YOUNG: All right.  Let's break for,

5    like, four minutes and I think we're going to be

6    done.

7                MR. ROZYNSKI:  Okay.

8                (A recess transpired.)

9                MR. YOUNG:  We're back on.

10         Q.    Do you live near your husband?

11         A.    Yes.

12         Q.    Do you recall telling the social worker

13   that you did live near him?

14         A.    No, no, I didn't tell the social worker

15   that, that I lived near my husband, no.  No, the

16   social worker came in and left.

17         Q.    Do you recall providing the social

18   worker with your phone number?

19         A.    No.

20         Q.    Do you know how she would have gotten

21   your phone number if you hadn't given it to her?

22         A.    I don't know.  Maybe from the records?

23   And she just copied it down from his records.  I

24   mean, because she did say something, but I

25   indicated I can't hear.  Her eyebrows went up.  She

1    went, oh.  And she walked out.  So maybe she was

2    looking for an interpreter or something.  I don't

3    know.

4         **Q.  Are you certain there was never an**

5    **interpreter present at all at any point in time on**

6    **the 30th?**

7         A.   Yeah, there was no interpreter at

8    Parkwest.  None.

9         **Q.  You don't think you told anyone that**

10   **you would be -- that you would be a resource for**

11   **Scott after he left the hospital, as far as keeping**

12   **an eye on him or helping to take care of him?**

13        A.   No.

14        **Q.  Was there -- are you aware there being**

15   **any night that neither you nor your daughter spent**

16   **the night at the hospital?**

17        A.   So do you mean was he ever alone in the

18   hospital room?  Is that what you're asking me?

19        **Q.  No.  What I'm asking is:  Was there**

20   **ever -- back up.**

21            **It's my understanding that your**

22   **daughter spent one night with him at the hospital.**

23        A.   No.

24        **Q.  You don't think your daughter ever**

25   **spent the night in the hospital?**

```
 1           A.    No.  She was pregnant at the time.  I

 2    mean, for, like, two months -- she was two months

 3    pregnant at the time.

 4           Q.    If she has -- assuming she had

 5    previously testified that she did spend the night

 6    at the hospital, was that something you would

 7    dispute?

 8           A.    Okay.  So she did stay but she didn't

 9    sleep.  I mean, she was up all night.

10           Q.    That's what I mean.

11           A.    Oh, okay.  Well, that's a

12    misunderstanding, sorry.  Yeah, she stayed, but she

13    didn't sleep.

14           Q.    Okay.  Are you aware there being a

15    night where neither you nor your daughter did not

16    stay through the night at the hospital?

17           A.    Maybe his girlfriend did one or two,

18    possibly.

19           Q.    Well, you believe you spent two nights

20    in the hospital, right?

21           A.    Yeah, two or three.

22           Q.    Okay.  And he was only in the hospital

23    for four nights, right?

24           A.    It seems, yeah.  It seems like a long

25    time.
```

1          Q.    He got in on the 26th and he left on

2    the 30th?

3          A.    Okay.  Well, sounds about right.

4          Q.    Okay.  So if your daughter spent one

5    night, and you spent two or three nights, are you

6    aware of any night where neither you nor your

7    daughter were present?

8          A.    Okay.  So the second visit at Parkwest

9    it seems like he was there a week.  It seems like

10   it.  But maybe I stayed two or three nights.  I

11   don't remember who stays what nights.

12         Q.    Okay.

13         A.    My daughter stayed for one night for

14   sure.  Okay.  So -- and she stayed up the whole

15   night.  And like I said, I was there two or three

16   nights.  Maybe the girlfriend was there for a

17   night?  I don't know.

18               MR. YOUNG:  Okay.  I think that's all I

19   have.

20               MR. ROZYNSKI:  Thank you.

21               (Deposition was concluded at 12:20

22   p.m.)

23

24

25

```
 1              C E R T I F I C A T E

 2   STATE OF TENNESSEE

 3   COUNTY OF KNOX

 4          I, Catherine Golembeski, Licensed Court

 5   Reporter and Registered Professional Reporter, do

 6   hereby certify that I reported in machine shorthand

 7   the deposition of LEIGHA TOMEI, called as a witness

 8   at the instance of the Defendants, that the said

 9   witness was duly sworn by me; that the reading and

10   subscribing of the deposition by the witness was

11   waived; that the foregoing pages were transcribed

12   under my personal supervision and constitute a true

13   and accurate record of the deposition of said

14   witness.

15          I further certify that I am not an attorney

16   or counsel of any of the parties, nor an employee

17   or relative of any attorney or counsel connected

18   with the action, nor financially interested in the

19   action.

20                       *Cathy J. Golembeski*

21                       _____
                         Catherine Golembeski, LCR# 778
22                       Registered Professional Reporter

23

24

25
```

