# EXHIBIT  I

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF TENNESSEE

 3              CASE NO. 3:19-cv-00041

 4

 5              -  -  -

 6    SCOTT ALLEN TOMEI,                    :

 7                      Plaintiff,   :

 8        vs.                              :

 9    PARKWEST MEDICAL CENTER and          :

10    COVENANT HEALTH,                     :

11                      Defendants.:

12

13    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

15          DEPOSITION OF JANELLE BAGNESKI

16

17

18    ===================================================

19        JEFF RUSK COURT REPORTING & VIDEO
             Registered Professional Reporters
20        Certified Legal Video Specialist

21

22    Catherine I. Golembeski, NJ-CCR, RPR, LCR
                805 Eleanor Street, N.E.
23           Knoxville, Tennessee 37917
                 (865) 246-7656
24           Jeff@JeffRusk.com

25
```

**ORIGINAL**

1    APPEARANCES:

2

3    FOR THE PLAINTIFF:

4        ANDREW ROZYNSKI, ESQ.
         EISENBERG AND BAUM, LLP
5        24 Union Square East, Fourth Floor
         New York, New York 10003
6        (212) 353-8700
         arozynski@EandBLaw.com
7

8

9
     FOR THE DEFENDANTS:
10
         BRODERICK L. YOUNG, ESQ.
11       DEVON LYON, ESQ.
         ARNETT, DRAPER & HAGOOD, LLP
12       800 S. Gay Street
         2300 First Tennessee Plaza
13       Knoxville, Tennessee 37901
         (865) 546-7000
14       byoung@adhknox.com

15

16

17

18

19

20

21

22

23

24

25

```
 1                    I N D E X

 2
     JANELLE BAGNESKI                        PAGE
 3

 4   EXAMINATION BY MR. ROZYNSKI               5

 5
     EXAMINATION BY MR. YOUNG                 27
 6

 7

 8

 9

10

11   NO.              INDEX OF EXHIBITS      PAGE

12   Plaintiff's Exhibit 3   Medical Record
                             of 10/24/17      17
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                      D E P O S I T I O N

2              The deposition of Janelle Bagneski, taken at

3       the request of the Plaintiff, for purposes of

4       discovery, pursuant to the Tennessee Rules of Civil

5       Procedure on the 17th Day of December, 2019, at the

6       offices of Arnett, Draper & Hagood, LLP, 800 S. Gay

7       Street, 2300 First Tennessee Plaza, Knoxville,

8       Tennessee 37901 before Catherine Golembeski,

9       Registered Professional Reporter and Notary Public

10      at Large for the State of Tennessee.

11             It is agreed that the deposition may be

12      taken in machine shorthand by Catherine Golembeski,

13      Licensed Court Reporter and Registered Professional

14      Reporter and Notary Public, and that she may swear

15      the witness and thereafter transcribe her notes to

16      typewriting and present to the witness for

17      signature, and that all formalities touching

18      caption, certificate, filing, transmission, etc.,

19      are expressly waived.

20             It is further agreed that all objections

21      except as to the form of the questions are reserved

22      to on or before the hearing.

23

24

25

```
 1                    EXAMINATION
 2          (Proceedings began at 2:05 p.m.)
 3                 JANELLE BAGNESKI,
 4   called as a witness at the instance of the
 5   Plaintiff, having been first duly sworn, was
 6   examined and deposed as follows:
 7   EXAMINATION BY MR. ROZYNSKI:
 8          Q.   Good afternoon.
 9          A.   Hi.
10          Q.   My name is Andrew Rozynski.  And I am
11   with the law firm of Eisenberg and Baum.  And I
12   represent Scott Tomei in the matter against
13   Parkwest Medical Center.  I brought you here to
14   take your deposition.
15               Have you ever had your deposition taken
16   before?
17          A.   No.
18          Q.   So since this is your first time, I'm
19   just going to go over some of the ground rules.  As
20   you can see, the court reporter has sworn you in,
21   which means you've sworn to tell the truth, which
22   means that if you knowingly lie you could be
23   subject to penalties of that sort.  So it's just
24   important that you just give me your best
25   recollection and just tell the truth.  Okay?
```

1      A.   Okay.

2      Q.   All right.  It's important that we have

3  a clear record, that the court reporter's making

4  the transcript.  So there's certain ways that we

5  can do that.  For instance, first and foremost,

6  sometimes I may ask a question and you might know

7  the answer to that question before I finish it.  I

8  ask that you wait until the question is finished

9  and then answer.  And I'll wait until you finish

10  your answer and I'll ask the next question.  Okay?

11      A.   Okay.

12      Q.   And also there are things that

13  witnesses do like um-hum, or uh-huh, or shake their

14  head or nod their head rather than give a verbal

15  response, that doesn't really make for a clear

16  record.  So I would just ask that you give a verbal

17  response.  Okay?

18      A.   Okay.

19      Q.   Also, it's not a memory test.  So if

20  you don't remember something, it's okay to say that

21  you don't remember.  However, I am entitled to your

22  best recollection.  So it's really important that

23  you give me that best recollection.  So, for

24  instance, if I ask you when something happened and

25  you recall it happened in October of 2017, but you

1    don't know the exact date, instead of saying I

2    don't know when it happened, you can give your best

3    recollection which is October 2017.  Okay?

