# EXHIBIT  J

```
 1                 UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF TENNESSEE

 3               CASE NO. 3:19-cv-00041

 4

 5              -   -   -

 6   SCOTT ALLEN TOMEI,                      :

 7                        Plaintiff,  :

 8       vs.                                 :

 9   PARKWEST MEDICAL CENTER and             :

10   COVENANT HEALTH,                        :

11                        Defendants.:

12

13      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

15          DEPOSITION OF MARIE PATTERSON WILSON

16

17

18   ==================================================

19          JEFF RUSK COURT REPORTING & VIDEO
            Registered Professional Reporters
20          Certified Legal Video Specialist

21

22     Catherine I. Golembeski, NJ-CCR, RPR, LCR
                805 Eleanor Street, N.E.
23            Knoxville, Tennessee 37917
                  (865) 246-7656
24              Jeff@JeffRusk.com           ORIGINAL

25
```

1    APPEARANCES:

2

3    FOR THE PLAINTIFF:

4         ANDREW ROZYNSKI, ESQ.
          EISENBERG AND BAUM, LLP
5         24 Union Square East, Fourth Floor
          New York, New York 10003
6         (212) 353-8700
          arozynski@EandBLaw.com
7

8

9
     FOR THE DEFENDANTS:
10
          BRODERICK L. YOUNG, ESQ.
11        DEVON LYON, ESQ.
          ARNETT, DRAPER & HAGOOD, LLP
12        800 S. Gay Street
          2300 First Tennessee Plaza
13        Knoxville, Tennessee 37901
          (865) 546-7000
14        byoung@adhknox.com

15

16

17

18

19

20

21

22

23

24

25

1
                    I N D E X
2
    MARIE PATTERSON WILSON                              PAGE
3
    EXAMINATION BY MR. ROZYNSKI                            5
4

5

6

7
    NO.                INDEX OF EXHIBITS              PAGE
8

9

10
                  (No Exhibits Marked.)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    D E P O S I T I O N

2            The deposition of MARIE PATTERSON WILSON,

3    taken at the request of the Plaintiff, for purposes

4    of discovery, pursuant to the Tennessee Rules of

5    Civil Procedure on the 18th Day of December, 2019,

6    at the offices of Arnett, Draper & Hagood, LLP, 800

7    S. Gay Street, 2300 First Tennessee Plaza,

8    Knoxville, Tennessee 37901 before Catherine

9    Golembeski, Registered Professional Reporter and

10   Notary Public at Large for the State of Tennessee.

11           It is agreed that the deposition may be

12   taken in machine shorthand by Catherine Golembeski,

13   Licensed Court Reporter and Registered Professional

14   Reporter and Notary Public, and that she may swear

15   the witness and thereafter transcribe her notes to

16   typewriting and present to the witness for

17   signature, and that all formalities touching

18   caption, certificate, filing, transmission, etc.,

19   are expressly waived.

20           It is further agreed that all objections

21   except as to the form of the questions are reserved

22   to on or before the hearing.

23

24

25                    EXAMINATION

```
 1              (Proceedings began at 10:22 a.m.)

 2              MARIE PATTERSON WILSON,

 3   called as a witness at the instance of the

 4   Plaintiff, having been first duly sworn, was

 5   examined and deposed as follows:

 6   EXAMINATION BY MR. ROZYNSKI:

 7         Q.   Good morning.

 8         A.   Good morning.

 9         Q.   My name is Andrew Rozynski.  I'm with

10   the law firm of Eisenberg and Baum.  And I

11   represent Scott Tomei in the matter against

12   Parkwest.  I brought you here to take your

13   deposition.

14              Have you ever had a deposition taken

15   before?

16         A.   I have not.

17         Q.   Since this is your first time, I'm

18   going to go over some of the ground rules so we

19   have a smooth deposition.

20              As you can see, the court reporter is

21   taking down everything that we're saying.  She's

22   making a transcript.  She's also sworn you under

23   oath, which means you swore to tell the truth.  And

24   if you knowingly say anything that's false, that it

25   could be subject to penalties.  Okay?
```

1           A.    Okay.

2           Q.    So, also, it's really important that we

3    have a clear record, since she is making a

4    transcript, so that we have clear questions and

5    answers.  Sometimes you might know the question

6    that I'm about to ask, but I just ask that you hold

7    off on your answer until the question is complete

8    so that the transcript would have a clear question

9    and an answer.  I'll wait until I ask my next

10   question once you finish your answer.  Okay?

11          A.    Okay.

12          Q.    There's also other things that do drive

13   court reporters crazy like saying uh-huh, uh-uh,

14   shaking your head, nodding your head instead of

15   giving a verbal response.  So I just ask that you

16   give a verbal response to whatever question that's

17   pending.  Okay?

18          A.    Okay.

19          Q.    Also it's not a memory test.  If you

20   don't remember it's okay to say you don't remember.

21   I do want your best recollection.  So it's

22   important that you give that.  So, for instance, if

23   I ask you a question about when something happened,

24   and you recall it happened in October of 2017 but

25   you don't know the exact date.  Instead of saying I

1    don't remember when that happened, just give your

2    best recollection.  Okay?

3         A.   Okay.

4         Q.   I don't expect this to be a long

5    deposition, but if you need to take a break at any

6    time let me know and we'll take a break, just not

7    in the middle of the question.  Okay?

8         A.   Okay.

9         Q.   So please state your full name and

10   address for the record?

11        A.   Marie Paterson Wilson, 9200 Brandywine

12   Circle, Knoxville, Tennessee 37922.

13        Q.   And who's your current employer?

14        A.   Parkwest Medical Center.

15        Q.   How long have you worked for them?

16        A.   Three years in September.  I started in

17   September of 2016.

18        Q.   Okay.  And what is your current title

19   there?

20        A.   RN or registered nurse.

21        Q.   Okay.  And what are your general job

22   duties as a registered nurse?

23        A.   I take care of patients on the floor.

24   I execute doctor's orders as far as medications

25   that they need to be given.  I assess my patients.

1    I educate my patients.  I chart on my patients a

2    lot.  I work with other nurses and nursing

3    assistants on the floor.

4         **Q.   Have you ever had a patient who only**

5    **spoke Spanish?**

6         A.   Not only Spanish.  I have had patients

7    who Spanish is their first language, but they've

8    been able to speak to me in English.

9         **Q.   Okay.  Have you ever had a patient who**

10   **only spoke another language?**

11        A.   Not only another language, no.  They've

12   -- all of my patients that I've had have been able

13   to speak some English to me.

14        **Q.   Are you trained in any way that if**

15   **someone's primary language is a language other than**

16   **English, to insure that they have an interpreter?**

17        A.   Yes.  We have an education system

18   through Covenant where we're taught how to use the

19   video conferencing system, to get an interpreter if

20   we need to.

21             It's also my understanding that we can

22   ask for or request, you know, physical interpreters

23   for patients who speak other languages.

