IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SCOTT ALLEN TOMEI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Docket No.: 3:19-CV-41 |
| PARKWEST MEDICAL CENTER and COVENANT HEALTH, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties hereby stipulate that they have compromised and settled all claims in this matter to the mutual satisfaction of the parties and that all of the claims that either have been asserted or that could have been asserted in the above-styled cause are dismissed with prejudice against the refiling of the same.

Respectfully submitted this 27th day of April, 2022.

| ARNETT, DRAPER & HAGOOD, LLP | EISENBERG & BAUM, LLP |
|---|---|
| By:/s/ Broderick L. Young | By:/s/ Andrew Rozynski |
|     Broderick L. Young, BPR #019668 |     Andrew Rozynski |
|     Devin P. Lyon, BPR #032232 |     *Attorneys for Plaintiff* |
|     Paul E. Wehmeier, BPR #030400 |     24 Union Square East, PH |
|     ***Attorneys for Defendants Parkwest Medical Center and Covenant Health*** |     New York, NY 10003 |
|     First Horizon Plaza |     212-353-8700 – Phone |
|     800 S. Gay Street, Suite 2300 |     917-592-2875 – Facsimile |
|     Knoxville, Tennessee 37929 |     arozynski@eandblaw.com |
|     865-546-7000 – Phone | |
|     865-546-0423 – Facsimile | |
|     byoung@adhknox.com | |
|     dlyon@adhknox.com | |
|     pwehmeier@adhknox.com | |