**1**

**100** 8:9

**10:20** 5:2

**11** 51:9

**12:20** 59:21

**14** 51:10 52:16,18,
20

**15** 19:20,25 20:10

**16** 8:2

**17th** 4:5

**2**

**20** 17:21 19:20
20:1,10

**2013** 11:11

**2017** 17:22 18:13,
17 19:3 21:22

**2018** 7:7

**2019** 4:5 17:21

**224** 7:16

**2300** 4:7

**24th** 21:22 22:5
41:3

**25** 7:22

**25th** 22:6

**26th** 22:6,7 26:4,6
32:19 59:1

**27th** 26:11 32:24
40:2

**28th** 33:2 40:3

**29th** 40:3

**3**

**30th** 54:18 57:6
59:2

**37774** 7:16

**37901** 4:8

**5**

**55** 9:17

**7**

**70** 9:1,4,6,10

**8**

**800** 4:6

**A**

**a.m.** 5:2

**absolutely** 12:22

**access** 22:16 52:7

**accident** 22:3

**account** 12:4

**accurate** 19:21
44:7

**acknowledged**
54:7

**acknowledging**
34:21,22

**acting** 34:9

**add** 8:7

**address** 7:15

**adequately** 16:23
17:15

**admitted** 26:16

**agitated** 48:11

**agreed** 4:11,20

**ahead** 26:18

**aid** 11:18,24 16:10

**ambulance** 23:17,
18 24:21

**amount** 48:7

**and/or** 19:19

**apartment** 49:17,
19 50:4 55:12

**appeal** 53:5

**application** 7:1
16:10

**appointment**
11:12 12:16 16:16

**appointments**
10:16 16:14,20,22

**arduous** 11:4

**arm** 27:22 51:25
52:1

**Arnett** 4:6

**arrived** 22:9 23:8

**arthritis** 41:21

**ASL** 9:14

**asleep** 48:15

**assignments** 15:3

**assistance** 54:21

**assume** 31:5

**assuming** 55:8
58:4

**attempt** 24:12 36:3

**attempted** 24:17

**attention** 47:24

**attorneys** 5:19

**awakening** 33:18
35:24

**aware** 42:10 57:14
58:14 59:6

**awful** 19:5,13 24:11

**B**

**baby** 12:19

**baby-sitting** 12:19

**back** 7:15 10:7,10
16:21,24 17:6,9,12
18:12 21:6,8 27:20
30:5 33:12 43:21
48:1 50:20 56:9
57:20

**bad** 52:5

**bakery** 10:7

**bank** 11:23,24 12:3

**barrier** 29:22

**basing** 53:17

**basis** 9:15 45:1

**began** 5:2

**believed** 30:7

**benefits** 6:12,18
7:4 21:10

**bent** 34:18

**big** 15:11

**bit** 18:4 27:24

**blah** 28:21

**blood** 23:6 24:16
25:23 29:17,18
30:3,7,10,18,23
31:2,6,10,15,18,22
32:10 47:19,25
50:12,14,15

**blood's** 24:15

**board** 28:17,20

**books** 15:15

**boom** 48:1

**boss** 6:20,22,24

**Boy** 26:12

**boyfriend** 7:18

**boyfriend's** 7:19

**brain** 8:18,21

**break** 56:4

**bringing** 35:17

**brought** 12:6,8,12
25:5 35:23 40:4
47:2 54:11,12

**bunch** 13:18

**bypasses** 8:17

**C**

**calendar** 18:19

**calendars** 18:11

**Call** 40:10

**called** 5:8

**calm** 48:3,11

**cancer** 27:3 28:4

**caption** 4:18

**car** 38:10,17,23,25
39:1,8,14,15 49:1
53:18

**care** 8:3 10:12,14
51:2 54:4 57:12

**carry** 38:9

**catch** 35:6

**Catherine** 4:8,12

**catheter** 43:9,14,
15,18

**caused** 31:10
32:10

**causing** 30:15
31:18,22

**Center** 5:17

**certificate** 4:18

**changed** 14:6

**chart** 29:11,12

**checked** 25:23

**children** 16:16
17:8

**children's** 17:14

**circulation** 23:20
24:3

**City** 6:16 7:11 10:6
22:4,8,9 41:23

**Civil** 4:4

**clarification** 29:10
33:6

**clean** 33:23 47:3,25
48:12

**cleaning** 48:4

**closing** 9:8

**clot** 30:3,7,10,23
31:3,6,10,15,18,22
32:10 33:23 47:3,19

**co-counsel** 48:21

**cochlear** 8:14

**code** 52:7

**college** 14:2,18
20:3,4 21:5

**collegiate** 21:8

**colored** 50:17

**coloring** 49:24

**comment** 53:18

**communicate** 6:21 10:22 16:3 17:1,14 23:22 29:20 31:20 36:5 43:11,23 44:10,20 45:5,13,18 46:7,15

**communicating** 16:23

**communication** 6:19,20 19:12,13 23:4 24:10 29:7 32:11 42:11,23 44:6 46:1

**communications** 53:20

**complaints** 29:1

**Complies** 52:15,17

**compressed** 50:15

**compression** 50:12,14,19

**concerns** 29:1

**concluded** 59:21

**confused** 24:5 38:6,7

**consecutive** 33:14

**constantly** 9:22

**contacted** 55:21

**conversations** 55:14

**copied** 21:6 56:23

**correct** 7:25 9:3 23:21 26:5 31:12 34:12 38:20 39:15 41:16 48:14,16,19

**count** 13:1

**couple** 5:19

**court** 4:13 6:1

**Covenant** 5:17

**crying** 27:5 49:9

**customers** 6:21,24

**D**

**d-i-l** 28:3

**dad** 41:4

**daughter** 7:18,21, 23 8:6 16:13 17:6 19:16,19 21:24 41:1,4,12,16 42:6, 15,16,23 43:2,6 44:5 57:15,22,24 58:15 59:4,7,13

**day** 4:5 10:12,14,19 18:8,24 20:5 32:12, 14 33:11 38:16 39:22 41:22 50:9

**days** 18:25 26:9 33:12 50:4,9

**deaf** 44:19

**December** 4:5

**decided** 6:23

**decision** 53:6,13

**Defendants** 4:3 5:9,16

**degree** 14:8

**Dekalb** 14:6

**deposed** 5:10

**deposition** 4:2,11 5:20,21,24 6:11 18:11 59:21

**Devin** 5:18

**diabetes** 11:17

**diabetic** 10:19 11:12

**difficult** 44:5

**difficulty** 15:22,23

**dilau** 28:21

**Dilaudid** 27:2,8 28:14,16

**dilod** 26:19

**directly** 8:18,21

**discharge** 35:8 36:17 38:3 46:9 51:5 53:3 54:16

55:18

**discharged** 21:18 23:15,16 32:5 33:16 41:21 50:3 52:11 53:12 54:13

**discovery** 4:4

**discussion** 50:21, 24 52:2

**disoriented** 35:21

**dispute** 58:7

**Doc** 17:7

**doctor** 10:22,25 11:3,7,8,10,15,16, 22 12:22 16:19 17:2,4,9,10 27:25 28:21 29:5,6,7,13, 15,21 30:17 31:7,8, 9,10,13,21 33:20, 24,25 34:6,8,13,15, 20,23,24 35:4,11, 13,21,24 36:6,12, 13,15,16,19,21,23 37:1,3,7,12,14,17 43:12,22 45:4,17 46:6,9 47:11 50:7, 11,16,22 51:1