4          A.   All right.

5          Q.   I don't expect this to be too long, but

6    if you need to take a break at any time, you can

7    take a break, just not in the middle of a question.

8    Okay?

9          A.   Okay.

10         Q.   Could you state your full name and

11   address for the record?

12         A.   Janelle Marie Bagneski, 3807

13   Sevierville Pick, Knoxville, Tennessee 37920.

14         Q.   Okay.  And who's your current

15   employment?

16         A.   Parkwest Medical Center.

17         Q.   For how long have you worked for

18   Parkwest?

19         A.   Since July of 2015, I believe.

20         Q.   Okay.  What is your current position

21   there?

22         A.   I am a nurse.

23         Q.   Are you a registered nurse?

24         A.   Yes.

25         Q.   Okay.  And have you been a registered

1    nurse since 2015?

2           A.   No, 2012.

3           Q.   '12?

4           A.   Uh-huh.

5           Q.   Okay.  Have you been a registered nurse

6    since 2012?

7           A.   Yes.

8           Q.   And have you worked for anyone else

9    other than Parkwest as a registered nurse?

10          A.   Yes.

11          Q.   Where did you work?

12          A.   I worked at a hospital called St.

13   Francis in Milwaukee.  And then I worked at East

14   Tennessee Children's Hospital as well.

15          Q.   And for how long did you work at both

16   those places?

17          A.   About a year-and-a-half.  Both of those

18   other places, I believe.

19          Q.   Okay.  What are your general job duties

20   as a registered nurse at Parkwest?

21          A.   I currently work in the recovery room,

22   the PACU.  So I help people wake up from surgery.

23   So I help protect their airway, administer

24   medications, et cetera.

25          Q.   And how about in October of 2017, what

1    was your -- where did you work in Parkwest?

2         A.   In the emergency room.

3         Q.   When you first joined Parkwest, did you

4    go through orientation?

5         A.   Yes.

6         Q.   And can you describe how long your

7    orientation was, approximately?

8         A.   I believe it's usually about a week.  I

9    think every day was, like, from eight to noon, but

10   that's a guesstimate.

11        Q.   Do you remember the kinds of topics you

12   went over during your orientation, generally?

13        A.   Infection control.  Let's see what are

14   some of the other things.  Just proper procedures.

15   I don't remember the specifics, but.

16        Q.   Do you recall receiving specific

17   training, at any point in time, on how to

18   accommodate people who don't speak English?

19        A.   I don't remember when I was hired

20   because it was a long time ago, but I do know we

21   did CVLs on how to help people that don't speak

22   English.

23        Q.   You said CVLs?

24        A.   CVLs, it's like power points online.

25   It's for our continuing education.

1        Q.    And when was the last time you did a

2    module on providing language access to people who

3    don't speak English?

4        A.    We've done one recently this year.

5        Q.    Okay.  So have you ever had patients

6    that speak another language such as Spanish?

7        A.    Yes.

8        Q.    Do you speak Spanish yourself?

9        A.    No.

10        Q.    Okay.  So how would you communicate

11    with a patient who only speaks Spanish?

12        A.    Through an interpreter.

13        Q.    And would you use an interpreter for

14    all of your communications?

15        A.    Yes.

16        Q.    Why?

17        A.    To assure they understand so that I

18    have adequate communication with my patient.

19        Q.    And why is it important that they

20    understand all of your communications through an

21    interpreter?

22        A.    Because it's their healthcare.  And I

23    would want to be able to understand, I guess, it

24    would be unfair if they didn't.  I don't know.

25        Q.    Okay.  You sometimes have Spanish

Case 3:19-cv-00041-DCLC-HBG   Document 35-10   Filed 02/28/20   Page 11 of 34   PageID #:
746

1    speaking patients who speak a little bit of English

2    but primarily communicate in Spanish.  Is that

3    right?

4         A.   Yes.

5         Q.   And would you still prefer that even

6    though they might know a little bit of English,

7    they prefer that they communicate in their primary

8    language?

9         A.   Yes.

10        Q.   And if not only so that you can

11   understand them.  It's not only so they can

12   understand you, it's so that you can understand

13   them as well?

14        A.   Yes.

15        Q.   Have you been trained whether it's

16   appropriate to use family members in lieu of a

17   professional interpreter?

18        A.   Yes.

19        Q.   What's your understanding of that

20   training?

21        A.   If the patient's preference is to use a

22   family member, that's allowed.

23        Q.   Okay.  And how would you indicate a

24   preference?

25        A.   I would ask.

1          Q.   Okay.  And are you familiar with, like,

2     a communication assessment form?

3          A.   Yes.

4          Q.   Have you ever filled out those before?

5          A.   There is one.  I know there is one in

6     the policy, but I don't know if I've ever

7     personally filled it out before.

8          Q.   Do you know if someone prefers family

9     members to be utilized rather than an interpreter,

10    if it should be noted in the communication

11    assessment form?

12         A.   Yes.

13         Q.   Okay.  And is that the case?

14         A.   I don't understand your question,

15    sorry.

16         Q.   So you said that you are familiar that

17    if a preference to use family members is made, that

18    that should be indicated in the communication

19    assessment form?