24        **Q.   Okay.  And are you trained that if**

25   **someone identifies as their primary language**

1    something other than English, that you should do

2    all communications with them in their language --

3    in there primary language?

4         A.   I'm trained to -- I'm trained to help

5    the patient as best I can.  And if they request or

6    let me know they need another form of

7    communication, then I can follow through with that

8    or if I feel that I'm not able to communicate with

9    them what I need to communicate, then I can go

10   those other avenues.

11        Q.   Okay.  So you're not trained that you

12   should communicate with someone, if someone

13   identifies as their primary language is something

14   other than English, that you should always

15   communicate with them in that language.  You're not

16   trained on that?

17        A.   We're trained to communicate with them

18   in the way that they want to communicate.  So if

19   they specifically ask us to use another form of

20   communication, then we're trained to accommodate

21   them in that request.  I don't make assumptions.  I

22   let them -- if we're able to communicate, then I

23   let them tell me how they want to communicate.  If

24   I go into a room and they can't speak my language

25   at all, then I'll go to other avenues.

1         Q.    Okay.  So just to be clear, you are not

2    trained to communicate in someone's primary

3    language once they've identified that their current

4    language is something other than English for all

5    communications?

6              MR. YOUNG:  I think it's been asked and

7    answered.

8              You may answer.

9         A.    Okay.  I'm sorry.  I'm trained that if

10   a patient can not communicate with me and requests

11   another form of communication, I accommodate that

12   request or do everything I can to accommodate that

13   request.

14        Q.    So my question has nothing to do with

15   accommodating a request.  My question was:  If

16   someone identifies as a primary language other than

17   English, are you trained to communicate with them

18   every time through that primary language?  That's a

19   yes or no or if you can't answer yes or no.

20        A.    I'm trained to communicate with the

21   patient how they ask to be communicated with.

22        Q.    Okay.  So identifying as a primary

23   language, I just don't understand, because if

24   someone primarily communicates in another language

25   other than English, how can they tell you that?

1          A.   They would -- I would know that because

2    I wouldn't be able to communicate with them.  If I

3    say, can you tell me how you're feeling?  And their

4    face is blank, they don't understand me at all, and

5    I can't communicate with them, then I'll go down

6    the avenues of other forms of communication working

7    with the video system or other things.

8          Q.   **Have you heard of a communication**

9    **assessment tool?**

10         A.   I don't know that we -- I don't know

11   that I have.

12         Q.   **Okay.  Have you ever filled out a form**

13   **where you present it to someone who speaks a**

14   **language other than English where they fill it out**

15   **and make a request about what kind of**

16   **accommodations they may need?**

17         A.   I haven't had to fill out a form like

18   that, no.

19         Q.   **Are you aware if any exists?**

20         A.   We do, I believe, have a form on the

21   floor.  I've seen other nurses fill one out where

22   they need to go to other routes of communication.

23         Q.   **So that form is only filled out if a**

24   **nurse feels like there should be other routes of**

25   **communication?**

1            MR. YOUNG:  Object to the form.

2            You may answer.

3       A.   Oh, sorry.  You know, I'm not sure.  I

4  haven't had to fill one out.  So I feel like, I

5  think, the nurse would fill that out if they felt

6  like they were not able to effectively communicate

7  with the patient.

8       **Q.   Is that based on assumption or based on**

9  **what you know?**

10      A.   That's how we're taught.  That's the

11 process we're taught to go through when there are

12 barriers to communication, but I haven't had to do

13 it, so.

14      **Q.   So are you saying that if the**

15 **communication tool form is filled out, that means**

16 **that a nurse has a sense that someone can not**

17 **communicate effectively in English so that an**

18 **interpreter is needed?**

19      A.   That some sort of, yes, that would be

20 my assumption, that some sort of interpretation may

21 be required at times if that form is filled out.

22      **Q.   You said at times.  What do you mean?**

23      A.   It's not always required.  I mean, like

24 I've told you about patients that I've had before,

25 sometimes they're able to communicate effectively

1    in a language for the basis of the questions that

2    you're asking.  So if it's a simple yes or no

3    question, if it's asking them, you know, to rate

4    their pain level, you know, are you in pain?  A lot

5    of people can say yes or no to that or convey an

6    answer to that without necessarily having to go

7    through an interpreter.

8         **Q.    Okay.  Are you trained on what the**

9    **risks are of using family members as interpreters?**

10         A.    Yes.

11         **Q.    What are the risks?**

12         A.    The risk is that the family member

13   might edit the questions that you're asking.  They

14   might edit the patient's response.  So usually it's

15   best to have a non-biased interpreter.

16         **Q.    And also there's no way -- are you**

17   **trained that there's no way of assessing if they**

18   **have the sufficient medical terminology to be able**

19   **to communicate with the patient?**

20         A.    Yeah.  I mean, there's no way to know

21   what their background is or if they have medical

22   terminology to communicate to the patient.

23         **Q.    Did you review any records to prepare**

24   **for today?**

25         A.    Yes.

1          Q.    What records did you review?

2          A.    I looked at my charting.

3          Q.    How many pages of charting did you

4    review, approximately?

5          A.    It was probably 10 maybe.

6          Q.    Okay.  Do you know who Scott Tomei is?

7          A.    I do.

8          Q.    Do you have a memory of him?

9          A.    I do have a memory of him.

10         Q.    And is he a deaf man?

11         A.    Yes.

12         Q.    Do you understand that he communicates

13   in sign language?

14         A.    Yes, primarily.

15         Q.    Okay.  And during your time with Mr.

16   Tomei, did you ever use a professional sign

17   language interpreter?

18         A.    Not to my knowledge.  There was someone

19   in the room with him who was able to translate, as

20   far as I know, they were not a professional, but I

21   don't know that to be certain.

22         Q.    So do you know who these people were in

23   the room?

24         A.    Not by any introduction or introduction

25   that I remember in the room.

1        Q.   Okay.  So you don't know if this was a

2  stranger, friends, family, somebody else?

3        A.   I don't know their relationship to him.

4  I assumed they were family because he, obviously,

5  wanted them in the room with him.  But I didn't get

6  an introduction or a name that I recall.

7        Q.   Did you assess the abilities of the

8  person that was in the room signing to Mr. Tomei?

9        A.   Not that I recall.  I don't remember

10  doing that.

11        Q.   And did you see Mr. Tomei on October

12  24, 2017 admission to the 27th, 2017 admission?

13        A.   I believe I had him on the night of

14  October 26th, so that's kind of in between there.

15        Q.   Okay.

16        A.   I took care of him starting at about

17  6:45 to 7 p.m. on the night of the 26th through the

18  morning of the 27th.

19        Q.   I'm going to hand you what's been

20  previously marked as Exhibit-1.  It's the medical

21  records.  Can you show me where your notes are in

22  this?

23             (Witness complies.)

24        A.   This may take a while.

25        Q.   Sure.

1               MR. YOUNG:  Do you want her to review

2      the whole chart?