**doctor's** 10:21 11:5 29:11,23 34:18

**doctors** 11:17,20 17:13,14 20:24 46:16

**doctors'** 16:20

**document** 52:24 53:2,7,10

**documents** 18:19, 21 51:17

**doors** 9:8

**Draper** 4:6

**drip** 27:20

**dripping** 46:3

**drop** 48:24

**dropped** 49:3

**drugs** 48:8

**duly** 5:4,6,9

**E**

**ear** 8:17

**earlier** 43:17

**early** 33:21

**ears** 8:19

**education** 14:1

**effective** 10:5

**emotional** 29:25 30:1 31:24,25

**end** 21:23

**English** 15:5,8,15

**enunciated** 46:10

**enunciating** 34:16 35:25 47:6

**environmental** 9:7,11

**epic** 40:7

**established** 44:21

**events** 20:13

**eventually** 32:2

**EXAMINATION** 5:1,11

**examined** 5:10

**excuse** 17:11,22 33:25 34:10,23 38:19

**exhibit** 52:16,21

**exhibits** 51:9 52:14

**experiencing** 39:9

**explain** 5:24 24:12, 17 30:6 35:14 36:3

**express** 29:2

**expressions** 9:21

**expressly** 4:19

**eye** 57:12

**eyebrows** 56:25

**eyes** 21:15 34:2 47:21

**F**

**face** 34:16,19 35:25

**facial** 9:20

**factors** 31:16,17,22

**fail** 40:7

**fall** 30:22 31:2,5,8, 10 48:15

**fallen** 30:20

**family** 14:9

**feel** 16:23 43:4 47:22

**feet** 35:10

**fell** 18:17 30:21

**felt** 29:14

**filing** 4:18

**fill** 7:1 16:9

**finally** 10:1 22:21

**find** 7:2 17:19 20:19 22:20 23:2 37:10 41:20 45:11

**fine** 11:15 15:17 25:6 27:16 35:11

**finger** 25:19,20,24

**fire** 6:23

**fired** 6:10,25

**fix** 21:5

**flat** 23:5

**focused** 54:9

**foggy** 33:22 48:9

**food** 6:16 7:11 10:6,8

**foot** 11:21,22 23:4, 20 24:3 35:19 50:11,17,19 55:20, 24

**foot's** 35:15

**forget** 9:24 10:3 15:11

**forgot** 8:7

**form** 4:21 44:11,15 45:20

**formalities** 4:17

**found** 22:22 23:1,3, 13

**foundation** 44:18

**friends** 16:4

**froze** 40:9,12,15

**frustrating** 26:3,25 30:1

**full-time** 7:12,13

**G**

**gave** 18:21,25 19:8 21:4,9,18 27:6

**Gay** 4:6

**geeze** 34:19

**general** 35:4,12

**generally** 17:13

**gentlemen** 14:12

**Georgia** 13:13 14:7

**gestured** 24:14

**girlfriend** 50:3,25 55:10 58:17 59:16

**girlfriend's** 48:24 49:4,16 55:12

**give** 22:7 27:15,16, 25 31:17 45:14 50:9

**giving** 28:2

**Golembeski** 4:8, 12

**good** 20:10 29:5 30:24 42:23

**graduate** 13:21

**granddaughter** 7:24 10:11

**group** 10:3 11:12, 13,14 13:12

**growing** 13:19

**GSD** 13:15

**guess** 27:21,24 47:10

**guy** 14:12

**gynecologist** 11:21

**H**

**Hagood** 4:6

**hair** 8:17,19

**half** 48:25

**hall** 9:9

**Halloween** 18:3

**hand** 23:5 24:6 47:7

**handed** 20:12 52:4

**hands** 47:6

**handwritten** 18:23 19:2 20:2,9

**hang** 40:10

**happen** 7:5

**happened** 7:4 18:12,20,24 19:3 20:6 21:13 24:25 26:2 30:16 41:18

**happening** 19:11 20:14,16,20 46:1,2

**hard** 9:18 19:4 47:17

**HARMON** 5:3

**Harry** 15:18

**head** 19:6 31:8 34:21 35:3,13 36:7, 14

**Health** 5:18

**healthcare** 32:8 53:24

**hear** 9:6,10 42:20 54:1,8 56:25

**heard** 38:2

**hearing** 4:22 16:4

**hears** 42:17

**heavy** 21:14

**held** 25:24 52:1

**helping** 18:12 47:24 54:4 57:12

**hey** 17:7

**high** 13:21 14:1 22:19

**hired** 12:7

**hold** 25:19,20

**holder** 20:18

**holding** 47:5,7 51:25 52:5

**home** 7:14,17 8:5 10:12,13 21:5 34:9, 10,14,17,25 35:1, 15,25 36:4,8,11,14, 20,23 37:1,7,13 41:22 50:3 53:5,13, 24 55:6,7,9,13,16

**Hope** 7:16

**hospital** 12:21,25 13:1,4,10 18:6,9 20:17 22:2,5,13 23:17 24:21,23 25:1 26:16 28:18 32:6, 13,15 37:20 38:5,13 39:5,13,24 40:17,20 41:5,23 43:11 48:23 50:2,20 51:7 54:17 57:11,16,18,22,25 58:6,16,20,22

**hour** 26:1

**hours** 26:1

**house** 48:24 49:15

**Hubbuch** 7:20

**hurt** 30:20 34:5

**hurting** 18:5 27:4, 23 34:24,25 35:2 37:2,4,11

**hurts** 27:14 36:15 37:16

**husband** 13:13 18:17 19:18 22:3 28:5,25 31:20 36:4 56:10,15

**husband's** 31:13

**I**

**idea** 20:11 24:10 30:25 46:4 47:16 51:19 55:3

**immediately** 25:5

**implants** 8:14,22 9:5

**improper** 45:21

**increase** 28:10

**indicating** 14:11 36:14 47:3

**inform** 36:25

**information** 18:23 25:16 30:14

**injured** 17:20

**inside** 47:2,11

**instance** 5:8

**interpret** 42:18,19 43:2 44:21 46:21

**interpretation** 34:12 42:22

**interpreter** 5:3,5 10:25 11:8,10,14, 18,25 12:2,6,7,8,15, 16,20 13:5,9 14:11, 17,23,25 15:1 16:10,18,19 17:11, 16,17,23 20:25 22:10,23 23:11,14 25:6,18,23 26:2,24 27:1,17 29:9 33:5 34:11 38:19,20 39:19,21 40:4,11,19 42:1,16,24 44:13 45:14 46:20 50:13, 23 54:6 57:2,5,7