20         A.   Yes.

21         Q.   Okay.  Is that based on your training?

22         A.   Yes.

23         Q.   Okay.  Did you review any documents

24    today to prepare for today?

25         A.   Yes.

1          Q.   What documents did you review?

2          A.   The chart of the day that I saw the

3     patient.

4          Q.   Okay.  Did you only see the patient on

5     one day?

6          A.   Yes.

7          Q.   Was that on October 24th?

8          A.   Yes.

9          Q.   Okay.  Were you the person that did the

10    initial triage?

11         A.   Yes.

12         Q.   Could you tell me a little bit about

13    what the initial triage entails?

14         A.   It's, basically, a screening tool for

15    assessing the priority of the patient.  So if

16    someone comes in, we don't know any information

17    about them.  So I would be there to just get a very

18    brief reasoning of why the patient came in and get

19    their vital signs.

20         Q.   Are you trained that if the person

21    speaks another language during triage, you should

22    utilize an interpreter?

23         A.   Yes.

24         Q.   Are you familiar with something called

25    a face sheet?

1        A.    Yes.

2        Q.    As an initial triage nurse, are you the

3   one that fills out an initial face sheet?

4        A.    No.

5        Q.    Who does that?

6        A.    Registration.

7        Q.    And when you get the person's

8   registration, do you have a copy of that face

9   sheet?

10        A.    No.  It is on the chart, but it's not

11   something that I would look at.

12        Q.    Okay.  Do you have any way of knowing

13   if registration was made aware that the person

14   speaks another language?

15        A.    I am not sure.  It may be written on

16   the sheet that the patient fills out, but I'm

17   unsure.

18        Q.    Okay.  There's a document in front of

19   you which has been previously marked as Exhibit-1.

20   Do you see in the right-hand column under primary

21   care physician, there's a language box and it

22   indicates language?

23        A.    Yes.

24        Q.    Is this sheet filled out during

25   registration?

1          A.    Yes.

2          Q.    And when you are meeting with a

3     patient, would this information show up on your

4     computer terminal?

5          A.    No, it's a whole separate system than

6     what we use to chart in.

7          Q.    Okay.  What kinds of -- so what kind of

8     -- do you ask about language preferences during

9     triage?

10          A.    I would call the person's name and

11     bring them back into the triage room.  And I

12     usually would just start off with their name and

13     birthday.  And if they had difficulty communicating

14     with me at that time, then I would ask for or

15     assess what language they spoke.

16          Q.    Do you actually remember Mr. Tomei?

17          A.    I don't.

18          Q.    Okay.  Have you ever had a deaf patient

19     before?

20          A.    Yes.

21          Q.    And for deaf patients, how do you

22     typically communicate with them?

23          A.    Sign language through an interpreter,

24     whether it will be someone that's there for

25     interpreting or through the interpreter device.

1          Q.   Why is it important to use a sign

2     language interpreter for a deaf person?

3          A.   So that they can understand what's

4     going on and so I can understand the language that

5     they speak.

6          Q.   Okay.  And even if the deaf person

7     knows some written English, you would still prefer

8     to communicate in their primary language, sign

9     language?

10         A.   Yes.

11         Q.   Why wouldn't you just resort to writing

12    notes rather than use their primary language of

13    sign language?

14         A.   It may be a more effective

15    communication through an interpreter.

16         Q.   Okay.  Have you been trained one way or

17    the other whether relying on lip reading rather

18    than sign language is advisable or not?

19         A.   I don't know specifically.

20         Q.   Okay.  Have you been trained whether

21    it's okay to use lip reading when communicating

22    with deaf people?

23         A.   I don't know.  I'm not sure.

24         Q.   Okay.

25              MR. ROZYNSKI:  I'm going to mark this

```
 1   as Exhibit 3.  It is the medical records for the

 2   October 24th, 2017 visit for Mr. Tomei.  Okay?

 3                 (Plaintiff's Exhibit 3, Medical Record

 4                 dated 10/24/17, was marked for

 5                 identification.)

 6         Q.    This is a 24-page document.  And I'm

 7   going to -- I want you to take a look at it and

 8   tell me --

 9                 MR. YOUNG:  Let me review it first,

10   please.

11         A.    Yeah.

12         Q.    And could you tell me on what page you

13   entered information or what pages you've entered

14   information on the chart?

15         A.    Page two and page three.

16         Q.    Okay.

17         A.    And then also on page six on the staff

18   legend as well, that would have just been auto

19   filled by the computer.

20         Q.    Okay.  In the last two entries on page

21   two on the nursing triage history?

22         A.    Yes.

23         Q.    Why don't you go down to that

24   paragraph, the two -- last two sentences which

25   says:  "No language or communication barrier."  Is
```

1      that accurate?

2            A.    I don't understand your question.  Are

3      you just asking, do I see it?

4            Q.    Yeah.  Do you see it?

5            A.    Yes.

6            Q.    Is it accurate to say that you had no

7      language or communication barrier with Mr. Tomei?

8            A.    That section of the charting is under

9      the falls risk interventions.  It's a screening

10     tool to assess if a patient is a fall risk.  So

11     that section of the chart is separate from the next

12     section where I say the patient is hearing

13     impaired.