3               MR. ROZYNSKI:  Yes.

4               MR. YOUNG:  I think we have a several

5      hundred page chart here.  And she's being asked to

6      make sure every single page in which her name may

7      appear.  I think it's unfair on that basis.

8           **Q.   What page are you on?**

9           A.   90.  I can't be sure that there's

10     nothing I've missed, but I have not seen -- I'm

11     looking for what I know the pages look like that

12     have my charting on them and I've not found them.

13          **Q.   You're still looking?  You found**

14     **something on 90?**

15          A.   There's my name.  That would be his

16     rhythm strip.

17          **Q.   What page is that on?**

18          A.   92.

19          **Q.   Okay.  As you see them, just let me**

20     **know.**

21          A.   There's my initials on his medical --

22     on his MAR, where we administered medications.  So

23     he had medicines from me at 21:30 on the 26th and

24     at 4:16 on the 27th.

25          **Q.   Okay.**

1    A.    And also at -- it just says times two.

2  There's my initials, yes, 21:30, 23:35, 2:08 and

3  4:16 for medication administration, morphine.

4          On page 113 here's my name.

5    Q.    Okay.  So on 113 at 10/27 at 5:47 a.m.,

6  you say the patient is deaf?

7    A.    Yes.

8    Q.    Okay.  And the whole outcomes and

9  goals, it says communication.  Did you write that

10 in?

11   A.    I did not write that in.  This is -- we

12 have a click system for palliative care where you

13 tick off a nursing diagnosis and the goals.

14 Honestly, this is an old system.  We don't have

15 this system any more, so I don't remember.  It's

16 not -- you don't write anything in, you can tick

17 off a goal, as well as ticking off the nursing

18 diagnosis.

19   Q.    Did you tick off improve communication

20 in the nursing diagnosis?

21   A.    According to my charting, yes.  This

22 would have been -- I'm sorry.  Nursing notes is

23 impaired communication.

24   Q.    Okay.  Do you know why you ticked off

25 impaired communication for Mr. Tomei?

1          A.    Because he was deaf.

2          Q.    Okay.  Do you know if he could lip

3     read, or write or something else?

4          A.    I don't know.  I don't remember.

5          Q.    Okay.  So when you have a nursing

6     diagnosis of impaired communication, how do you --

7     how do you improve the communication as an outcome

8     or goal?

9                MR. YOUNG:  I object.  I think it could

10    misstate prior testimony.

11         A.    Can you repeat the question?  I'm

12    sorry.

13         Q.    So nursing diagnosis said impaired

14    communication, correct?

15         A.    Yes.

16         Q.    And outcomes and goals it says

17    communication?

18         A.    Yes.

19         Q.    So is the outcome and goal to improve

20    communication?

21         A.    The outcome or goal is to have

22    sufficient communication with the patient.

23         Q.    Okay.  The interventionist team, POC,

24    what does that mean?

25         A.    Team palliative care.

1     Q.   Does that have anything to do with

2  having communication?

3     A.   I don't remember his specific plan of

4  care.

5     Q.   Okay.

6     A.   That's all I can say.

7     Q.   Do you know if you provided a video

8  interpreter to Mr. Tomei?

9     A.   I do not remember providing a video

10  interpreter to him.

11     Q.   Okay.  Would the palliative care be

12  somewhere in his chart for this communication

13  improvement or impairment?

14     A.   Yeah, I guess it could be.

15     Q.   All right.  Well, let's keep on going

16  to where your entries show up.

17     A.   Page 116.

18     Q.   Okay.  So speech, you write patient is

19  deaf.  What does that mean?  What does that have to

20  do with his speech?

21     A.   It just says that he's deaf.

22     Q.   So why does it say speech there?

23     A.   That's just where I entered it in on

24  the chart.

25     Q.   Do you know if his speech was impaired

1    or not?

2         A.    I don't.  I'm sure -- I'm trying to

3    remember if he spoke.  I don't remember him -- I

4    feel like I spoke some, you know, that he was able

5    to nod or, you know, make affirmative communication

6    to me, but I can't recall the specifics of his

7    speech.

8         Q.    Okay.  Do you have any other entries on

9    this page?

10        A.    I mean, this whole page, this is the

11   assessment that I charted on him.

12        Q.    Okay.  So speech, it says garbled.  Did

13   you write that?

14        A.    Oh, yes.

15        Q.    So he didn't have clear speech?

16        A.    Not according to my charting.

17        Q.    Is that a response to voice?  Does that

18   mean he could hear?

19        A.    Yeah.  I mean, I did tick voice and

20   touch, but it's my understanding that he can not

21   hear.

22        Q.    Okay.  So there's a Glasgow Coma score?

23        A.    Uh-huh.

24        Q.    Best verbal five.  What does that mean?

25        A.    That means that the patient is

1    oriented.  It says oriented slash verbalize, but

2    oriented.  You're able to assess that they know

3    where they are.

4         Q.   So did he verbalize that to you?

5         A.   I don't remember him verbalizing it,

6    but you can't separate the orient from the verbal.

7    It's just a tick in the chart.  So I would have

8    ticked that he was oriented and that he knew where

9    he was.

10        Q.   So was he obeying verbal commands from

11   you?

12        A.   Not from me, but there was a companion

13   in the room that when I was doing my assessment and

14   I would ask him to, you know, squeeze my fingers,

15   look this way, he was able to do those things

16   through the companion that was interpreting.

17        Q.   So the companion wasn't verbalizing to

18   him?

19        A.   I think he was signing.  He was signing

20   with the woman in the room.

21        Q.   The gentleman that was there was a

22   companion who was signing?

23        A.   It was a female.

24        Q.   Okay.  Where else are you?  Are you on

25   the next page?

```
 1          A.   Yes.

 2          Q.   How about on the next page?

 3          A.   Yes.

 4          Q.   So the education, we're on page 118,

 5   right?

 6          A.   Yes.

 7          Q.   Education:  Teach back, patient and

 8   family discussed?

 9          A.   Yes, that's what it says.

10          Q.   How did you do teach back with Mr.

11   Tomei?

12          A.   So this is on our fall risk assessment.

13   So it's, basically, saying that you educated the

14   patient and the family on the level one

15   interventions for a fall.  So that the side rails

16   are to remain up, that they're oriented, that they

17   know where their call light is, belongings are in

18   reach, things like that.

19               And then the education part is how you

20   know that they understood that, and that they are

21   able to understand what you've talked to them and

22   they could say affirmative to yes will do these

23   things.

24          Q.   Do you know how he did that from your

25   memory without looking?
```

1          A.    From memory, I would assume that my

2    main recollection of Mr. Tomei is communicating

3    through the companion in the room that was signing.

4          **Q.    Did you ever ask Mr. Tomei if he ever**

5    **wanted a professional interpreter?**

6          A.    I do not recall asking him if he wanted

7    one.  He never asked me for one, but I don't

8    remember asking him if he wanted one.

9          **Q.    Okay.  Is the protocol at Parkwest to**

10   **not offer an interpreter, but to wait for one to be**

11   **asked for?**

12         A.    I'm not certain of the specific

13   protocol.