**interpreter's** 33:6

**interpreting** 17:8

**introduced** 5:15

**involved** 25:9

**issue** 43:9

**IVS** 46:3

**J**

**Jeffrey** 7:20

**job** 6:10 10:6 16:9 29:5

**jot** 20:5

**jotted** 25:14

**jumbled** 16:2

**jump** 8:20

**K**

**keeping** 21:17 57:11

**kid's** 16:20,22

**kids** 16:18

**kind** 8:20 16:2 27:20 44:23

**kinds** 6:22 19:6

**knee** 18:5

**knew** 24:16 29:14 30:20,22

**knocked** 27:6

**Knoxville** 4:7 49:6

**L**

**language** 16:7 24:14,15 28:7 34:3 46:18,19

**Large** 4:10

**lawsuit** 5:17 6:8

**lawyers** 6:1

**laying** 20:18

**leaning** 51:23

**leave** 33:9 53:5 55:24

**leaving** 39:5 51:6

**left** 13:7 14:12 27:18,19,24 35:8,9, 13 48:23 50:2 53:21,22 54:2,4 55:3 56:16 57:11 59:1

**leg** 17:20 28:24 30:20 39:10 47:2,5, 14,15,19,23 48:3,12 49:25 50:6 54:20

**Leigha** 4:2 5:7,14

**Lenoir** 22:4,7,9 41:23

**level** 55:5

**Licensed** 4:13

**life** 12:17

**light** 50:17

**light-colored** 50:18

**limitations** 15:7,21

**limited** 29:16

**lines** 46:3

**lips** 9:19 12:11

**listen** 42:19

**listened** 36:6

**live** 8:5 56:10,13

**lived** 56:15

**lives** 7:14,17 8:6

**LLP** 4:6

**long** 10:23 19:20 20:1 26:12,17 55:12 58:24

**looked** 18:19 23:25 24:1 34:8,15

**lot** 11:4

**Loudon** 7:16 23:9

**love** 8:4

**low** 22:19

**LYDIA** 5:3

**Lyon** 5:18

**M**

**machine** 4:12 22:19 33:22,23 40:4 47:1,9,18 48:13,18

**made** 17:23 19:2, 19

**main** 55:5

**make** 8:10 20:13,14

**mammogram** 13:1,5,6

**manhandle** 38:17

**married** 14:9

**materials** 20:23 21:1

**means** 17:5 24:9

**meant** 24:13

**medical** 5:17 10:15 12:15 16:13,22,22 22:1 29:12 46:22 52:8 55:20

**medication** 26:20 27:2 28:11 48:6

**medications** 25:10,11,13,14

**medicine** 37:16 48:8

**meet** 13:13 24:23

**memory** 26:14

**mentioned** 12:14 14:5 43:17

**met** 9:24 48:25

**method** 37:12

**mid** 40:12

**midst** 20:22

**mine** 18:23 51:14, 15

**minutes** 56:5

**miscommunicatio n** 35:18

**missing** 8:18

**misstating** 45:10

**mistake** 17:24

**mistakes** 8:10

**misunderstandin g** 35:18 36:9 58:12

**misunderstandin gs** 6:22,24

**mom** 7:12

**moment** 5:16 12:20 25:20 52:14

**months** 8:2 58:2

**morning** 33:18,21 39:19 46:9,13 54:17

**morphine** 26:20 27:4,9,20

**motion** 24:6

**motioned** 23:5

**mouth** 12:10 34:16 35:1,2

**mouths** 9:19

**move** 47:4,7,8 54:19,20

**moved** 13:19 49:24 50:6

**N**

**names** 25:13

**napkin** 21:7

**napkins** 20:17 21:2

**navigate** 12:9 44:6 51:24

**needed** 18:22 21:12 33:10 54:10

**newspaper** 15:13

**night** 26:6,7,9 32:19,24 33:4,9,13, 15,16,24 57:15,16, 22,25 58:5,9,15,16 59:5,6,13,15,17

**nights** 32:22 33:4, 7,14 58:19,23 59:5, 10,11,16

**noise** 9:8

**Notary** 4:9,14

**notch** 27:6

**note** 14:21 29:10

**notebook** 20:9

**notes** 4:15 14:24, 25 16:21,24 18:23 19:2,7,8,16,18,22, 24 20:2,3,8,9,13,14 21:16,19 26:13,24

**nouns** 16:1

**novels** 15:16

**number** 52:18,20, 21 56:18,21

**nurse** 25:17,22 27:11,12,14,19,20, 23 28:1 32:9 35:6,7

36:17 38:8,9,17 43:12,22 44:19 45:4,17 46:6 47:5 52:1 54:11