14           Q.    Okay.  My question is a little

15     different.  Is that accurate that you had no

16     language or communication barrier with Mr. Tomei?

17           A.    No.

18           Q.    So did you have a language or

19     communication barrier with Mr. Tomei?

20           A.    I don't remember the actual day of the

21     events, but from my understanding in the chart, he

22     was hearing impaired.

23           Q.    Okay.  So as you sit here today, you

24     can't say one way or the other if you did or did

25     not have a language or communication barrier with

1    Mr. Tomei, even though he may be hearing impaired?

2           A.   I don't remember the actual day of the

3    events.  I don't remember.

4           Q.   Okay.  Have you ever used an in-person

5    interpreter or any language professional, in-person

6    interpreter for any patient at Parkwest?

7           A.   Yes.

8           Q.   What language?

9           A.   I've used it for Spanish and sign

10   language as well.

11          Q.   And when was that?

12          A.   I don't remember the exact days.

13          Q.   Was it in the last year or more than

14   that?

15          A.   Probably within the last year.

16          Q.   Okay.  And prior to that, do you have a

17   recollection of whether you used an in-person

18   interpreter for Spanish or sign language?

19          A.   I don't remember.

20          Q.   Okay.  So you, under allergies, this

21   was entered on his at 2:25 p.m.?

22          A.   Yes.

23          Q.   NK is that no known allergies?

24          A.   Yes.

25          Q.   Is this a question that you ask the

1    patient?

2         A.   Yes.

3         Q.   **Do you know how you got this**

4    **information from Mr. Tomei?**

5         A.   I don't remember.

6         Q.   **Okay.  Under the nursing triage history**

7    **you ask a lot of questions.  Is that correct?**

8         A.   Yes.

9         Q.   **And just looking at this, the only**

10   **indication in this paragraph of how communication**

11   **was between you and Mr. Tomei is the no language or**

12   **communication barrier entry?**

13              MR. YOUNG:  Object to the form.

14        Q.   **Is that accurate?**

15              MR. YOUNG:  Object to the form.  I

16   think it misstates -- well, anyway, if you could

17   repeat the question.  I don't want to do a speaking

18   objection.  Go ahead.

19              MR. ROZYNSKI:  Could you repeat my last

20   question.

21              (The Court Reporter reads back the

22   requested text.)

23        Q.   **Is that correct?**

24        A.   And in the next sentence I did note

25   that he was hearing impaired.  And I don't have any

1   recollection of the actual day.  I guess I don't

2   understand your question very well.

3           Q.   Okay.  You don't know what degree of

4   hearing impairment Mr. Tomei had from this

5   paragraph, right?

6           A.   No.

7           Q.   Whether it was a mild hearing

8   impairment, or severe or profound hearing

9   impairment, correct?

10          A.   No.

11          Q.   Okay.  How long does this nursing

12  triage history take to conduct?

13          A.   According to the chart, I was with him

14  from 14:25 until 14:28, so three minutes.

15          Q.   So you've asked all these questions of

16  him in three minutes?

17          A.   Yes.

18          Q.   Okay.  Let's go to the next page, page

19  three.  You did a suicide risk screening of Mr.

20  Tomei?

21          A.   Yes.

22          Q.   And how did that work?

23          A.   I asked if he's had any thoughts of

24  harming himself.

25          Q.   Okay.  So going to the nursing

1    assessment in general presentation it says that Mr.

2    Tomei was in no acute distress.  Is that accurate?

3         A.    That was not charted by me.  The only

4    thing charted -- that I charted under the nursing

5    assessment was the negative neglect and abuse

6    history.  It's a screening tool that every patient

7    has to be asked when they come into the hospital.

8    The rest of the assessment was charted by the

9    primary nurse.

10        Q.    Was there anything else, other than

11   what's contained on page two and three, that you

12   entered into Mr. Tomei's medical record?

13        A.    No.

14        Q.    Do you know if during triage a language

15   assessment should be done?

16        A.    I think it was the section or I put

17   patient is hearing impaired, I believe, on our

18   charting that that was a language section.

19        Q.    Okay.  And could you go to the last

20   page of Exhibit 2 here.  Did you fill one of these

21   out for Mr. Tomei?

22        A.    I did not.

23        Q.    Are you supposed to when you identify

24   if there's a language barrier?

25        A.    I don't know if there's a specific time

1   when it's supposed to be done.  I'm unsure when

2   it's supposed to be filled out.

3           Q.   Have you ever filled out one of those

4   before?

5           A.   I don't think I personally have, no.

6           Q.   Do you know who's supposed to fill

7   those out?  And in what part of the process that's

8   supposed to be filled out in?

9           A.   I'm unsure.

10          Q.   Have you been trained if there are any

11  risks of using family members as interpreters?

12          A.   I'm sure if I've specifically been

13  trained on it before.

14          Q.   Are you aware of any potential risks of

15  using family members as interpreters?

16          A.   Yes.

17          Q.   What are some of the risks involved of

18  using family members as interpreters that you're

19  aware of?

20          A.   They may not understand the medical

21  language.

22          Q.   Okay.  How about that they may not

23  interpret everything that you say?

24          A.   Possibly.

25          Q.   Or may change information from the

 1    patient?