14         **Q.    Is it your understanding that you**

15   **should only wait for a request rather than offer an**

16   **interpreter?**

17         A.    I'm trained to, if I'm able to

18   effectively communicate what I need to, then I'm

19   trained to do that.  But if I feel that the

20   communication is ineffective, then I can go down

21   the routes of working in some of those tools or at

22   any time if the patient asks me to use those tools.

23         **Q.    Okay.  Let's go to page 120.  It says**

24   **10/26/17 at 21:12, emotional status PMW.  Is that**

25   **you?**

1          A.    Yes.

2          Q.    Patient unable to communicate as he is

3    deaf.

4          A.    Uh-huh.

5          Q.    Is that what it says?

6          A.    Yes.

7          Q.    And you wrote that?

8          A.    I typed it in.

9          Q.    You typed that in?

10         A.    It looks like it, yes.

11         Q.    Okay.  So it was your assessment that

12   you were unable to communicate with him because

13   he's deaf?

14               MR. YOUNG:  Objection.  Misstates

15   question.

16               Go ahead and answer.

17         A.    I was able to communicate with the

18   patient.  I should have, you know, put verbally

19   communicate with me, but I felt like I was able to

20   communicate with him.

21         Q.    So you would have written that patient

22   unable to communicate as he is deaf if, in fact,

23   you could communicate with him even though he was

24   deaf?

25               MR. YOUNG:  Same objection.

1      A.   I should have added verbally

2    communicate, you know, as in speech.

3         **Q.   What's emotional status assessment?**

4      A.   Just where you are assessing the

5    patient's emotional status.

6         **Q.   And is that by asking him questions?**

7      A.   Usually not.  It's usually by observing

8    the patient, seeing if they're distressed, if

9    they're happy, sad, in pain.

10        **Q.   When you do an emotional status**

11   **assessment, you don't ask a person how they're**

12   **feeling or if there's anything bothering them, or**

13   **if they feel any stress or anything?  You never ask**

14   **that for patients?**

15       A.   Yes, yeah.

16        **Q.   You do ask that of patients?**

17       A.   It comes out through the questioning in

18   other parts of your assessment.  You're asking them

19   how they're feeling, if they have pain.

20        **Q.   Okay. Were you able to do that with Mr.**

21   **Tomei or were you unable to do that because he's**

22   **deaf?**

23       A.   I was unable to get a verbal response

24   from him due to his deafness and his level of

25   speech.  But that doesn't mean you can't still put

1    down what you assess as emotional status.  As I

2    said before, sometimes you can do that by observing

3    the patient, plus seeing their demeanor, if they're

4    coping.

5         **Q.   But you didn't put anything about what**

6    **your observations were in your emotional status**

7    **assessment, right?**

8         A.   It does not look like I did.

9         **Q.   Okay.  So you were not able to**

10   **ascertain either by observation or communicating**

11   **with Mr. Tomei?**

12        A.   According to the chart it says other.

13   And then just, you know, just the comment that he

14   is deaf.

15        **Q.   And that you're unable to communicate**

16   **with him.**

17             MR. YOUNG:  Objection.  Misstates prior

18   testimony.

19             Go ahead.

20        A.   It says patient unable to communicate,

21   not that I was unable to communicate with him.

22        **Q.   Okay.  So if he can't communicate with**

23   **you, isn't communication a two-way street?**

24        A.   Yes.  And as I said earlier, I should

25   have typed in verbally as well, but I did feel that

1    we were able to communicate.

2         Q.   Okay.  So when you put other for

3    emotional status, that allows you to do free text?

4         A.   Yes.

5         Q.   And so you put other.  And then you put

6    free text, patient unable to communicate as he is

7    deaf?

8         A.   Yes.

9         Q.   So you could have ticked off your

10   observations, but you did not, right?

11        A.   It appears that way, yes.

12        Q.   Okay.  Do you have a specific

13   recollection of your interaction with him during

14   this emotional status assessment?

15        A.   Not necessarily at 21:20 exactly, but I

16   have a recollection of his emotional status

17   throughout the night, yes.

18        Q.   So if you assess that Mr. Tomei can not

19   communicate with you verbally, did you offer him an

20   interpreter?

21        A.   I don't remember offering him an

22   interpreter, because I felt I was able to

23   effectively communicate the answers that I needed,

24   for what I needed to do that night through his

25   companion who was signing with him.

1         Q.   Okay.  So even though you are unable to

2    do an emotional status observation of Mr. Tomei,

3    you still -- and you noted that the patient is

4    unable to communicate as he is deaf, you still felt

5    like you could communicate with him?

6              MR. YOUNG:  That partially misstates

7    partial testimony.

8              Go ahead.

9         A.   I felt I could communicate with him and

10   assess his emotional status that night.

11        Q.   But that's not noted in your record.

12             MR. YOUNG:  Objection.

13        A.   No.

14        Q.   Okay.  And are you trained by Parkwest

15   that if you're unable to communicate for any reason

16   that you should offer an interpreter?

17        A.   Yes.  If we're unable to communicate

18   effectively, we are trained to offer some of our

19   translating tools.

20        Q.   Okay.  And would you agree there's no

21   offer of an interpreter in this note?

22        A.   I do not remember offering him an

23   interpreter.

24        Q.   Okay.  Where else is your entries?  I'm

25   sorry, entries?

1        A.    121.

2        Q.    Okay.

3        A.    122.

4        Q.    All right.

5        A.    123.

6        Q.    Okay.  So let's go back to 123.  At

7   10/27/17 at 2:35 it says:  "Patient pain worsening

8   and meds are not relieving pain.  Patient very

9   uncomfortable.  VS stable."  What does VS mean?

10       A.    Vital signs.  And, yes, that's what it

11  says.  That's the note from 2:35 a.m. on 10/27.

12       Q.    So Mr. Tomei was still struggling with

13  uncontrolled pain at four milligrams of morphine?

14       A.    Yes.

15       Q.    Does that indicate to you that Mr.

16  Tomei was in a lot of pain?

17       A.    Yes, absolutely, he was in a lot of

18  pain.

19       Q.    Did you ask Mr. Tomei to describe his

20  pain?

21       A.    I don't remember asking him to describe

22  it.  It was obvious to me that he was in a lot of

23  pain.

24       Q.    How was it obvious?

25       A.    He was very -- my memory of him that

1    night is him being extremely uncomfortable, you

2    know, just restless in the bed, you know,

3    complaining, moaning, he was very uncomfortable.

4         Q.    Okay.  Where else does your name pop

5    up?

6         A.    It's page 125.

7         Q.    Okay.

8         A.    Page 126.

9         Q.    All right.

10        A.    127.

11        Q.    Okay.

12        A.    128.

13        Q.    So Mr. Tomei had an order for Dilaudid?

14        A.    Dilaudid.

15        Q.    And what is that?

16        A.    It's a pain medication.

17        Q.    Is that stronger than morphine?

18        A.    Yes.

19        Q.    Do you know why he was prescribed that?

20        A.    Because I contacted the doctor during

21   the night because the morphine was not controlling

22   his pain.  So I called and got an order for

23   Dilaudid, it looks like at 5:14 a.m..

24        Q.    Okay.  Where else in the chart?

25        A.    I only took care of him on the night of

1    the 26th and into the early morning of the 27th.