**nurses** 45:17 46:16,25

**nursing** 20:24

**O**

**oath** 6:1

**objected** 39:4 53:11

**objection** 44:11,24 45:20,22 52:11

**objections** 4:20

**obtain** 14:8

**occasion** 12:14 40:14 43:10

**occurred** 6:15

**October** 17:21 18:1,2,4,13,17 19:3 20:4 21:22

**offer** 21:11 32:9

**office** 6:11 10:21 12:5

**offices** 4:6

**one-on-one** 10:4, 23 11:6,15

**open** 21:15 34:2

**opened** 47:21

**opinion** 44:24

**opinions** 32:9

**overnight** 26:8,9 32:21 33:7,8

**P**

**p.m.** 59:22

**pages** 19:20 20:1, 10

**pain** 18:4 25:10 26:18,20 27:2,5,13 28:6,8,24 30:13 34:4,5,22,23,24 37:17,21 38:1 39:9

47:8,12 48:8 49:9

**paper** 20:3,4,9,18 21:5,6,8 35:23 52:2

**papers** 14:20 15:2 35:8,17 36:18 51:24 52:3,4

**paperwork** 51:6

**Parkwest** 5:17 21:22 22:5 23:16,17 24:21 27:10 32:16 39:2 40:21 41:2,9, 11 42:2,8 46:16,25 57:8 59:8

**part** 6:8 8:20

**pass** 48:1

**patient** 29:8 38:2,3 53:4,5

**patients** 28:4

**patterns** 9:22 11:5

**pay** 47:24

**penis** 43:14

**people** 8:11,23 9:4, 8,9,10,13,14,18 16:6 26:25 34:1

**percent** 8:9 9:1,4, 7,10,11,17

**percentage** 9:15

**Perimeter** 14:6,7

**person** 10:7 24:1 40:10,23 42:17 44:19 46:21

**person's** 9:22

**personal** 45:3

**personnel** 11:24

**phone** 56:18,21

**Photography** 14:14

**physical** 54:14,24 55:6,15,16

**physician** 16:24

**physicians** 51:2

**pick** 9:11 44:17

**picking** 44:3

**place** 19:8 44:2
49:14 55:11

**Plaza** 4:7

**podiatrist** 11:21

**point** 47:23 48:2
53:12 57:5

**pointing** 27:14

**poking** 47:15,22

**Pollock** 30:2,7 31:1
36:4,10

**population** 35:5,
12

**possibly** 58:18

**Potter** 15:18

**pregnant** 58:1,3

**prepare** 18:10

**prepped** 10:8

**prescription** 34:6,
7 36:17

**present** 4:16 6:1,2
39:2 40:19 41:8
49:18 57:5 59:7

**pressure** 25:23

**pretty** 42:12

**previously** 50:1
58:5

**pricking** 47:22

**primary** 50:10,16
51:2,3,4

**prior** 46:12 51:6
53:8

**problem** 12:4
23:13

**problems** 42:10,13

**Procedure** 4:5

**proceedings** 5:2

**process** 48:17

**professional** 4:9,
13 20:8 42:16,24
43:3 55:21

**pronunciation**
8:10

**provide** 22:16
42:22

**provided** 20:23
25:16

**provider** 32:8

**providers** 46:22

**providing** 52:6
56:17

**public** 4:9,14 13:20

**purple** 35:10,16,19
49:24 50:5,18

**purposes** 4:3

**pursuant** 4:4

**put** 25:2 26:16,18
43:13 46:18 47:2

**Q**

**question** 20:10
30:24 36:13 38:11
44:14 45:15

**questions** 4:21
25:10

**quit** 11:2

**R**

**raising** 16:12

**rate** 13:23

**reached** 53:13

**read** 15:5,8,13,15,
18 21:9 26:25 52:25

**reading** 9:18
29:10,11 35:7

**ready** 54:13

**reason** 12:25 13:9
37:6

**recall** 56:12,17

**recently** 12:22
18:18

**recess** 56:8

**recollection** 45:3

**recommend** 19:10

**record** 5:13 19:11

**records** 52:8
56:22,23

**referenced** 13:12
19:18

**regard** 15:8,21
55:20,24

**Registered** 4:9,13

**related** 6:11

**remember** 18:12,
16,20 19:5,7 20:19
21:13,20 25:15
32:18,20,22,23
33:17 39:12 40:1
42:21 44:8 45:15,
19,25 46:5,23 49:21
52:6 54:14,24 55:4,
7 59:11