 2            A.    Possibly.

 3            Q.    How would you know if someone prefers

 4    to use family members if you can't communicate with

 5    them directly?

 6            A.    I don't know.

 7            Q.    Have you ever had a patient prefer to

 8    communicate through family members?

 9            A.    Not that I remember specifically, no.

10            Q.    Have you ever utilized a family member

11    to interpret for you?

12            A.    It's possible when I worked in an

13    emergency department.  So if there was a time when

14    I needed to get a history, and an interpreter was

15    unavailable, I would at least use a family member

16    and find an interpreter when they were available.

17    But most of the time an interpreter is available in

18    the hospital.

19            Q.    Have you ever used VRI before?

20            A.    Yes.

21            Q.    Have you ever used that for sign

22    language?

23            A.    Yes.

24            Q.    How many times?

25            A.    I'm not sure.

1        Q.   Okay.  Has it been in the last year or

2    more than the last year?

3        A.   Within the last year.

4        Q.   And do you recall prior -- ever using

5    the video remote interpreter prior to the last year

6    for sign language?

7        A.   I'm unsure.  It's possible, but I don't

8    know.

9        Q.   Okay.  Do you know how to get an

10   in-person sign language interpreter?

11       A.   I contact the charge nurse and she

12   would communicate with the house supervisor.

13       Q.   Do you know who the RN Eustace is?

14       A.   Yes.

15       Q.   Who is that?

16       A.   She was a nurse that worked in the

17   emergency room.

18       Q.   Does she still work there?

19       A.   I'm not sure.  I don't work in that

20   department any more.

21       Q.   Do you have any other -- do you have

22   any recollection of Mr. Tomei that you haven't

23   already testified to?

24       A.   No.

25       Q.   Do you know, as a matter of policy or

1    practice, that if you identify that someone may

2    have a language barrier, if you are supposed to

3    affirmatively offer an interpreter or only wait

4    until they make a request?

5          A.    I'm unsure about that.  I don't know.

6          Q.    If you see someone who speaks Spanish,

7    would you just sit on your hands and wait until

8    they made a request for an interpreter or would you

9    identify that they spoke Spanish and offer an

10   interpreter?

11         A.    I would ask what language they spoke.

12   And if they were able to tell me they want an

13   interpreter, then I would get one.  But if I was

14   having difficulty communicating with them, then I

15   would get an interpreter.

16         Q.    Okay.  So is there a policy or practice

17   that you're aware of that you're only supposed to

18   get an interpreter if there's a request made or

19   once a language other than English is identified in

20   your interaction?

21         A.    Not that I'm aware of.  I don't know

22   the specifics.

23         Q.    Okay.  Have you been told by anyone at

24   Parkwest that you are only supposed to get an

25   interpreter only if there's a specific request for

1    one?

2         A.    Not that I recall, no.

3         Q.    Okay.  Have you been told by anyone at

4    Parkwest that if you identify that someone speaks

5    another language, that you should not offer them an

6    interpreter?

7         A.    No.

8              MR. ROZYNSKI:  I don't have any further

9    questions.  Thank you.

10             THE WITNESS:  Okay.  Thank you.

11             MR. YOUNG:  I have just a couple.

12   EXAMINATION BY MR. YOUNG:

13        Q.    First off, on page four, just for

14   clarity of the record, can you see page four of

15   Exhibit 3, the chart?  That's it.  Do you have an

16   entry in there for suicide screening?

17        A.    Oh, yes.

18        Q.    Okay.  Just for clarity, I think

19   earlier you said your entries were just on page two

20   or three?

21        A.    Yes, yes.  That's part of the triage

22   assessment.  But it just gets put on to a different

23   page for some reason.

24        Q.    Okay.  The occasions when you've used

25   the Stratus, is it easy to operate?

1          A.   Yes.

2          **Q.   The occasions when you communicated**

3    **with someone via the Stratus who was deaf and used**

4    **ASL, can you tell us how it functioned on those**

5    **occasions?**

6          A.   It works well.  It's a video

7    interpreting, so it's a big Pad screen.  And it's a

8    live interpreter.  So we ask for a name and

9    department.  And then they are able to interpret

10   for the patient because they can see them with the

11   video recorder.

12         **Q.   Any problems with connectivity, or**

13   **glitches or lagging?**

14         A.   Not that I'm aware of.

15              MR. YOUNG:  I think that's all I have.

16   Thank you.

17              THE WITNESS:  Okay.  Thank you.

18              (Deposition was concluded at 2:41 p.m.)

19

20

21

22

23

24

25

1               C E R T I F I C A T E

2    STATE OF TENNESSEE

3    COUNTY OF KNOX

4         I, Catherine Golembeski, Licensed Court

5    Reporter and Registered Professional Reporter, do

6    hereby certify that I reported in machine shorthand

7    the deposition of JANELLE BAGNESKI, called as a

8    witness at the instance of the Plaintiff, that the

9    said witness was duly sworn by me; that the reading

10   and subscribing of the deposition by the witness

11   was waived; that the foregoing pages were

12   transcribed under my personal supervision and

13   constitute a true and accurate record of the

14   deposition of said witness.