2              MR. YOUNG:  Do you mind if I step out

3    while she's doing that?

4              MR. ROZYNSKI:  Sure.

5         **Q.   If you find any other pages just put it**

6    **off to the side.**

7              (A recess transpired.)

8         **Q.   Okay.  You said 198?**

9         A.   Yes, I see my initials.  It looks like.

10   I'm not familiar with the way this page is laid

11   out, but it looks like it's for when I put calls

12   into the doctor to try and get additional pain

13   medications ordered for him.  And it's got the note

14   from 2:30 and from 4:38.

15        **Q.   When a patient is in that much pain, is**

16   **the only important thing to ask the patient, what**

17   **is your pain level from zero to 10?**

18        A.   I wouldn't say that's the only

19   important thing.  It's certainly the most

20   important.

21        **Q.   Okay.  Are there other things you**

22   **typically ask patients who are in a lot of pain,**

23   **other than tell me from zero to 10 what your pain**

24   **level is?**

25        A.   I mean, you can ask them other things

1  about their pain, but if they're able to give you a

2  number and show you where or indicate where they're

3  hurting, that's the most important part of the

4  assessment.

5          Q.   **What other questions do you ask about**

6  **pain, other than what is your pain level from zero**

7  **to 10?**

8          A.   You can ask when did it start?  Have

9  you been having it for a while?

10         Q.   **How about where is the pain coming**

11 **from?  Is that something?**

12         A.   Yes, that's something.

13         Q.   **Is it a dull pain or sharp pain?**

14         A.   You could ask those questions, yes.

15         Q.   **Is the pain spreading?**

16         A.   We ask the location of the pain and how

17 long it's been there.  And so if they're able to

18 indicate that it's going to other places, then yes.

19         Q.   **Is that important to know if it is**

20 **spreading or getting worse in other places?**

21         A.   Yes.

22         Q.   **Could that indicate that the condition**

23 **is getting worse if the pain is spreading to other**

24 **places?**

25         A.   It could indicate a lot of things.  It

1   could indicate there are other issues.  It could

2   indicate referred pain, but yes.

3        Q.   Okay.  So that could help diagnose

4   other ailments if you know that the pain is

5   spreading to other places?

6        A.   If you know that they're having pain in

7   other places than what they've first identified,

8   yes.

9        Q.   So there are questions or inquiries of

10  value when someone has pain, other than what's your

11  pain level other than zero to 10?

12       A.   Yes.

13       Q.   That can assist in having better

14  treatment for a patient?

15       A.   Yes.

16       Q.   And is it helpful for the patient to be

17  able to describe it in detail, their pain?

18       A.   It can be.

19       Q.   On page 202, 10/27/17 at 2:35 a.m.,

20  interventions BMW?

21       A.   Yes.

22       Q.   Attempting to call physician for

23  vascular surgery?

24       A.   Yes.

25       Q.   What does that mean?

```
 1          A.   That means that I would have called
 2    their on- call pager.  And waiting for a call back.
 3          Q.   Is this just to get orders for stronger
 4    pain medicine or are you asking for surgery at this
 5    time?
 6          A.   Well, his admitting doctor was in the
 7    vascular surgery group.  So I was calling the
 8    on-call physician for the vascular surgery group,
 9    is what that means.  So I was just attempting to
10    contact whoever was on call for the attending
11    physician.  And it's my recollection that I was
12    calling to inform them of the level of pain that
13    Mr. Tomei was having, and that the current pain
14    medications were not giving him adequate pain
15    relief.
16          Q.   Is there anything stronger than
17    Dilaudid?
18          A.   Dilaudid.
19          Q.   Dilaudid?
20          A.   Yes, but not that we give on the floor.
21          Q.   Okay.  What is Dilaudid the strongest
22    that you can give on the floor?
23          A.   It's the strongest that I've given on
24    the floor.  I don't know that I would say it's the
25    strongest that can be given on the floor, but it is
```

1    certainly a step up above morphine.

2         Q.    **What are the typical cases that you're**

3    **aware of that you've given Dilaudid for?**

4         A.    We give Dilaudid for vascular patients.

5    We give Dilaudid for patients who have an allergy

6    to morphine.  We give Dilaudid, I'm trying to

7    think.

8         Q.    **How about burn victims?**

9         A.    I've never taken care of a burn victim.

10        Q.    **Okay.  What other types of vascular**

11   **cases that you have given Dilaudid?**

12        A.    Where there's just, like, where there's

13   a blood clot obstructing blood flow, that's usually

14   -- that's the most common case that I've given.

15        Q.    **Was Mr. Tomei given Fentanyl?**

16        A.    Not by me.

17        Q.    **Is Fentanyl a step up from Dilaudid?**

18        A.    Yes.

19              MR. YOUNG:  Object to the extent that

20   it may call for an expert opinion for which I'm not

21   sure this witness has yet been established as.

22              You may answer to the extent you know.

23              This is, obviously, beyond any 30(b)6

24   testimony.

25        A.    What was the question again?

1        Q.    Is Fentanyl a step up from Dilaudid?

2              MR. YOUNG:  Same objection, but you can

3    answer.

4        A.    To my understanding it is.  I've never

5    given Fentanyl.  It's usually given in the PACU,

6    like, post surgical patients.  And those orders are

7    always discontinued by the time the patient would

8    arrive on the floor of my unit.

9        Q.    Has your name popped up anywhere else?

10       A.    Yes, 232.

11       Q.    What's that?

12       A.    It looks like this is his list of

13   orders for his diet, for his lab work, for his

14   medications.  So this would have been just me

15   confirming his order set.  So it's just got me

16   listed up at the top there.  This continues with

17   just all of his orders, more lab work.  My name is

18   just at the top of all of them because I confirmed

19   his orders.  Here's an order for Dilaudid.  It has

20   me at the top of all of those pages as far as

21   confirming those orders.  And the last page is 238.

22       Q.    Okay.  And then it starts the day shift

23   nurse.  Was there anything that you reviewed in

24   your preparation for today in terms of medical

25   records that you haven't already seen?

1          A.    I don't know.

2          Q.    **Anything that stands out to you,**

3    **anything of significance?**

4          A.    No.

5                MR. ROZYNSKI:  I don't have any other

6    questions.  Thank you.

7                MR. YOUNG:  I'm going go to step out

8    with Devon and I'll decide whether I want to ask

9    any questions.

10               (A recess transpired.)