**remove** 47:19

**repeated** 48:17

**repeatedly** 11:1
28:9 37:5 39:21

**repeats** 9:25

**replace** 33:10

**reporter** 4:9,13,14
6:1

**represent** 5:16

**request** 4:3 17:11

**requested** 25:5
42:1

**require** 14:15

**reserved** 4:21

**resource** 57:10

**respond** 17:5,10
22:12,13

**responds** 35:3

**result** 9:5

**resulted** 30:22

**review** 19:1 26:14
52:16,24 53:7

**reviewed** 18:18
51:16,20

**ride** 24:20

**rights** 53:4

**RN** 22:21 23:3,4,13

**room** 20:17 23:25
25:18 26:17 27:19
28:18 35:14 38:24
54:9 57:18

**ROZYNSKI** 44:11,
16,25 45:7,20 56:7
59:20

**RUANN** 5:5

**rude** 33:18 35:24

**rule** 20:3,4 21:6

**Rules** 4:4

**S**

**satisfied** 53:6

**school** 13:17,20,21
14:1

**schooling** 14:15

**schools** 13:19

**Scott** 18:21,25 19:9
21:4,9,11,13 24:9,
12,14,18,23 27:22
28:25 29:4,12,14,23
30:2,6,10,12,20
32:3,12 33:21 34:2,
3,8,15,20,25 35:3,
15 36:7,13,14,19,23
37:1,4,7,11,13,19,
20,23 38:4,12,21
41:2,8,10,11,12
42:7 43:5,12,17,23
44:4,10 45:5,13,18
46:7,15,17 47:12,18
48:5 50:25 51:6
53:16 54:4,9 57:11