15        I further certify that I am not an attorney

16   or counsel of any of the parties, nor an employee

17   or relative of any attorney or counsel connected

18   with the action, nor financially interested in the

19   action.

20                 *Cathy J. Golembeski*

21              _____
                Catherine Golembeski, LCR# 778
22              Registered Professional Reporter

23

24

25

**1**

**10/24/17** 17:4
**12** 8:3
**14:25** 21:14
**14:28** 21:14
**17th** 4:5

**2**

**2** 22:20
**2012** 8:2,6
**2015** 7:19 8:1
**2017** 6:25 7:3 8:25 17:2
**2019** 4:5
**2300** 4:7
**24-page** 17:6
**24th** 13:7 17:2
**2:05** 5:2
**2:25** 19:21
**2:41** 28:18

**3**

**3** 17:1,3 27:15
**37901** 4:8
**37920** 7:13
**3807** 7:12

**8**

**800** 4:6

**A**

**abuse** 22:5
**access** 10:2
**accommodate** 9:18
**accurate** 18:1,6,15 20:14 22:2

**actual** 18:20 19:2 21:1
**acute** 22:2
**address** 7:11
**adequate** 10:18
**administer** 8:23
**advisable** 16:18
**affirmatively** 26:3
**afternoon** 5:8
**agreed** 4:11,20
**ahead** 20:18
**airway** 8:23
**allergies** 19:20,23
**allowed** 11:22
**Andrew** 5:10
**approximately** 9:7
**Arnett** 4:6
**ASL** 28:4
**assess** 15:15 18:10
**assessing** 13:15
**assessment** 12:2, 11,19 22:1,5,8,15 27:22
**assure** 10:17
**auto** 17:18
**aware** 14:13 23:14, 19 26:17,21 28:14

**B**

**back** 15:11 20:21
**Bagneski** 4:2 5:3 7:12
**barrier** 17:25 18:7, 16,19,25 20:12 22:24 26:2
**based** 12:21
**basically** 13:14
**Baum** 5:11
**began** 5:2
**big** 28:7

**birthday** 15:13
**bit** 11:1,6 13:12
**box** 14:21
**break** 7:6,7
**bring** 15:11
**brought** 5:13

**C**

**call** 15:10
**called** 5:4 8:12 13:24
**caption** 4:18
**care** 14:21
**case** 12:13
**Catherine** 4:8,12
**Center** 5:13 7:16
**certificate** 4:18
**cetera** 8:24
**change** 23:25
**charge** 25:11
**chart** 13:2 14:10 15:6 17:14 18:11,21 21:13 27:15
**charted** 22:3,4,8
**charting** 18:8 22:18
**Children's** 8:14
**Civil** 4:4
**clarity** 27:14,18
**clear** 6:3,15
**column** 14:20
**communicate** 10:10 11:2,7 15:22 16:8 24:4,8 25:12
**communicated** 28:2
**communicating** 15:13 16:21 26:14
**communication** 10:18 12:2,10,18 16:15 17:25 18:7, 16,19,25 20:10,12

**communications** 10:14,20
**computer** 15:4 17:19
**concluded** 28:18
**conduct** 21:12
**connectivity** 28:12
**contact** 25:11
**contained** 22:11
**continuing** 9:25
**control** 9:13
**copy** 14:8
**correct** 20:7,23 21:9
**couple** 27:11
**court** 4:13 5:20 6:3 20:21
**current** 7:14,20
**CVLS** 9:21,23,24

**D**

**date** 7:1
**dated** 17:4
**day** 4:5 9:9 13:2,5 18:20 19:2 21:1
**days** 19:12
**deaf** 15:18,21 16:2, 6,22 28:3
**December** 4:5
**degree** 21:3
**department** 24:13 25:20 28:9
**deposed** 5:6
**deposition** 4:2,11 5:14,15 28:18
**describe** 9:6
**device** 15:25
**difficulty** 15:13 26:14
**directly** 24:5
**discovery** 4:4

**distress** 22:2
**document** 14:18 17:6
**documents** 12:23 13:1
**Draper** 4:6
**duly** 5:5
**duties** 8:19

**E**

**earlier** 27:19
**East** 8:13
**easy** 27:25
**education** 9:25
**effective** 16:14
**Eisenberg** 5:11
**emergency** 9:2 24:13 25:17
**employment** 7:15
**English** 9:18,22 10:3 11:1,6 16:7 26:19
**entails** 13:13
**entered** 17:13 19:21 22:12
**entitled** 6:21
**entries** 17:20 27:19
**entry** 20:12 27:16
**Eustace** 25:13
**events** 18:21 19:3
**exact** 7:1 19:12
**EXAMINATION** 5:1,7 27:12
**examined** 5:6
**Exhibit** 17:1,3 22:20 27:15
**Exhibit-1** 14:19
**expect** 7:5
**expressly** 4:19