11               MR. YOUNG:  No questions.

12               (Deposition was concluded at 11:29

13   a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
1                  C E R T I F I C A T E

2     STATE OF TENNESSEE

3     COUNTY OF KNOX

4           I, Catherine Golembeski, Licensed Court

5     Reporter and Registered Professional Reporter, do

6     hereby certify that I reported in machine shorthand

7     the deposition of MARIE PATTERSON WILSON, called as

8     a witness at the instance of the Plaintiff, that

9     the said witness was duly sworn by me; that the

10    reading and subscribing of the deposition by the

11    witness was waived; that the foregoing pages were

12    transcribed under my personal supervision and

13    constitute a true and accurate record of the

14    deposition of said witness.

15          I further certify that I am not an attorney

16    or counsel of any of the parties, nor an employee

17    or relative of any attorney or counsel connected

18    with the action, nor financially interested in the

19    action.

20                      Cathy J. Golembeski

21                      _____

22                      Catherine Golembeski, LCR# 778
                        Registered Professional Reporter

23

24

25
```

**1**

**10**  14:5 31:17,23 32:7 33:11
**10/26/17**  23:24
**10/27**  17:5 29:11
**10/27/17**  29:7 33:19
**10:22**  5:1
**113**  17:4,5
**116**  19:17
**118**  22:4
**11:29**  37:12
**120**  23:23
**121**  29:1
**122**  29:3
**123**  29:5,6
**125**  30:6
**126**  30:8
**127**  30:10
**128**  30:12
**18th**  4:5
**198**  31:8

**2**

**2016**  7:17
**2017**  6:24 15:12
**2019**  4:5
**202**  33:19
**21:12**  23:24
**21:20**  27:15
**21:30**  16:23 17:2
**2300**  4:7
**232**  36:10
**238**  36:21
**23:35**  17:2
**24**  15:12
**26th**  15:14,17 16:23 31:1

**27th**  15:12,18 16:24 31:1
**2:08**  17:2
**2:30**  31:14
**2:35**  29:7,11 33:19

**3**

**30(b)6**  35:23
**37901**  4:8
**37922**  7:12

**4**

**4:16**  16:24 17:3
**4:38**  31:14

**5**

**5:14**  30:23
**5:47**  17:5

**6**

**6:45**  15:17

**7**

**7**  15:17

**8**

**800**  4:6

**9**

**90**  16:9,14
**92**  16:18
**9200**  7:11

**A**

**a.m**  30:23
**a.m.**  5:1 17:5 29:11 33:19 37:13

**abilities**  15:7
**absolutely**  29:17
**accommodate**  9:20 10:11,12
**accommodating**  10:15
**accommodations**  11:16
**added**  25:1
**additional**  31:12
**address**  7:10
**adequate**  34:14
**administered**  16:22
**administration**  17:3
**admission**  15:12
**admitting**  34:6
**affirmative**  20:5 22:22
**agree**  28:20
**agreed**  4:11,20
**ahead**  24:16 26:19 28:8
**ailments**  33:4
**allergy**  35:5
**Andrew**  5:9
**answers**  6:5 27:23
**appears**  27:11
**approximately**  14:4
**Arnett**  4:6
**arrive**  36:8
**ascertain**  26:10
**asks**  23:22
**assess**  7:25 15:7 21:2 26:1 27:18 28:10
**assessing**  13:17 25:4
**assessment**  11:9 20:11 21:13 22:12

24:11 25:3,11,18 26:7 27:14 32:4
**assist**  33:13
**assistants**  8:3
**assume**  23:1
**assumed**  15:4
**assumption**  12:8, 20
**assumptions**  9:21
**attempting**  33:22 34:9
**attending**  34:10
**avenues**  9:10,25 11:6
**aware**  11:19 35:3

**B**

**back**  22:7,10 29:6 34:2
**background**  13:21
**barriers**  12:12
**based**  12:8
**basically**  22:13
**basis**  13:1 16:7
**Baum**  5:10
**bed**  30:2
**began**  5:1
**belongings**  22:17
**blank**  11:4
**blood**  35:13
**BMW**  33:20
**bothering**  25:12
**Brandywine**  7:11
**break**  7:5,6
**brought**  5:12
**burn**  35:8,9

**C**

**call**  22:17 33:22 34:2,10 35:20

**called**  5:3 30:22 34:1
**calling**  34:7,12
**calls**  31:11
**caption**  4:18
**care**  7:23 15:16 17:12 18:25 19:4,11 30:25 35:9
**case**  35:14
**cases**  35:2,11
**Catherine**  4:8,12
**Center**  7:14
**certificate**  4:18
**chart**  8:1 16:2,5 19:12,24 21:7 26:12 30:24
**charted**  20:11
**charting**  14:2,3 16:12 17:21 20:16
**Circle**  7:12
**Civil**  4:5
**clear**  6:3,4,8 10:1 20:15
**click**  17:12
**clot**  35:13
**Coma**  20:22
**commands**  21:10
**comment**  26:13
**common**  35:14
**communicate**  9:8, 9,12,15,17,18,22,23 10:2,10,17,20 11:2, 5 12:6,17,25 13:19, 22 23:18 24:2,12, 17,19,20,22,23 25:2 26:15,20,21,22 27:1,6,19,23 28:4,5, 9,15,17
**communicated**  10:21
**communicates**  10:24 14:12
**communicating**  23:2 26:10

**communication** 9:7,20 10:11 11:6,8, 22,25 12:12,15 17:9,19,23,25 18:6, 7,14,17,20,22 19:2, 12 20:5 23:20 26:23

**communications** 9:2 10:5

**companion** 21:12, 16,17,22 23:3 27:25

**complaining** 30:3

**complete** 6:7

**complies** 15:23

**concluded** 37:12

**condition** 32:22

**conferencing** 8:19

**confirmed** 36:18

**confirming** 36:15, 21

**contact** 34:10

**contacted** 30:20

**continues** 36:16

**controlling** 30:21

**convey** 13:5

**coping** 26:4

**correct** 18:14

**court** 4:13 5:20 6:13

**Covenant** 8:18

**crazy** 6:13

**current** 7:13,18 10:3 34:13

---