**Scott's** 27:12
29:11,19 31:14 52:7

**screaming** 27:5,13
37:17

**screen** 40:11

**sedated** 21:14
26:22 33:21

**sedative** 48:8

**send** 35:6 36:17

**sentence** 16:2

**setting** 10:3 11:14

13:12 53:23

**settle** 49:10

**shaking** 35:3

**share** 44:4

**sharing** 29:17

**shook** 31:8 34:20
35:13 36:7,14

**shoot** 26:19

**shorthand** 4:12

**sign** 16:7 24:14
28:7 34:1,3,4 35:4,
12,17 40:12 51:25
52:5

**signature** 4:17

**signatures** 51:11

**signed** 51:17 53:11

**significantly** 49:25

**signing** 52:1 53:8

**similar** 35:2

**simple** 29:19

**single** 39:22

**sit** 51:22

**sitting** 5:18 14:22
38:16 51:22

**situation** 12:9
20:17,21 43:15

**situations** 10:4

**size** 9:19

**skin** 47:10

**skip** 8:20

**sleep** 48:1 58:9,13

**smash** 13:7

**smoker** 56:1

**smoking** 31:14,21
32:1

**social** 53:21,25
54:5 55:1,2 56:12,
14,16,17

**son** 16:12

**sooner** 50:22

**sounds** 9:11 59:3

**speak** 8:8 25:13 48:20

**speaking** 9:10 44:23

**specific** 36:22

**specifically** 44:8 45:19 46:6,23

**speech** 9:18,22 11:5 26:25 35:7 46:11

**spell** 25:15 28:3,22

**spend** 26:6 32:19 33:12 58:5

**spent** 32:23 57:15, 22,25 58:19 59:4,5

**spoke** 54:7

**spoken** 41:1

**spot** 47:4

**spots** 50:16,17,18

**staff** 20:24 27:9 28:8 29:2 46:25 52:6 55:4

**staircase** 55:12

**stairs** 55:8,10

**stand** 35:20 46:13 51:21

**standby** 12:12

**standing** 34:17

**started** 14:9 19:7

**state** 4:10 5:12

**statements** 5:25

**stay** 16:18 21:15 32:21 33:8,15 37:20,22,23,25 38:5,13 39:13 53:4 58:8,16

**stay-at-home** 12:18

**stayed** 33:3,7,24 53:16 58:12 59:10, 13,14

**staying** 55:9

**stays** 10:12,13 59:11

**steps** 55:5

**stood** 34:20

**stop** 24:9

**stopped** 6:12,17, 18 7:3 23:6 24:16 56:2

**store** 10:8

**straight** 35:20 51:22,23

**Street** 4:7

**strong** 47:11

**stronger** 26:21 27:7

**stuck** 27:22

**studying** 14:13

**stuff** 10:8 19:6 25:12 33:22 46:12 47:14

**successfully** 11:6

**suggested** 18:6

**super** 12:11

**support** 11:13

**supposed** 47:4 52:23

**swamped** 49:1

**swear** 4:14

**sworn** 5:4,6,9

---

**T**

**tabs** 21:17

**taker** 14:21

**takes** 9:21

**talk** 11:24 27:24 41:6 53:23

**talking** 9:7,8 21:1 28:18 32:15 41:14 43:14,15 50:2 53:3

**telling** 24:3 28:5 43:22 48:11 51:24 55:4 56:12

**Tennessee** 4:4,7, 8,10 7:16

**terminated** 7:3

**testified** 45:7 58:5

**testimony** 10:18 45:10

**text** 16:3,5,6

**therapist** 49:13,18, 20,22,23 54:24 55:11,15

**therapy** 49:7,8,12 54:15 55:6,16

**thin** 12:11

**thing** 25:3 31:25 37:3 46:8,11 48:21 52:25

**things** 18:20 44:3

**thinking** 25:25 34:21 54:12

**thinks** 34:25

**thought** 19:19 31:21 34:19,23 