**F**

face 13:25 14:3,8

fall 18:10

falls 18:9

familiar 12:1,16 13:24

family 11:16,22 12:8,17 23:11,15,18 24:4,8,10,15

filing 4:18

fill 22:20 23:6

filled 12:4,7 14:24 17:19 23:2,3,8

fills 14:3,16

find 24:16

finish 6:7,9

finished 6:8

firm 5:11

foremost 6:5

form 4:21 12:2,11, 19 20:13,15

formalities 4:17

Francis 8:13

front 14:18

full 7:10

functioned 28:4

**G**

Gay 4:6

general 8:19 22:1

generally 9:12

give 5:24 6:14,16, 23 7:2

glitches 28:13

Golembeski 4:8, 12

Good 5:8

ground 5:19

guess 10:23 21:1

guesstimate 9:10

**H**

Hagood 4:6

hands 26:7

happened 6:24,25 7:2

harming 21:24

head 6:14

healthcare 10:22

hearing 4:22 18:12,22 19:1 20:25 21:4,7,8 22:17

hired 9:19

history 17:21 20:6 21:12 22:6 24:14

hospital 8:12,14 22:7 24:18

house 25:12

**I**

identification 17:5

identified 26:19

identify 22:23 26:1, 9 27:4

impaired 18:13,22 19:1 20:25 22:17

impairment 21:4, 8,9

important 5:24 6:2,22 10:19 16:1

in-person 19:4,5, 17 25:10

indication 20:10

Infection 9:13

information 13:16 15:3 17:13,14 20:4 23:25

initial 13:10,13 14:2,3

instance 5:4 6:5,24

interaction 26:20

interpret 23:23 24:11 28:9

interpreter 10:12, 13,21 11:17 12:9 13:22 15:23,25 16:2,15 19:5,6,18 24:14,16,17 25:5,10 26:3,8,10,13,15,18, 25 27:6 28:8

interpreters 23:11, 15,18

interpreting 15:25 28:7

interventions 18:9

involved 23:17

**J**

Janelle 4:2 5:3 7:12

job 8:19

joined 9:3

July 7:19

**K**

kind 15:7

kinds 9:11 15:7

knowing 14:12

knowingly 5:22

Knoxville 4:7 7:13

**L**

lagging 28:13

language 10:2,6 11:8 13:21 14:14, 21,22 15:8,15,23 16:2,4,8,9,12,13,18 17:25 18:7,16,18,25 19:5,8,10,18 20:11 22:14,18,24 23:21 24:22 25:6,10 26:2, 11,19 27:5