**D**

**date** 6:25

**day** 4:5 36:22

**deaf** 14:10 17:6 18:1 19:19,21 24:3, 13,22,24 25:22 26:14 27:7 28:4

**deafness** 25:24

**December** 4:5

**decide** 37:8

**demeanor** 26:3

**deposed** 5:5

**deposition** 4:2,11 5:13,14,19 7:5 37:12

**describe** 29:19,21 33:17

**detail** 33:17

**Devon** 37:8

**diagnose** 33:3

**diagnosis** 17:13, 18,20 18:6,13

**diet** 36:13

**Dilaudid** 30:13,14, 23 34:17,18,19,21 35:3,4,5,6,11,17 36:1,19

**discontinued** 36:7

**discovery** 4:4

**discussed** 22:8

**distressed** 25:8

**doctor** 30:20 31:12 34:6

**doctor's** 7:24

**Draper** 4:6

**drive** 6:12

**due** 25:24

**dull** 32:13

**duly** 5:4

**duties** 7:22

---

**E**

**earlier** 26:24

**early** 31:1

**edit** 13:13,14

**educate** 8:1

**educated** 22:13

**education** 8:17 22:4,7,19

**effectively** 12:6,

17,25 23:18 27:23 28:18

**Eisenberg** 5:10

**emotional** 23:24 25:3,5,10 26:1,6 27:3,14,16 28:2,10

**employer** 7:13

**English** 8:8,13,16 9:1,14 10:4,17,25 11:14 12:17

**entered** 19:23

**entries** 19:16 20:8 28:24,25

**established** 35:21

**exact** 6:25

**EXAMINATION** 4:25 5:6

**examined** 5:5

**execute** 7:24

**Exhibit-1** 15:20

**exists** 11:19

**expect** 7:4

**expert** 35:20

**expressly** 4:19

**extent** 35:19,22

**extremely** 30:1

---

**F**

**face** 11:4

**fact** 24:22

**fall** 22:12,15

**false** 5:24

**familiar** 31:10

**family** 13:9,12 15:2,4 22:8,14

**feel** 9:8 12:4 20:4 23:19 25:13 26:25

**feeling** 11:3 25:12, 19

**feels** 11:24

**felt** 12:5 24:19 27:22 28:4,9

**female** 21:23

**Fentanyl** 35:15,17 36:1,5

**filing** 4:18

**fill** 11:14,17,21 12:4,5

**filled** 11:12,23 12:15,21

**find** 31:5

**fingers** 21:14

**finish** 6:10

**firm** 5:10

**floor** 7:23 8:3 11:21 34:20,22,24,25 36:8

**flow** 35:13

**follow** 9:7

**form** 4:21 9:6,19 10:11 11:12,17,20, 23 12:1,15,21

**formalities** 4:17

**forms** 11:6

**found** 16:12,13

**free** 27:3,6

**friends** 15:2

**full** 7:9

---

**G**

**garbled** 20:12

**Gay** 4:7

**general** 7:21

**gentleman** 21:21

**give** 6:16,22 7:1 32:1 34:20,22 35:4, 5,6

**giving** 6:15 34:14

**Glasgow** 20:22

**goal** 17:17 18:8,19, 21

**goals** 17:9,13 18:16

**Golembeski** 4:9, 12

**Good** 5:7,8

**ground** 5:18

**group** 34:7,8

**guess** 19:14

---

**H**

**Hagood** 4:6

**hand** 15:19

**happened** 6:23,24 7:1

**happy** 25:9

**head** 6:14

**hear** 20:18,21

**heard** 11:8

**hearing** 4:22

**helpful** 33:16

**hold** 6:6

**Honestly** 17:14

**hundred** 16:5

**hurting** 32:3

---

**I**

**identified** 10:3 33:7

**identifies** 8:25 9:13 10:16

**identifying** 10:22

**impaired** 17:23,25 18:6,13 19:25

**impairment** 19:13

**important** 6:2,22 31:16,19,20 32:3,19

**improve** 17:19 18:7,19

**improvement** 19:13

**ineffective** 23:20

**inform** 34:12

**initials** 16:21 17:2 31:9

inquiries 33:9

instance 5:3 6:22

insure 8:16

interaction 27:13

interpretation
12:20

interpreter 8:16,19
12:18 13:7,15 14:17
19:8,10 23:5,10,16
27:20,22 28:16,21,
23

interpreters 8:22
13:9

interpreting 21:16

interventionist
18:23

interventions
22:15 33:20

introduction 14:24
15:6

issues 33:1

**J**

job 7:21

**K**

kind 11:15 15:14

knew 21:8

knowingly 5:24

knowledge 14:18

Knoxville 4:8 7:12

**L**

lab 36:13,17

laid 31:10

language 8:7,10,
11,15,25 9:2,3,13,
15,24 10:3,4,16,18,
23,24 11:14 13:1
14:13,17

languages 8:23

Large 4:10

law 5:10

level 13:4 22:14
25:24 31:17,24 32:6
33:11 34:12

Licensed 4:13

light 22:17

lip 18:2

list 36:12

listed 36:16

LLP 4:6

location 32:16

long 7:4,15 32:17

looked 14:2

lot 8:2 13:4 29:16,
17,22 31:22 32:25

**M**

machine 4:12

main 23:2

make 9:21 11:15
16:6 20:5

making 5:22 6:3

man 14:10

MAR 16:22

Marie 4:2 5:2 7:11

marked 15:20

matter 5:11

means 5:23 12:15
20:25 34:1,9

medical 7:14
13:18,21 15:20
16:21 36:24

medication 17:3
30:16

medications 7:24
16:22 31:13 34:14
36:14

medicine 34:4

medicines 16:23

meds 29:8

member 13:12

members 13:9

memory 6:19 14:8,
9 22:25 23:1 29:25

middle 7:7

milligrams 29:13

mind 31:2

missed 16:10

misstate 18:10

misstates 24:14
26:17 28:6

moaning 30:3

morning 5:7,8
15:18 31:1

morphine 17:3
29:13 30:17,21
35:1,6

**N**

necessarily 13:6
27:15

needed 12:18
27:23,24

night 15:13,17
27:17,24 28:10
30:1,21,25

nod 20:5

nodding 6:14

non-biased 13:15

Notary 4:10,14

note 28:21 29:11
31:13

noted 28:3,11

notes 4:15 15:21
17:22

number 32:2

nurse 7:20,22
11:24 12:5,16 36:23

nurses 8:2 11:21

nursing 8:2 17:13,
17,20,22 18:5,13

**O**

oath 5:23

obeying 21:10

object 12:1 18:9
35:19

objection 24:14,25
26:17 28:12 36:2

objections 4:20

observation 26:10
28:2

observations 26:6
27:10

observing 25:7
26:2

obstructing 35:13

obvious 29:22,24

October 6:24
15:11,14

offer 23:10,15
27:19 28:16,18,21

offering 27:21
28:22

offices 4:6

on- 34:2

on-call 34:8

opinion 35:20

order 30:13,22
36:15,19

ordered 31:13

orders 7:24 34:3
36:6,13,17,19,21

orient 21:6

oriented 21:1,2,8
22:16

outcome 18:7,19,
21

outcomes 17:8
18:16

**P**

p.m. 15:17

PACU 36:5

pager 34:2

pages 14:3 16:11
31:5 36:20

pain 13:4 25:9,19
29:7,8,13,16,18,20,
23 30:16,22 31:12,
15,17,22,23 32:1,6,
10,13,15,16,23
33:2,4,6,10,11,17
34:4,12,13,14

palliative 17:12