41:20

**throat** 23:6 24:7

**time** 9:21,24 10:9 11:2,4,9 12:4,24 13:8 14:24 15:1 19:5 22:2 23:25 25:17 26:12,15,17 31:23,24 33:13 39:4,6,7,12 40:15 41:11,12 42:19 47:20,21 49:3 57:5 58:1,3,25

**today's** 18:11

**toe** 18:5

**told** 23:10 27:10 28:8,13 30:4 31:11 32:2 36:12,15 37:3 38:4 41:4 44:9 45:4, 16 46:6,15,24 53:18 54:1 55:11 57:9

**Tomei** 4:2 5:7,14, 15 17:19 18:22 23:23 24:2 50:13 51:1

**tossing** 49:9

**touched** 23:4

**touching** 4:17

**transcribe** 4:15

**translated** 42:6

**translating** 43:5,7

**transmission** 4:18

**transpired** 56:8

**transport** 10:10

**transposed** 21:8

**tremendous** 48:7

**triage** 25:2,5

**true** 13:8 30:19 38:4 39:12 43:19 46:5 53:17

**turning** 49:10

**type** 10:12 15:23

**types** 42:13

**typewriting** 4:16

**typically** 42:16

**typing** 20:7

---

**U**

**uh-huh** 16:5 28:7

**uh-uh** 32:1 48:4

**unable** 45:5,12,18 46:15

**undergoing** 54:14 55:15

**underhanded** 19:14

**underneath** 47:9

**understand** 8:22 9:4,15,23 10:1 12:10 24:2,8 34:2 39:11 40:13 45:8 47:18 52:10

**understanding** 27:8 30:9 37:19 41:7,17 43:18 53:1 57:21

**unemployment** 6:11,12,18,25 7:3

**upright** 34:20

---

**V**

**VCI** 22:24

**vehicle** 38:18

**verbs** 16:1

**versus** 27:9

**violently** 48:3

**visit** 13:2 41:2,9,14, 15,18 42:1,7 49:5, 22,23,24 50:5 59:8

**vitals** 25:8,9

**voice** 31:7

**VRI** 22:17,20,24,25 23:1,2,7,9,14 32:13 39:23 40:1,4,16

---

**W**

**wait** 18:7 22:14 27:23

**waited** 23:12 25:22 26:17,18 35:14

**waiting** 22:21 25:4

**waived** 4:19

**wake** 48:2,10

**walk** 38:1,2 54:12

**walked** 37:9,18 54:8 57:1

**walker** 54:11,13,22

**walking** 9:9

**wanted** 18:22 29:1, 3 30:14 34:9 36:8 37:20,22,23,24 38:5,12 39:13 44:20 46:17

**wanting** 29:12,20

**ways** 9:20 44:24

**week** 18:3 59:9

**wheeled** 27:21

**whirlwind** 46:12

**white** 28:17,20 50:16

**whoa** 26:23

**wife** 7:13

**wiped** 28:23

**woman** 12:10

**woman's** 12:10

**wondering** 18:18

**WOOD** 5:5

**word** 17:4 28:2,16

**words** 15:11 34:16
36:10,25 44:17 47:6

**work** 6:5,7 7:11
11:5 27:4 48:18

**worked** 7:2 40:16,
18

**worker** 53:21,25
54:5 55:1,2 56:12,
14,16,18

**working** 6:7,14 7:8
8:19 22:14,18 23:12
25:7,19,21,25

**worse** 41:23 49:25

**Wow** 26:12 32:25

**write** 14:20,24,25
15:2,21 16:21 17:9
25:12 28:19 34:7
36:16

**writing** 14:16,18
15:20,24 16:1 19:7
21:16 26:24

**written** 20:4

**wrong** 29:15 44:15
45:6

**wrote** 19:24 20:11
28:2,15,16,21,22
29:8 34:5,6

---
**X**
---

**x-ray** 41:19

---
**Y**
---

**y'all** 53:12

**year** 7:6

**years** 12:15 13:10,
12 14:3 56:3

**YOUNG** 5:11 21:3
44:15,23 45:2,9,21
48:20 51:9 56:4,9
59:18

**yup** 40:12