Large 4:10

law 5:11

legend 17:18

Licensed 4:13

lie 5:22

lieu 11:16

lip 16:17,21

live 28:8

LLP 4:6

long 7:5,17 8:15 9:6,20 21:11

lot 20:7

**M**

machine 4:12

made 12:17 14:13 26:8,18

make 6:15 26:4

making 6:3

Marie 7:12

mark 16:25

marked 14:19 17:4

matter 5:12 25:25

means 5:21,22

medical 5:13 7:16 17:1,3 22:12 23:20

medications 8:24

meeting 15:2

member 11:22 24:10,15

members 11:16 12:9,17 23:11,15,18 24:4,8

memory 6:19

middle 7:7

mild 21:7

Milwaukee 8:13

minutes 21:14,16

misstates 20:16

module 10:2

**N**

needed 24:14

negative 22:5

neglect 22:5

NK 19:23

nod 6:14

noon 9:9

Notary 4:9,14

note 20:24

noted 12:10

notes 4:15 16:12

nurse 7:22,23 8:1, 5,9,20 14:2 22:9 25:11,16

nursing 17:21 20:6 21:11,25 22:4

**O**

Object 20:13,15

objection 20:18

objections 4:20

occasions 27:24 28:2,5

October 6:25 7:3 8:25 13:7 17:2

offer 26:3,9 27:5

offices 4:6

online 9:24

operate 27:25

orientation 9:4,7, 12

**P**

p.m. 5:2 19:21 28:18

PACU 8:22

Pad 28:7

pages 17:13

paragraph 17:24

20:10 21:5

**Parkwest** 5:13 7:16,18 8:9,20 9:1,3 19:6 26:24 27:4

**part** 23:7 27:21

**patient** 10:11,18 13:3,4,15,18 14:16 15:3,18 18:10,12 19:6 20:1 22:6,17 24:1,7 28:10

**patient's** 11:21

**patients** 10:5 11:1 15:21

**penalties** 5:23

**people** 8:22 9:18, 21 10:2 16:22

**person** 13:9,20 14:13 16:2,6

**person's** 14:7 15:10

**personally** 12:7 23:5

**physician** 14:21

**Pick** 7:13

**places** 8:16,18

**Plaintiff** 4:3 5:5

**plaintiff's** 17:3

**Plaza** 4:7

**point** 9:17

**points** 9:24

**policy** 12:6 25:25 26:16

**position** 7:20

**Possibly** 23:24 24:2

**potential** 23:14

**power** 9:24

**practice** 26:1,16

**prefer** 11:5,7 16:7 24:7

**preference** 11:21, 24 12:17

**preferences** 15:8

**prefers** 12:8 24:3

**prepare** 12:24

**present** 4:16

**presentation** 22:1

**previously** 14:19

**primarily** 11:2

**primary** 11:7 14:20 16:8,12 22:9

**prior** 19:16 25:4,5

**priority** 13:15

**problems** 28:12

**Procedure** 4:5

**procedures** 9:14

**proceedings** 5:2

**process** 23:7

**professional** 4:9, 13 11:17 19:5

**profound** 21:8

**proper** 9:14

**protect** 8:23

**providing** 10:2

**Public** 4:9,14

**purposes** 4:3

**pursuant** 4:4

**put** 22:16 27:22

**Q**

**question** 6:6,7,8, 10 7:7 12:14 18:2, 14 19:25 20:17,20 21:2

**questions** 4:21 20:7 21:15 27:9

**R**

**reading** 16:17,21

**reads** 20:21

**reason** 27:23

**reasoning** 13:18

**recall** 6:25 9:16 25:4 27:2

**receiving** 9:16

**recently** 10:4

**recollection** 5:25 6:22,23 7:3 19:17 21:1 25:22

**record** 6:3,16 7:11 17:3 22:12 27:14

**recorder** 28:11

**records** 17:1

**recovery** 8:21

**registered** 4:9,13 7:23,25 8:5,9,20

**registration** 14:6, 8,13,25

**relying** 16:17

**remember** 6:20,21 9:11,15,19 15:16 18:20 19:2,3,12,19 20:5 24:9

**remote** 25:5

**repeat** 20:17,19

**reporter** 4:9,13,14 5:20 20:21

**reporter's** 6:3

**represent** 5:12

**request** 4:3 26:4,8, 18,25

**requested** 20:22

**reserved** 4:21

**resort** 16:11

**response** 6:15,17

**rest** 22:8

**review** 12:23 13:1 17:9

**right-hand** 14:20

**risk** 18:9,10 21:19

**risks** 23:11,14,17

**RN** 25:13

**room** 8:21 9:2 15:11 25:17

**Rozynski** 5:7,10 16:25 20:19 27:8

**rules** 4:4 5:19

**S**

**Scott** 5:12

**screen** 28:7

**screening** 13:14 18:9 21:19 22:6 27:16

**section** 18:8,11,12 22:16,18

**sentence** 20:24

**sentences** 17:24

**separate** 15:5 18:11

**severe** 21:8

**Sevierville** 7:13

**shake** 6:13

**sheet** 13:25 14:3,9, 16,24

**shorthand** 4:12

**show** 15:3

**sign** 15:23 16:1,8, 13,18 19:9,18 24:21 25:6,10

**signature** 4:17

**signs** 13:19

**sit** 18:23 26:7

**sort** 5:23

**Spanish** 10:6,8,11, 25 11:2 19:9,18 26:6,9

**speak** 9:18,21 10:3, 6,8 11:1 16:5

**speaking** 11:1 20:17

**speaks** 10:11 13:21 14:14 26:6 27:4

**specific** 9:16 22:25 26:25

**specifically** 16:19

23:12 24:9

**specifics** 9:15 26:22

**spoke** 15:15 26:9, 11

**St** 8:12

**staff** 17:17

**start** 15:12

**state** 4:10 7:10

**Stratus** 27:25 28:3

**Street** 4:7

**subject** 5:23

**suicide** 21:19 27:16

**supervisor** 25:12

**supposed** 22:23 23:1,2,6,8 26:2,17, 24

**surgery** 8:22

**swear** 4:14

**sworn** 5:5,20,21

**system** 15:5

**T**

**Tennessee** 4:4,7, 8,10 7:13 8:14

**terminal** 15:4

**test** 6:19

**testified** 25:23

**text** 20:22

**thing** 22:4

**things** 6:12 9:14

**thoughts** 21:23

**time** 5:18 7:6 9:17, 20 10:1 15:14 22:25 24:13,17

**times** 24:24

**today** 12:24 18:23

**told** 26:23 27:3

**Tomei** 5:12 15:16 17:2 18:7,16,19

19:1 20:4,11 21:4, 20 22:2,21 25:22

**Tomei's** 22:12

**tool** 13:14 18:10 22:6

**topics** 9:11

**touching** 4:17

**trained** 11:15 13:20 16:16,20 23:10,13

**training** 9:17 11:20 12:21

**transcribe** 4:15

**transcript** 6:4

**transmission** 4:18

**triage** 13:10,13,21 14:2 15:9,11 17:21 20:6 21:12 22:14 27:21

**truth** 5:21,25

**typewriting** 4:16

**typically** 15:22

---

**U**

**uh-huh** 6:13 8:4

**um-hum** 6:13

**unavailable** 24:15

**understand** 10:17, 20,23 11:11,12 12:14 16:3,4 18:2 21:2 23:20

**understanding** 11:19 18:21

**unfair** 10:24

**unsure** 14:17 23:1, 9 25:7 26:5

**utilize** 13:22

**utilized** 12:9 24:10

---

**V**

**verbal** 6:14,16

**video** 25:5 28:6,11

**visit** 17:2

**vital** 13:19

**VRI** 24:19

---

**W**

**wait** 6:8,9 26:3,7

**waived** 4:19

**wake** 8:22

**ways** 6:4

**week** 9:8

**witnesses** 6:13

**work** 8:11,15,21 9:1 21:22 25:18,19

**worked** 7:17 8:8, 12,13 24:12 25:16

**works** 28:6

**writing** 16:11

**written** 14:15 16:7

---

**Y**

**year** 10:4 19:13,15 25:1,2,3,5

**year-and-a-half** 8:17

**YOUNG** 17:9 20:13,15 27:11,12 28:15