18:25 19:11

Parkwest 5:12
7:14 23:9 28:14

part 22:19 32:3

partial 28:7

partially 28:6

parts 25:18

Paterson 7:11

patient 8:4,9 9:5
10:10,21 12:7
13:19,22 17:6 18:22
19:18 20:25 22:7,14
23:22 24:2,18,21
25:8 26:3,20 27:6
28:3 29:7,8 31:15,
16 33:14,16 36:7

patient's 13:14
25:5

patients 7:23,25
8:1,6,12,23 12:24
25:14,16 31:22
35:4,5 36:6

PATTERSON 4:2
5:2

penalties 5:25

pending 6:17

people 13:5 14:22

person 15:8 25:11

physical 8:22

physician 33:22
34:8,11

places 32:18,20,24
33:5,7

Plaintiff 4:3 5:4

plan 19:3

Plaza 4:7

PMW 23:24

POC 18:23

pop 30:4

popped 36:9

post 36:6

preparation 36:24

prepare 13:23

prescribed 30:19

present 4:16 11:13

previously 15:20

primarily 10:24 14:14

primary 8:15,25 9:3,13 10:2,16,18, 22

prior 18:10 26:17

Procedure 4:5

proceedings 5:1

process 12:11

professional 4:9, 13 14:16,20 23:5

protocol 23:9,13

provided 19:7

providing 19:9

Public 4:10,14

purposes 4:3

pursuant 4:4

put 24:18 25:25 26:5 27:2,5 31:5,11

**Q**

question 6:5,7,8, 10,16,23 7:7 10:14, 15 13:3 18:11 24:15 35:25

questioning 25:17

questions 4:21 6:4 13:1,13 25:6 32:5, 14 33:9 37:6,9,11

**R**

rails 22:15

rate 13:3

reach 22:18

read 18:3

reason 28:15

recall 6:24 15:6,9 20:6 23:6

recess 31:7 37:10

recollection 6:21 7:2 23:2 27:13,16 34:11

record 6:3 7:10 28:11

records 13:23 14:1 15:21 36:25

referred 33:2

registered 4:9,13 7:20,22

relationship 15:3

relief 34:15

relieving 29:8

remain 22:16

remember 6:20 7:1 14:25 15:9 17:15 18:4 19:3,9 20:3 21:5 23:8 27:21 28:22 29:21

repeat 18:11

reporter 4:9,13,14 5:20

reporters 6:13

represent 5:11

request 4:3 8:22 9:5,21 10:12,13,15 11:15 23:15

requests 10:10

required 12:21,23

reserved 4:21

response 6:15,16 13:14 20:17 25:23

restless 30:2

review 13:23 14:1, 4 16:1

reviewed 36:23

rhythm 16:16

risk 13:12 22:12

risks 13:9,11

RN 7:20

room 9:24 14:19, 23,25 15:5,8 21:13, 20 23:3

routes 11:22,24 23:21

Rozynski 5:6,9 16:3 31:4 37:5

rules 4:4 5:18

**S**

sad 25:9

score 20:22

Scott 5:11 14:6

sense 12:16

separate 21:6

September 7:16, 17

set 36:15

shaking 6:14

sharp 32:13

shift 36:22

shorthand 4:12

show 15:21 19:16 32:2

side 22:15 31:6

sign 14:13,16

signature 4:17

significance 37:3

signing 15:8 21:19, 22 23:3 27:25

signs 29:10

simple 13:2

single 16:6

slash 21:1

smooth 5:19

someone's 8:15 10:2

sort 12:19,20

Spanish 8:5,6,7

speak 8:8,13,23 9:24

speaks 11:13

specific 19:3 23:12 27:12

specifically 9:19

specifics 20:6

speech 19:18,20, 22,25 20:7,12,15 25:2,25

spoke 8:5,10 20:3, 4

spreading 32:15, 20,23 33:5

squeeze 21:14

stable 29:9

stands 37:2

start 32:8

started 7:16

starting 15:16

starts 36:22

state 4:10 7:9

status 23:24 25:3, 5,10 26:1,6 27:3,14, 16 28:2,10

step 31:2 35:1,17 36:1 37:7

stranger 15:2

street 4:7 26:23

stress 25:13

strip 16:16

stronger 30:17 34:3,16

strongest 34:21, 23,25

struggling 29:12

subject 5:25

sufficient 13:18 18:22

surgery 33:23 34:4,7,8

surgical 36:6

swear 4:14

swore 5:23

sworn 5:4,22

system 8:17,19 11:7 17:12,14,15

**T**

taking 5:21

talked 22:21

taught 8:18 12:10, 11

teach 22:7,10

team 18:23,25

Tennessee 4:4,7, 8,10 7:12

terminology 13:18,22

terms 36:24

test 6:19

testimony 18:10 26:18 28:7 35:24

text 27:3,6

thing 31:16,19

things 6:12 11:7 21:15 22:18,23 31:21,25 32:25

tick 17:13,16,19 20:19 21:7

ticked 17:24 21:8 27:9

ticking 17:17

time 5:17 7:6 10:18 14:15 23:22 34:5 36:7

times 12:21,22 17:1

**title** 7:18

**today** 13:24 36:24

**told** 12:24

**Tomei** 5:11 14:6,16 15:8,11 17:25 19:8 22:11 23:2,4 25:21 26:11 27:18 28:2 29:12,16,19 30:13 34:13 35:15

**tool** 11:9 12:15

**tools** 23:21,22 28:19

**top** 36:16,18,20

**touch** 20:20

**touching** 4:17

**trained** 8:14,24 9:4, 11,16,17,20 10:2,9, 17,20 13:8,17 23:17,19 28:14,18

**transcribe** 4:15

**transcript** 5:22 6:4,8

**translate** 14:19

**translating** 28:19

**transmission** 4:18

**transpired** 31:7 37:10

**treatment** 33:14

**truth** 5:23

**two-way** 26:23

**typed** 24:8,9 26:25

**types** 35:10

**typewriting** 4:16

**typical** 35:2

**typically** 31:22

**U**

**uh-huh** 6:13 20:23 24:4

**uh-uh** 6:13

**unable** 24:2,12,22 25:21,23 26:15,20, 21 27:6 28:1,4,15,

17

**uncomfortable** 29:9 30:1,3

**uncontrolled** 29:13

**understand** 10:23 11:4 14:12 22:21

**understanding** 8:21 20:20 23:14 36:4

**understood** 22:20

**unfair** 16:7

**unit** 36:8

**V**

**vascular** 33:23 34:7,8 35:4,10

**verbal** 6:15,16 20:24 21:6,10 25:23

**verbalize** 21:1,4

**verbalizing** 21:5, 17

**verbally** 24:18 25:1 26:25 27:19

**victim** 35:9

**victims** 35:8

**video** 8:19 11:7 19:7,9

**Vital** 29:10

**voice** 20:17,19

**W**

**wait** 6:9 23:10,15

**waiting** 34:2

**waived** 4:19

**wanted** 15:5 23:5, 6,8

**Wilson** 4:2 5:2 7:11

**woman** 21:20

**work** 8:2 36:13,17

**worked** 7:15

**working** 11:6 23:21

**worse** 32:20,23

**worsening** 29:7

**write** 17:9,11,16 18:3 19:18 20:13

**written** 24:21

**wrote** 24:7

**Y**

**years** 7:16

**YOUNG** 10:6 12:1 16:1,4 18:9 24:14, 25 26:17 28:6,12 31:2 35:19 36:2 37:7,11